# United States District Court
## For The Middle District of Florida
## Tampa Division

| | |
|---|---|
| Blake Warner, J.W.<br><br>v.<br><br>The School Board of<br>Hillsborough County Florida | Case Number |

# Motion for Preliminary Injunction

Now Comes Plaintiff, Blake Warner, *pro se*, and Plaintiff J.W., and respectfully move this Court to issue a preliminary injunction against Defendant The School Board of Hillsborough County Florida ("HCSB") pursuant to Rule 65(a) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiffs state as follows:

- On 1-26-2023, Plaintiffs filed a verified complaint in this matter alleging housing discrimination in violation of 42 U.S.C. § 3601 et seq "Fair Housing Act", The Equal Education Opportunities Act, and 42 U.S.C. § 1983 related to allegations that the HCSB was operating a segregated school system through school boundary maps.

- Defendant HCSB is currently in the process of promulgating new school boundary maps which are potentially highly disruptive to students by reassigning thou-

1

sands of students to different schools, with a final decision expected in February 2023.

- If Plaintiffs are successful, the appropriate remedy would be to redraw those very same school boundary maps in a very disruptive way.

- It would have catastrophic negative effects on school children if they were forced to be re-assigned to schools *twice* in such quick succession.

- Issuing this preliminary injunction could avoid that unnecessary harm, by giving this court time to review the matter on the merits by maintaining the status quo in the interim.

- As set forth in the accompanying Memorandum of Law, Plaintiffs alleges that the instant case meets all the applicable requirements for receiving the preliminary injunction as here requested.

WHEREFORE, Plaintiffs respectfully moves this Court to enter a preliminary injunction enjoining Defendant HCSB from promulgating any new school assignment boundary maps pending further order of the Court.

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been served to Defendants via process server with the Verified Complaint.

| 1-26-2023 | [signature] |
|---|---|
| Date | Signature |

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM