UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER, on behalf of
himself and his minor child J.W.,

    Plaintiff,

v.                                              CASE NO. 8:23-cv-181-SDM-JSS

SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

**ORDER**

Asserting claims under the Equal Educational Opportunities Act, 20 U.S.C. § 1703, and under the Fair Housing Act, 42 U.S.C. § 3604, Blake A. Warner, appearing *pro se*, sues (Doc. 1) the Hillsborough County School Board and alleges that "by drawing boundaries around racial lines[]" (1) the school board maintains a segregated school system and (2) the school board "significantly contribute[s] to racial imbalance in the Hillsborough County housing market . . . ." Contemporaneous with the complaint, Warner moves (Doc. 2) to preliminarily enjoin the school board from "promulgating [any] new school boundary map[]" during the pendency of this action.

Under Rule 65(a), Federal Rules of Civil Procedure, a preliminary injunction may issue "only on notice to the adverse party." Although Warner certifies (Doc. 2 at 3) service of a copy of the motion for a preliminary injunction with the complaint,

no proof of service of the complaint appears on the docket in accord with Local Rule 1.10, and the docket reveals no appearance by the school board. Under Local Rule 6.02, "A party opposing the motion must respond to the motion within seven days after notice of the motion . . . ."

No later than **FEBRUARY 10, 2023**, Warner must file a proof of service. In accord with Local Rule 6.02, the school board must respond to the motion within seven days after receiving service of process and notice of the motion.

### A CAUTION TO WARNER

Litigation in federal court is difficult and requires timely compliance with applicable rules, including the Federal Rules of Civil Procedure, the Local Rules, the Federal Rules of Evidence, and several procedural, discovery, and other orders. A judge cannot assist a party, even a *pro se* party, in conducting an action. Therefore, Warner is strongly advised to obtain legal advice and assistance — if not representation — from a member of The Florida Bar. To the extent he intends to represent himself in this action, Warner should familiarize himself with both the Federal Rules of Civil Procedure at https://www.uscourts.gov/rulespolicies/current-rules-practice-procedure/federal-rules-civil-procedure and the Local Rules for the Middle District of Florida at https://www.flmd.uscourts.gov/localrules, a copy of each of which is available in the clerk's office on the second floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Also, Warner can

consult the "Litigants Without Lawyers" guidelines at http://www.flmd.uscourts.gov/litigants-without-lawyers.

ORDERED in Tampa, Florida, on January 27, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE