# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:23-CV-181SDM-JSS

Plaintiff:
**BLAKE WARNER, J.W.**

vs.

Defendant:
**THE SCHOOL BOARD OF HILLSBOROUGH COUNTY FLORIDA**

For:
Blake Warner
2211 S. Village Ave
Tampa, FL 33612

SRQ2023002733

Received by 360 LEGAL, INC. on the 26th day of January, 2023 at 11:52 am to be served on THE SCHOOL BOARD OF HILLSBOROUGH COUNTY FLORIDA, 901 EAST KENNEDY BOULEVARD, TAMPA, FL 33602

I, Hugh Heath, do hereby affirm that on the 26th day of January, 2023 at 2:28 pm, I:

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT WITH EXHIBIT[S]; NOTICE OF CONSENT TO MAGISTRATE JUDGE; MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CIVIL COVERSHEET** with the date and hour of service endorsed thereon by me, to: **Glenda Strong** as **Board Manager** for **THE SCHOOL BOARD OF HILLSBOROUGH COUNTY FLORIDA** at the address of: **901 EAST KENNEDY BOULEVARD, TAMPA, FL 33602** and informing said person of the contents therein.

**Additional Information pertaining to this Service:**
1/26/2023  2:28 pm  Attempted service at 901 EAST KENNEDY BOULEVARD, TAMPA, FL 33602, No board members were available for service. Glenda Strong Board Manager accepted  Attempt location: (27.9495,-82.4520) accuracy 14 m.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'2", Weight: 135, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, and have proper authority in the jurisdiction in which the service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.  Notary not required pursuant to Florida Statute 92.525 verification of documents.

**Hugh Heath**
C.P.S. #21-674339

**360 LEGAL, INC.**
**201 FLETCHER AVENUE**
**SUITE 220**
**SARASOTA, FL 34237**
**(888) 360-5345**

Our Job Serial Number: SRQ-2023002733

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2h

| DELIVERED | 1/26/2023 2:28 PM |
|-----------|-------------------|
| SERVER | HH |
| LICENSE | C.P.S. #21-674339 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Blake Warner, J.W. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  8:23-cv-181-SDM-JSS |
| The School Board of Hillsborough County Florida | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The School Board of Hillsborough County Florida
901 East Kennedy Boulevard
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Blake Warner
2211 S Village Ave
Tampa, FL 33612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AlejandroCastillo

Date:  January 26, 2023

*Signature of Clerk or Deputy Clerk*