# United States District Court
### For The Middle District of Florida
### Tampa Division

| | |
|---|---|
| Blake Warner, on behalf of himself and his minor child J.W.<br><br>v.<br><br>The School Board of Hillsborough County Florida | Case Number 8:23-CV-181-SDM-JSS |

## Notice of Corrected Filing

The undersigned previously represented to this court on Jan 26th, 2022 in his Motion for Preliminary Injunction (Doc. 2) that "HCSB is currently in the process of promulgating new school boundary maps … with a final decision expected in February 2023.".

However at 5:00 PM on January 25th, 2022, the school board sent an email announcing that the timeline had been pushed back approximately two weeks, with a final decision now expected in March. *see* Attached Email.

The undersigned believed at the time the document was filed that the statement was accurate.

As an aside, in response the Court's order on January 27, 2023 (Doc. 6), the Defendant was served twice on January 26, 2023 at 2:28 PM and January 26, 2023 at

12:55 PM. The return of service was filed with the clerk on January 27, 2023 at 10:30 AM but has yet to appear on the docket as of the filing of this document.

## Certificate of Service

I certify that a copy hereof has been served to Defendant via first class mail and email to jim.porter@akerman.com and jg@macfar.com

1-28-2023

Date

*[signature]*

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM