Gmail                                                                                                                         Blake Warner <blake@null3d.com>

---

**REVISED: Boundary Timeline**
---

**HillsboroughSchoolNews@hcps.net** <donotreply@blackboard.com>                                                         Wed, Jan 25, 2023 at 5:00 PM
Reply-To: Hillsborough School News <HillsboroughSchoolNews@hcps.net>
To: Hillsborough County School District Recipients <recipients@sdhc.parentlink.net>



Hillsborough County Public Schools Parents and Families,

Over the last few months, the district has been actively engaged with families, staff, and community members to discuss potential boundary changes. To date, we have recorded more than 330,000 views on the dedicated boundary webpage, 15,000+ comments on the proposed scenario maps, more than 124,000 home address searches, and over 1,000 participants at the 10 community meetings.

This high level of community engagement is critical as we want to ensure we remain transparent in the process as our team now fully examines all of the stakeholder feedback, reviews the financial impact, and develops a final recommendation for the Board.

I want to share the updated boundary implementation timeline. The School Board Workshop will now be held on February 13th. Please see below for the full timeline.

Once I make a final recommendation, the district will host additional community meetings prior to a School Board vote. The dates, times, and locations for the next round of meetings have been scheduled and are listed below for your planning purposes should you decide to attend once the new recommendation is released to the public on February 13th.  Please note that the Choice window will open in March and be extended to allow families to consider their options.

## Updated Boundary Implementation Timeline

| Date | Proposed Start Time | Activity |
|---|---|---|
| February 13th | 10:00 a.m. | School Board Workshop – Discussion on Superintendent's Recommendation. No public comment permitted at Board workshops |
| February 20th-23rd | 6:00 p.m.-7:30 p.m. | Five Community Meetings – families, staff, and community members are invited to view and discuss the Superintendent's Draft Boundary Plan. See list below |
| February 28th | 10:00 a.m. | Special Called School Board Meeting – 1st Reading of the Proposed Boundary Adjustments Public Comment allowed |
| March 9th | 10:00 a.m. | Special Called School Board Meeting – 2nd Reading of the Proposed Boundary Adjustments Public Comment allowed |

| Community Meetings | | |
|---|---|---|
| Monday, February 20 6-7:30 p.m. | -King High School  -Mulrennan Middle School | 6815 North 56th Street, Tampa  4215 Durant Rd., Valrico |
| Wednesday, February 22 6-7:30 p.m. | Webb Middle School | 6035 Hanley Road, Tampa |
| Thursday, February 23 6-7:30 p.m. | -Madison Middle School  -Chamberlain High School | 4444 W Bay Vista Ave., Tampa  9401 North Boulevard, Tampa |

Thank you for your passionate feedback and advocacy. I truly appreciate your partnership.

Respectfully,

Addison Davis

Superintendent

You are receiving this email because of your relationship with Hillsborough County School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Hillsborough County School District | 901 E Kennedy Blvd, Tampa, FL 33602 | 813-272-4183