## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BLAKE WARNER and J.W.,

Plaintiffs,

Case No. 8:23-cv-00181-SDM-JSS

v.

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY FLORIDA,

Defendant.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Jason L. Margolin and Gregg M. Moran of the law firm of AKERMAN LLP on behalf of Defendant, The School Board of Hillsborough County. All parties are requested to provide notice to the undersigned in accordance with applicable law.

/s/ *Jason L. Margolin*
Jason L. Margolin, Esq.
Florida Bar No. 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com
Lead Counsel
Gregg M. Moran, Esq.
Florida Bar No. 1011060
gregg.moran@akerman.com
ava.hill@akerman.com
AKERMAN LLP

68497403;1

                                                        401 E. Jackson Street, Suite 1700
                                                        Tampa, Florida 33602
                                                        (813) 223-7333 / Fax: (813) 223-2837
                                                        Counsel for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of February 2023, I filed the foregoing using the Court's e-portal and served an additional copy on Blake Warner at blake@null3d.com.


                                                        */s/ Jason L. Margolin*
                                                        Counsel for Defendant