Exhibit A

| | |
|---|---|
| **From:** | Blake Warner <blake@null3d.com> |
| **Sent:** | Friday, February 3, 2023 5:56 AM |
| **To:** | Margolin, Jason (Ptnr-Tpa) |
| **Cc:** | Moran, Gregg (Assoc-Tpa) |
| **Subject:** | Re: School Board Case - Phone Call and Request for Extension |

**[External to Akerman]**

Good Morning Mr. Margolin,

That is correct, the complaint only challenges the current maps. To be sure, it does make a few references to the boundary changes, however that is to show intent.

Best regards,
-Blake

On Thu, Feb 2, 2023 at 10:58 PM <jason.margolin@akerman.com> wrote:

> Good evening Mr. Warner,
>
> As Gregg mentioned before, I've been in trial and related meetings all day and am trying to catch up on everything. I want to be certain I wasn't misreading earlier, it looked like you indicated you are not challenging the proposed boundary changes in the complaint. Instead, you said you are only challenging the current maps. Is that correct?
>
> We want to be we state your position correctly in the response.
>
> Thanks,
>
> Jason
>
> ---
>
> **From:** Blake Warner <blake@null3d.com>
> **Sent:** Thursday, February 2, 2023 10:09 AM
> **To:** Moran, Gregg (Assoc-Tpa) <gregg.moran@akerman.com>
> **Cc:** Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>
> **Subject:** Re: School Board Case - Phone Call and Request for Extension
>
> **[External to Akerman]**

Sure, give me a quick call around noon: 212-542-0155

Best regards,

-blake

On Thu, Feb 2, 2023 at 10:08 AM <gregg.moran@akerman.com> wrote:

> Mr. Warner,
>
> Mr. Margolin is out of the office all day and not able to respond, but happy to jump on a quick call a bit later (maybe about noon, as I have a few pending calls in the meantime) if you would like to discuss.  It appears we're on the same page though—the motion notes that the injunction is solely with respect to the proposals.  Is there specific language you felt was unclear?
>
> Also, it appears you received them through e-service, but courtesy copies of the motion and notice of appearance are attached.  There might be a separate notice of appearance today for me specifically, which we'll also send you if that ends up being filed.
>
> Thank you,
>
> **Gregg Moran**
>
> Associate
>
> Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
>
> D: 813 209 5045 | T: 813 223 7333 | C: 813 507 8895 | F: 813 223 2837
>
> Admitted in Florida
>
> gregg.moran@akerman.com
>
> ---
>
> **From:** Blake Warner <blake@null3d.com>
> **Sent:** Thursday, February 2, 2023 10:03 AM
> **To:** Moran, Gregg (Assoc-Tpa) <gregg.moran@akerman.com>
> **Cc:** Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>
> **Subject:** Re: School Board Case - Phone Call and Request for Extension

2

**[External to Akerman]**

Mr. Margolin:

I read your motion, and I just wanted to clear up a misunderstanding before you file your brief. I am not challenging the proposed boundary maps at all, I am challenging the current maps. The injunction is only requested to prevent the current proposals from going into effect to avoid potentially having to do major boundary changes twice.

Best regards,

-Blake

On Wed, Feb 1, 2023 at 9:42 PM <gregg.moran@akerman.com> wrote:

Mr. Warner,

We appreciate it—we'll handle the filing in the morning.  Feel free to call me on my office line then if you have any further questions or thoughts in the meantime.

Thank you,

**Gregg Moran**

Associate

Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602

D: 813 209 5045 | T: 813 223 7333 | C: 813 507 8895 | F: 813 223 2837

Admitted in Florida

gregg.moran@akerman.com

**From:** Blake Warner <blake@null3d.com>
**Sent:** Wednesday, February 1, 2023 9:40 PM
**To:** Moran, Gregg (Assoc-Tpa) <gregg.moran@akerman.com>