Draft boundary scenarios have been published! See if you are impacted by entering your address below.

Hillsborough County Public Schools  Attendance Boundary Analysis                English ▼



# HCPS Attendance Boundary Analysis

Welcome to the Hillsborough County Public Schools Attendance Boundary Analysis project page!

Explore this page to learn more about the project's objectives and timeline, familiarize yourself with key concepts and background, and keep track of important updates and announcements.

| 340,707 page views | 128,563 address searches | 15,469 map comments |

We have had significant engagement through the web tool. The period to comment through this tool has ended but you can still check your proposed school assignments by entering your address below.

## Explore HCPS's school boundaries



ⓘ **See your proposed school assignments**

[ Search your address ▼ ]   [ Go ]

## What is the attendance boundary analysis?

The Boundary Analysis will provide an impartial analysis of current school boundaries, feeder patterns and program locations and to develop, with community input, scenarios for adjustments in order to populate new and expanded school facilities and balance facility utilization throughout the county.

The Boundary Analysis is being conducted by a consultant team led by WXY Studio, working in close partnership with HCPS staff and the School Board of Hillsborough County. The Boundary Analysis process commenced in the Spring of 2022 and will conclude by Winter 2023. The Board will dictate a potential implementation timeline.



## What scenarios did you explore?

The redistricting project team developed three draft boundary scenarios for the community to consider. They have an increasing impact to school assignments, but also increasing benefits to utilization, distance to school, and feeder patterns.

## No Redistricting

No boundary changes

# 1

## Assignment Stability

Test only boundary changes necessary to address utilization extremes

# 2

## Facility Optimization

Optimize boundaries with a mix of full and partial school repurposings

# 3

## Maximal Repurposing

Optimize boundaries by considering a maximal number of school repurposings

**Explore the draft boundary scenarios!**

View key results for each scenario in the Webinar presentation.

## Phase 2 Webinar Presentation

### Phase 2 Overview

The boundary analysis team received a wide range of feedback through Phase 1 engagement activities. Following the various rounds of feedback, the team worked with HCPS leadership to create three scenarios that addresses community concerns around distance to school, overutilization, and assignment stability, among others.

Under Phase 2 of the Boundary Analysis process, we seek the community's feedback on the three draft scenarios using the Boundary Scenario Explorer Webtool. This feedback will be shared with members of

the School Board for further deliberation on potential boundary changes. Please note that any boundary change, including decisions on grandfathering, will be made by the School Board.

## Phase 2 Engagement

Phase 2 engagement began December 13th. Additional opportunities for engagement will be shared soon.

### Phase 2 Webinar

Dec 13th (6:30 – 7:30pm)

At this meeting, the team discussed the three draft scenarios and oriented community members to use the webtool.

Watch a recording of the meeting here:



Phase 2 Webinar: HCPS Attendance Boundary A...

### Phase 2 In-Person Meeting

Jan 9th-13th (5:30-8:00pm)

As part of a series of in-person meetings held between January 09 and January 13, the boundary analysis team engaged with the community to listen and address their concerns.

Watch a recording of presentation conducted at Sickles HS on Jan 13, 2023 where Superintendent Davis discusses the process.



### Galleria Walkthrough

Jan 9th – 13th (5:30 – 8:00pm)

Ten in-person meetings will be held at high schools across the county, where community members will be able to view boundary maps, submit feedback through the interactive tool, and speak with members from the HCPS and consultant project team.

## Phase 2 Galleria Presentation

**Middleton High School**

Monday, Jan 9, 2023

4801 N. 22nd St., Tampa

### Plant City High School

Monday, Jan 9, 2023

One Raider Place, Plant City

### Brandon High School

Tuesday, Jan 10, 2023

1101 Victoria St., Brandon

### Sumner High School

Tuesday, Jan 10, 2023

10650 County Rd. 672, Riverview

### Plant High School

Wednesday, Jan 11, 2023

2415 S. Himes Ave., Tampa

### Leto High School

Wednesday, Jan 11, 2023

4409 W. Sligh Ave., Tampa

### Gaither High School

Thursday, Jan 12, 2023

16200 N Dale Mabry Hwy., Tampa

### Sickles High School

Thursday, Jan 12, 2023

7950 Gunn Hwy., Tampa

### Bloomingdale High School

Friday, Jan 13, 2023

1700 E. Bloomingdale Ave., Valrico

### Wharton High School

Friday, Jan 13, 2023

20150 Bruce B. Downs Blvd., Tampa

Following Phase 2 engagement, the boundary analysis team will revise scenarios based on community inputs and present final scenarios for School Board's deliberation. As noted in earlier phases of the work, Boundary change recommendations, including decision on grandfathering, will be made by the School Board.

## Phase 1 Engagement

Countywide Phase 1 webinars were conducted between September 12 and September 16, 2022. They were attended by over 700 community members and viewed by an additional 400 individuals through the livestream broadcast. A recording of the webinar and a copy of the presentation are shared below.

**Please note that the survey closed on September 27, 2022.**

[Phase 1 Engagement Summary (English)](#)

[Phase 1 Presentation (English)](#)

[Phase 1 Presentation (Spanish)](#)

A message from the Superintendent regarding the Boundary Analysis process

If you were not able to attend a meeting, please refer to the meeting recording below.





Phase 1 Webinar: Boundary Analysis Town Hall - En...

## Why is this study important? Why now?

School enrollment in HCPS schools fluctuates due to housing development, immigration patterns, charter school growth, and Florida school choice policies. While HCPS has tried to keep pace with changing enrollments by building new schools and additions, this has led to disparities in school utilization. Some schools in HCPS have too few students and others too many.

## 53

HCPS schools are overutilized, operating with more than 95% of the school's seats filled.

## 70

HCPS schools are appropriately utilized. This means between 80% and 95% of their seats are filled.

## 93

HCPS schools are underutilized, with fewer than 80% of their seats filled.

## 15,154

Estimated number of students that are expected to move into housing units currently under construction or permitted.

# 72

Anticipated number of schools that will be overutilized when all 15,154 housing units are populated.

# 12,007

Number of student stations in fully- or partially- funded facilities projections, including school expansion and new school construction projects. Two to three of these projects require new boundaries to bring the added capacity online.

Disparities in school utilization have a negative impact on the operational and maintenance budget of the school system, including providing academic and transportation services to its students. HCPS's unique challenges prompted the HCPS to initiate an assessment of current school boundaries to ensure that HCPS can continue to provide high-quality facilities that support the educational programming needed to reinforce HCPS's core values

## Frequently Asked Questions

This list of questions is not final. As additional questions arise, they will be added here.

When will the boundary changes be implemented?
The consultant team will present the possible boundary scenarios to the superintendent who will make a recommendation to the School Board. A final vote is expected in late February. Along with the boundary analysis, a summary report of all stakeholder feedback will be submitted for the District's consideration. Any approved boundary changes are expected to take effect for the 2023-24 school year.

What are the next steps in the process?
**January 9-13th:**

 Ten gallery-style community meetings – allow families, staff, and the community to view draft boundary scenarios in person and provide feedback online.
**January 31st:**   School Board Workshop – discussion on draft boundary scenarios and data used in study
**February 13-17th:**

 Special Called School Board Meeting – we anticipate bringing the 1 Reading of the Proposed Boundary Adjustments to a Board Meeting in mid-February

**February 21st:**   School Board Meeting – 2Reading of the Proposed Boundary Adjustments

Will the students be able to remain (i.e. be grandfathered) in their current school? Will my school be closed?
Grandfathering decisions will be made by the School Board at the time of implementation. In the past, HCPS has grandfathered rising 5th, 8th, and 12th graders.
The district will not close any schools but may instead repurpose some facilities to a use that benefits the community. However, those decisions will be made at the recommendation of the superintendent once the scenarios are presented and voted on.

What happens to Magnet and Choice Students?
Magnet enrollments have been "frozen" in all three scenarios. This means that the capacity of magnet programs will not change and is accounted for. We have also frozen non-magnet choice students to account for differences in choice pupils across schools.

What factors are being considered in identifying schools for repurposing ? Which schools are they and are these the final list of schools ?
The team looked at several parameters including: Current enrollment; Stay rate – how many students are assigned to a school versus how many are enrolled; Future growth and enrollment trends; Utilization of surrounding schools; Per-pupil costs (accounting for Title-1 funding).
Each scenario proposes partial or full repurposing of a few schools from the list of schools outlined below. This is a preliminary list that will be adjusted based on community feedback. The School Board is expected to take a vote at a meeting in February. Parents, staff, and the community will be notified of the meeting dates and times in advance.
**Elementary Schools:**   Just ES (full); Morgan Woods ES (full); Kimbell ES (full); Cleveland ES (full)
**Middle Schools:**

Adams MS (full or partial); Greco MS (partial); Monroe MS (full); McLane MS (full); Jennings MS (full or partial); Smith MS (full); Madison MS (full)
**High Schools:**   Chamberlain HS (partial)

What will the schools be repurposed into?
There are no pre-determined plans for repurposed schools at this point in time. More broadly, the intent of repurposing is to not close schools but use some existing facilities to provide better learning opportunities for students. With that in mind, the District will explore repurposing some existing buildings to potential uses such as a career and tech center, gifted and talented center, project-based learning center, staff professional development center, and an ESE center, among others

How can it affect staff at the schools identified for partial or full repurposing?
It is important to note that HCPS staff will remain employed with the District despite any boundary adjustments or school repurposing decisions. Human Resources is planning a special employment pool for staff at the schools identified for possible partial or full repurposing.

How could this redistricting impact students across the district ?
Given the three boundary scenarios, it is estimated that between 11,000 and 24,000 students (6-14% of HCPS student enrollment) may be impacted by the potential boundary changes.

What if I do not want my child to attend the new assigned school ?
Parents who would like to participate in the District's Magnet and School Choice Options may visit and apply for another school placement through the district's Magnet and Choice webpage at https://www.hillsboroughschools.org/choice

How are the cost savings calculated?
More broadly, the estimated cost savings are a combination of a few things outlined below:

**1. One-Time Capital Savings -**

that is the money not spent in building new schools and purchasing/leasing portables as the scenarios put more schools within the 'well-utilized' range.

**2. Annual Savings -** that is a combination of:

**a) Transportation savings:**

When students are assigned to schools that are closer to their residences, there will be fewer students to transport resulting in transportation cost reductions. This saving is based on the estimated reduction in annual miles traveled and the current cost of transportation services.

**b) Savings from repurposing:**

In the case of schools that are partially or fully repurposed, the savings can range from personell costs to maintenance costs associated with the building. Note that instruction staff will move with the students, and our calculations account for that.

**c) Revenue Loss:**

that assumes a certain percentage loss of students who may choose to attend charter or private schools. This number is based on the stay rates of receving schools and multiplied by the current revenue per student to obtain the final estimate.

How are socio-economically disadvantaged students and students of color affected through the scenarios?
Socio-economically disadvantaged students are slightly

**more likely to be rezoned but see the greater benefits** than other students in any scenario.
**1. 61-62% of rezoned students qualify for Free & Reduced Lunch (FRL), compared to 53% countywide.**
**2. FRL students attend well-utilized schools under all redistricting scenarios.**
- 29% FRL students attend a well-utilized school
- In scenarios 2 and 3, 44-49% of FRL students attend a well-utilized school
- There are no FRL students in any scenario that attend a highly-overutlized or highly-underutilized school
- There are no longer any FRL students in very underutilized schools
**3. FRL students have the greatest improvements in travel distance across each scenario**
- 67% of distance improvements go to FRL students in Scenario 1

- 75% of distance improvements go to FRL students in Scenario 2
- 74% of distance improvements go to FRL students in Scenario 3

**4. These same utilization and distance benefits are present for students identifying as Black or African American, in particular**

## Key Terms

Assignment Stability

Capacity

Charter School

English Language Learner (ELL)

Enrollment

FISH Capacity

Feeder Pattern

Magnet Program (within neighborhood school)

Magnet School

Neighborhood School

School Boundary

School Repurposing

Special Education

Utilization

Walk Zone

Island Assignment



# Hillsborough County Public Schools

## Contact us

If you have any questions or want to report a website bug, you can contact project team members by writing to contactHCPS@hcps-boundary.org

## Useful links

HCPS official website

© 2022 Hillsborough County Public Schools