UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER, on behalf of
himself and his minor child J.W.,

    Plaintiff,

v.                                          CASE NO. 8:23-cv-181-SDM-JSS

SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

## ORDER

Appearing *pro se*, Blake Warner moves (Doc. 17) unopposed for leave to file documents using the Middle District of Florida's electronic docketing system, CM/ECF. The motion is **GRANTED**. No later than **FEBRUARY 17, 2023**, Warner must register for CM/ECF by following the "Non-Attorney E-File Registration" instructions available at https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-non-attorney-e-file-registration.pdf.[*]

A previous order directs Warner to "familiarize himself with both the Federal Rules of Civil Procedure at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure and the Local Rules for the Middle

---

[*] Warner can access the same instructions on the Middle District of Florida website, http://www.flmd.uscourts.gov/, by clicking "E-Filing (CM/ECF)."

District of Florida at https://www.flmd.uscourts.gov/local-rules, a copy of each of which is available in the clerk's office on the second floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida." Failure to comply with all applicable rules, including the Local Rules, or improper use of the electronic docketing system might result in the revocation of Warner's CM/ECF access. Thus, Warner is **DIRECTED** to read and comply with all applicable rules.

ORDERED in Tampa, Florida, on February 9, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE