# United States District Court
## For The Middle District of Florida
### Tampa Division

| | |
|---|---|
| Blake Warner, on behalf of himself and his minor child J.W.<br><br>v.<br><br>The School Board of Hillsborough County Florida | Case Number 8:23-CV-181-SDM-JSS |

## Motion to Withdraw
## Motion for Preliminary Injunction

Plaintiff moves to with to withdraw their *Motion for Preliminary Injunction* (Doc. 2) and contemporaneously deny *Opposed Motion for Leave to File Amended Motion for Preliminary Injunction, or in the Alternative, Unopposed Motion for Leave to File Reply to Defendant's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction* (Doc. 18) as moot because Plaintiff no longer believes that they can prove likely irreparable harm to J.W. in light of the final proposed school boundaries published on 02-09-2023.

As grounds therefore, Defendant states as follows:

1. Defendant published the final proposal ("proposal 4") on 02-09-2023.

2. The final proposal delays the implementation of proposal 4 a year (if passed) to the 2024-2025 school year.

3. Proposal 4 more or less maintains the status quo for J.W.

## Local Rule 3.01(g) Certification

I certify that I attempted to confer with opposing counsel after hours, however as of the filing of this document, I have not receieved a response. Given the time sensitive nature of adjudicating motions for preliminary injunction and the related pending motion (Doc. 18), I thought it prudent to file immediately to avoid wasting judicial resources. Defendant is presumed to be unopposed to the relief sought.

## Certificate of Service

I certify that a copy hereof has been served to Defendant via CM/ECF.

2-9-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

2