

Blake Warner <blake@null3d.com>

## Update on Boundary Analysis
1 message

**HillsboroughSchoolNews@hcps.net** <donotreply@blackboard.com>  Thu, Feb 9, 2023 at 4:45 PM
Reply-To: Hillsborough School News <HillsboroughSchoolNews@hcps.net>
To: blake@null3d.com



Hillsborough County Public Schools Parents and Families,

As Superintendent of Hillsborough County Public Schools, it is my responsibility to ensure every student receives a quality education. One of the most difficult decisions district leaders must consider in doing so are school boundary changes. Since last summer, Hillsborough County Public Schools has undergone a countywide boundary analysis looking at student enrollment, future growth, and facility optimization.

Over the years, some schools have seen a significant change in student population – some areas are still growing while other neighborhoods have fewer families with school-aged children. Families may also be choosing other educational options for their children.

At the upcoming February 13th School Board Workshop, I will make a recommendation for Scenario #4. This plan was developed after gathering parent, staff, and community feedback that will create stability for students using a multiphase, multiyear approach. To learn more about Scenario #4, please visit www.hcps-boundary.org to check your address for the recommended school boundaries.

Under this plan, **beginning in the 2024-2025 school year**, approximately 15,000 assigned students will be reassigned to a new school boundary. Assigned students are defined as every student that lives in a school boundary, inclusive of students who are currently attending HCPS neighborhood schools, charter schools, private schools, home school, virtual school, choice schools, and magnet schools. The actual number of students impacted will likely be less and will be determined once students arrive in August of 2024.

Scenario #4 creates the least student disruption districtwide while addressing many factors considered during our boundary analysis. This plan has been developed to:

- Reduce the number of very over-utilized and very under-utilized schools from 23 to 0;
- Increase the number of schools in the well-utilized range (80%-95%) from 67 to 79;
- Reduce the number of schools under 60% capacity from 13 to 0;
- Reduce the distance students travel to school by 39,862 miles;
- Reduce transportation reoccurring costs by $5,339,439;
- Increase annual reoccurring cost savings by $12,841,772.02 (including the above transportation savings).

Furthermore, in an effort to sustain academic momentum, I will also recommend the following grade levels be grandfathered into their current schools for the **2024-2025 school year <u>without transportation</u>**:

- Rising 5th grade students;
- Rising 8th grade students;
- Rising 11th grade students;
- Rising 12th grade students.

Scenario #4 provides a phased-in approach that allows one full year for impacted families to attend school-based tours, events, and orientations at their new school. This will create opportunities for families and students to learn more about

academic programs, clubs, extracurricular activities, and available resources. As always, we will ensure students who are transitioning to another school will have the immediate support needed to demonstrate positive educational outcomes.

Again, if approved by the School Board, the boundary changes will take effect for the 2024-2025 school year: except for Just Elementary School. I would like to thank everyone who took the time to offer feedback in this process as this was so important in shaping my recommendation. Understanding the difficulty with making this decision, know that I am committed to ensuring that every learner receives a high-quality education.

Respectfully,

Addison Davis

Superintendent

You are receiving this email because of your relationship with Hillsborough County School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Hillsborough County School District | 901 E Kennedy Blvd, Tampa, FL 33602 | 813-272-4183