# United States District Court
### For The Middle District of Florida
### Tampa Division

Blake Warner, on behalf of himself and his minor child J.W.

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

## Notice of Correction and Conference on Motion to Withdraw Motion for Preliminary Injunction

Plaintiff pursuant to local rule 3.01(g)(3), gives notice that Defendant indicated on the evening of 2-10-2023 that they are **UNOPPOSED** to the relief sought in *Motion to Withdraw Motion for Preliminary Injunction* (Doc. 20) ("motion").

1

## Correction

The email sent by Defendant[1] which Plaintiff relied on, incorrectly stated that "if approved by the School Board, the boundary changes will take effect for the **2024-2025 school year**".

However, defendant published "Scenario 4: Boundary Recommendation Overview"[2] around the same time that indicates that a newly created Carrollwood K-8 would start for 6th grade only **for the 2023-2024 school year** which starts in a few months.

This scenario 4 proposal re-assigns J.W. to Ben Hill Middle school which is 5 miles away from J.W.'s home, despite Carrollwood K-8 being closer at 1.6 miles, resulting in an increase in segregation in violation of the EEOA[3].

Relying on the misrepresentation, Plaintiff moved to withdraw the preliminary injunction as moot. However, if the proposal passes, it appears likely that J.W. can choice into that school. **Therefore at this time a preliminary injunction still appears to be moot.** In the event that the proposal passes, and Defendant denies J.W.'s school choice application, Plaintiff will amend the complaint and seek a TRO.

---

[1] *see* Doc. 20 attachment
[2] *see* Attachment
[3] It is a bold strategy, to propose reassigning the Plaintiff to a further school while litigation is pending accusing them of the same unlawful conduct.

## Certificate of Service

I certify that a copy hereof has been served to Defendant via CM/ECF.

2-11-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM