## Scenario 4: Boundary Recommendation Overview

Additionally, we must address schools that are very under-utilized and repurpose facilities while maximizing instructional student stations within our district. Therefore, my recommendation is to repurpose schools in a multiphase and multiyear approach. My proposal and timeline for repurposing schools is identified below:

### Recommendation, Overview, & Cost from Repurposed Schools

#### Phase #1: Implementation 2023-2024 School Year

| **Fully and Partially Repurposed Schools** | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Carrollwood K-8 | Configuration Change | Expand 6th Grade. School will now have Pre-K to 6th Grade. | N/A | 6th Grade: 2023-2024 |
| Just Elementary | Full Repurpose | Reboundary Students. Student Transition Year. | N/A | 2023-2024 |
| Town & Country Elementary | Partial Repurpose | All Students Remain. Launch Newcomers' Center | $88,700 *Title III/ Immigrant/ Migrant Capital Outlay Funding | 2023-2024 |

*See the funding sources identified.





# Scenario 4: Boundary Recommendation Overview

## Recommendation, Overview, & Cost from Repurposed Schools
### Phase #2: Implementation 2024-2025 School Year

All boundary changes, except Just Elementary, will occur in the 2024-2025 School Year

| Fully and Partially Repurposed Elementary Schools ||||| 
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Carrollwood K-8 | Configuration Change | Expand 7th Grade. School will now have Pre-K to 7th Grade. | N/A | 7th Grade: 2024-2025 |
| Cleveland Elementary | Full Repurpose | Rebarrdary Students. Student Transition Year. HVK12 & Choice Divisions Use Facility. | N/A | 2024-2025 |
| Kimbell Elementary | Full Repurpose | Rebarrdary Students. Student Transition Year. HOST Uses Facility. | N/A | 2024-2025 |
| Just Elementary | Full Repurpose | Sell Property and/or Identify Partner to Lease Property for Affordable Housing for Staff | N/A | 2024-2025 |



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

# Scenario 4: Boundary Recommendation Overview

## Recommendation, Overview, & Cost from Repurposed Schools

### Phase #2: Implementation 2024-2025 School Year Continued

| | Fully and Partially Repurposed Middle & High Schools | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Adams Middle | Full Repurpose | Reboundary Students. Student Transition Year. | N/A | 2024-2025 |
| Jennings Middle | Partially Repurpose | All Students Remain. CTE Division Uses Part of Facility | N/A | 2024-2025 |
| McLane Middle | Full Repurpose | Reboundary Students. Student Transition Year ESE, FDLRS, & Youth Services Divisions Use Facility. Launch Post-Secondary ESE Career & Technical Education Center. | $88,700 *IDEA/ ESE/ Capital Outlay Funds | 2024-2025 |
| Monroe Middle | Full Repurpose | Reboundary Students. Student Transition Year. Sell Property and/or Identify Partner to Lease Property for Affordable Housing for Staff. | N/A | 2024-2025 |
| Chamberlain High | Partially Repurpose | All Students Remain. Student Engagement Divisions Use Part of Facility | N/A | 2024-2025 |

*See the funding sources identified.



Hillsborough County PUBLIC SCHOOLS
Preparing Students for Life

7

# Scenario 4: Boundary Recommendation Overview

## Recommendation, Overview, & Cost from Repurposed Schools

### Phase #3: Implementation 2025-2026 School Year

| Fully and Partially Repurposed Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Carrollwood K-8 | Configuration Change | Expand 8th Grade. School will now have Pre-K to 8th Grade. | N/A | 8th Grade: 2025-2026 |
| High School "UUU" | New School Opening | 9th-12th grade | Previously budgeted | 9th-11th 2025-2026 |

*See the funding sources identified.

### Phase #4: Implementation 2026-2027 School Year

| Fully and Partially Repurposed Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Adams Middle | Full Repurpose | Launch College Preparatory Academy | $875,081 *Acceleration/ Workforce/ Capital Outlay/General Funds | 2026-2027 |

*See the funding sources identified.



8