UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER, on behalf of
himself and his minor child J.W.,

    Plaintiff,

v.                                        CASE NO. 8:23-cv-181-SDM-JSS

SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

## ORDER

Appearing *pro se*, Blake Warner moves (Doc. 20) unopposed to "withdraw" the pending motion for a preliminary injunction and concedes that irreparable harm is unlikely. The motion is **GRANTED**. The motion (Doc. 2) for a preliminary injunction is **STRICKEN**, and the clerk is directed to terminate the motion. Also, the motion (Doc. 18) to amend the motion for a preliminary injunction is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on February 13, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE