UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:23-cv-181-SDM-JSS | DATE: | April 28, 2023 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **WARNER** **v.** **SCHOOL BOARD OF HILLSBOROUGH COUNTY** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL BLAKE WARNER, Pro Se | |
| | | DEFENSE COUNSEL JASON MARGOLIN | |
| COURT REPORTER: David Collier-Walker | | DEPUTY CLERK: | Derek Young |
| TIME: 10:08 AM- 11:02 AM | TOTAL: 54 mins | | |
| | | COURTROOM: | 15A |

**PROCEEDINGS:   MOTION HEARING**

All parties present and identified for the record.

Defense counsel Jason Margolin makes argument for (Doc.14) motion to dismiss or motion for a more definitive statement.

Plaintiff makes argument against (Doc.14)

The court takes the motion under advisement.