UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER *on behalf of himself and his minor child, J. W.*,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:23-cv-181-SDM-JSS

SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

## **ORDER**

On behalf of himself and his minor child, who is enrolled in a Hillsborough County public school, Blake Warner sues (Doc. 1) the School Board of Hillsborough County, Florida, and asserts claims for violation of the Equal Educational Opportunity Act and the Fair Housing Act and a claim under 42 U.S.C. § 1983 for violation of the Equal Protection Clause of the Fourteenth Amendment.  Warner's claims challenge the boundaries that determine (together, apparently, with a conditional "choice" option) a pupil's school assignment in Hillsborough County.  The School Board moves (Doc. 14), based on "mootness" and "ripeness," to dismiss for "lack of subject matter jurisdiction" and in the alternative moves for a more definite statement.  A hearing occurred on April 28, 2023.  Warner and counsel for the School Board appeared and argued.

Because the disputes alleged in the complaint are neither ascertainably moot nor in any sense unripe (the only two grounds the School Board asserted), the motion (Doc. 14) to dismiss is **DENIED**. Construed leniently, the complaint, including the exhibits, is sufficiently specific to enable the School Board to formulate an informed and particularized response. The motion (Doc. 14) for a more definite statement is **DENIED**.

Warner's attention is again directed to the cautionary statement in an earlier order (Doc. 6), which briefly details Warner's need for advice from, and preferably representation by, a member of The Florida Bar or some other lawyer eligible to appear in the Middle District of Florida and represent or, at least, to properly counsel Warner in pursuing his claims.

No later than May 19, 2023, the School Board must answer the complaint.

ORDERED in Tampa, Florida, on April 28, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE