UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER, ON BEHALF OF HIMSELF
AND HIS MINOR CHILD J.W.,

    *Plaintiffs*,

v.                                                                       NO. 8:23-CV-00181

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY, FLORIDA,

    *Defendants*.

---

# NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere.".

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

        *Warner v. School Board of Hillsborough County, Florida,* No. 8:23-cv-01029 (M.D. Fla. 2023)

☐     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

*[signature]*
_____
5/10/2023

2