# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner, on behalf of himself
and his minor child J.W.

v.

The School Board of
Hillsborough County, Florida

Case Number

## Verified Complaint

## Introduction

*Plaintiff*, Blake Warner, *pro se*, hereby brings this action, on behalf of himself and his minor child J.W., against The School Board of Hillsborough County, Florida ("HCSB") for violations of 20 U.S. Code § 1706 ("Equal Educational Opportunities Act") or ("EEOA") and Fla. Stat. § 1002.31 ("Controlled open enrollment; public school parental choice"), for unlawfully segregating J.W. by assigning him to a more distant minority school and then refusing his school choice application to a closer white school that had extra capacity available to accept him.

1

## PLAINTIFFS

1. *Plaintiff* Blake Warner is African-American and the parent of a minor child (J.W.) who currently attends a public school operated by the HCSB.

2. Blake Warner and J.W. permanently reside at 2211 S. Village Ave, Tampa, Florida.

## DEFENDANT HCSB

3. Defendant The School Board of Hillsborough County, Florida operates, controls and supervises all free public schools within Hillsborough County pursuant Art. IX § 4 and Fla. Stat. § 1001.42.

## JURISDICTION AND VENUE

4. This court has jurisdiction pursuant 20 U.S. Code § 1706, Fla. Stat. § 1002.22(4), and 28 U.S. Code § 1367.

5. Venue is proper pursuant 28 U.S.C. § 1391 with respect to all defendants, because all Defendants reside in the Middle District of Florida, and all events giving rise to *Plaintiff*'s claims occurred in the Middle District of Florida.

## CARROLLWOOD K-8

6. On 05-09-2023, *Defendant* promulgated a format change for Carrrollwood Elementary, converting it from kindergarten through fifth grade ("K-5") to kindergarten through eighth grade ("K-8") effective August 2023 with the 2023-2024 school year for the sixth grade. *see* Exhibit E.

7. J.W. is starting the sixth grade for the 2023-2024 school year.

8. *Defendant* assigned J.W. to Adams Middle School–located at 10201 N Blvd, Tampa, FL 33612–using his home address.

9. Carrollwood K-8 is located at 3516 McFarland Rd, Tampa, FL 33618.

10. Both Adams Middle School and Carrollwood K-8 are operated by *Defendant*.

11. *Plaintiff* is harmed by being forced to choose between being denied an equal educational opportunity by attending a failing racially segregated school in his community; or driving approximately two hours per day to distant schools that J.W. can get admitted into, resulting in a loss of community and significantly increased transportation costs. *Plaintiff* further suffers harm from a lower property value of his home as a direct and proximate result of *Defendant* unlawfully assigning that home to a failing, segregated school (Adams).

## COUNTS

### COUNT I
#### *20 U.S. Code § 1703(c): Closest School*
#### *J.W. Against* DEFENDANT *HCSB*

12. *Plaintiffs* re-alleges and incorporates by reference ¶ 1 - 11

13. The EEOA declares unlawful segregation as "the assignment by an educational agency of a student to a school, other than the one closest to his or her place of residence within the school district in which he or she resides, if the assignment results in a greater degree of segregation of students on the basis of race, color, sex, or national origin among the schools of such agency than would result if such student were assigned to the school closest to his or her place of residence within the school district of such agency providing the appropriate grade level and type of education for such student".

14. J.W.'s home is 1.6 miles from Carrollwood K-8. *see* Exhibit A.

15. J.W.'s home is 2.3 miles from Adams Middle School. *see* Exhibit B.

16. Adams Middle School is a failing school with a D-rating from the Florida Department of Education. *see* Exhibit G.

17. Adams Middle School's student demographics are 29.65% black, 55.13% hispanic, and 7.05% white. *see* Exhibit F pp. 1.

18. Carrollwood K-8 is a good school with an A-rating from the Florida Department of Education. *see* Exhibit G.

19. Carrollwood K-8's student demographics are 7.56% black, 39.56% hispanic, and 41.78% white. *see* Exhibit F pp. 4.

20. *Defendant* created a greater degree of segregation when they assigned the African-American *Plaintiffs* to further away minority school (Adams) despite there being a closer white school (Carrollwood K-8).

## NATURE OF RELIEF

**WHEREFORE**, *Plaintiffs* respectfully requests that this court:

(a) declare the actions, omissions, policies, and procedures of Defendant HCSB, complained of herein to be in violation of the EEOA; and

(b) enter an order directing *Defendant* HCSB to redraw the Carrollwood K-8 assignment boundary map to be in compliance with the EEOA; and

(c) award to the *Plaintiff* costs of suit and reasonable attorney fees; and

(d) grant whatever additional relief this Court deems appropriate and just under the circumstances.

## Count II

### *Fla. Stat. § 1002.31: Controlled Open Enrollment*
### *Blake Warner and J.W. Against* Defendant *HCSB*

21. *Plaintiffs* re-alleges and incorporates by reference ¶ 1 - 11

22. Florida is a controlled open enrollment state: School Boards must allow any student to *choice* into any public school as long as that school has available student capacity.

23. The current anticipated 2022-2023 enrollment for Carrollwood K-5 is 691, with a total capacity of 797. *see* Exhibit C.

24. The anticipated enrollment for the expanded Carrollwood K-8 is 861 with a capacity of 812. *see* Exhibit C.

25. However, for the 2023-2024 school year, Carrollwood is only a K-6: seventh grade is being added for the 2024-2025 year, and eighth for the 2024-2025 school year[1].

26. If you subtract the missing seventh and eighth grade students from the anticipated enrollment, you get an anticipated enrollment of 747[2] with a capacity between 797 and 812, therefore there is room at this school for J.W. to attend for the 2023-2024 school year.

27. *Plaintiff* applied for choice admission into Carrollwood K-8 during the choice application window, however defendant refused to process his application. *see* Exhibit D.

---

[1] "For the 2023-24 school year, incoming sixth graders (current fifth graders) will be required to remain ... For the 2024-25 school year, incoming sixth graders (current fourth graders) will be required to remain ... For the 2025-26 school year, incoming sixth graders (current third graders) will be required to remain.". *see* Exhibit E pp. 2-3

[2] $672 + (941 / 3)$

28. The school board has implemented a policy[3] of blanket refusing all general choice applications for Carrollwood K-8 in violation of Fla. Stat. § 1002.31.

## NATURE OF RELIEF

**WHEREFORE**, *Plaintiffs* respectfully requests that this court:

(a) declare the actions, omissions, policies, and procedures of Defendant HCSB, complained of herein to be in violation of Fla. Stat. § 1002.31; and

(b) enter an order directing *Defendant* to admit J.W. to Carrollwood K-8; and

(c) award to the *Plaintiff* costs of suit and reasonable attorney fees; and

(d) grant whatever additional relief this Court deems appropriate and just under the circumstances.

---

[3] "General school choice options will be closed for Carrollwood PK-8". *see* Exhibit E pp. 3

## DEMAND FOR BENCH TRIAL

Plaintiff hereby demands a trial by judge on all issues.

## UNSWORN DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

5-10-2023

Date

Signature

Blake Warner, *pro se*

2211 S. Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

7