# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner, on behalf of himself
and his minor child J.W.

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

# Unopposed Motion To Consolidate

*Plaintiff* moves to consolidate cases 8:23-cv-181 and 8:23-cv-1029 pursuant Rule 42 (a) of the Federal Rules of Civil Procedure. While the gravamen of the two actions are different, they do have a common question of law with regards to 20 U.S. Code § 1706(c) (albeit with a different set of operative facts). Additionally, the relief sought in one might impact the relief in the other. *Plaintiff* requests that the trials be kept separate.

Rule 42(a) permits a district court to consolidate separate actions when they involve "a common question of law or fact." Fed.R.Civ.P. 42(a). Even if there are some questions that are not common, consolidation is not precluded. Batazzi v. Petroleum Helicopters, Inc., 664 F.2d 49, 50 (5th Cir. 1981); See Central Motor Co. v. United States, 583 F.2d 470 (10th Cir. 1978).

*Plaintiff* requests that this court grant it's motion to consolidate the two actions.

1

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they are unopposed to the relief sought in this motion.

| | |
|---|---|
| 5-17-2023 | |
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |