Gmail

**Blake Warner <blake@null3d.com>**

## Confer on Motion to Consolidate - Warner v. School Board of Hillsborough County, Florida (8:23-cv-00181)

**Blake Warner** <blake@null3d.com>                                    Wed, May 10, 2023 at 9:19 AM
To: jason.margolin@akerman.com, gregg.moran@akerman.com, jim.porter@akerman.com, Jeff Gibson <jg@macfar.com>

Mr. Margolin:

I am writing to inquire if you are unopposed to a motion to consolidate cases 8:23-cv-00181 and  8:23-cv-1029 pursuant Rule 42(a). Seeing as your client has not yet been served with the latter, a courtesy copy of the filing is attached.

If you are opposed, please give me some dates/times that you are available to confer.



best regards,
-Blake

---

**12 attachments**

🔴 **01_verified_complaint.pdf**
102K

🔴 **02_summons_hcsb.pdf**
28K

🔴 **03_related_cases.pdf**
269K

🔴 **23CV1029 KKM SUMMONS.pdf**
472K

🔴 **exhibit_c_utilization.pdf**
463K

🔴 **exhibit_b_distance_adams_middle.pdf**
310K

🔴 **exhibit_a_distance_carrollwood_k8.pdf**
234K

🔴 **exhibit_f_school_race_demographics.pdf**
83K

🔴 **exhibit_d_choice_application.pdf**
916K

🔴 **exhibit_e_carrollwood_proposal.pdf**
1140K

🔴 **civil_coversheet.pdf**
857K

🔴 **exhibit_g_state_school_grades.pdf**
752K