# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

## Amended Verified Complaint

## Introduction

*Plaintiff*, Blake Warner, *pro se*, hereby amends his complaint, pursuant Rule 15(a)(2) with written consent of *Defendant*[1], against The School Board of Hillsborough County, Florida ("HCSB") for violations of 42 U.S. Code § 3601 et seq ("Fair Housing Act") for unlawful manipulation of housing values in *south tampa* by intentionally operating a segregated school system.

The HCSB has significantly contributed to racial imbalance in the Hillsborough County housing market by drawing boundaries around racial lines. The HCSB then used these racial boundaries as a pretext for discrimination through redlining and steering.

---

[1] *see* exhibit h. Though *Defendant* requests *Plaintiff* file a Rule 41 notice of dismissal for the individual counts, the eleventh circuit held that Rule 15 amendment is the proper procedure to do this, not Rule 41. *see* Perry v. Schumacher Group of Louisiana, 2018 WL 2473721 (11th Cir. June 4, 2018). *Plaintiff* construes this as written consent to amend.

1

An interactive version of the map boundaries presented are available at: https://grandwizarddavis.de/

## Plaintiff

1. *Plaintiff* is African-American.

2. *Plaintiff* has continuously resided in Hillsborough County since 2016.

## Defendant HCSB

3. Defendant The School Board of Hillsborough County, Florida operates, controls and supervises all free public schools within Hillsborough County pursuant Art. IX § 4 and Fla. Stat. § 1001.42.

4. The HCSB accepts federal funds through the Individuals with Disabilities Education Act ("IDEA"), Title I-VII, and the Cares Act.

## Jurisdiction and Venue

5. This court has jurisdiction pursuant 42 U.S. Code § 3613.

6. Venue is proper pursuant 28 U.S.C. § 1391 because *Defendant* reside in the Middle District of Florida, and all events giving rise to *Plaintiff*'s claims occurred in the Middle District of Florida.

## EEOA

7. The EEOA declares unlawful segregation as "the assignment by an educational agency of a student to a school, other than the one closest to his or her place of residence within the school district in which he or she resides, if the assignment results in a greater degree of segregation of students on the basis of race, color, sex, or national origin among the schools of such agency than would result if such student were assigned to the school closest to his or her place of residence within

2

the school district of such agency providing the appropriate grade level and type of education for such student".

8. As laid out below, the HCSB has a pattern and/or practice of assigning students to farther away schools resulting in more segregation.

## Tampa Regions

9. For the purposes of this complaint, the following regions are defined as follows:

10. *South Tampa* is defined as the area between Gandy Boulevard and Kennedy Boulevard.

11. *West Tampa* is defined as the area between Kennedy Boulevard and Busch Boulevard/Linebaugh Avenue, and west of I-275.

12. *East Tampa* is defined as the area between Kennedy Boulevard and Fletcher Avenue, and east of I-275.

## Regions

13. *South Tampa*'s population is predominantly White. *see* Exhibits A and B.

14. *West Tampa*'s population is predominantly Hispanic. *see* Exhibits A and C.

15. *East Tampa*'s population is predominantly African-American. *see* Exhibits A and D.

16. The racial demographics rapidly change at Kennedy Boulevard. Kennedy is generally the demarcation point between affluent whites and minorities.

## Elementary Schools

17. The three *South Tampa* elementary schools which border *West Tampa*–Grady, Mitchell, and Gorrie–currently have utilization rates of 118%, 111%, and 107%, respectively. *see* Exhibits E.

18. The three *West Tampa* elementary schools which border *South Tampa*–Tampa Bay Boulevard, West Tampa, and Just–currently have utilization rates of 63%, 84%, and 41%, respectively. *see* Exhibits E.

19. The bordering *South Tampa* schools are extremely over utilized, while the bordering *West Tampa* are extremely underutilized.

20. The obvious solution is to shift the school boundaries southward, sending some of the white students from over-utilized *South Tampa* to underutilized–majority minority–*West Tampa* to balance out the utilization.

21. Rather than do this, the HCSB has proposals to close a minority school and leave the bordering *South Tampa* schools at a staggering 100-119% utilization despite their stated goal to reduce utilization to the 80% range.

22. The HCSB will not lower those utilization rates to the 80% range, because that would mean sending white students to bordering minority schools.

## Plant, Jefferson, and Blake High School

23. The following map shows the locations and boundaries for Plant High School (orange), Jefferson High School (yellow), and Blake High School (purple):



24. Plant High School is nearly *twice* as far from Davis Island as Blake High School is by ground transportation, yet students in that affluent white enclave are not assigned to Blake, a predominantly African-American school.

25. Similarly, the neighborhoods of Westshore Palms, North Bon Air, Beach Park, and Oakford Park are at least twice as close to Jefferson High School than Plant, and in some cases literally across the street from Jefferson, yet those white students are assigned to Plant and the school district is unable to give a cognizable reason why.

26. The reason for the odd shape of the boundaries becomes clear when you overlay those boundaries over a map of the racial demographics, as illustrated in the

following image:



27. The most egregious part is that Plant is overpopulated, and yet they still will not send those white students to predominantly minority Jefferson High School and Blake High School.

28. The following image shows just how maladjusted the current Plant High School boundaries are, when overlaid with the boundaries for the closest high schools. The shaded area highlight portions of Plant High School's current boundary that are closer to Jefferson High School and Blake High School:



## Coleman, Madison, and Pierce Middle School

29. The situation with Coleman Middle School is similar to Plant High School: Coleman's boundary is artificially kept lower to exclude assigning the large African-

6

American population directly to their north, despite them being significantly closer to Coleman than Pierce.

30. Madison to the South of Coleman, is exerting pressure to move Coleman's boundaries up. But to avoid doing this, the District is proposing plans to just close Madison or Monroe, to avoid sending white students to minority schools directly to the north.

31. The following image shows the locations of Coleman, Pierce, and Madison, overlayed over a map of race. The black lines represent the border for the closest school:



## DISTRICT BOUNDARIES

32. Not only did the school board segregate the students, they segregated themselves. They drew district map boundaries that correspond directly to race: the Hispanic population is almost exclusively located in district 1, the African-American population in district 5, and white population in district 2.

33. This image shows the racial map overlaid with the district boundaries shown in blue lines:

7



34. The racial segregation in the district map was intentional.

35. The HCSB stated "Given the population distribution in Hillsborough County, having a high black population in District Five maximizes the opportunity for a minority candidate to be elected. When considering the demographic profile of each map, any map that identified a significant reduction in the black population in District Five was discarded"[2].

36. The HCSB stated "The black population percentage for district five .. is 41.1%"[3].

37. The black population percentage for Hillsborough County is approximately 18%.

38. The school board intentionally drew their district map to concentrate their black population in District 5.

39. By concentrating the black population in District 5, they remove the black population from the other districts causing other races to be segregated as well. The end result was a map where Hispanic (District 1), black (District 5), and white (District 2, 3, and 4) populations were segregated into their own respective districts.

## Fair Housing Act

40. Hillsborough County home buyers and renters frequently make decisions on which neighborhoods to purchase or rent based substantially on the public schools that are assigned to properties.

41. The assigned schools are provisioned services and/or facilities in connection with the residence that is assigned to them.

42. The HCSB is the entity who assigns public schools to specific residences, usually through the promulgation of a boundary map.

---

[2] *see* https://www.hillsboroughschools.org/cms/lib/FL50000635/Centricity/Domain/282/Map%20F.png
[3] *see* https://www.hillsboroughschools.org/cms/lib/FL50000635/Centricity/Domain/282/Map%20F.png

9

43. Promulgating school boundary maps that unlawfully segregate by race under the EEOA is de facto racial discrimination under the Fair Housing Act.

44. At all times relevant, there has been at least one residential real estate property for sale in each of the affected neighborhoods.

45. "Steering" is the practice of influencing a buyer's choice of communities based upon one of the protected characteristics under the Fair Housing Act, which are race, color, religion, gender, disability, familial status, or national origin.

46. "Redlining" is a discriminatory practice that puts services (financial and otherwise) out of reach for residents of certain areas based on race or ethnicity, often times by drawing lines on maps.

47. The HCSB artificially inflated the property values in *South Tampa* by racially segregating white students into white schools to fabricate "A-rated" schools by excluding minority students.

48. On the flip side, this caused the schools that were deprived of those white students to get less resources and lower school grades, which depressed property values in homes assigned to those manufactured minority schools.

49. This pricing imbalance steered minorities to minority neighborhoods that they could only afford due to HCSB segregation based pricing manipulation, and affluent white people to the segregated white neighborhoods, further entrenching the segregation. Effectively redlining along the HCSB's segregated school boundaries.

## INJURY

50. As an African-American who has been the subject of discrimination throughout his life, Mr. Warner is particularly sensitive to discriminatory practices. Mr. Warner was insulted and emotionally distressed by the knowledge that school

aged students in his community were being discriminated against because of their race… in the year 2023.

51. Mr. Warner was and is saddened, angered, and insulted by the fact that the HCSB continues to operate a segregated school system.

52. *Defendant*'s unlawful conduct proximately caused Mr. Warner to suffer the aforementioned emotions, which have manifested into stress, unpleasant rumination, mental strain, and feelings of indignity, hopelessness and anxiety about race discrimination in housing and the school system.

53. Due to HCSB's manipulation of property values, *Plaintiff* was priced out of *South Tampa* and had to relocate to relocate outside of *South Tampa*, further increasing segregation in *South Tampa* and resulting in a loss of community for *Plaintiff*.

54. Mr. Warner spent much of his childhood in *South Tampa*. He attended Tinker Elementary, Monroe Middle School, and Robinson High School there.

## INTENT

55. The fact that the school boundaries correlate nearly 1-to-1 directly to race.

56. The fact that the school board explicitly used race to draw the district maps to segregate.

57. The fact that the HCSB has a history of refusing to desegregate.

58. The fact that the HCSB was notified several times that they were in violation of the EEOA, and provided racial maps and other evidence in support of that assertion, yet the HCSB ignored it and pressed forward with racial segregated maps and proposals.

59. The fact that Blake High School was the negro High School in the 50's before desegregation, and it remains a segregated negro High School in 2023 due to the obvious gerrymandering of Blake High School.

60. The fact that white students across the street from Jefferson High School are not assigned to Jefferson High School.

61. The affluent white residents of *South Tampa* wield tremendous political influence in relation to the other parts of Hillsborough County.

62. Those affluent white *South Tampa* residents are currently exerting tremendous pressure on the HCSB to not implement certain proposed school boundary changes that would assign some of their homes to Jefferson High School, despite their homes being geographically closer to Jefferson, because generally they do not want their children attending Jefferson High School (a low performing minority school) and because their property values will drop if their homes are reassigned from A-rated Plant High School to C-rated Jefferson High School.

63. Superintendent Addison Davis has capitulated to this political pressure, and has expressed assurances to certain school board members that he will not submit the proposal that reassigns white students to Jefferson High School, while publicly stating that no decision has been made:


Tim McGaughey  Author  Group expert
There was a question about where the superintendent stands on this so far. Dr. Hahn commented that there was a soft commitment to keep the 130 families in the district.
Note: I assume this referenced scenario 2 and WBA, WSP.
1d  3

64. The school board members are poised to approve yet another racially segregated map, despite knowing full and well that those maps are racially segregated, be-

cause they lack the political courage to overcome that political pressure from *South Tampa* residents:



65. School Board Member Dr. Stacy Hahn's comments about "fighting everyday" to keep District 2 (white) family's in District 2 schools (white).

66. A discriminatory purpose, not any legitimate reason, was a motivating factor behind Defendant's aforementioned discriminatory actions and/or omissions.

## Dr. Hahn's Statements

67. On or about January 11, 2023, Dr. Stacy Hahn gave a news interview with New Channel 8 WFLA[4].

68. This interview was broadcast on public television as well as printed on WFLA's website.

69. Dr. Hahn knew when she agreed to this interview, that it would be published and/or printed on television and/or the WFLA website.

70. During this interview, Dr. Hahn stated "I can tell you that I am fighting every day to make sure District 2 families stay in District 2 schools,".

71. There is no legal basis for District 2 families to stay in District 2. School boundaries routinely cross those arbitrary Districts, whose sole purpose is for electing school board members, not for school boundaries.

72. "District 2" is the racially gerrymandered Caucasian district that Dr. Hahn represents. "District 2"'s population is predominantly white.

73. District 1's population is predominantly minority and borders District 2 to the north.

74. Dr. Hahn's statement is dog whistling, telling white residents in South Tampa that she is fighting hard not to send their white children to a minority dominated schools in District 1.

75. Dr. Hahn's statement indicates a preference for white people to live and attend white schools in District 2, and consequently for minority students to attend schools in District 1.

---

[4] *see* https://www.wfla.com/news/hillsborough-county/hundreds-attend-plant-high-school-meeting-to-protest-proposed-hillsborough-school-redistricting/

## Disparate Impact

76. The current school boundaries are arbitrary and the HCSB cannot have any legitimate objective for them because they violate the EEOA.

77. The current school boundaries disproportionately affect racial minorities by isolating them into under-performing schools, while the isolated white students excel in A-Rated schools.

78. This further harms the minority communities in *east tampa* and *west tampa*, because their property values are decreased, while the property values increase in the white neighborhoods.

## Counts

### Count I
*42 U.S. Code § 3604: Intentional Discrimination*

79. *Plaintiffs* re-alleges and incorporates by reference ¶ 1 - 78

80. *Defendant* intended to unlawfully segregate students by race and/or color through *south tampa* school assignment boundary maps which are the terms, conditions, or privileges of a sale or rental of a dwelling, or the provision of services or facilities in connection therewith; or otherwise made housing unavailable by pricing minorities out of *south tampa* due to unlawful pricing manipulation.

### Count II
*42 U.S. Code § 3604: Disparate Impact*

81. *Plaintiffs* re-alleges and incorporates by reference ¶ 1 - 78

82. *Defendant*'s school assignment boundary maps had a discriminatory effect on minority students in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of *south tampa* services or facilities in connection therewith, because of race and/or color, or otherwise made housing unavailable by pricing minorities out of *south tampa* due to unlawful pricing manipulation.

## Nature of Relief

**Wherefore**, *Plaintiffs* respectfully requests that this court:

(a) declare the actions, omissions, policies, and procedures of Defendant HCSB, complained of herein to be in violation of the Fair Housing Act; and

(b) enter a permanent injunction enjoining Defendant HCSB from promulgating any school assignment boundary maps complained of herein that unlawfully segregate students by race; and

(c) enter a permanent injunction enjoining Defendant HCSB from promulgating any school assignment boundary maps complained of herein without prior approval of the Court; and

(d) enter an order directing Defendant HCSB to submit a proposed desegregated school assignment boundary map complained of herein for approval; and

(e) award to the *Plaintiff* costs of suit and reasonable attorney fees; and

(f) grant whatever additional relief this Court deems appropriate and just under the circumstances.

## DEMAND FOR BENCH TRIAL

Plaintiff hereby demands a trial by judge on all issues.

## UNSWORN DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

5-18-2023

Date

Signature

Blake Warner, *pro se*

2211 S. Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM