

Blake Warner <blake@null3d.com>

**Warner vs School Board of Hillsborough County, Florida - 8:23-cv-181**

---

**jason.margolin@akerman.com** <jason.margolin@akerman.com>  Wed, May 17, 2023 at 9:53 AM
To: blake@null3d.com
Cc: gregg.moran@akerman.com, jg@macfar.com, jim.porter@akerman.com

Mr. Warner,

Below, you said you abandoned Counts I and II. If that is your position, you should file a notice of dismissal of Counts I and II in your complaint to inform the court and clarify the record. We cannot rely on your oral statement on a phone call and must respond to the pleading pending before the Court.

Best,
Jason

**Jason L. Margolin**

Partner

Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602

D: 813 209 5009 | F: 813 218 5488

Admitted to Practice in Florida and District of Columbia

jason.margolin@akerman.com

[Quoted text hidden]