**Margolin, Jason (Ptnr-Tpa)**

| | |
|---|---|
| **From:** | Blake Warner <blake@null3d.com> |
| **Sent:** | Wednesday, May 17, 2023 10:38 AM |
| **To:** | Margolin, Jason (Ptnr-Tpa); Moran, Gregg (Assoc-Tpa); Jeff Gibson; Porter, Jim (Ptnr-Tpa) |
| **Subject:** | Stipulation Regarding 502 S. Fremont Ave |

**[External to Akerman]**

Mr. Margolin:

I stipulate that no cause of action is based in whole or in part on the assignment of J.W. using his prior 502 S. Fremont Avenue address as outlined in Paragraph 10 of the complaint.

The two EEOA counts are premised on the contractual assignment of J.W. to Coleman Middle School and Plant High School.

You may attach this email to your answer.

best regards,
-Blake



1