<S>
</S>

