

## 2021 SCHOOL BOARD REDISTRICTING MAP F

Hillsborough County PUBLIC SCHOOLS
Preparing Students for Life

**Hillsborough County School Board**
901 E. Kennedy Blvd.
Tampa, Florida 33602

### Legend

**Districts**
- District 1
- District 2
- District 3
- District 4
- District 5

- - - Current School Board Commissioner District Boundaries

### 2020 Census Data (Map F)

| District | White | Black | Native American | Asian | Native Hawaiian | Other | Hispanic | Non Hispanic | Total Population |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 197,731 | 30,344 | 3,245 | 16,560 | 343 | 35,086 | 127,899 | 157,210 | 285,109 |
| 2 | 209,595 | 49,180 | 4,182 | 15,613 | 527 | 23,525 | 71,130 | 231,512 | 302,622 |
| 3 | 187,407 | 42,500 | 3,967 | 27,786 | 421 | 22,799 | 69,605 | 215,475 | 285,080 |
| 4 | 227,394 | 32,112 | 5,774 | 11,802 | 363 | 29,105 | 80,631 | 225,219 | 305,850 |
| 5 | 120,577 | 115,585 | 3,483 | 10,934 | 422 | 30,100 | 78,136 | 202,965 | 281,101 |

*Racial Categories / Ethnic Categories* / Total*

* Americans of Hispanic or Latino descent are considered members of an ethnic category.
** Numbers represent percentage of racial classification by district.  Percentages may not equal 100% when added due to rounding.

### Category Percentages**

| District | % White | % Black | % Native American | % Asian | % Native Hawaiian | % Other | % Hispanic | % Non Hispanic |
|---|---|---|---|---|---|---|---|---|
| 1 | 69.4% | 10.6% | 1.1% | 6.4% | 0.3% | 12.3% | 44.9% | 55.1% |
| 2 | 69.3% | 16.3% | 1.4% | 5.2% | 0.2% | 7.8% | 23.5% | 76.5% |
| 3 | 65.8% | 14.9% | 1.4% | 9.7% | 0.3% | 8.0% | 24.4% | 75.6% |
| 4 | 74.3% | 10.5% | 1.9% | 3.6% | 0.3% | 9.5% | 26.4% | 73.6% |
| 5 | 42.9% | 41.1% | 1.2% | 3.9% | 0.2% | 10.7% | 27.8% | 72.2% |

### Evaluation of Redistricting Criteria

The School Board has identified four criteria that each map should strive to achieve to be considered viable:

1.  **The School Board will target a zero percent retrogression (no negative change) of minority composition in districts.**

Given the population distribution in Hillsborough County, having a high black population in District Five maximizes the opportunity for a minority candidate to be elected. When considering the demographic profile of each map, any map that identified a significant reduction of the black population in District Five was discarded.

The black population percentage for district five as depicted on this map is 41.1%.

2.  **School Board Commissioner Districts should have an equal population to comply with the "one person, one vote" requirement. When all criteria and principles are considered, every effort shall be made to minimize the population variance among the Districts.**

Population variance is calculated using the following formula (expressed as a percentage):

(Largest population - Smallest population) / average population

The population variance as depicted on this map is 8.8%.

3.  **Districts will be created in as compact a form as possible and be contiguous.**

Districts boundaries were created manually to ensure contiguity. Compactness is determined in part by geographic area and population distribution, as necessary.

4.  **Districts should allow for the representation of general areas of the County having similar interests or affinities.**

The 2020 Census counts provided under Public Law (PL) 94-171 from the U.S. Bureau of the Census were used as the official source of population counts and demographic information for reapportionment. Neighborhoods, voter precincts, and natural boundaries were included in the model and adhered to where practicable.

**Locator Map**

**2021 Redistricting Map F**
(Submitted by Member Perez)
November, 2021

NOTE:  Every reasonable effort has been made to assure the accuracy of this map. Hillsborough County does not assume any liability arising from the use of this map. THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose.

SOURCES:  U.S. Census Bureau, State and County QuickFacts. Data derived from 2010 Census of Population and Housing.  This map has been prepared for the inventory of real property found within Hillsborough County and is compiled from recorded deeds, plats, and other public records; it has been based on BEST AVAILABLE data. Population and housing unit density are compiled by dividing the total population or number of housing units within a geographic entity (for example, a state, county, place) by the land area of that entity measured in square kilometers or square miles. Density is expressed as both "people (or housing units) per square kilometer" and "people (or housing units) per square mile" of land area.

Users of this map are hereby notified that the aforementioned public primary information sources should be consulted for verification of the information contained on this map.

Author:   OH
Path:   /LIBRARY/REDHCISB
File Name:   2021 Redistricting Map F.ai