ALAFIA ELEMENTARY SCHOOL



Accuracy:      40%      Grade:              A
Minorities:    46.3%    Utilization:       76%
LS Exclusion:  56%      FS Inclusion:      14%
Displacement: 7.50:1    R:      gerrymandered

ALEXANDER ELEMENTARY SCHOOL



Accuracy:      20%      Grade:              A
Minorities:    95.2%    Utilization:       70%
LS Exclusion:  79%      FS Inclusion:      11%
Displacement:29.15:1    R:      gerrymandered

ANDERSON ELEMENTARY SCHOOL



Accuracy:      41%      Grade:              C
Minorities:    58%      Utilization:       67%
LS Exclusion:  41%      FS Inclusion:      42%
Displacement: 0.96:1    R:      gerrymandered

APOLLO BEACH ELEMENTARY SCHOOL



Accuracy:      57%      Grade:              A
Minorities:    38.6%    Utilization:       79%
LS Exclusion:  21%      FS Inclusion:      32%
Displacement: 0.59:1    R:      gerrymandered

BAILEY ELEMENTARY SCHOOL



Accuracy:      32%      Grade:              B
Minorities:    54.7%    Utilization:       80%
LS Exclusion:  18%      FS Inclusion:      64%
Displacement: 0.13:1    R:      gerrymandered

BALLAST POINT ELEMENTARY SCHOOL



Accuracy:      60%      Grade:              A
Minorities:    37.1%    Utilization:       88%
LS Exclusion:  20%      FS Inclusion:      28%
Displacement: 0.62:1    R:      gerrymandered

BAY CREST ELEMENTARY SCHOOL



Accuracy:      38%      Grade:              B
Minorities:    85.7%    Utilization:       60%
LS Exclusion:  25%      FS Inclusion:      56%
Displacement: 0.27:1    R:      gerrymandered

BELLAMY ELEMENTARY SCHOOL



Accuracy:      48%      Grade:              C
Minorities:    91.3%    Utilization:       60%
LS Exclusion:  41%      FS Inclusion:      26%
Displacement: 1.92:1    R:      gerrymandered

BELMONT ELEMENTARY SCHOOL



Accuracy:      50%      Grade:              D
Minorities:    74.1%    Utilization:       97%
LS Exclusion:  24%      FS Inclusion:      39%
Displacement: 0.48:1    R:      gerrymandered

BEVIS ELEMENTARY SCHOOL

BING ELEMENTARY SCHOOL

BOYETTE SPRINGS ELEMENTARY SCHOOL


Accuracy: 48%   Grade: A
Minorities: 36.9%   Utilization: 90%
LS Exclusion: 41%   FS Inclusion: 26%
Displacement: 2.03:1   R: gerrymandered

Accuracy: 38%   Grade: C
Minorities: 82.8%   Utilization: 65%
LS Exclusion: 29%   FS Inclusion: 54%
Displacement: 0.35:1   R: gerrymandered

Accuracy: 39%   Grade: A
Minorities: 47.2%   Utilization: 79%
LS Exclusion: 43%   FS Inclusion: 43%
Displacement: 0.99:1   R: gerrymandered

BROOKER ELEMENTARY SCHOOL


BROWARD ELEMENTARY SCHOOL


BRYAN ELEMENTARY SCHOOL


Accuracy: 52%   Grade: B
Minorities: 52.8%   Utilization: 75%
LS Exclusion: 10%   FS Inclusion: 43%
Displacement: 0.16:1   R: gerrymandered

Accuracy: 49%   Grade: C
Minorities: 91.1%   Utilization: 41%
LS Exclusion: 32%   FS Inclusion: 35%
Displacement: 0.89:1   R: gerrymandered

Accuracy: 47%   Grade: B
Minorities: 91.1%   Utilization: 84%
LS Exclusion: 46%   FS Inclusion: 18%
Displacement: 3.75:1   R: gerrymandered

BRYANT ELEMENTARY SCHOOL


BUCKHORN ELEMENTARY SCHOOL


BURNEY ELEMENTARY SCHOOL


Accuracy: 56%   Grade: A
Minorities: 36.1%   Utilization: 80%
LS Exclusion: 42%   FS Inclusion: 4%
Displacement: 14.28:1   R: gerrymandered

Accuracy: 46%   Grade: B
Minorities: 51.3%   Utilization: 89%
LS Exclusion: 37%   FS Inclusion: 35%
Displacement: 1.10:1   R: gerrymandered

Accuracy: 40%   Grade: C
Minorities: 83.1%   Utilization: 78%
LS Exclusion: 59%   FS Inclusion: 1%
Displacement: 72.68:1   R: gerrymandered

CANNELLA ELEMENTARY SCHOOL



Accuracy: 55%   Grade: B
Minorities: 81.2%   Utilization: 60%
LS Exclusion: 37%   FS Inclusion: 15%
Displacement: 3.24:1   R: gerrymandered

CARROLLWOOD ELEMENTARY SCHOOL



Accuracy: 33%   Grade: A
Minorities: 57.6%   Utilization: 73%
LS Exclusion: 63%   FS Inclusion: 21%
Displacement: 6.12:1   R: gerrymandered

CHIARAMONTE ELEMENTARY SCHOOL



Accuracy: 54%   Grade: B
Minorities: 56.2%   Utilization: 66%
LS Exclusion: 36%   FS Inclusion: 20%
Displacement: 2.25:1   R: gerrymandered

CHILES ELEMENTARY SCHOOL



Accuracy: 50%   Grade: A
Minorities: 66.8%   Utilization: 91%
LS Exclusion: 20%   FS Inclusion: 41%
Displacement: 0.35:1   R: gerrymandered

CIMINO ELEMENTARY SCHOOL



Accuracy: 19%   Grade: A
Minorities: 44.6%   Utilization: 78%
LS Exclusion: 54%   FS Inclusion: 74%
Displacement: 0.42:1   R: gerrymandered

CITRUS PARK ELEMENTARY SCHOOL



Accuracy: 47%   Grade: A
Minorities: 71%   Utilization: 60%
LS Exclusion: 41%   FS Inclusion: 28%
Displacement: 1.83:1   R: gerrymandered

CLAIR-MEL ELEMENTARY SCHOOL



Accuracy: 43%   Grade: C
Minorities: 92.3%   Utilization: 49%
LS Exclusion: 51%   FS Inclusion: 19%
Displacement: 4.33:1   R: gerrymandered

CLARK ELEMENTARY SCHOOL



Accuracy: 32%   Grade: A
Minorities: 75.7%   Utilization: 85%
LS Exclusion: 65%   FS Inclusion: 13%
Displacement: 12.86:1   R: gerrymandered

COLLINS ELEMENTARY SCHOOL



Accuracy: 47%   Grade: B
Minorities: 58.5%   Utilization: 88%
LS Exclusion: 30%   FS Inclusion: 39%
Displacement: 0.66:1   R: gerrymandered

COLSON ELEMENTARY SCHOOL



Accuracy:      42%      Grade:              C
Minorities:    65.8%    Utilization:        75%
LS Exclusion:  48%      FS Inclusion:       30%
Displacement:  2.11:1   R:     gerrymandered

CORK ELEMENTARY SCHOOL



Accuracy:      54%      Grade:              C
Minorities:    55.9%    Utilization:        73%
LS Exclusion:  27%      FS Inclusion:       30%
Displacement:  0.88:1   R:     gerrymandered

CORR ELEMENTARY SCHOOL



Accuracy:      56%      Grade:              B
Minorities:    81.8%    Utilization:        65%
LS Exclusion:  11%      FS Inclusion:       38%
Displacement:  0.21:1   R:     gerrymandered

CRESTWOOD ELEMENTARY SCHOOL



Accuracy:      24%      Grade:              B
Minorities:    94.4%    Utilization:        71%
LS Exclusion:  16%      FS Inclusion:       74%
Displacement:  0.07:1   R:     gerrymandered

DAVIS ELEMENTARY SCHOOL



Accuracy:      12%      Grade:              C
Minorities:    91.3%    Utilization:        56%
LS Exclusion:  84%      FS Inclusion:       53%
Displacement:  4.91:1   R:     gerrymandered

DEER PARK ELEMENTARY SCHOOL



Accuracy:      32%      Grade:              A
Minorities:    55.8%    Utilization:        93%
LS Exclusion:  44%      FS Inclusion:       56%
Displacement:  0.61:1   R:     gerrymandered

DESOTO ELEMENTARY SCHOOL



Accuracy:      44%      Grade:              C
Minorities:    91.3%    Utilization:        60%
LS Exclusion:  48%      FS Inclusion:       23%
Displacement:  2.95:1   R:     gerrymandered

DICKENSON ELEMENTARY SCHOOL



Accuracy:      39%      Grade:              A
Minorities:    88%      Utilization:        81%
LS Exclusion:  19%      FS Inclusion:       55%
Displacement:  0.19:1   R:     gerrymandered

DOBY ELEMENTARY SCHOOL



Accuracy:      20%      Grade:              B
Minorities:    49.2%    Utilization:        57%
LS Exclusion:  9%       FS Inclusion:       79%
Displacement:  0.03:1   R:     gerrymandered

### DOVER ELEMENTARY



Accuracy: 61%  Grade: C
Minorities: 93.7%  Utilization: 59%
LS Exclusion: 32%  FS Inclusion: 12%
Displacement: 3.33:1  R: gerrymandered

### DR CARTER G WOODSON K-8 SCHOOL

Accuracy: 42%  Grade: C
Minorities: 93.7%  Utilization:
LS Exclusion: 46%  FS Inclusion: 30%
Displacement: 1.99:1  R: gerrymandered

### EDISON ELEMENTARY SCHOOL



Accuracy: 61%  Grade: C
Minorities: 95.7%  Utilization: 50%
LS Exclusion: 33%  FS Inclusion: 11%
Displacement: 4.03:1  R: gerrymandered

### EGYPT LAKE ELEMENTARY SCHOOL

Accuracy: 51%  Grade: B
Minorities: 93.4%  Utilization: 60%
LS Exclusion: 48%  FS Inclusion: 1%
Displacement: 69.71:1  R: gerrymandered

### EISENHOWER MIDDLE SCHOOL



Accuracy: 54%  Grade: C
Minorities: 72.5%  Utilization: 81%
LS Exclusion: 10%  FS Inclusion: 41%
Displacement: 0.17:1  R: gerrymandered

### ESSRIG ELEMENTARY SCHOOL



Accuracy: 54%  Grade: B
Minorities: 72%  Utilization: 71%
LS Exclusion: 41%  FS Inclusion: 10%
Displacement: 5.89:1  R: gerrymandered

### FISHHAWK CREEK ELEMENTARY SCHOOL



Accuracy: 13%  Grade: A
Minorities: 33.7%  Utilization: 100%
LS Exclusion: 86%  FS Inclusion: 1%
Displacement: 593.94:1  R: gerrymandered

### FOLSOM ELEMENTARY SCHOOL



Accuracy: 20%  Grade: C
Minorities: 80.6%  Utilization: 69%
LS Exclusion: 74%  FS Inclusion: 51%
Displacement: 2.76:1  R: gerrymandered

### FOREST HILLS ELEMENTARY SCHOOL



Accuracy: 54%  Grade: C
Minorities: 89.1%  Utilization: 67%
LS Exclusion: 10%  FS Inclusion: 41%
Displacement: 0.17:1  R: gerrymandered

FROST ELEMENTARY SCHOOL



Accuracy: 48%     Grade: C
Minorities: 84.7%  Utilization: 63%
LS Exclusion: 32%  FS Inclusion: 37%
Displacement: 0.80:1   R: gerrymandered

GIBSONTON ELEMENTARY SCHOOL



Accuracy: 46%     Grade: C
Minorities: 70.1%  Utilization: 62%
LS Exclusion: 53%  FS Inclusion: 0%
Displacement: 0.00:1   R: gerrymandered

GORRIE ELEMENTARY SCHOOL



Accuracy: 60%     Grade: A
Minorities: 28.2%  Utilization: 92%
LS Exclusion: 39%  FS Inclusion: 1%
Displacement: 40.25:1   R: gerrymandered

GRADY ELEMENTARY SCHOOL



Accuracy: 44%     Grade: A
Minorities: 41.4%  Utilization: 104%
LS Exclusion: 41%  FS Inclusion: 36%
Displacement: 1.24:1   R: gerrymandered

GRAHAM ELEMENTARY SCHOOL



Accuracy: 67%     Grade: D
Minorities: 94.4%  Utilization: 54%
LS Exclusion: 15%  FS Inclusion: 22%
Displacement: 0.63:1   R: gerrymandered

HAMMOND ELEMENTARY SCHOOL



Accuracy: 66%     Grade: A
Minorities: 35.1%  Utilization: 78%
LS Exclusion: 3%   FS Inclusion: 31%
Displacement: 0.07:1   R: gerrymandered

HERITAGE ELEMENTARY SCHOOL



Accuracy: 16%     Grade: A
Minorities: 68.3%  Utilization: 65%
LS Exclusion: 83%  FS Inclusion: 9%
Displacement: 47.84:1   R: gerrymandered

HUNTER'S GREEN ELEMENTARY SCHOOL



Accuracy: 54%     Grade: A
Minorities: 60.6%  Utilization: 72%
LS Exclusion: 14%  FS Inclusion: 39%
Displacement: 0.25:1   R: gerrymandered

IPPOLITO ELEMENTARY SCHOOL



Accuracy: 42%     Grade: D
Minorities: 88.1%  Utilization: 63%
LS Exclusion: 42%  FS Inclusion: 38%
Displacement: 1.19:1   R: gerrymandered

JACKSON ELEMENTARY SCHOOL



JAMES ELEMENTARY SCHOOL



JUST ELEMENTARY SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 21% | Grade: | C |
| Minorities: | 88.3% | Utilization: | 81% |
| LS Exclusion: | 75% | FS Inclusion: | 33% |
| Displacement: | 5.99:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 34% | Grade: | C |
| Minorities: | 97.1% | Utilization: | 46% |
| LS Exclusion: | 20% | FS Inclusion: | 62% |
| Displacement: | 0.15:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 30% | Grade: | F |
| Minorities: | 97.8% | Utilization: | 47% |
| LS Exclusion: | 33% | FS Inclusion: | 63% |
| Displacement: | 0.29:1 | R: | gerrymandered |

KENLY ELEMENTARY SCHOOL



KINGSWOOD ELEMENTARY SCHOOL



KNIGHTS ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 42% | Grade: | B |
| Minorities: | 91% | Utilization: | 59% |
| LS Exclusion: | 40% | FS Inclusion: | 39% |
| Displacement: | 1.04:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 35% | Grade: | B |
| Minorities: | 73.5% | Utilization: | 58% |
| LS Exclusion: | 50% | FS Inclusion: | 42% |
| Displacement: | 1.39:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 73% | Grade: | B |
| Minorities: | 54.3% | Utilization: | 67% |
| LS Exclusion: | 4% | FS Inclusion: | 24% |
| Displacement: | 0.13:1 | R: | compact |

LAKE MAGDALENE ELEMENTARY SCHOOL



LAMB ELEMENTARY



LANIER ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 53% | Grade: | B |
| Minorities: | 70.7% | Utilization: | 64% |
| LS Exclusion: | 5% | FS Inclusion: | 45% |
| Displacement: | 0.07:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 16% | Grade: | D |
| Minorities: | 92.3% | Utilization: | 54% |
| LS Exclusion: | 73% | FS Inclusion: | 70% |
| Displacement: | 1.18:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 30% | Grade: | C |
| Minorities: | 66% | Utilization: | 83% |
| LS Exclusion: | 60% | FS Inclusion: | 42% |
| Displacement: | 2.13:1 | R: | gerrymandered |

### LEWIS ELEMENTARY SCHOOL



Accuracy:        23%      Grade:              C
Minorities:     78.8%     Utilization:       63%
LS Exclusion:    74%      FS Inclusion:      22%
Displacement: 9.97:1      R:       gerrymandered

### LIMONA ELEMENTARY SCHOOL



Accuracy:        76%      Grade:              A
Minorities:      68%      Utilization:       79%
LS Exclusion:    11%      FS Inclusion:      14%
Displacement: 0.74:1      R:            compact

### LITHIA SPRINGS ELEMENTARY SCHOOL



Accuracy:        54%      Grade:              A
Minorities:     35.7%     Utilization:       85%
LS Exclusion:    16%      FS Inclusion:      38%
Displacement: 0.32:1      R:       gerrymandered

### LOPEZ ELEMENTARY SCHOOL



Accuracy:        53%      Grade:              C
Minorities:      58%      Utilization:       76%
LS Exclusion:    27%      FS Inclusion:      33%
Displacement: 0.77:1      R:       gerrymandered

### LOWRY ELEMENTARY SCHOOL



Accuracy:        38%      Grade:              A
Minorities:     57.6%     Utilization:       71%
LS Exclusion:    36%      FS Inclusion:      49%
Displacement: 0.58:1      R:       gerrymandered

### LUTZ K-8 SCHOOL



Accuracy:        56%      Grade:              A
Minorities:     37.4%     Utilization:       86%
LS Exclusion:     9%      FS Inclusion:      40%
Displacement: 0.15:1      R:       gerrymandered

### MABRY ELEMENTARY SCHOOL



Accuracy:        36%      Grade:              A
Minorities:     21.4%     Utilization:      101%
LS Exclusion:    52%      FS Inclusion:      37%
Displacement: 1.86:1      R:       gerrymandered

### MANGO ELEMENTARY SCHOOL



Accuracy:        38%      Grade:              C
Minorities:     83.8%     Utilization:       93%
LS Exclusion:    58%      FS Inclusion:      13%
Displacement: 9.44:1      R:       gerrymandered

### MANISCALCO K-8 SCHOOL



Accuracy:        54%      Grade:              A
Minorities:     59.7%     Utilization:       79%
LS Exclusion:    31%      FS Inclusion:      27%
Displacement: 1.22:1      R:       gerrymandered

MCDONALD ELEMENTARY SCHOOL



Accuracy:      29%      Grade:              B
Minorities:    61%      Utilization:       78%
LS Exclusion:  34%      FS Inclusion:      65%
Displacement: 0.28:1    R:     gerrymandered

MCKITRICK ELEMENTARY SCHOOL



Accuracy:      34%      Grade:              A
Minorities:    42.5%    Utilization:       96%
LS Exclusion:  55%      FS Inclusion:      41%
Displacement: 1.76:1    R:     gerrymandered

MENDENHALL ELEMENTARY SCHOOL



Accuracy:      48%      Grade:              B
Minorities:    87.8%    Utilization:       63%
LS Exclusion:  15%      FS Inclusion:      46%
Displacement: 0.21:1    R:     gerrymandered

MILES ELEMENTARY SCHOOL



Accuracy:      28%      Grade:              C
Minorities:    90.9%    Utilization:       81%
LS Exclusion:  56%      FS Inclusion:      54%
Displacement: 1.08:1    R:     gerrymandered

MINTZ ELEMENTARY SCHOOL



Accuracy:      32%      Grade:              C
Minorities:    82%      Utilization:       78%
LS Exclusion:  65%      FS Inclusion:      11%
Displacement:14.82:1    R:     gerrymandered

MITCHELL ELEMENTARY SCHOOL



Accuracy:      55%      Grade:              A
Minorities:    36.4%    Utilization:       96%
LS Exclusion:  23%      FS Inclusion:      32%
Displacement: 0.61:1    R:     gerrymandered

MORGAN WOODS ELEMENTARY SCHOOL



Accuracy:      53%      Grade:              C
Minorities:    86.9%    Utilization:       62%
LS Exclusion:  24%      FS Inclusion:      35%
Displacement: 0.58:1    R:     gerrymandered

MORT ELEMENTARY SCHOOL



Accuracy:      23%      Grade:              C
Minorities:    93.7%    Utilization:       74%
LS Exclusion:  75%      FS Inclusion:       3%
Displacement:97.23:1    R:     gerrymandered

NELSON ELEMENTARY SCHOOL



Accuracy:      32%      Grade:              C
Minorities:    61%      Utilization:       74%
LS Exclusion:  50%      FS Inclusion:      50%
Displacement: 1.00:1    R:     gerrymandered

NORTHWEST ELEMENTARY SCHOOL



Accuracy: 42%   Grade: A
Minorities: 53.6%   Utilization: 80%
LS Exclusion: 40%   FS Inclusion: 39%
Displacement: 1.04:1   R: gerrymandered

OAK GROVE ELEMENTARY SCHOOL



Accuracy: 60%   Grade: B
Minorities: 80.9%   Utilization: 78%
LS Exclusion: 4%   FS Inclusion: 37%
Displacement: 0.08:1   R: gerrymandered

OAK PARK ELEMENTARY SCHOOL



Accuracy: 54%   Grade: B
Minorities: 93.7%   Utilization: 47%
LS Exclusion: 21%   FS Inclusion: 35%
Displacement: 0.50:1   R: gerrymandered

PALM RIVER ELEMENTARY SCHOOL



Accuracy: 49%   Grade: B
Minorities: 87.1%   Utilization: 54%
LS Exclusion: 1%   FS Inclusion: 50%
Displacement: 0.02:1   R: gerrymandered

PINECREST ELEMENTARY SCHOOL



Accuracy: 65%   Grade: C
Minorities: 34.5%   Utilization: 67%
LS Exclusion: 1%   FS Inclusion: 33%
Displacement: 0.03:1   R: gerrymandered

PIZZO K-8 SCHOOL



Accuracy: 44%   Grade: C
Minorities: 93.1%   Utilization: 89%
LS Exclusion: 44%   FS Inclusion: 30%
Displacement: 1.88:1   R: gerrymandered

POTTER ELEMENTARY SCHOOL



Accuracy: 37%   Grade: C
Minorities: 97.5%   Utilization: 63%
LS Exclusion: 52%   FS Inclusion: 34%
Displacement: 2.07:1   R: gerrymandered

PRIDE ELEMENTARY SCHOOL



Accuracy: 40%   Grade: A
Minorities: 75.1%   Utilization: 92%
LS Exclusion: 46%   FS Inclusion: 37%
Displacement: 1.42:1   R: gerrymandered

REDDICK ELEMENTARY SCHOOL



Accuracy: 46%   Grade: B
Minorities: 92.1%   Utilization: 83%
LS Exclusion: 47%   FS Inclusion: 18%
Displacement: 3.88:1   R: gerrymandered

RIVERVIEW ELEMENTARY SCHOOL



Accuracy:      49%      Grade:              C
Minorities:    58.8%    Utilization:       61%
LS Exclusion:  33%      FS Inclusion:      33%
Displacement: 1.00:1    R:     gerrymandered

ROBINSON ELEMENTARY SCHOOL



Accuracy:      40%      Grade:              C
Minorities:    70.9%    Utilization:       83%
LS Exclusion:  42%      FS Inclusion:      41%
Displacement: 1.05:1    R:     gerrymandered

ROBLES ELEMENTARY SCHOOL



Accuracy:      53%      Grade:              C
Minorities:    95.4%    Utilization:       73%
LS Exclusion:  31%      FS Inclusion:      29%
Displacement: 1.14:1    R:     gerrymandered

ROOSEVELT ELEMENTARY SCHOOL



Accuracy:      48%      Grade:              A
Minorities:    26.7%    Utilization:       99%
LS Exclusion:  33%      FS Inclusion:      36%
Displacement: 0.88:1    R:     gerrymandered

RUSKIN ELEMENTARY SCHOOL



Accuracy:      64%      Grade:              D
Minorities:    86.5%    Utilization:       77%
LS Exclusion:  35%      FS Inclusion:       1%
Displacement:40.62:1    R:     gerrymandered

SCHMIDT ELEMENTARY SCHOOL



Accuracy:      32%      Grade:              C
Minorities:    84.9%    Utilization:       76%
LS Exclusion:  66%      FS Inclusion:       9%
Displacement:19.70:1    R:     gerrymandered

SCHWARZKOPF ELEMENTARY SCHOOL



Accuracy:      32%      Grade:              A
Minorities:    55.2%    Utilization:       87%
LS Exclusion:  56%      FS Inclusion:      44%
Displacement: 1.66:1    R:     gerrymandered

SEFFNER ELEMENTARY SCHOOL



Accuracy:      42%      Grade:              C
Minorities:    59.9%    Utilization:       42%
LS Exclusion:  38%      FS Inclusion:      41%
Displacement: 0.88:1    R:     gerrymandered

SEMINOLE ELEMENTARY SCHOOL



Accuracy:      35%      Grade:              B
Minorities:    71.4%    Utilization:       64%
LS Exclusion:  42%      FS Inclusion:      51%
Displacement: 0.68:1    R:     gerrymandered

SESSUMS ELEMENTARY SCHOOL



Accuracy: 66%  Grade: B
Minorities: 70.8%  Utilization: 81%
LS Exclusion: 24%  FS Inclusion: 15%
Displacement: 1.81:1  R: gerrymandered

SHAW ELEMENTARY SCHOOL



Accuracy: 42%  Grade: D
Minorities: 96.2%  Utilization: 72%
LS Exclusion: 51%  FS Inclusion: 25%
Displacement: 3.10:1  R: gerrymandered

SHEEHY ELEMENTARY SCHOOL



Accuracy: 14%  Grade: C
Minorities: 97%  Utilization: 59%
LS Exclusion: 72%  FS Inclusion: 78%
Displacement: 0.73:1  R: gerrymandered

SPRINGHEAD ELEMENTARY SCHOOL



Accuracy: 52%  Grade: C
Minorities: 69%  Utilization: 84%
LS Exclusion: 37%  FS Inclusion: 23%
Displacement: 1.92:1  R: gerrymandered

STOWERS ELEMENTARY SCHOOL



Accuracy: 46%  Grade: A
Minorities: 35%  Utilization: 92%
LS Exclusion: 36%  FS Inclusion: 37%
Displacement: 0.98:1  R: gerrymandered

SULPHUR SPRINGS K-8 SCHOOL



Accuracy: 16%  Grade: C
Minorities: 95%  Utilization:
LS Exclusion: 83%  FS Inclusion: 12%
Displacement: 34.94:1  R: gerrymandered

SUMMERFIELD ELEMENTARY SCHOOL



Accuracy: 18%  Grade: B
Minorities: 68.3%  Utilization: 81%
LS Exclusion: 54%  FS Inclusion: 75%
Displacement: 0.38:1  R: gerrymandered

SYMMES ELEMENTARY SCHOOL



Accuracy: 43%  Grade: B
Minorities: 60.3%  Utilization: 58%
LS Exclusion: 45%  FS Inclusion: 31%
Displacement: 1.86:1  R: gerrymandered

TAMPA BAY BOULEVARD ELEMENTARY SCHOOL



Accuracy: 24%  Grade: C
Minorities: 95%  Utilization: 55%
LS Exclusion: 49%  FS Inclusion: 68%
Displacement: 0.45:1  R: gerrymandered

TAMPA PALMS ELEMENTARY SCHOOL

TEMPLE TERRACE ELEMENTARY SCHOOL

THOMPSON ELEMENTARY




| | | | | |
|---|---|---|---|---|
| Accuracy: | 47% | Grade: | A | |
| Minorities: | 75.5% | Utilization: | 80% | |
| LS Exclusion: | 45% | FS Inclusion: | 23% | |
| Displacement: 2.76:1 | | R: | gerrymandered | |

| | | | | |
|---|---|---|---|---|
| Accuracy: | 38% | Grade: | C | |
| Minorities: | 87.4% | Utilization: | 53% | |
| LS Exclusion: | 51% | FS Inclusion: | 35% | |
| Displacement: 1.99:1 | | R: | gerrymandered | |

| | | | | |
|---|---|---|---|---|
| Accuracy: | 17% | Grade: | C | |
| Minorities: | 87.3% | Utilization: | 78% | |
| LS Exclusion: | 76% | FS Inclusion: | 60% | |
| Displacement: 2.04:1 | | R: | gerrymandered | |

THONOTOSASSA ELEMENTARY SCHOOL

TOWN & COUNTRY ELEMENTARY SCHOOL

TRAPNELL ELEMENTARY SCHOOL





| | | | | |
|---|---|---|---|---|
| Accuracy: | 27% | Grade: | A | |
| Minorities: | 62.2% | Utilization: | 74% | |
| LS Exclusion: | 44% | FS Inclusion: | 64% | |
| Displacement: 0.44:1 | | R: | gerrymandered | |

| | | | | |
|---|---|---|---|---|
| Accuracy: | 44% | Grade: | B | |
| Minorities: | 94.3% | Utilization: | 54% | |
| LS Exclusion: | 51% | FS Inclusion: | 13% | |
| Displacement: 6.67:1 | | R: | gerrymandered | |

| | | | | |
|---|---|---|---|---|
| Accuracy: | 56% | Grade: | C | |
| Minorities: | 83% | Utilization: | 88% | |
| LS Exclusion: | 23% | FS Inclusion: | 31% | |
| Displacement: 0.67:1 | | R: | gerrymandered | |

TURNER-BARTELS K-8 SCHOOL

TWIN LAKES ELEMENTARY SCHOOL

VALRICO ELEMENTARY SCHOOL





| | | | | |
|---|---|---|---|---|
| Accuracy: | 64% | Grade: | B | |
| Minorities: | 69.8% | Utilization: | 62% | |
| LS Exclusion: | 14% | FS Inclusion: | 27% | |
| Displacement: 0.44:1 | | R: | gerrymandered | |

| | | | | |
|---|---|---|---|---|
| Accuracy: | 49% | Grade: | C | |
| Minorities: | 92.1% | Utilization: | 69% | |
| LS Exclusion: | 49% | FS Inclusion: | 2% | |
| Displacement:38.33:1 | | R: | gerrymandered | |

| | | | | |
|---|---|---|---|---|
| Accuracy: | 39% | Grade: | A | |
| Minorities: | 53.1% | Utilization: | 77% | |
| LS Exclusion: | 51% | FS Inclusion: | 31% | |
| Displacement: 2.27:1 | | R: | gerrymandered | |

WALDEN LAKE ELEMENTARY SCHOOL

WARREN HOPE DAWSON ELEMENTARY

WASHINGTON ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: 49% | Grade: B | Accuracy: 13% | Grade: B |
| Minorities: 41.4% | Utilization: 86% | Minorities: 57.8% | Utilization: 103% |
| LS Exclusion: 26% | FS Inclusion: 40% | LS Exclusion: 84% | FS Inclusion: 40% |
| Displacement: 0.55:1 | R: gerrymandered | Displacement: 8.13:1 | R: gerrymandered |

Accuracy: 53%  Grade: C
Minorities: 95.5%  Utilization: 49%
LS Exclusion: 25%  FS Inclusion: 33%
Displacement: 0.67:1  R: gerrymandered

WEST TAMPA ELEMENTARY SCHOOL

WESTCHASE ELEMENTARY SCHOOL

WESTSHORE ELEMENTARY SCHOOL

  

Accuracy: 41%  Grade: C
Minorities: 95.6%  Utilization: 68%
LS Exclusion: 49%  FS Inclusion: 30%
Displacement: 2.18:1  R: gerrymandered

Accuracy: 26%  Grade: A
Minorities: 42.2%  Utilization: 94%
LS Exclusion: 46%  FS Inclusion: 65%
Displacement: 0.47:1  R: gerrymandered

Accuracy: 64%  Grade: C
Minorities: 72.4%  Utilization: 103%
LS Exclusion: 27%  FS Inclusion: 14%
Displacement: 2.23:1  R: gerrymandered

WILSON ELEMENTARY SCHOOL

WIMAUMA ELEMENTARY SCHOOL

WITTER ELEMENTARY SCHOOL

  

Accuracy: 6%  Grade: B
Minorities: 69.5%  Utilization: 78%
LS Exclusion: 93%  FS Inclusion: 53%
Displacement: 11.93:1  R: gerrymandered

Accuracy: 70%  Grade: C
Minorities: 92.3%  Utilization: 55%
LS Exclusion: 23%  FS Inclusion: 10%
Displacement: 2.75:1  R: compact

Accuracy: 36%  Grade: C
Minorities: 95.8%  Utilization: 75%
LS Exclusion: 46%  FS Inclusion: 46%
Displacement: 1.00:1  R: gerrymandered

WOODBRIDGE ELEMENTARY SCHOOL

YATES ELEMENTARY SCHOOL





| | | | |
|---|---|---|---|
| Accuracy: | 39% | Grade: | C |
| Minorities: | 90% | Utilization: | 75% |
| LS Exclusion: | 49% | FS Inclusion: | 36% |
| Displacement: | 1.72:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 43% | Grade: | C |
| Minorities: | 75% | Utilization: | 77% |
| LS Exclusion: | 44% | FS Inclusion: | 33% |
| Displacement: | 1.57:1 | R: | gerrymandered |