BARRINGTON MIDDLE SCHOOL

BENITO MIDDLE SCHOOL 

BUCHANAN MIDDLE SCHOOL

| Accuracy: | 23% | Grade: | B |
| --- | --- | --- | --- |
| Minorities: | 51.4 | Utilization: | 97% |
| LS Exclusion: | 28% | FS Inclusion: | 73% |
| Displacement: | 0.14:1 | R: | gerrymandered |

| Accuracy: | 34% | Grade: | A |
| --- | --- | --- | --- |
| Minorities: | 70.3 | Utilization: | 77% |
| LS Exclusion: | 63% | FS Inclusion: | 15% |
| Displacement: | 8.99:1 | R: | gerrymandered |

| Accuracy: | 36% | Grade: | C |
| --- | --- | --- | --- |
| Minorities: | 80.4 | Utilization: | 73% |
| LS Exclusion: | 38% | FS Inclusion: | 52% |
| Displacement: | 0.58:1 | R: | gerrymandered |

BURNETT MIDDLE SCHOOL 

BURNS MIDDLE SCHOOL 

COLEMAN MIDDLE SCHOOL 

| Accuracy: | 47% | Grade: | D |
| --- | --- | --- | --- |
| Minorities: | 69 | Utilization: | 53% |
| LS Exclusion: | 25% | FS Inclusion: | 43% |
| Displacement: | 0.44:1 | R: | gerrymandered |

| Accuracy: | 40% | Grade: | A |
| --- | --- | --- | --- |
| Minorities: | 49.5 | Utilization: | 81% |
| LS Exclusion: | 44% | FS Inclusion: | 38% |
| Displacement: | 1.27:1 | R: | gerrymandered |

| Accuracy: | 45% | Grade: | A |
| --- | --- | --- | --- |
| Minorities: | 28.3 | Utilization: | 104% |
| LS Exclusion: | 42% | FS Inclusion: | 31% |
| Displacement: | 1.59:1 | R: | gerrymandered |

DAVIDSEN MIDDLE SCHOOL 

DOWDELL MIDDLE MAGNET SCHOOL 

DR CARTER G WOODSON K-8 SCHOOL 

| Accuracy: | 25% | Grade: | B |
| --- | --- | --- | --- |
| Minorities: | 74.6 | Utilization: | 69% |
| LS Exclusion: | 64% | FS Inclusion: | 51% |
| Displacement: | 1.71:1 | R: | gerrymandered |

| Accuracy: | 29% | Grade: | C |
| --- | --- | --- | --- |
| Minorities: | 83 | Utilization: | 49% |
| LS Exclusion: | 60% | FS Inclusion: | 45% |
| Displacement: | 1.81:1 | R: | gerrymandered |

| Accuracy: | 42% | Grade: | C |
| --- | --- | --- | --- |
| Minorities: | 93.7 | Utilization: | |
| LS Exclusion: | 46% | FS Inclusion: | 30% |
| Displacement: | 1.99:1 | R: | gerrymandered |

### EISENHOWER MIDDLE SCHOOL



Accuracy:      54%      Grade:              C
Minorities:    72.5%    Utilization:        81%
LS Exclusion:  10%      FS Inclusion:       41%
Displacement:  0.17:1   R:    gerrymandered

### FARNELL MIDDLE SCHOOL



Accuracy:      36%      Grade:              A
Minorities:    47.8%    Utilization:        93%
LS Exclusion:  49%      FS Inclusion:       43%
Displacement:  1.29:1   R:    gerrymandered

### GIUNTA MIDDLE SCHOOL



Accuracy:      67%      Grade:              C
Minorities:    84.9%    Utilization:        55%
LS Exclusion:  3%       FS Inclusion:       30%
Displacement:  0.10:1   R:    gerrymandered

### GRECO MIDDLE MAGNET SCHOOL



Accuracy:      31%      Grade:              D
Minorities:    84.9%    Utilization:        54%
LS Exclusion:  46%      FS Inclusion:       57%
Displacement:  0.65:1   R:    gerrymandered

### HILL MIDDLE SCHOOL



Accuracy:      37%      Grade:              B
Minorities:    68.6%    Utilization:        83%
LS Exclusion:  46%      FS Inclusion:       43%
Displacement:  1.11:1   R:    gerrymandered

### JENNINGS MIDDLE SCHOOL



Accuracy:      42%      Grade:              D
Minorities:    76.7%    Utilization:        66%
LS Exclusion:  25%      FS Inclusion:       50%
Displacement:  0.34:1   R:    gerrymandered

### LIBERTY MIDDLE SCHOOL



Accuracy:      58%      Grade:              B
Minorities:    77.2%    Utilization:        73%
LS Exclusion:  29%      FS Inclusion:       22%
Displacement:  1.47:1   R:    gerrymandered

### LUTZ K-8 SCHOOL



Accuracy:      56%      Grade:              A
Minorities:    37.4%    Utilization:        86%
LS Exclusion:  9%       FS Inclusion:       40%
Displacement:  0.15:1   R:    gerrymandered

### MADISON MIDDLE SCHOOL



Accuracy:      64%      Grade:              C
Minorities:    72.2%    Utilization:        58%
LS Exclusion:  19%      FS Inclusion:       23%
Displacement:  0.79:1   R:    gerrymandered

MANISCALCO K-8 SCHOOL



MANN MIDDLE SCHOOL

MARSHALL MIDDLE MAGNET SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 54% | Grade: | A |
| Minorities: | 59.7% | Utilization: | 79% |
| LS Exclusion: | 31% | FS Inclusion: | 27% |
| Displacement: | 1.22:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 29% | Grade: | C |
| Minorities: | 66.6% | Utilization: | 60% |
| LS Exclusion: | 23% | FS Inclusion: | 67% |
| Displacement: | 0.15:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 52% | Grade: | C |
| Minorities: | 70.8% | Utilization: | 88% |
| LS Exclusion: | 10% | FS Inclusion: | 44% |
| Displacement: | 0.15:1 | R: | gerrymandered |

MARTINEZ MIDDLE SCHOOL



MEMORIAL MIDDLE SCHOOL



MULRENNAN MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 57% | Grade: | A |
| Minorities: | 42.1% | Utilization: | 96% |
| LS Exclusion: | 29% | FS Inclusion: | 24% |
| Displacement: | 1.29:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 25% | Grade: | C |
| Minorities: | 90.5% | Utilization: | 57% |
| LS Exclusion: | 52% | FS Inclusion: | 64% |
| Displacement: | 0.60:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 51% | Grade: | A |
| Minorities: | 49.6% | Utilization: | 82% |
| LS Exclusion: | 38% | FS Inclusion: | 23% |
| Displacement: | 1.97:1 | R: | gerrymandered |

PIERCE MIDDLE SCHOOL



PIZZO K-8 SCHOOL



RANDALL MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 55% | Grade: | C |
| Minorities: | 93.3% | Utilization: | 69% |
| LS Exclusion: | 11% | FS Inclusion: | 40% |
| Displacement: | 0.19:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 44% | Grade: | C |
| Minorities: | 93.1% | Utilization: | 89% |
| LS Exclusion: | 44% | FS Inclusion: | 30% |
| Displacement: | 1.88:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 7% | Grade: | A |
| Minorities: | 32.5% | Utilization: | 98% |
| LS Exclusion: | 92% | FS Inclusion: | 28% |
| Displacement: | 30.71:1 | R: | gerrymandered |

RODGERS MIDDLE MAGNET SCHOOL



Accuracy:      51%     Grade:            C
Minorities:   62.1%    Utilization:     93%
LS Exclusion:  22%     FS Inclusion:    39%
Displacement: 0.47:1   R:       gerrymandered

SERGEANT PAUL R SMITH MIDDLE SCHOOL



Accuracy:      37%     Grade:            B
Minorities:    81%     Utilization:     41%
LS Exclusion:   8%     FS Inclusion:    60%
Displacement: 0.06:1   R:       gerrymandered

SHIELDS MIDDLE SCHOOL



Accuracy:      77%     Grade:            C
Minorities:   87.1%    Utilization:    119%
LS Exclusion:   8%     FS Inclusion:    16%
Displacement: 0.45:1   R:         compact

SLIGH MIDDLE SCHOOL



Accuracy:      35%     Grade:            D
Minorities:   91.7%    Utilization:     53%
LS Exclusion:  53%     FS Inclusion:    40%
Displacement: 1.67:1   R:       gerrymandered

SULPHUR SPRINGS K-8 SCHOOL



Accuracy:      16%     Grade:            C
Minorities:    95%     Utilization:
LS Exclusion:  83%     FS Inclusion:    12%
Displacement:34.94:1   R:       gerrymandered

TOMLIN MIDDLE SCHOOL



Accuracy:      33%     Grade:            C
Minorities:   63.7%    Utilization:     87%
LS Exclusion:  62%     FS Inclusion:    25%
Displacement: 5.00:1   R:       gerrymandered

TURKEY CREEK MIDDLE SCHOOL



Accuracy:      33%     Grade:            C
Minorities:   73.5%    Utilization:     80%
LS Exclusion:   6%     FS Inclusion:    65%
Displacement: 0.04:1   R:       gerrymandered

TURNER-BARTELS K-8 SCHOOL



Accuracy:      64%     Grade:            B
Minorities:   69.8%    Utilization:     62%
LS Exclusion:  14%     FS Inclusion:    27%
Displacement: 0.44:1   R:       gerrymandered

WEBB MIDDLE SCHOOL



Accuracy:      57%     Grade:            C
Minorities:   91.5%    Utilization:     79%
LS Exclusion:  42%     FS Inclusion:     0%
Displacement:1047.00:1  R:      gerrymandered

WILSON MIDDLE SCHOOL



Accuracy:      47%      Grade:              A
Minorities:    35.9%    Utilization:     104%
LS Exclusion:  49%      FS Inclusion:    12%
Displacement: 6.61:1    R:    gerrymandered