### ALONSO HIGH SCHOOL



| Accuracy: | 78% | Grade: | A |
|---|---|---|---|
| Minorities: | 72% | Utilization: | 97% |
| LS Exclusion: | 13% | FS Inclusion: | 10% |
| Displacement: 1.39:1 | | R: | compact |

### ARMWOOD HIGH SCHOOL



| Accuracy: | 50% | Grade: | C |
|---|---|---|---|
| Minorities: | 74.8% | Utilization: | 97% |
| LS Exclusion: | 15% | FS Inclusion: | 44% |
| Displacement: 0.22:1 | | R: | gerrymandered |

### BLAKE HIGH SCHOOL

| Accuracy: | 26% | Grade: | C |
|---|---|---|---|
| Minorities: | 76.4% | Utilization: | 90% |
| LS Exclusion: | 49% | FS Inclusion: | 63% |
| Displacement: 0.55:1 | | R: | gerrymandered |

### BLOOMINGDALE HIGH SCHOOL

| Accuracy: | 42% | Grade: | A |
|---|---|---|---|
| Minorities: | 54.2% | Utilization: | 103% |
| LS Exclusion: | 51% | FS Inclusion: | 23% |
| Displacement: 3.47:1 | | R: | gerrymandered |

### BRANDON HIGH SCHOOL



| Accuracy: | 62% | Grade: | C |
|---|---|---|---|
| Minorities: | 70.9% | Utilization: | 62% |
| LS Exclusion: | 31% | FS Inclusion: | 11% |
| Displacement: 3.55:1 | | R: | gerrymandered |

### CHAMBERLAIN HIGH SCHOOL



| Accuracy: | 38% | Grade: | C |
|---|---|---|---|
| Minorities: | 88.1% | Utilization: | 63% |
| LS Exclusion: | 52% | FS Inclusion: | 34% |
| Displacement: 2.10:1 | | R: | gerrymandered |

### DURANT HIGH SCHOOL

| Accuracy: | 56% | Grade: | B |
|---|---|---|---|
| Minorities: | 51.4% | Utilization: | 94% |
| LS Exclusion: | 7% | FS Inclusion: | 40% |
| Displacement: 0.12:1 | | R: | gerrymandered |

### EAST BAY HIGH SCHOOL



| Accuracy: | 46% | Grade: | C |
|---|---|---|---|
| Minorities: | 70.2% | Utilization: | 80% |
| LS Exclusion: | 30% | FS Inclusion: | 41% |
| Displacement: 0.61:1 | | R: | gerrymandered |

### FREEDOM HIGH SCHOOL



| Accuracy: | 56% | Grade: | C |
|---|---|---|---|
| Minorities: | 74.5% | Utilization: | 71% |
| LS Exclusion: | 29% | FS Inclusion: | 25% |
| Displacement: 1.23:1 | | R: | gerrymandered |

### GAITHER HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 30% | Grade: | B |
| Minorities: | 62.9% | Utilization: | 98% |
| LS Exclusion: | 65% | FS Inclusion: | 29% |
| Displacement: 4.49:1 | | R: | gerrymandered |

### HILLSBOROUGH HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 42% | Grade: | B |
| Minorities: | 83.1% | Utilization: | 90% |
| LS Exclusion: | 19% | FS Inclusion: | 52% |
| Displacement: 0.22:1 | | R: | gerrymandered |

### JEFFERSON HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 52% | Grade: | C |
| Minorities: | 91.2% | Utilization: | 63% |
| LS Exclusion: | 27% | FS Inclusion: | 34% |
| Displacement: 0.74:1 | | R: | gerrymandered |

### KING HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 46% | Grade: | C |
| Minorities: | 85.9% | Utilization: | 58% |
| LS Exclusion: | 51% | FS Inclusion: | 10% |
| Displacement: 9.36:1 | | R: | gerrymandered |

### LENNARD HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 78% | Grade: | C |
| Minorities: | 72.5% | Utilization: | 96% |
| LS Exclusion: | 6% | FS Inclusion: | 17% |
| Displacement: 0.35:1 | | R: | compact |

### LETO HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 56% | Grade: | B |
| Minorities: | 91.1% | Utilization: | 91% |
| LS Exclusion: | 33% | FS Inclusion: | 22% |
| Displacement: 1.74:1 | | R: | gerrymandered |

### MIDDLETON HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 34% | Grade: | C |
| Minorities: | 87.5% | Utilization: | 76% |
| LS Exclusion: | 61% | FS Inclusion: | 24% |
| Displacement: 4.91:1 | | R: | gerrymandered |

### NEWSOME HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 44% | Grade: | A |
| Minorities: | 31.8% | Utilization: | 106% |
| LS Exclusion: | 50% | FS Inclusion: | 19% |
| Displacement: 4.12:1 | | R: | gerrymandered |

### PLANT CITY HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 66% | Grade: | B |
| Minorities: | 64% | Utilization: | 98% |
| LS Exclusion: | 29% | FS Inclusion: | 7% |
| Displacement: 4.86:1 | | R: | gerrymandered |

PLANT HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 51% | Grade: | A |
| Minorities: | 31.1% | Utilization: | 101% |
| LS Exclusion: | 10% | FS Inclusion: | 44% |
| Displacement: 0.14:1 | | R: | gerrymandered |

RIVERVIEW HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 56% | Grade: | B |
| Minorities: | 62.8% | Utilization: | 101% |
| LS Exclusion: | 35% | FS Inclusion: | 18% |
| Displacement: 2.42:1 | | R: | gerrymandered |

ROBINSON HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 94% | Grade: | A |
| Minorities: | 52.5% | Utilization: | 75% |
| LS Exclusion: | 0% | FS Inclusion: | 4% |
| Displacement: 0.08:1 | | R: | compact |

SICKLES HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 67% | Grade: | A |
| Minorities: | 56.2% | Utilization: | 97% |
| LS Exclusion: | 30% | FS Inclusion: | 4% |
| Displacement: 9.74:1 | | R: | gerrymandered |

SPOTO HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 59% | Grade: | C |
| Minorities: | 84.8% | Utilization: | 74% |
| LS Exclusion: | 23% | FS Inclusion: | 28% |
| Displacement: 0.77:1 | | R: | gerrymandered |

STEINBRENNER HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 61% | Grade: | A |
| Minorities: | 35.9% | Utilization: | 102% |
| LS Exclusion: | 1% | FS Inclusion: | 38% |
| Displacement: 0.03:1 | | R: | gerrymandered |

STRAWBERRY CREST HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 69% | Grade: | B |
| Minorities: | 62.8% | Utilization: | 110% |
| LS Exclusion: | 14% | FS Inclusion: | 20% |
| Displacement: 0.67:1 | | R: | gerrymandered |

WHARTON HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 39% | Grade: | C |
| Minorities: | 71.6% | Utilization: | 92% |
| LS Exclusion: | 43% | FS Inclusion: | 42% |
| Displacement: 1.05:1 | | R: | gerrymandered |