UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

Plaintiff,

v. CASE NO. 8:23-cv-181-SDM-JSS

THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

Defendant.
_______________________________________/

**ORDER**

An order (Doc. 37) in *Warner v. The School Board of Hillsborough County, Florida*, No. 8:23-cv-1029-SDM-SPF (M.D. Fla.), dismisses the complaint for claim splitting, among other reasons, and directs Blake Warner to amend the complaint in this action and to assert all of his claims against The School Board of Hillsborough County, Florida. Warner amends (Doc. 38) the complaint. The motion (Doc. 27) to consolidate this action with *Warner*, 8:23-cv-1029-SDM-SPF; the motion (Doc. 32) to strike all of the School Board's affirmative defenses; and the motion (Doc. 34) for judgment on the pleadings are each **DENIED AS MOOT**. Because Warner asserts his own

claims only, the clerk must remove from the case caption "On behalf of himself and his minor child J.W."

ORDERED in Tampa, Florida, on July 11, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE