Google Maps   2211 S Village Ave, Tampa, FL 33612 to Adams Middle School, 10201 N Blvd, Tampa, FL 33612   Drive 2.7 miles, 6–9 min



Map data ©2023 Google   1000 ft

| | via N Armenia Ave and W Linebaugh Ave | typically 6–9 min |
| --- | --- | --- |
| | | 2.7 miles |
| | via N Armenia Ave | typically 6–8 min |
| | | 2.4 miles |
| | via N Rome Ave | typically 7 min |
| | | 2.3 miles |

Explore Adams Middle School

Restaurants   Hotels   Gas stations   Parking Lots   More