

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **ACTS (4391)** | 0<br>0.00% | 0<br>0.00% | 2<br>40.00% | 0<br>0.00% | 0<br>0.00% | 3<br>60.00% | 5<br>100% |
| **ADAMS MIDDLE SCHOOL (0041)** | 11<br>1.76% | 185<br>29.65% | 344<br>55.13% | 2<br>0.32% | 38<br>6.09% | 44<br>7.05% | 624<br>100% |
| **ADVANTAGE ACADEMY OF HILLSBORO (6644)** | 4<br>0.86% | 39<br>8.41% | 331<br>71.34% | 1<br>0.22% | 11<br>2.37% | 78<br>16.81% | 464<br>100% |
| **ALAFIA ELEMENTARY (0271)** | 17<br>2.60% | 50<br>7.65% | 162<br>24.77% | 0<br>0.00% | 72<br>11.01% | 353<br>53.98% | 654<br>100% |
| **ALEXANDER ELEMENTARY (0081)** | 4<br>0.72% | 16<br>2.88% | 500<br>90.09% | 0<br>0.00% | 15<br>2.70% | 20<br>3.60% | 555<br>100% |
| **ALONSO HIGH SCHOOL (0151)** | 153<br>5.68% | 170<br>6.31% | 1,535<br>56.96% | 4<br>0.15% | 106<br>3.93% | 727<br>26.98% | 2,695<br>100% |
| **AMI KIDS TAMPA (5051)** | 0<br>0.00% | 31<br>65.96% | 9<br>19.15% | 0<br>0.00% | 2<br>4.26% | 5<br>10.64% | 47<br>100% |
| **AMI KIDS YES (5052)** | 0<br>0.00% | 16<br>72.73% | 1<br>4.55% | 0<br>0.00% | 0<br>0.00% | 5<br>22.73% | 22<br>100% |
| **ANDERSON ELEMENTARY (0121)** | 19<br>6.15% | 47<br>15.21% | 63<br>20.39% | 0<br>0.00% | 50<br>16.18% | 130<br>42.07% | 309<br>100% |
| **APOLLO BEACH ELEMENTARY (0141)** | 7<br>1.23% | 41<br>7.18% | 146<br>25.57% | 1<br>0.18% | 43<br>7.53% | 333<br>58.32% | 571<br>100% |
| **ARMWOOD HIGH SCHOOL (0131)** | 38<br>1.72% | 776<br>35.16% | 747<br>33.85% | 4<br>0.18% | 117<br>5.30% | 525<br>23.79% | 2,207<br>100% |
| **BAILEY ELEMENTARY (0092)** | 7<br>0.93% | 38<br>5.04% | 338<br>44.83% | 0<br>0.00% | 41<br>5.44% | 330<br>43.77% | 754<br>100% |
| **BALLAST POINT ELEMENTARY (0161)** | 23<br>5.11% | 22<br>4.89% | 73<br>16.22% | 1<br>0.22% | 53<br>11.78% | 278<br>61.78% | 450<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **BARRINGTON MIDDLE SCHOOL (0086)** | 67<br>4.63% | 155<br>10.71% | 424<br>29.30% | 3<br>0.21% | 115<br>7.95% | 683<br>47.20% | 1,447<br>100% |
| **BAY CREST ELEMENTARY (0191)** | 12<br>1.96% | 62<br>10.11% | 426<br>69.49% | 1<br>0.16% | 34<br>5.55% | 78<br>12.72% | 613<br>100% |
| **BELL CREEK ACADEMY (6668)** | 76<br>14.15% | 64<br>11.92% | 150<br>27.93% | 1<br>0.19% | 41<br>7.64% | 205<br>38.18% | 537<br>100% |
| **BELL CREEK ACADEMY HIGH SCHOOL (6661)** | 47<br>8.09% | 63<br>10.84% | 161<br>27.71% | 1<br>0.17% | 39<br>6.71% | 270<br>46.47% | 581<br>100% |
| **BELLAMY ELEMENTARY (1776)** | 17<br>2.92% | 46<br>7.90% | 464<br>79.73% | 0<br>0.00% | 10<br>1.72% | 45<br>7.73% | 582<br>100% |
| **BELMONT ELEMENTARY SCHOOL (0009)** | 22<br>2.12% | 349<br>33.62% | 310<br>29.87% | 1<br>0.10% | 98<br>9.44% | 258<br>24.86% | 1,038<br>100% |
| **BENITO MIDDLE SCHOOL (0201)** | 137<br>13.55% | 277<br>27.40% | 227<br>22.45% | 1<br>0.10% | 90<br>8.90% | 279<br>27.60% | 1,011<br>100% |
| **BEVIS ELEMENTARY (0361)** | 73<br>8.51% | 19<br>2.21% | 166<br>19.35% | 0<br>0.00% | 65<br>7.58% | 535<br>62.35% | 858<br>100% |
| **BIG BEND ACADEMY MATH & SCIENC (7817)** | 0<br>0.00% | 4<br>23.53% | 7<br>41.18% | 1<br>5.88% | 1<br>5.88% | 4<br>23.53% | 17<br>100% |
| **BING ELEMENTARY (0261)** | 5<br>1.01% | 107<br>21.66% | 282<br>57.09% | 0<br>0.00% | 21<br>4.25% | 79<br>15.99% | 494<br>100% |
| **BLAKE HIGH SCHOOL (0281)** | 17<br>1.18% | 605<br>41.90% | 417<br>28.88% | 2<br>0.14% | 87<br>6.02% | 316<br>21.88% | 1,444<br>100% |
| **BLOOMINGDALE HIGH SCHOOL (4141)** | 66<br>2.96% | 257<br>11.54% | 730<br>32.78% | 3<br>0.13% | 171<br>7.68% | 1,000<br>44.90% | 2,227<br>100% |
| **BOWERS-WHITLEY CAREER CENTER (4155)** | 1<br>1.82% | 19<br>34.55% | 27<br>49.09% | 0<br>0.00% | 1<br>1.82% | 7<br>12.73% | 55<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **BOYETTE SPRINGS ELEMENTARY (0311)** | 36<br>4.44% | 97<br>11.96% | 190<br>23.43% | 2<br>0.25% | 77<br>9.49% | 409<br>50.43% | 811<br>100% |
| **BRANDON HIGH SCHOOL (0291)** | 42<br>2.80% | 363<br>24.20% | 586<br>39.07% | 3<br>0.20% | 79<br>5.27% | 427<br>28.47% | 1,500<br>100% |
| **BRANDON SUCCESS CENTER (4332)** | 1<br>0.30% | 142<br>42.39% | 120<br>35.82% | 0<br>0.00% | 20<br>5.97% | 52<br>15.52% | 335<br>100% |
| **BRIDGEPREP ACADEMY OF ADVANCED (7828)** | 0<br>0.00% | 4<br>12.50% | 24<br>75.00% | 0<br>0.00% | 3<br>9.38% | 1<br>3.13% | 32<br>100% |
| **BRIDGEPREP ACADEMY OF RIVERVIE (7812)** | 11<br>0.99% | 412<br>37.25% | 535<br>48.37% | 4<br>0.36% | 70<br>6.33% | 74<br>6.69% | 1,106<br>100% |
| **BRIDGEPREP ACADEMY OF TAMPA (7675)** | 2<br>0.61% | 72<br>21.95% | 174<br>53.05% | 0<br>0.00% | 26<br>7.93% | 54<br>16.46% | 328<br>100% |
| **BROOKER ELEMENTARY (0401)** | 43<br>5.22% | 99<br>12.01% | 253<br>30.70% | 2<br>0.24% | 80<br>9.71% | 347<br>42.11% | 824<br>100% |
| **BROOKS DEBARTOLO COLLEGIATE (6634)** | 61<br>10.17% | 114<br>19.00% | 175<br>29.17% | 0<br>0.00% | 40<br>6.67% | 210<br>35.00% | 600<br>100% |
| **BROWARD ELEMENTARY (0441)** | 1<br>0.45% | 121<br>54.02% | 75<br>33.48% | 0<br>0.00% | 9<br>4.02% | 18<br>8.04% | 224<br>100% |
| **BRYAN PLANT CITY ELEMENTARY (0521)** | 6<br>0.88% | 46<br>6.77% | 535<br>78.79% | 2<br>0.29% | 12<br>1.77% | 78<br>11.49% | 679<br>100% |
| **BRYANT ELEMENTARY (0527)** | 130<br>14.69% | 19<br>2.15% | 114<br>12.88% | 1<br>0.11% | 66<br>7.46% | 555<br>62.71% | 885<br>100% |
| **BT WASHINGTON ELEMENTARY (4601)** | 3<br>0.89% | 196<br>58.16% | 112<br>33.23% | 1<br>0.30% | 13<br>3.86% | 12<br>3.56% | 337<br>100% |
| **BUCHANAN MIDDLE SCHOOL (0561)** | 16<br>2.07% | 136<br>17.62% | 494<br>63.99% | 0<br>0.00% | 35<br>4.53% | 91<br>11.79% | 772<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page 4

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **BUCKHORN ELEMENTARY (0571)** | 27<br>3.55% | 70<br>9.21% | 231<br>30.39% | 1<br>0.13% | 52<br>6.84% | 379<br>49.87% | 760<br>100% |
| **BURNETT MIDDLE SCHOOL (0631)** | 10<br>1.63% | 181<br>29.58% | 215<br>35.13% | 0<br>0.00% | 38<br>6.21% | 168<br>27.45% | 612<br>100% |
| **BURNEY ELEMENTARY (0641)** | 1<br>0.27% | 103<br>27.76% | 188<br>50.67% | 0<br>0.00% | 18<br>4.85% | 61<br>16.44% | 371<br>100% |
| **BURNS MIDDLE SCHOOL (0651)** | 52<br>4.29% | 133<br>10.96% | 351<br>28.94% | 1<br>0.08% | 107<br>8.82% | 569<br>46.91% | 1,213<br>100% |
| **CAMINITI EXCEPTIONAL CENTER (4562)** | 4<br>4.76% | 23<br>27.38% | 31<br>36.90% | 0<br>0.00% | 10<br>11.90% | 16<br>19.05% | 84<br>100% |
| **CANNELLA ELEMENTARY (0691)** | 19<br>3.09% | 73<br>11.89% | 377<br>61.40% | 5<br>0.81% | 22<br>3.58% | 118<br>19.22% | 614<br>100% |
| **CARROLLWOOD ELEMENTARY (0701)** | 21<br>3.11% | 51<br>7.56% | 267<br>39.56% | 1<br>0.15% | 53<br>7.85% | 282<br>41.78% | 675<br>100% |
| **CARVER EXCEPTIONAL CENTER (0063)** | 0<br>0.00% | 21<br>42.00% | 13<br>26.00% | 0<br>0.00% | 5<br>10.00% | 11<br>22.00% | 50<br>100% |
| **CHAMBERLAIN HIGH SCHOOL (0761)** | 30<br>2.44% | 339<br>27.61% | 659<br>53.66% | 0<br>0.00% | 54<br>4.40% | 146<br>11.89% | 1,228<br>100% |
| **CHANNELSIDE ACAD MATH AND SCI (6652)** | 6<br>1.49% | 139<br>34.41% | 146<br>36.14% | 1<br>0.25% | 25<br>6.19% | 87<br>21.53% | 404<br>100% |
| **CHIARAMONTE ELEMENTARY (0771)** | 15<br>4.13% | 89<br>24.52% | 72<br>19.83% | 1<br>0.28% | 49<br>13.50% | 137<br>37.74% | 363<br>100% |
| **CHILES ELEMENTARY (0772)** | 231<br>26.43% | 129<br>14.76% | 165<br>18.88% | 3<br>0.34% | 80<br>9.15% | 266<br>30.43% | 874<br>100% |
| **CIMINO ELEMENTARY (0802)** | 24<br>2.90% | 66<br>7.98% | 199<br>24.06% | 1<br>0.12% | 86<br>10.40% | 451<br>54.53% | 827<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
**Page  5**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **CITRUS PARK ELEMENTARY (0801)** | 46<br>8.29% | 28<br>5.05% | 276<br>49.73% | 0<br>0.00% | 51<br>9.19% | 154<br>27.75% | 555<br>100% |
| **CLAIR MEL ELEMENTARY (0841)** | 4<br>0.86% | 135<br>28.91% | 279<br>59.74% | 2<br>0.43% | 19<br>4.07% | 28<br>6.00% | 467<br>100% |
| **CLARK ELEMENTARY (0851)** | 216<br>25.23% | 171<br>19.98% | 169<br>19.74% | 3<br>0.35% | 80<br>9.35% | 217<br>25.35% | 856<br>100% |
| **CLAYWELL ELEMENTARY (0861)** | 10<br>1.46% | 50<br>7.32% | 325<br>47.58% | 3<br>0.44% | 66<br>9.66% | 229<br>33.53% | 683<br>100% |
| **CLEVELAND ELEMENTARY (0881)** | 0<br>0.00% | 113<br>51.60% | 76<br>34.70% | 0<br>0.00% | 13<br>5.94% | 17<br>7.76% | 219<br>100% |
| **COLEMAN MIDDLE SCHOOL (0921)** | 57<br>5.77% | 33<br>3.34% | 153<br>15.49% | 1<br>0.10% | 59<br>5.97% | 685<br>69.33% | 988<br>100% |
| **COLLINS ELEMENTARY (0065)** | 28<br>2.72% | 235<br>22.84% | 251<br>24.39% | 3<br>0.29% | 102<br>9.91% | 410<br>39.84% | 1,029<br>100% |
| **COLSON ELEMENTARY (0931)** | 13<br>1.94% | 126<br>18.78% | 269<br>40.09% | 2<br>0.30% | 51<br>7.60% | 210<br>31.30% | 671<br>100% |
| **COLUMBUS JUVENILE RESIDENTIAL (5062)** | 0<br>0.00% | 15<br>30.00% | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | 35<br>70.00% | 50<br>100% |
| **CORK ELEMENTARY (1001)** | 6<br>0.84% | 14<br>1.96% | 372<br>52.17% | 0<br>0.00% | 28<br>3.93% | 293<br>41.09% | 713<br>100% |
| **CORR ELEMENTARY (0054)** | 15<br>2.37% | 188<br>29.75% | 277<br>43.83% | 2<br>0.32% | 37<br>5.85% | 113<br>17.88% | 632<br>100% |
| **CREEKSIDE CHARTER ACADEMY (7803)** | 14<br>1.85% | 254<br>33.51% | 297<br>39.18% | 0<br>0.00% | 60<br>7.92% | 133<br>17.55% | 758<br>100% |
| **CRESTWOOD ELEMENTARY (1021)** | 22<br>2.76% | 56<br>7.02% | 649<br>81.33% | 0<br>0.00% | 30<br>3.76% | 41<br>5.14% | 798<br>100% |



## ETHNIC ENROLLMENT BY SCHOOL
### SCHOOL YEAR 2022-2023

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **CYPRESS CREEK ELEMENTARY (1051)** | 17<br>1.68% | 335<br>33.10% | 433<br>42.79% | 0<br>0.00% | 69<br>6.82% | 158<br>15.61% | 1,012<br>100% |
| **DAVIDSEN MIDDLE SCHOOL (1080)** | 42<br>4.13% | 60<br>5.91% | 641<br>63.09% | 1<br>0.10% | 48<br>4.72% | 224<br>22.05% | 1,016<br>100% |
| **DAVIS ELEMENTARY (0056)** | 15<br>2.32% | 41<br>6.34% | 498<br>76.97% | 0<br>0.00% | 39<br>6.03% | 54<br>8.35% | 647<br>100% |
| **DEER PARK ELEMENTARY (0100)** | 246<br>23.45% | 36<br>3.43% | 247<br>23.55% | 2<br>0.19% | 65<br>6.20% | 453<br>43.18% | 1,049<br>100% |
| **DESOTO ELEMENTARY (1081)** | 2<br>1.04% | 31<br>16.15% | 131<br>68.23% | 0<br>0.00% | 12<br>6.25% | 16<br>8.33% | 192<br>100% |
| **DETENTION CENTER WEST (5044)** | 0<br>0.00% | 34<br>65.38% | 11<br>21.15% | 0<br>0.00% | 5<br>9.62% | 2<br>3.85% | 52<br>100% |
| **DICKENSON ELEMENTARY (1101)** | 13<br>2.17% | 46<br>7.67% | 455<br>75.83% | 0<br>0.00% | 33<br>5.50% | 53<br>8.83% | 600<br>100% |
| **DOBY ELEMENTARY (0072)** | 15<br>2.45% | 145<br>23.65% | 155<br>25.29% | 0<br>0.00% | 57<br>9.30% | 241<br>39.31% | 613<br>100% |
| **DOROTHY THOMAS EXCEPTIONAL CTR (4321)** | 2<br>3.70% | 20<br>37.04% | 15<br>27.78% | 0<br>0.00% | 4<br>7.41% | 13<br>24.07% | 54<br>100% |
| **DOVER ELEMENTARY (1201)** | 0<br>0.00% | 6<br>1.00% | 555<br>92.35% | 1<br>0.17% | 3<br>0.50% | 36<br>5.99% | 601<br>100% |
| **DOWDELL MIDDLE SCHOOL (0842)** | 2<br>0.38% | 127<br>24.33% | 298<br>57.09% | 0<br>0.00% | 29<br>5.56% | 66<br>12.64% | 522<br>100% |
| **DR CARTER G WOODSON K-8 (0682)** | 11<br>1.11% | 438<br>44.20% | 424<br>42.79% | 1<br>0.10% | 46<br>4.64% | 71<br>7.16% | 991<br>100% |
| **DR KIRAN C PATEL ELEMENTARY (7843)** | 44<br>15.88% | 63<br>22.74% | 67<br>24.19% | 0<br>0.00% | 29<br>10.47% | 74<br>26.71% | 277<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **DR KIRAN C PATEL HIGH SCHOOL (7827)** | 100<br>13.55% | 144<br>19.51% | 183<br>24.80% | 4<br>0.54% | 49<br>6.64% | 258<br>34.96% | 738<br>100% |
| **DUNBAR ELEMENTARY (1281)** | 6<br>2.01% | 181<br>60.54% | 54<br>18.06% | 0<br>0.00% | 33<br>11.04% | 25<br>8.36% | 299<br>100% |
| **DURANT HIGH SCHOOL (1291)** | 70<br>2.81% | 215<br>8.63% | 895<br>35.93% | 3<br>0.12% | 126<br>5.06% | 1,182<br>47.45% | 2,491<br>100% |
| **EARLY CHILDHOOD & AFTER SCHOOL (5375)** | 5<br>2.98% | 31<br>18.45% | 64<br>38.10% | 0<br>0.00% | 12<br>7.14% | 56<br>33.33% | 168<br>100% |
| **EAST BAY HIGH SCHOOL (1322)** | 33<br>1.76% | 500<br>26.68% | 684<br>36.50% | 9<br>0.48% | 99<br>5.28% | 549<br>29.30% | 1,874<br>100% |
| **EDISON ELEMENTARY (1361)** | 0<br>0.00% | 231<br>71.08% | 60<br>18.46% | 0<br>0.00% | 11<br>3.38% | 23<br>7.08% | 325<br>100% |
| **EGYPT LAKE ELEMENTARY (1401)** | 10<br>2.19% | 72<br>15.79% | 338<br>74.12% | 0<br>0.00% | 10<br>2.19% | 26<br>5.70% | 456<br>100% |
| **EISENHOWER EXCEPTIONAL CTR (1331)** | 1<br>1.64% | 19<br>31.15% | 19<br>31.15% | 0<br>0.00% | 2<br>3.28% | 20<br>32.79% | 61<br>100% |
| **EISENHOWER MIDDLE SCHOOL (1324)** | 26<br>2.08% | 392<br>31.33% | 447<br>35.73% | 2<br>0.16% | 114<br>9.11% | 270<br>21.58% | 1,251<br>100% |
| **ESE BIRTH THROUGH AGE 5 (5372)** | 4<br>3.01% | 32<br>24.06% | 58<br>43.61% | 0<br>0.00% | 6<br>4.51% | 33<br>24.81% | 133<br>100% |
| **ESE HOSPITAL/HOMEBOUND (5371)** | 9<br>4.29% | 63<br>30.00% | 67<br>31.90% | 0<br>0.00% | 7<br>3.33% | 64<br>30.48% | 210<br>100% |
| **ESSRIG ELEMENTARY (1431)** | 32<br>5.52% | 47<br>8.10% | 311<br>53.62% | 0<br>0.00% | 47<br>8.10% | 143<br>24.66% | 580<br>100% |
| **EXCELSIOR PREP CHARTER SCHOOL (7791)** | 0<br>0.00% | 99<br>43.04% | 119<br>51.74% | 0<br>0.00% | 5<br>2.17% | 7<br>3.04% | 230<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **FALKENBURG ROAD JAIL (5058)** | 0<br>0.00% | 25<br>73.53% | 6<br>17.65% | 0<br>0.00% | 1<br>2.94% | 2<br>5.88% | 34<br>100% |
| **FARNELL MIDDLE SCHOOL (1441)** | 134<br>11.04% | 54<br>4.45% | 303<br>24.96% | 2<br>0.16% | 97<br>7.99% | 624<br>51.40% | 1,214<br>100% |
| **FERRELL (GIRLS) MIDDLE MAGNET (3001)** | 11<br>2.81% | 157<br>40.15% | 127<br>32.48% | 1<br>0.26% | 28<br>7.16% | 67<br>17.14% | 391<br>100% |
| **FISHHAWK CREEK ELEMENTARY (0059)** | 52<br>4.82% | 56<br>5.19% | 179<br>16.59% | 4<br>0.37% | 106<br>9.82% | 682<br>63.21% | 1,079<br>100% |
| **FLORIDA AUTISM CHARTER SCHOOL (6639)** | 5<br>3.21% | 47<br>30.13% | 56<br>35.90% | 0<br>0.00% | 12<br>7.69% | 36<br>23.08% | 156<br>100% |
| **FLORIDA CONNECTIONS ACADEMY (7826)** | 122<br>2.56% | 870<br>18.23% | 1,406<br>29.46% | 12<br>0.25% | 431<br>9.03% | 1,932<br>40.48% | 4,773<br>100% |
| **FOCUS ACADEMY (7672)** | 4<br>3.17% | 26<br>20.63% | 41<br>32.54% | 0<br>0.00% | 9<br>7.14% | 46<br>36.51% | 126<br>100% |
| **FOLSOM ELEMENTARY (1471)** | 14<br>2.94% | 204<br>42.86% | 133<br>27.94% | 0<br>0.00% | 36<br>7.56% | 89<br>18.70% | 476<br>100% |
| **FOREST HILLS ELEMENTARY (0042)** | 15<br>2.02% | 155<br>20.86% | 448<br>60.30% | 0<br>0.00% | 48<br>6.46% | 77<br>10.36% | 743<br>100% |
| **FOSTER ELEMENTARY (1481)** | 1<br>0.24% | 270<br>65.53% | 113<br>27.43% | 0<br>0.00% | 15<br>3.64% | 13<br>3.16% | 412<br>100% |
| **FRANKLIN (BOYS) MIDDLE MAGNET (1542)** | 12<br>3.93% | 132<br>43.28% | 81<br>26.56% | 1<br>0.33% | 18<br>5.90% | 61<br>20.00% | 305<br>100% |
| **FREEDOM HIGH SCHOOL (1541)** | 69<br>4.00% | 421<br>24.39% | 690<br>39.98% | 2<br>0.12% | 110<br>6.37% | 434<br>25.14% | 1,726<br>100% |
| **FROST ELEMENTARY (0070)** | 11<br>1.75% | 261<br>41.63% | 214<br>34.13% | 1<br>0.16% | 50<br>7.97% | 90<br>14.35% | 627<br>100% |



**Hillsborough County**
PUBLIC SCHOOLS
*Excellence in Education*

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page 9

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **GAITHER HIGH SCHOOL (1551)** | 60<br>2.98% | 166<br>8.25% | 930<br>46.20% | 2<br>0.10% | 125<br>6.21% | 730<br>36.26% | 2,013<br>100% |
| **GIBSONTON ELEMENTARY (1601)** | 2<br>0.38% | 54<br>10.27% | 295<br>56.08% | 0<br>0.00% | 38<br>7.22% | 137<br>26.05% | 526<br>100% |
| **GIUNTA MIDDLE SCHOOL (0052)** | 13<br>1.43% | 321<br>35.24% | 405<br>44.46% | 0<br>0.00% | 44<br>4.83% | 128<br>14.05% | 911<br>100% |
| **GORRIE ELEMENTARY (1681)** | 16<br>3.20% | 32<br>6.40% | 52<br>10.40% | 3<br>0.60% | 44<br>8.80% | 353<br>70.60% | 500<br>100% |
| **GRADY ELEMENTARY (1721)** | 50<br>8.67% | 44<br>7.63% | 113<br>19.58% | 0<br>0.00% | 50<br>8.67% | 320<br>55.46% | 577<br>100% |
| **GRAHAM ELEMENTARY (1761)** | 0<br>0.00% | 182<br>70.82% | 33<br>12.84% | 2<br>0.78% | 22<br>8.56% | 18<br>7.00% | 257<br>100% |
| **GRECO MIDDLE MAGNET SCHOOL (1781)** | 18<br>2.53% | 349<br>49.02% | 195<br>27.39% | 2<br>0.28% | 51<br>7.16% | 97<br>13.62% | 712<br>100% |
| **HAMMOND ELEMENTARY (0102)** | 37<br>4.95% | 20<br>2.68% | 143<br>19.14% | 1<br>0.13% | 60<br>8.03% | 486<br>65.06% | 747<br>100% |
| **HENDERSON HAMMOCK CHARTER SCH (6662)** | 17<br>1.50% | 53<br>4.68% | 953<br>84.11% | 1<br>0.09% | 25<br>2.21% | 84<br>7.41% | 1,133<br>100% |
| **HERITAGE ELEMENTARY (1831)** | 58<br>11.18% | 141<br>27.17% | 92<br>17.73% | 2<br>0.39% | 61<br>11.75% | 165<br>31.79% | 519<br>100% |
| **HILL MIDDLE SCHOOL (1871)** | 39<br>4.07% | 69<br>7.19% | 497<br>51.82% | 1<br>0.10% | 60<br>6.26% | 293<br>30.55% | 959<br>100% |
| **HILLSBOROUGH ACAD MATH SCIENCE (6671)** | 34<br>4.09% | 33<br>3.97% | 580<br>69.71% | 1<br>0.12% | 32<br>3.85% | 152<br>18.27% | 832<br>100% |
| **HILLSBOROUGH GIRLS ACADEMY (5042)** | 0<br>0.00% | 14<br>70.00% | 1<br>5.00% | 0<br>0.00% | 0<br>0.00% | 5<br>25.00% | 20<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **HILLSBOROUGH HIGH SCHOOL (1881)** | 155<br>8.53% | 521<br>28.66% | 766<br>42.13% | 2<br>0.11% | 78<br>4.29% | 296<br>16.28% | 1,818<br>100% |
| **HILLSBOROUGH VIRTUAL K-12 (7023)** | 34<br>4.00% | 147<br>17.29% | 253<br>29.76% | 2<br>0.24% | 90<br>10.59% | 324<br>38.12% | 850<br>100% |
| **HORIZON CHARTER SCH.OF TAMPA (6620)** | 40<br>14.39% | 12<br>4.32% | 170<br>61.15% | 2<br>0.72% | 15<br>5.40% | 39<br>14.03% | 278<br>100% |
| **HUNTER'S GREEN ELEMENTARY (1941)** | 107<br>14.32% | 98<br>13.12% | 157<br>21.02% | 2<br>0.27% | 61<br>8.17% | 322<br>43.11% | 747<br>100% |
| **HVK12+ (7006)** | 1<br>0.98% | 28<br>27.45% | 41<br>40.20% | 0<br>0.00% | 6<br>5.88% | 26<br>25.49% | 102<br>100% |
| **HVK12+ PART-TIME (7004)** | 10<br>1.20% | 189<br>22.63% | 256<br>30.66% | 3<br>0.36% | 71<br>8.50% | 306<br>36.65% | 835<br>100% |
| **INDEPENDENCE ACADEMY (6637)** | 28<br>3.09% | 51<br>5.64% | 221<br>24.42% | 4<br>0.44% | 30<br>3.31% | 571<br>63.09% | 905<br>100% |
| **IPPOLITO ELEMENTARY (1951)** | 7<br>1.33% | 218<br>41.44% | 166<br>31.56% | 2<br>0.38% | 55<br>10.46% | 78<br>14.83% | 526<br>100% |
| **JACKSON ELEMENTARY (2041)** | 2<br>0.40% | 150<br>30.36% | 260<br>52.63% | 0<br>0.00% | 19<br>3.85% | 63<br>12.75% | 494<br>100% |
| **JAMES ELEMENTARY (4747)** | 0<br>0.00% | 285<br>70.02% | 90<br>22.11% | 0<br>0.00% | 9<br>2.21% | 23<br>5.65% | 407<br>100% |
| **JEFFERSON HIGH SCHOOL (3784)** | 16<br>1.28% | 343<br>27.35% | 752<br>59.97% | 2<br>0.16% | 37<br>2.95% | 104<br>8.29% | 1,254<br>100% |
| **JENNINGS MIDDLE SCHOOL (2042)** | 9<br>1.12% | 290<br>35.98% | 302<br>37.47% | 0<br>0.00% | 27<br>3.35% | 178<br>22.08% | 806<br>100% |
| **JULE F SUMNER HIGH (0106)** | 64<br>1.77% | 1,110<br>30.72% | 1,469<br>40.66% | 5<br>0.14% | 251<br>6.95% | 714<br>19.76% | 3,613<br>100% |

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page 11

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **JUST ELEMENTARY (0282)** | 1<br>0.35% | 237<br>82.29% | 36<br>12.50% | 0<br>0.00% | 9<br>3.13% | 5<br>1.74% | 288<br>100% |
| **KENLY ELEMENTARY (2201)** | 1<br>0.23% | 239<br>54.94% | 134<br>30.80% | 1<br>0.23% | 29<br>6.67% | 31<br>7.13% | 435<br>100% |
| **KID'S COMM RIVERVIEW SOUTH K12 (6626)** | 15<br>2.27% | 219<br>33.08% | 203<br>30.66% | 5<br>0.76% | 24<br>3.63% | 196<br>29.61% | 662<br>100% |
| **KIDS COMMU COLLEGE SOUTHEAST (6667)** | 32<br>6.71% | 175<br>36.69% | 131<br>27.46% | 6<br>1.26% | 34<br>7.13% | 99<br>20.75% | 477<br>100% |
| **KIMBELL ELEMENTARY (0120)** | 2<br>0.57% | 186<br>52.84% | 106<br>30.11% | 1<br>0.28% | 20<br>5.68% | 37<br>10.51% | 352<br>100% |
| **KING HIGH SCHOOL (2241)** | 180<br>13.70% | 608<br>46.27% | 274<br>20.85% | 2<br>0.15% | 66<br>5.02% | 184<br>14.00% | 1,314<br>100% |
| **KINGSWOOD ELEMENTARY (2261)** | 5<br>1.06% | 136<br>28.75% | 188<br>39.75% | 0<br>0.00% | 40<br>8.46% | 104<br>21.99% | 473<br>100% |
| **KNIGHTS ELEMENTARY (2291)** | 9<br>1.37% | 13<br>1.98% | 305<br>46.42% | 0<br>0.00% | 28<br>4.26% | 302<br>45.97% | 657<br>100% |
| **LAKE ACADEMY (5071)** | 0<br>0.00% | 11<br>52.38% | 0<br>0.00% | 0<br>0.00% | 1<br>4.76% | 9<br>42.86% | 21<br>100% |
| **LAKE ACADEMY SECURE (5109)** | 0<br>0.00% | 1<br>50.00% | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | 1<br>50.00% | 2<br>100% |
| **LAKE MAGDALENE ELEMENTARY (2321)** | 18<br>2.51% | 89<br>12.43% | 334<br>46.65% | 1<br>0.14% | 66<br>9.22% | 208<br>29.05% | 716<br>100% |
| **LAMB ELEMENTARY (0128)** | 17<br>2.89% | 273<br>46.35% | 225<br>38.20% | 0<br>0.00% | 38<br>6.45% | 36<br>6.11% | 589<br>100% |
| **LANIER ELEMENTARY (2361)** | 13<br>3.35% | 68<br>17.53% | 116<br>29.90% | 0<br>0.00% | 61<br>15.72% | 130<br>33.51% | 388<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page 12

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **LAVOY EXCEPTIONAL CENTER (3782)** | 2<br>3.85% | 13<br>25.00% | 16<br>30.77% | 0<br>0.00% | 2<br>3.85% | 19<br>36.54% | 52<br>100% |
| **LEARNING GATE COMMUNITY (6613)** | 19<br>2.47% | 26<br>3.38% | 161<br>20.91% | 1<br>0.13% | 80<br>10.39% | 483<br>62.73% | 770<br>100% |
| **LEGACY PREPARATORY ACADEMY (6621)** | 1<br>0.76% | 80<br>61.07% | 38<br>29.01% | 0<br>0.00% | 6<br>4.58% | 6<br>4.58% | 131<br>100% |
| **LENNARD HIGH SCHOOL (0073)** | 38<br>1.65% | 518<br>22.51% | 951<br>41.33% | 3<br>0.13% | 116<br>5.04% | 675<br>29.34% | 2,301<br>100% |
| **LES PETERS ACADEMY (5048)** | 0<br>0.00% | 4<br>33.33% | 1<br>8.33% | 1<br>8.33% | 0<br>0.00% | 6<br>50.00% | 12<br>100% |
| **LETO HIGH SCHOOL (2421)** | 48<br>2.43% | 123<br>6.22% | 1,579<br>79.79% | 1<br>0.05% | 56<br>2.83% | 172<br>8.69% | 1,979<br>100% |
| **LEWIS ELEMENTARY (2451)** | 19<br>3.15% | 256<br>42.38% | 157<br>25.99% | 0<br>0.00% | 50<br>8.28% | 122<br>20.20% | 604<br>100% |
| **LIBERTY MIDDLE SCHOOL (2471)** | 141<br>13.19% | 277<br>25.91% | 337<br>31.52% | 2<br>0.19% | 72<br>6.74% | 240<br>22.45% | 1,069<br>100% |
| **LIMONA ELEMENTARY (2431)** | 36<br>6.61% | 91<br>16.70% | 188<br>34.50% | 2<br>0.37% | 43<br>7.89% | 185<br>33.94% | 545<br>100% |
| **LINCOLN ELEMENTARY MAGNET (2441)** | 44<br>8.56% | 166<br>32.30% | 122<br>23.74% | 0<br>0.00% | 38<br>7.39% | 144<br>28.02% | 514<br>100% |
| **LITERACY LEADERSHIP TECH ACAD (6625)** | 3<br>0.65% | 55<br>11.83% | 167<br>35.91% | 1<br>0.22% | 35<br>7.53% | 204<br>43.87% | 465<br>100% |
| **LITERACY LEADERSHIP TECH ACADE (7831)** | 10<br>1.25% | 152<br>19.07% | 252<br>31.62% | 1<br>0.13% | 62<br>7.78% | 320<br>40.15% | 797<br>100% |
| **LITHIA SPRINGS ELEMENTARY (2461)** | 32<br>5.18% | 19<br>3.07% | 114<br>18.45% | 1<br>0.16% | 53<br>8.58% | 399<br>64.56% | 618<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | <u>ASIAN</u> | <u>BLACK</u> | <u>HISPANIC</u> | <u>INDIAN</u> | <u>MULTI</u> | <u>WHITE</u> | <u>TOTAL</u> |
|---|---|---|---|---|---|---|---|
| **LOCKHART ELEMENTARY MAGNET (0962)** | **0**<br>0.00% | **329**<br>87.27% | **21**<br>5.57% | **0**<br>0.00% | **10**<br>2.65% | **17**<br>4.51% | **377**<br>100% |
| **LOMAX ELEMENTARY MAGNET (2521)** | **9**<br>3.45% | **219**<br>83.91% | **24**<br>9.20% | **0**<br>0.00% | **3**<br>1.15% | **6**<br>2.30% | **261**<br>100% |
| **LOPEZ ELEMENTARY (2531)** | **7**<br>1.19% | **116**<br>19.76% | **214**<br>36.46% | **2**<br>0.34% | **48**<br>8.18% | **200**<br>34.07% | **587**<br>100% |
| **LOPEZ EXCEPTIONAL CENTER (2541)** | **1**<br>1.82% | **21**<br>38.18% | **16**<br>29.09% | **0**<br>0.00% | **2**<br>3.64% | **15**<br>27.27% | **55**<br>100% |
| **LOWRY ELEMENTARY (2551)** | **54**<br>6.98% | **62**<br>8.01% | **258**<br>33.33% | **1**<br>0.13% | **70**<br>9.04% | **329**<br>42.51% | **774**<br>100% |
| **LUTZ K-8 SCHOOL (2561)** | **15**<br>2.01% | **24**<br>3.22% | **223**<br>29.89% | **0**<br>0.00% | **39**<br>5.23% | **445**<br>59.65% | **746**<br>100% |
| **LUTZ PREPARATORY SCHOOL (6655)** | **84**<br>10.78% | **24**<br>3.08% | **124**<br>15.92% | **3**<br>0.39% | **56**<br>7.19% | **488**<br>62.64% | **779**<br>100% |
| **MABRY ELEMENTARY (2601)** | **24**<br>2.82% | **6**<br>0.71% | **91**<br>10.71% | **0**<br>0.00% | **61**<br>7.18% | **668**<br>78.59% | **850**<br>100% |
| **MACFARLANE PARK ELEM MAGNET (0060)** | **32**<br>8.58% | **48**<br>12.87% | **123**<br>32.98% | **3**<br>0.80% | **45**<br>12.06% | **122**<br>32.71% | **373**<br>100% |
| **MADISON MIDDLE SCHOOL (2651)** | **16**<br>2.68% | **126**<br>21.07% | **252**<br>42.14% | **0**<br>0.00% | **45**<br>7.53% | **159**<br>26.59% | **598**<br>100% |
| **MANGO ELEMENTARY (2721)** | **14**<br>1.81% | **281**<br>36.30% | **309**<br>39.92% | **1**<br>0.13% | **48**<br>6.20% | **121**<br>15.63% | **774**<br>100% |
| **MANISCALCO K-8 SCHOOL (2771)** | **14**<br>2.14% | **64**<br>9.80% | **276**<br>42.27% | **1**<br>0.15% | **47**<br>7.20% | **251**<br>38.44% | **653**<br>100% |
| **MANN MIDDLE SCHOOL (2801)** | **12**<br>1.50% | **186**<br>23.22% | **331**<br>41.32% | **1**<br>0.12% | **55**<br>6.87% | **216**<br>26.97% | **801**<br>100% |



**Hillsborough County**
PUBLIC SCHOOLS
*Excellence in Education*

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **MARSHALL MIDDLE MAGNET SCHOOL (2841)** | 9<br>0.84% | 139<br>12.97% | 573<br>53.45% | 0<br>0.00% | 46<br>4.29% | 305<br>28.45% | 1,072<br>100% |
| **MARTINEZ MIDDLE SCHOOL (2851)** | 133<br>11.35% | 48<br>4.10% | 274<br>23.38% | 0<br>0.00% | 77<br>6.57% | 640<br>54.61% | 1,172<br>100% |
| **MCDONALD ELEMENTARY (2871)** | 12<br>2.19% | 77<br>14.05% | 196<br>35.77% | 1<br>0.18% | 36<br>6.57% | 226<br>41.24% | 548<br>100% |
| **MCKITRICK ELEMENTARY (3082)** | 157<br>15.76% | 22<br>2.21% | 174<br>17.47% | 2<br>0.20% | 82<br>8.23% | 559<br>56.12% | 996<br>100% |
| **MCLANE MIDDLE SCHOOL (0322)** | 19<br>2.37% | 392<br>48.82% | 246<br>30.64% | 4<br>0.50% | 50<br>6.23% | 92<br>11.46% | 803<br>100% |
| **MEMORIAL MIDDLE SCHOOL (2882)** | 10<br>1.48% | 117<br>17.31% | 469<br>69.38% | 0<br>0.00% | 29<br>4.29% | 51<br>7.54% | 676<br>100% |
| **MENDENHALL ELEMENTARY (2961)** | 10<br>1.76% | 53<br>9.31% | 444<br>78.03% | 1<br>0.18% | 10<br>1.76% | 51<br>8.96% | 569<br>100% |
| **MIDDLETON HIGH SCHOOL (3004)** | 240<br>16.28% | 697<br>47.29% | 293<br>19.88% | 5<br>0.34% | 60<br>4.07% | 179<br>12.14% | 1,474<br>100% |
| **MIGRANT EDUCATION PROGRAMS (9993)** | 0<br>0.00% | 0<br>0.00% | 1<br>100.00% | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | 1<br>100% |
| **MILES ELEMENTARY (3041)** | 5<br>0.70% | 199<br>28.03% | 415<br>58.45% | 1<br>0.14% | 34<br>4.79% | 56<br>7.89% | 710<br>100% |
| **MINTZ ELEMENTARY (3061)** | 21<br>2.59% | 224<br>27.59% | 316<br>38.92% | 2<br>0.25% | 97<br>11.95% | 152<br>18.72% | 812<br>100% |
| **MITCHELL ELEMENTARY (3081)** | 31<br>4.34% | 31<br>4.34% | 149<br>20.87% | 0<br>0.00% | 71<br>9.94% | 432<br>60.50% | 714<br>100% |
| **MONROE MIDDLE MAGNET SCHOOL (2362)** | 14<br>3.35% | 146<br>34.93% | 94<br>22.49% | 1<br>0.24% | 58<br>13.88% | 105<br>25.12% | 418<br>100% |

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **MORGAN WOODS ELEMENTARY (3101)** | 2<br>0.39% | 25<br>4.87% | 418<br>81.48% | 0<br>0.00% | 12<br>2.34% | 56<br>10.92% | 513<br>100% |
| **MORT ELEMENTARY (3121)** | 7<br>0.91% | 150<br>19.58% | 521<br>68.02% | 0<br>0.00% | 44<br>5.74% | 44<br>5.74% | 766<br>100% |
| **MULLER ELEMENTARY MAGNET (3181)** | 11<br>2.65% | 148<br>35.66% | 183<br>44.10% | 0<br>0.00% | 35<br>8.43% | 38<br>9.16% | 415<br>100% |
| **MULRENNAN MIDDLE SCHOOL (3131)** | 44<br>3.78% | 143<br>12.30% | 377<br>32.42% | 3<br>0.26% | 64<br>5.50% | 532<br>45.74% | 1,163<br>100% |
| **NAVIGATOR ACADEMY OF LEADERSHI (7823)** | 55<br>6.45% | 130<br>15.24% | 307<br>35.99% | 2<br>0.23% | 51<br>5.98% | 308<br>36.11% | 853<br>100% |
| **NELSON ELEMENTARY (3141)** | 35<br>4.78% | 96<br>13.11% | 262<br>35.79% | 0<br>0.00% | 62<br>8.47% | 277<br>37.84% | 732<br>100% |
| **NEW SPRINGS SCHOOL (6657)** | 12<br>3.02% | 137<br>34.51% | 164<br>41.31% | 2<br>0.50% | 15<br>3.78% | 67<br>16.88% | 397<br>100% |
| **NEWSOME HIGH SCHOOL (3171)** | 120<br>3.80% | 194<br>6.15% | 501<br>15.87% | 5<br>0.16% | 194<br>6.15% | 2,143<br>67.88% | 3,157<br>100% |
| **NORTH TAMPA SUCCESS CENTER (4331)** | 1<br>0.51% | 130<br>66.67% | 41<br>21.03% | 1<br>0.51% | 11<br>5.64% | 11<br>5.64% | 195<br>100% |
| **NORTHWEST ELEMENTARY (3151)** | 38<br>5.38% | 31<br>4.39% | 265<br>37.54% | 3<br>0.42% | 48<br>6.80% | 321<br>45.47% | 706<br>100% |
| **OAK GROVE ELEMENTARY (3161)** | 5<br>0.59% | 77<br>9.12% | 570<br>67.54% | 2<br>0.24% | 31<br>3.67% | 159<br>18.84% | 844<br>100% |
| **OAK PARK ELEMENTARY (3201)** | 0<br>0.00% | 276<br>72.82% | 71<br>18.73% | 0<br>0.00% | 14<br>3.69% | 18<br>4.75% | 379<br>100% |
| **ORANGE GROVE MIDDLE MAGNET (3241)** | 1<br>0.21% | 234<br>49.58% | 144<br>30.51% | 0<br>0.00% | 22<br>4.66% | 71<br>15.04% | 472<br>100% |



**Hillsborough County**
PUBLIC SCHOOLS
*Excellence in Education*

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **PACE CENTER FOR GIRLS (5054)** | 0<br>0.00% | 36<br>53.73% | 15<br>22.39% | 0<br>0.00% | 6<br>8.96% | 10<br>14.93% | 67<br>100% |
| **PALM RIVER ELEMENTARY (3281)** | 0<br>0.00% | 121<br>30.87% | 203<br>51.79% | 0<br>0.00% | 17<br>4.34% | 51<br>13.01% | 392<br>100% |
| **PEPIN ACADEMIES (6609)** | 13<br>1.53% | 224<br>26.35% | 289<br>34.00% | 0<br>0.00% | 50<br>5.88% | 274<br>32.24% | 850<br>100% |
| **PIERCE MIDDLE SCHOOL (0082)** | 21<br>2.25% | 90<br>9.65% | 746<br>79.96% | 0<br>0.00% | 27<br>2.89% | 49<br>5.25% | 933<br>100% |
| **PINECREST ELEMENTARY (3362)** | 6<br>1.07% | 19<br>3.39% | 165<br>29.41% | 2<br>0.36% | 19<br>3.39% | 350<br>62.39% | 561<br>100% |
| **PIVOT CHARTER SCHOOL (6656)** | 4<br>1.75% | 45<br>19.65% | 95<br>41.48% | 0<br>0.00% | 22<br>9.61% | 63<br>27.51% | 229<br>100% |
| **PIZZO K-8 SCHOOL (3381)** | 15<br>1.60% | 363<br>38.62% | 447<br>47.55% | 0<br>0.00% | 50<br>5.32% | 65<br>6.91% | 940<br>100% |
| **PLANT CITY HIGH SCHOOL (3431)** | 25<br>1.05% | 265<br>11.12% | 1,221<br>51.24% | 3<br>0.13% | 75<br>3.15% | 794<br>33.32% | 2,383<br>100% |
| **PLANT HIGH SCHOOL (3411)** | 88<br>3.56% | 126<br>5.10% | 430<br>17.39% | 3<br>0.12% | 128<br>5.18% | 1,697<br>68.65% | 2,472<br>100% |
| **PLATO ACADEMY TAMPA CHARTER SC (7814)** | 34<br>8.48% | 21<br>5.24% | 147<br>36.66% | 0<br>0.00% | 36<br>8.98% | 163<br>40.65% | 401<br>100% |
| **POTTER ELEMENTARY (3521)** | 0<br>0.00% | 384<br>76.34% | 84<br>16.70% | 1<br>0.20% | 13<br>2.58% | 21<br>4.17% | 503<br>100% |
| **PRIDE ELEMENTARY (3441)** | 439<br>45.12% | 140<br>14.39% | 101<br>10.38% | 11<br>1.13% | 72<br>7.40% | 210<br>21.58% | 973<br>100% |
| **PROGRESS VILLAGE MIDDLE SCHOOL (3561)** | 6<br>0.82% | 259<br>35.24% | 224<br>30.48% | 1<br>0.14% | 58<br>7.89% | 187<br>25.44% | 735<br>100% |



**Hillsborough County**
PUBLIC SCHOOLS
*Excellence in Education*

**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page 17

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **RAMPELLO DOWNTOWN PARTNERSHIP (4251)** | 6 0.84% | 208 28.97% | 192 26.74% | 3 0.42% | 59 8.22% | 250 34.82% | 718 100% |
| **RANDALL MIDDLE SCHOOL (3620)** | 75 5.35% | 50 3.57% | 234 16.69% | 0 0.00% | 126 8.99% | 917 65.41% | 1,402 100% |
| **RCMA WIMAUMA COMMUNITY ACADEMY (6615)** | 0 0.00% | 0 0.00% | 352 99.72% | 0 0.00% | 1 0.28% | 0 0.00% | 353 100% |
| **REDDICK ELEMENTARY (0110)** | 5 0.61% | 92 11.23% | 615 75.09% | 0 0.00% | 27 3.30% | 80 9.77% | 819 100% |
| **RIVERHILLS ELEMENTARY MAGNET (3622)** | 17 3.55% | 202 42.17% | 91 19.00% | 0 0.00% | 53 11.06% | 116 24.22% | 479 100% |
| **RIVERVIEW ACADEMY HIGH SCHOOL (7834)** | 2 2.63% | 15 19.74% | 37 48.68% | 0 0.00% | 5 6.58% | 17 22.37% | 76 100% |
| **RIVERVIEW ACADEMY OF MATH SCIE (7818)** | 48 5.01% | 246 25.68% | 365 38.10% | 5 0.52% | 56 5.85% | 238 24.84% | 958 100% |
| **RIVERVIEW ELEMENTARY (3641)** | 12 2.15% | 124 22.18% | 197 35.24% | 0 0.00% | 48 8.59% | 178 31.84% | 559 100% |
| **RIVERVIEW HIGH SCHOOL (3371)** | 89 3.59% | 505 20.35% | 800 32.25% | 5 0.20% | 191 7.70% | 891 35.91% | 2,481 100% |
| **ROBINSON ELEMENTARY (3681)** | 1 0.17% | 31 5.22% | 371 62.46% | 0 0.00% | 23 3.87% | 168 28.28% | 594 100% |
| **ROBINSON HIGH SCHOOL (3731)** | 113 8.77% | 180 13.96% | 280 21.72% | 0 0.00% | 108 8.38% | 608 47.17% | 1,289 100% |
| **ROBLES ELEMENTARY (3761)** | 6 0.93% | 488 75.31% | 96 14.81% | 0 0.00% | 25 3.86% | 33 5.09% | 648 100% |
| **RODGERS MIDDLE MAGNET SCHOOL (3771)** | 33 2.88% | 254 22.18% | 393 34.32% | 3 0.26% | 90 7.86% | 372 32.49% | 1,145 100% |



## ETHNIC ENROLLMENT BY SCHOOL
### SCHOOL YEAR 2022-2023

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **ROLAND PARK K-8 MAGNET (3802)** | 62<br>7.45% | 157<br>18.87% | 217<br>26.08% | 4<br>0.48% | 109<br>13.10% | 283<br>34.01% | 832<br>100% |
| **ROOSEVELT ELEMENTARY (3801)** | 28<br>3.79% | 11<br>1.49% | 109<br>14.75% | 1<br>0.14% | 51<br>6.90% | 539<br>72.94% | 739<br>100% |
| **RUSKIN ELEMENTARY (3841)** | 7<br>0.85% | 145<br>17.60% | 525<br>63.71% | 0<br>0.00% | 30<br>3.64% | 117<br>14.20% | 824<br>100% |
| **SCHMIDT ELEMENTARY (3851)** | 7<br>1.25% | 197<br>35.18% | 230<br>41.07% | 1<br>0.18% | 50<br>8.93% | 75<br>13.39% | 560<br>100% |
| **SCHWARZKOPF ELEMENTARY (3861)** | 42<br>6.89% | 37<br>6.07% | 216<br>35.41% | 0<br>0.00% | 55<br>9.02% | 260<br>42.62% | 610<br>100% |
| **SEFFNER ELEMENTARY (3881)** | 3<br>0.81% | 53<br>14.29% | 166<br>44.74% | 0<br>0.00% | 28<br>7.55% | 121<br>32.61% | 371<br>100% |
| **SEMINOLE ELEMENTARY (3921)** | 8<br>2.22% | 103<br>28.53% | 109<br>30.19% | 0<br>0.00% | 22<br>6.09% | 119<br>32.96% | 361<br>100% |
| **SEMINOLE HEIGHTS CHARTER SCH (6646)** | 0<br>0.00% | 191<br>59.50% | 97<br>30.22% | 0<br>0.00% | 8<br>2.49% | 25<br>7.79% | 321<br>100% |
| **SESSUMS ELEMENTARY (3922)** | 38<br>3.91% | 224<br>23.07% | 323<br>33.26% | 1<br>0.10% | 106<br>10.92% | 279<br>28.73% | 971<br>100% |
| **SHAW ELEMENTARY (3951)** | 3<br>0.46% | 254<br>39.26% | 349<br>53.94% | 1<br>0.15% | 17<br>2.63% | 23<br>3.55% | 647<br>100% |
| **SHEEHY ELEMENTARY (0051)** | 1<br>0.29% | 273<br>78.00% | 61<br>17.43% | 2<br>0.57% | 3<br>0.86% | 10<br>2.86% | 350<br>100% |
| **SHIELDS MIDDLE SCHOOL (0055)** | 27<br>1.41% | 525<br>27.46% | 1,039<br>54.34% | 2<br>0.10% | 71<br>3.71% | 248<br>12.97% | 1,912<br>100% |
| **SHORE ELEMENTARY (3961)** | 0<br>0.00% | 189<br>53.85% | 76<br>21.65% | 0<br>0.00% | 45<br>12.82% | 41<br>11.68% | 351<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **SICKLES HIGH SCHOOL (4151)** | 193<br>8.33% | 104<br>4.49% | 870<br>37.55% | 2<br>0.09% | 144<br>6.21% | 1,004<br>43.33% | 2,317<br>100% |
| **SIMMONS CAREER CENTER (0371)** | 1<br>0.58% | 20<br>11.56% | 98<br>56.65% | 1<br>0.58% | 4<br>2.31% | 49<br>28.32% | 173<br>100% |
| **SIMMONS EXCEPTIONAL CENTER (4002)** | 0<br>0.00% | 7<br>26.92% | 6<br>23.08% | 0<br>0.00% | 3<br>11.54% | 10<br>38.46% | 26<br>100% |
| **SLAM ACADEMY AT APOLLO BEACH (7825)** | 16<br>1.43% | 200<br>17.92% | 454<br>40.68% | 2<br>0.18% | 92<br>8.24% | 352<br>31.54% | 1,116<br>100% |
| **SLAM ACADEMY TAMPA ELEMENTARY (7824)** | 2<br>2.06% | 10<br>10.31% | 63<br>64.95% | 0<br>0.00% | 7<br>7.22% | 15<br>15.46% | 97<br>100% |
| **SLIGH MIDDLE SCHOOL (1482)** | 4<br>0.71% | 346<br>61.02% | 150<br>26.46% | 1<br>0.18% | 24<br>4.23% | 42<br>7.41% | 567<br>100% |
| **SMITH MIDDLE SCHOOL (0074)** | 40<br>6.69% | 51<br>8.53% | 373<br>62.37% | 0<br>0.00% | 33<br>5.52% | 101<br>16.89% | 598<br>100% |
| **SOUTH COUNTY CAREER CENTER (4154)** | 1<br>0.68% | 38<br>25.85% | 72<br>48.98% | 1<br>0.68% | 6<br>4.08% | 29<br>19.73% | 147<br>100% |
| **SOUTHSHORE CHARTER ACADEMY (7806)** | 31<br>2.73% | 305<br>26.90% | 449<br>39.59% | 4<br>0.35% | 101<br>8.91% | 244<br>21.52% | 1,134<br>100% |
| **SPORTS LEADERSHIP & MANAG ACAD (7815)** | 2<br>0.49% | 28<br>6.81% | 308<br>74.94% | 0<br>0.00% | 19<br>4.62% | 54<br>13.14% | 411<br>100% |
| **SPOTO HIGH SCHOOL (0043)** | 38<br>2.15% | 700<br>39.62% | 667<br>37.75% | 2<br>0.11% | 96<br>5.43% | 264<br>14.94% | 1,767<br>100% |
| **SPRINGHEAD ELEMENTARY (4161)** | 3<br>0.39% | 42<br>5.50% | 452<br>59.16% | 0<br>0.00% | 33<br>4.32% | 234<br>30.63% | 764<br>100% |
| **STEINBRENNER HIGH SCHOOL (0089)** | 185<br>7.59% | 82<br>3.36% | 525<br>21.53% | 4<br>0.16% | 139<br>5.70% | 1,504<br>61.66% | 2,439<br>100% |



## ETHNIC ENROLLMENT BY SCHOOL
## SCHOOL YEAR 2022-2023

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **STEWART MIDDLE SCHOOL (0284)** | 17<br>2.33% | 299<br>41.02% | 270<br>37.04% | 1<br>0.14% | 43<br>5.90% | 99<br>13.58% | 729<br>100% |
| **STOWERS ELEMENTARY (0085)** | 89<br>9.80% | 30<br>3.30% | 165<br>18.17% | 3<br>0.33% | 66<br>7.27% | 555<br>61.12% | 908<br>100% |
| **STRAWBERRY CREST HIGH SCHOOL (0093)** | 342<br>13.93% | 120<br>4.89% | 1,070<br>43.58% | 7<br>0.29% | 62<br>2.53% | 854<br>34.79% | 2,455<br>100% |
| **STUDENT SERVICES-ATTENDANCE (9350)** | 0<br>0.00% | 0<br>0.00% | 1<br>33.33% | 0<br>0.00% | 0<br>0.00% | 2<br>66.67% | 3<br>100% |
| **SULLIVAN PARTNERSHIP ELEM (0123)** | 0<br>0.00% | 45<br>67.16% | 12<br>17.91% | 0<br>0.00% | 4<br>5.97% | 6<br>8.96% | 67<br>100% |
| **SULPHUR SPRINGS K-8 COMMUNITY (4201)** | 3<br>0.47% | 419<br>65.98% | 159<br>25.04% | 0<br>0.00% | 23<br>3.62% | 31<br>4.88% | 635<br>100% |
| **SUMMERFIELD CROSSINGS ELEM (0084)** | 24<br>2.60% | 283<br>30.63% | 312<br>33.77% | 4<br>0.43% | 106<br>11.47% | 195<br>21.10% | 924<br>100% |
| **SUMMERFIELD ELEMENTARY (4211)** | 23<br>2.77% | 143<br>17.25% | 337<br>40.65% | 0<br>0.00% | 77<br>9.29% | 249<br>30.04% | 829<br>100% |
| **SUNLAKE ACAD OF MATH & SCIENCE (7681)** | 102<br>11.54% | 52<br>5.88% | 308<br>34.84% | 5<br>0.57% | 27<br>3.05% | 390<br>44.12% | 884<br>100% |
| **SYMMES ELEMENTARY (4212)** | 12<br>2.59% | 91<br>19.65% | 138<br>29.81% | 0<br>0.00% | 59<br>12.74% | 163<br>35.21% | 463<br>100% |
| **TAMPA BAY BOULEVARD ELEMENTARY (4241)** | 4<br>0.81% | 75<br>15.21% | 365<br>74.04% | 1<br>0.20% | 20<br>4.06% | 28<br>5.68% | 493<br>100% |
| **TAMPA BAY TECH HIGH SCHOOL (4221)** | 72<br>3.73% | 1,002<br>51.86% | 537<br>27.80% | 0<br>0.00% | 108<br>5.59% | 213<br>11.02% | 1,932<br>100% |
| **TAMPA HEIGHTS ELEM MAGNET (2401)** | 2<br>0.71% | 207<br>73.14% | 34<br>12.01% | 0<br>0.00% | 24<br>8.48% | 16<br>5.65% | 283<br>100% |



## ETHNIC ENROLLMENT BY SCHOOL
### SCHOOL YEAR 2022-2023

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **TAMPA PALMS ELEMENTARY (4261)** | 195<br>25.00% | 167<br>21.41% | 159<br>20.38% | 3<br>0.38% | 60<br>7.69% | 196<br>25.13% | 780<br>100% |
| **TAMPA RESIDENTIAL FACILITY (5056)** | 0<br>0.00% | 17<br>45.95% | 1<br>2.70% | 0<br>0.00% | 0<br>0.00% | 19<br>51.35% | 37<br>100% |
| **TEMPLE TERRACE ELEMENTARY (4281)** | 12<br>2.54% | 259<br>54.87% | 106<br>22.46% | 0<br>0.00% | 22<br>4.66% | 73<br>15.47% | 472<br>100% |
| **TERRACE COMMUNITY SCHOOL (6606)** | 272<br>41.78% | 84<br>12.90% | 90<br>13.82% | 5<br>0.77% | 44<br>6.76% | 156<br>23.96% | 651<br>100% |
| **THE COLLABORATORY PREP ACADEMY (7822)** | 1<br>1.39% | 42<br>58.33% | 15<br>20.83% | 0<br>0.00% | 12<br>16.67% | 2<br>2.78% | 72<br>100% |
| **THE SPRING (4324)** | 0<br>0.00% | 0<br>0.00% | 1<br>33.33% | 0<br>0.00% | 0<br>0.00% | 2<br>66.67% | 3<br>100% |
| **THOMPSON ELEMENTARY (0125)** | 8<br>1.03% | 232<br>29.78% | 377<br>48.40% | 0<br>0.00% | 43<br>5.52% | 119<br>15.28% | 779<br>100% |
| **THONOTOSASSA ELEMENTARY (4361)** | 10<br>2.30% | 108<br>24.88% | 131<br>30.18% | 1<br>0.23% | 39<br>8.99% | 145<br>33.41% | 434<br>100% |
| **TINKER K-8 SCHOOL (4381)** | 20<br>3.31% | 77<br>12.75% | 101<br>16.72% | 4<br>0.66% | 69<br>11.42% | 333<br>55.13% | 604<br>100% |
| **TOMLIN MIDDLE SCHOOL (3442)** | 16<br>1.08% | 100<br>6.72% | 804<br>54.03% | 1<br>0.07% | 51<br>3.43% | 516<br>34.68% | 1,488<br>100% |
| **TOWN AND COUNTRY ELEMENTARY (4441)** | 5<br>1.17% | 38<br>8.88% | 348<br>81.31% | 0<br>0.00% | 14<br>3.27% | 23<br>5.37% | 428<br>100% |
| **TRAPNELL ELEMENTARY (4481)** | 7<br>1.41% | 56<br>11.27% | 331<br>66.60% | 0<br>0.00% | 16<br>3.22% | 87<br>17.51% | 497<br>100% |
| **TRINITY SCHOOL FOR CHILDREN (6624)** | 12<br>1.34% | 52<br>5.80% | 409<br>45.60% | 2<br>0.22% | 56<br>6.24% | 366<br>40.80% | 897<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **TURKEY CREEK MIDDLE SCHOOL (4522)** | 5<br>0.51% | 61<br>6.19% | 645<br>65.42% | 0<br>0.00% | 25<br>2.54% | 250<br>25.35% | 986<br>100% |
| **TURNER BARTELS K-8 (0069)** | 191<br>13.25% | 294<br>20.39% | 395<br>27.39% | 4<br>0.28% | 127<br>8.81% | 431<br>29.89% | 1,442<br>100% |
| **TWIN LAKES ELEMENTARY (4561)** | 8<br>1.43% | 88<br>15.77% | 406<br>72.76% | 0<br>0.00% | 24<br>4.30% | 32<br>5.73% | 558<br>100% |
| **VALRICO ELEMENTARY (4581)** | 25<br>3.25% | 70<br>9.10% | 280<br>36.41% | 1<br>0.13% | 52<br>6.76% | 341<br>44.34% | 769<br>100% |
| **VALRICO LAKE ADVANTAGE ACAD (6649)** | 172<br>18.94% | 127<br>13.99% | 265<br>29.19% | 14<br>1.54% | 47<br>5.18% | 283<br>31.17% | 908<br>100% |
| **VICTORY CHARTER SCH TAMPA 6-12 (7850)** | 8<br>6.90% | 4<br>3.45% | 84<br>72.41% | 0<br>0.00% | 6<br>5.17% | 14<br>12.07% | 116<br>100% |
| **VICTORY CHARTER SCHOOL TAMPA (7811)** | 6<br>2.91% | 9<br>4.37% | 124<br>60.19% | 0<br>0.00% | 16<br>7.77% | 51<br>24.76% | 206<br>100% |
| **VILLAGE OF EXCELLENCE (6608)** | 2<br>1.16% | 148<br>85.55% | 14<br>8.09% | 0<br>0.00% | 4<br>2.31% | 5<br>2.89% | 173<br>100% |
| **VILLAGE OF EXCELLENCE MS (7680)** | 0<br>0.00% | 91<br>92.86% | 2<br>2.04% | 0<br>0.00% | 5<br>5.10% | 0<br>0.00% | 98<br>100% |
| **WALDEN LAKE ELEMENTARY (4591)** | 16<br>1.86% | 53<br>6.18% | 260<br>30.30% | 1<br>0.12% | 35<br>4.08% | 493<br>57.46% | 858<br>100% |
| **WALKER MIDDLE MAGNET (4611)** | 180<br>18.16% | 50<br>5.05% | 298<br>30.07% | 1<br>0.10% | 69<br>6.96% | 393<br>39.66% | 991<br>100% |
| **WALTON ACADEMY (6623)** | 2<br>1.28% | 137<br>87.82% | 7<br>4.49% | 0<br>0.00% | 9<br>5.77% | 1<br>0.64% | 156<br>100% |
| **WARREN HOPE DAWSON ELEMENTARY (0005)** | 19<br>1.89% | 182<br>18.13% | 322<br>32.07% | 1<br>0.10% | 101<br>10.06% | 379<br>37.75% | 1,004<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page 23

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **WATERSET CHARTER SCHOOL (7805)** | 22<br>1.93% | 219<br>19.24% | 355<br>31.20% | 2<br>0.18% | 106<br>9.31% | 434<br>38.14% | 1,138<br>100% |
| **WEBB MIDDLE SCHOOL (4442)** | 10<br>1.16% | 60<br>6.98% | 696<br>81.02% | 0<br>0.00% | 36<br>4.19% | 57<br>6.64% | 859<br>100% |
| **WEST SHORE ELEMENTARY (4681)** | 10<br>2.48% | 131<br>32.43% | 97<br>24.01% | 0<br>0.00% | 50<br>12.38% | 116<br>28.71% | 404<br>100% |
| **WEST TAMPA ELEMENTARY (4722)** | 8<br>1.92% | 111<br>26.62% | 249<br>59.71% | 0<br>0.00% | 25<br>6.00% | 24<br>5.76% | 417<br>100% |
| **WEST UNIVERSITY CHARTER H.S. (6659)** | 4<br>0.93% | 171<br>39.86% | 192<br>44.76% | 1<br>0.23% | 18<br>4.20% | 43<br>10.02% | 429<br>100% |
| **WESTCHASE ELEMENTARY (4651)** | 80<br>9.03% | 19<br>2.14% | 222<br>25.06% | 1<br>0.11% | 79<br>8.92% | 485<br>54.74% | 886<br>100% |
| **WHARTON HIGH SCHOOL (4731)** | 126<br>5.94% | 633<br>29.84% | 638<br>30.08% | 2<br>0.09% | 147<br>6.93% | 575<br>27.11% | 2,121<br>100% |
| **WILLIAMS MIDDLE SCHOOL (4741)** | 233<br>28.77% | 268<br>33.09% | 124<br>15.31% | 4<br>0.49% | 48<br>5.93% | 133<br>16.42% | 810<br>100% |
| **WILLIS PETERS EXCEPTIONAL CTR (1202)** | 2<br>3.45% | 10<br>17.24% | 21<br>36.21% | 0<br>0.00% | 2<br>3.45% | 23<br>39.66% | 58<br>100% |
| **WILSON ELEMENTARY (4801)** | 3<br>0.96% | 16<br>5.10% | 193<br>61.46% | 0<br>0.00% | 16<br>5.10% | 86<br>27.39% | 314<br>100% |
| **WILSON MIDDLE SCHOOL (4761)** | 25<br>4.03% | 34<br>5.48% | 115<br>18.55% | 1<br>0.16% | 43<br>6.94% | 402<br>64.84% | 620<br>100% |
| **WIMAUMA ELEMENTARY (4841)** | 3<br>0.53% | 39<br>6.90% | 462<br>81.77% | 0<br>0.00% | 9<br>1.59% | 52<br>9.20% | 565<br>100% |
| **WINTHROP CHARTER SCHOOL (6658)** | 126<br>9.40% | 251<br>18.72% | 435<br>32.44% | 9<br>0.67% | 128<br>9.55% | 392<br>29.23% | 1,341<br>100% |



**ETHNIC ENROLLMENT BY SCHOOL**
**SCHOOL YEAR 2022-2023**

SE0016B
5/1/2023
Page  24

| | ASIAN | BLACK | HISPANIC | INDIAN | MULTI | WHITE | TOTAL |
|---|---|---|---|---|---|---|---|
| **WINTHROP COLLEGE PREP ACADEMY (7832)** | **31** <br> 4.23% | **158** <br> 21.56% | **290** <br> 39.56% | **4** <br> 0.55% | **65** <br> 8.87% | **185** <br> 25.24% | **733** <br> 100% |
| **WITTER ELEMENTARY (4921)** | **7** <br> 1.41% | **242** <br> 48.89% | **204** <br> 41.21% | **0** <br> 0.00% | **25** <br> 5.05% | **17** <br> 3.43% | **495** <br> 100% |
| **WOODBRIDGE ELEMENTARY (4941)** | **13** <br> 1.82% | **42** <br> 5.89% | **555** <br> 77.84% | **1** <br> 0.14% | **36** <br> 5.05% | **66** <br> 9.26% | **713** <br> 100% |
| **WOODMONT CHARTER SCHOOL (6653)** | **3** <br> 0.44% | **441** <br> 65.14% | **153** <br> 22.60% | **0** <br> 0.00% | **31** <br> 4.58% | **49** <br> 7.24% | **677** <br> 100% |
| **YATES ELEMENTARY (4961)** | **14** <br> 1.99% | **163** <br> 23.19% | **327** <br> 46.51% | **1** <br> 0.14% | **53** <br> 7.54% | **145** <br> 20.63% | **703** <br> 100% |
| **YORK PK-8 MAGNET SCHOOL (0011)** | **44** <br> 3.67% | **231** <br> 19.25% | **279** <br> 23.25% | **2** <br> 0.17% | **121** <br> 10.08% | **523** <br> 43.58% | **1,200** <br> 100% |
| **YOUNG MIDDLE MAGNET (5041)** | **6** <br> 1.47% | **304** <br> 74.51% | **64** <br> 15.69% | **1** <br> 0.25% | **17** <br> 4.17% | **16** <br> 3.92% | **408** <br> 100% |
| **TOTAL** | **10,430** <br> 4.64% | **46,212** <br> 20.56% | **85,367** <br> 37.99% | **387** <br> 0.17% | **14,440** <br> 6.43% | **67,881** <br> 30.21% | **224,717** <br> 100% |