

The map below shows majority race by area in the Tampa area, as self-identified on the US census. Darker shades indicate a larger racial majority in that neighborhood.