# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner, on behalf of himself and his minor child J.W.

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

# Notice of Appeal to the Eleventh Circuit Court of Appeals

Plaintiff, Blake Warner, hereby gives notice that he is appealing Order (Doc. 37) entered on July 6, 2023, denying *pro se* status to Mr. Warner to represent his minor child J.W., to the United States Court of Appeal for the Eleventh Circuit[1].

---

[1] *see* Devine v. Indian River County School Board, 121 F.3d 576, 579 (11th Cir. 1997) ("We conclude that we have jurisdiction over non-final orders denying pro se status.").

1

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been served to Defendant via CM/ECF.

| 7-21-2023 | *[signature]* |
|---|---|
| Date | Signature |
|  | Blake Warner, *pro se* |
|  | 2211 S Village Ave |
|  | Tampa, FL 33612 |
|  | E-Service: BLAKE@NULL3D.COM |