# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

## Unopposed Motion for Leave to File Reply to Defendant's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction

Plaintiff moves, pursuant to Local Rule 3.01(d), for Leave to File a Reply to Defendant's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc 41).

The School Board presented argument that Mr. Warner is representing his child in violation of this Court's July 5, 2023 order (Doc. 37). However, Mr. Warner is asserting his own independent rights[1] and *jus tertii* standing. Mr. Warner would like the opportunity to perfect the record on these two points, as well as a few other newly raised issues in the School Board's response.

---

[1] as articulated in *Winkelman v. Parma City Sch. Dist.*, 550 U.S. 516 (2007)

1

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they are unopposed to the relief sought

7-23-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM