# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

## Unopposed Motion for Leave to File a Response in Excess of 20 Pages

    Plaintiff moves the Court for leave to file an over-length response to Defendant's Motion to Dismiss (Doc. 45) ("MTD") due to the complexity and number of issues raised in that motion.

    Most of the arguments raised in the MTD have previously been raised in Defendant's Motion for Judgement on the Pleadings (Doc. 34) ("MJOTP") and in *Warner v. School Board of Hillsborough County, Florida*, 8:23-cv-01029, (M.D. Fla.) (Doc. 23) and alone generated responses totaling 36 pages. On top of those previously raised arguments, Plaintiff must now address even more complex issues such as whether Mr. Warner has any independently enforceable education rights as to his child J.W. and novel Florida Constitutional claims. Additionally, Defendant appears to be in-

1

corporating ten pages[1] from their MJOTP in their MTD, putting them over the page limit.

Mr. Warner is a non-attorney with no formal legal training, and objectively poor legal writing skills. It is an insurmountable task for him to condense all of this legal matter into twenty (20) pages. Additionally, Mr. Warner uses a table of contents to make his *pro se* ramblings easier to follow, which further erodes his page count.

WHEREFORE, for the good cause shown above, Plaintiff respectfully requests that this Court grant him leave to file a fifty (50) page response, all parts included.

## Local Rule 3.01(g) Certification

I certify that I conferred with *Defendant*'s counsel who indicated that they are unopposed to the relief sought.

Defendant has requested the following statement be included:

> "The School Board does not oppose Plaintiff's request for additional pages, and defers to the Court as to the appropriate amount of additional pages to be permitted, if any."

7-26-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

---

[1] *see* "See Doc. 34, at 5–15 (explaining the Fair housing Act does not apply to the School Board's purported activities in this situation)." MJOTP pp. 7.