UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                      CASE NO. 8:23-cv-181-SDM-JSS

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

## ORDER

Appearing *pro se*, Blake Warner moves (Doc. 44) to reply in support of the motion for a preliminary injunction and moves (Doc. 46) to file a fifty-page response to the pending motion to dismiss. The motion (Doc. 44) to reply is **GRANTED**. No later than **AUGUST 4, 2023**, Warner may reply in a paper not exceeding **SEVEN** pages. The motion (Doc. 46) to respond in a fifty-page paper is **GRANTED-IN-PART**. No later than **AUGUST 17, 2023**, Warner in a paper not exceeding **THIRTY** pages may respond to the motion to dismiss.

ORDERED in Tampa, Florida, on July 27, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE