UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                         CASE NO. 8:23-cv-181-SDM-JSS

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

**ORDER**

    The parties jointly move (Doc. 48) to file under seal a prior settlement agreement in which the parties settled a claim about the education of Blake Warner's child. Because the settlement agreement includes information about a minor who is not a party to this action and because the parties file on the docket a redacted version of the agreement, the motion is **GRANTED**. The parties may file the unredacted settlement agreement under seal. The seal will expire in accord with Local Rule 1.11(f).

    ORDERED in Tampa, Florida, on August 25, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE