UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiffs,

v.                                          Case No. 8:23-cv-00181-SDM-JSS

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY
FLORIDA,

    Defendant.
_____/

**JOINT MOTION TO BIFURCATE HEARING**

Plaintiff Blake Warner and Defendant the School Board of Hillsborough County, Florida, file this joint motion to bifurcate the evidentiary hearing scheduled for October 26, 2023, on Defendant's Motion to Dismiss (Doc. 45) and Plaintiff's Motion for a Preliminary Injunction (Doc. 40). In support, the parties state:

1.    On July 13, 2023, Plaintiff filed a motion for preliminary injunction (Doc. 40) seeking to enroll his child, J.W., in a particular school for the 2023-2024 school year.

2.    On July 24, 2023, Defendant filed a motion to dismiss Plaintiff's second amended complaint in this litigation.

1

3. On August 31, 2023, Judge Merryday referred both motions to Magistrate Judge Sneed to conduct "any necessary hearing" and to submit a report and recommendation.

4. On September 1, 2023, the Court scheduled an evidentiary hearing on both the motion to dismiss and motion for a preliminary injunction for October 26, 2023.

5. Plaintiff proposed, and Defendant agrees, to request the Court bifurcate the hearing, to postpone the hearing on the Plaintiff's Motion for Preliminary Injunction until after the Defendant's Motion to Dismiss is resolved.

6. The parties appreciate and understand that the Court controls its own docket. But the parties request bifurcation and the postponement of the evidentiary hearing on the inunction motion in the interests of judicial economy. Should the Court grant Defendant's Motion to Dismiss, then it will not "need" a hearing on Plaintiff's Motion for Preliminary Injunction. Thus, proceeding with the hearing on the motion to dismiss first, before a potential evidentiary hearing on the motion for an injunction will permit the Court to resolve the threshold standing issue and preserve the resources of the parties and the Court, should the Court agree with Defendant's contention the Plaintiff lacks standing to pursue the claim at issue in the injunction.

WHEREFORE, the parties jointly request the Court hear Defendant's Motion to Dismiss (Doc. 45) on October 26, 2023 as scheduled, and bifurcate the hearing, such that the Court would resolve the Motion to Dismiss prior to holding an evidentiary hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. 40).

## GOOD FAITH CONFERRAL CERTIFICATION

Pursuant to Local Rule 3.01(g), Plaintiff requested Defendant agree to the relief sought in this motion, and Defendant agrees. Accordingly, the parties are jointly submitting this motion to bifurcate the hearing and postpone the evidentiary hearing on the motion for injunctive relief.

Respectfully submitted,

*/s/ Blake Warner*
**Blake Warner, *Plaintiff Pro Se***
2211 S. Village Ave.
Tampa, Florida 33612
E-Service: blake@null3d.com

*/s/ Jason L. Margolin*
**Jason L. Margolin, Esq.**
Florida Bar No. 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com
**Gregg M. Moran, Esq.**
Florida Bar No. 1011060
gregg.moran@akerman.com
ava.hill@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
(813) 223-7333 / Fax: (813) 223-2837
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th of September 2023, I filed the foregoing using the Court's CM/ECF and served an additional copy on Blake Warner at blake@null3d.com.

/s/ *Jason L. Margolin*
Counsel for Defendant