UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Warner v. School Board of Hillsborough County, Florida
8:23-cv-00181-SDM-JSS

| **Date**: October 26, 2023 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 10:00 AM – 11:32 AM<br>     Total:  1 hour 32 Mins | **Deputy Clerk**: Sarah Toombs |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Blake Andrew Warner, Pro Se | Jason L. Margolin, Esq. |

| **Motion Hearing** |
|---|
| All parties appear and present. |
| Matter is before the court on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 45). |
| Court hears argument by counsel. |
| Court takes issue under advisement. Court will issue a written order or Report and Recommendation. |
| Court in recess. |