# EXHIBIT 1

# Margolin, Jason (Ptnr-Tpa)

| | |
|---|---|
| **From:** | Blake Warner <blake@null3d.com> |
| **Sent:** | Wednesday, November 29, 2023 12:36 PM |
| **To:** | Margolin, Jason (Ptnr-Tpa); Robinson, Benjamin (Assoc-Tpa) |
| **Subject:** | Re: Initial Disclosures |
| **Attachments:** | initial_disclosures.pdf; Blake - Conditional Approval Letter.pdf; PA 450.pdf; Warner-preapp-1662602023307.pdf; closing_disclosure_2022-10-12T17-20-51-171Z.pdf; Pre_Approval_Letter_-_400_000_-_Sep_12_2022.pdf; 2211_village_contract.pdf; father.jpg; blake_baby_with_mother.jpg; blake_baby_with_father.jpg; 23andme_ancestry.png; nasb_gift (2).jpg; nasb_gift (1).jpg |

**[External to Akerman]**

Mr. Margolin:

I was expecting a faster report and recommendation from the magistrate judge. While I do not oppose staying discovery, my concern is that the court will toll this time absent a stay order. If you wish to file a motion to stay discovery, then I would be unopposed. Absent that motion being filed, I will start serving discovery requests.

Attached are my initial disclosures. I am withholding certain financial and family ancestry documents until we have a signed confidentiality agreement. Please send a proposal.

best regards,
-blake


On Tue, Oct 17, 2023 at 9:11 PM <jason.margolin@akerman.com> wrote:
> Mr. Warner:
>
> We appreciate you reaching out.
>
> We are not opposed to you holding your disclosures until the Court issues a scheduling order, the motion to dismiss is decided, or the injunction motion is reset for hearing. We appreciate your interest in avoiding unnecessary discovery and proceeding efficiently where we can.
>
> Best,
> Jason
>
>
> **Jason L. Margolin**
>
> Partner
>
> Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
>
> D: 813 209 5009 | F: 813 218 5488
>
> Admitted to Practice in Florida and District of Columbia

1

jason.margolin@akerman.com

vCard | Profile | Connect With Me



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Blake Warner <blake@null3d.com>
**Sent:** Tuesday, October 17, 2023 3:44 PM
**To:** Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>; Moran, Gregg (Assoc-Tpa) <gregg.moran@akerman.com>
**Subject:** Initial Disclosures

**[External to Akerman]**

Mr. Margolin:

It appears that the judge is not going to issue the case management and scheduling order until after the MTD.

I take initial disclosures seriously, and I have opened myself up to a lot of discovery (including financial worth, DNA documents, personal details about me and my family members, etc). I am in possession of a lot of documents that you are entitled to in initial disclosures, however I wish to wait until after the MTD so the true scope of discovery is known and so we can negotiate confidentiality agreements. I do not want to waste anyone's time negotiating this stuff until we know which parts of the lawsuit (if any) are moving forward.

Please indicate if you are unopposed to me sending the disclosures after the CMSO or MTD is decided (whichever is sooner).

best regards,
-Blake