# EXHIBIT 3

# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

# Plaintiff's First Set of Interrogatories to Defendant

Plaintiff hereby propounds these Interrogatories to Defendant to be answered in writing, under oath.

If any of the following Interrogatories cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying your inability to answer the remainder, and state whatever information you have concerning the unanswered portions. If your answer is qualified, state the qualifications.

# I  Instructions For Use

1. All information is to be divulged which is in the possession of Defendant, its attorneys, investigators, agents, employees or other representatives.

2. Where an individual Interrogatory calls for an answer which involves more than one part, each part of the answer should be clearly set out so that it is understandable.

3. A space has been provided on the form of interrogatories for your answer. In the event this space provided is not sufficient for your answer to any of the questions, please attach a separate sheet of paper with the additional information.

4. Each interrogatory shall be answered separately and fully in writing, unless it is objected to, in which event, the reasons for the objections shall be stated in lieu of an answer. The answers are to be signed by the person making them, and the objections signed by the attorney making them.

# II  DEFINITIONS

1. As used herein, "you" or "your" means Defendant, its agents, contractors, representatives and all other persons acting on behalf of Defendant.

2. As used herein, "Persons" or "Person" means an individual, corporation, partnership, trust, associations, company, organization, or any form of a business or commercial entity.

3. As used herein, the term "identify" when used in reference to an adult person, means to state:

    (a) The name of the person.

    (b) The home address of the person.

    (c) The employer of the person.

    (d) The work address of the person.

    (e) The job title of the person.

    (f) The personal email address of the person.

4. As used herein, the term "identify" when used in reference to student, means to state:

    (a) The student's identification number used within HCSB systems.

    (b) The gender of the student.

    (c) The race of the student.

    (d) The ethnicity of the student.

    (e) The latitude and longitude position of the student's home address for that specific school year with up to 200 feet of jitter to add some anonymity.

    (f) The school the child is enrolled in.

    (g) The respective school year for the school enrollment.

5. The identification should be with sufficient particularity to meet the requirements for its inclusion in a Request for Production of Documents.

6. If you intend to claim any privilege recognized in the law against revealing any information which is requested, or producing any document, or in revealing any document, in addition to the foregoing information, state the applicable ones of the following: the date of and participants to any communication; the number of pages of any document; the persons who received such document; the relationship of such person to you; whether such document contains facts, opinion, or both; and state the privilege you intend to claim.

# III  Interrogatories

1. Identify all students for school years beginning in school year 2018-2019 to present.

2. Identify all students who submitted a school choice hardship application on or after Jan 1 2018, with the student's application (with personal information redacted), the school the student was seeking to get admitted into, the school board's decision on that application, a detailed description of why the school board reached that decision.

3. Identify all students who were admitted into a school (outside of the school choice process) that they were not assigned to, and a detailed reason for why the school board allowed them to attend that school. Examples of this include, but are not limited to, teachers being allowed to enroll their children at schools that they work at, and Addison Davis allowing his daughter to enroll at Plant High School despite living outside of its attendance zone in Apollo Beach.

4. Identify all adult persons employed by you, who was involved in the decision making process of the student school assignment boundary changes that took place from 2022 to present present, and describe their role in that process in detail.

5. Describe in detail how the School Board decides whether to approve or deny a school choice hardship applications while identifying any policy, practice, custom, law, bylaw, or any document that the school board relies on to make these determinations.

By: _____
Title: _____
Print Name: _____

STATE OF _____
COUNTY OF _____

The foregoing instrument was sworn and acknowledged before me by _____ is personally known to me or produced _____ as identification on this _____ day of _____, 2021.

_____
NOTARY PUBLIC, State of _____
Print Name: _____
My commission expires: _____