# EXHIBIT 4

# Margolin, Jason (Ptnr-Tpa)

| | |
|---|---|
| **From:** | Blake Warner <blake@null3d.com> |
| **Sent:** | Thursday, November 30, 2023 8:52 AM |
| **To:** | Margolin, Jason (Ptnr-Tpa) |
| **Cc:** | Robinson, Benjamin (Assoc-Tpa) |
| **Subject:** | Re: Notice of Intent to Subpoena |

**[External to Akerman]**

Mr. Margolin:

Just to reiterate, I am unopposed to a motion to stay discovery until the MTD is ruled upon.

I will hold off on serving subpoenas for now, to give you the week you requested to file the motion to stay.

best regards,
-Blake

On Thu, Nov 30, 2023 at 8:43 AM <jason.margolin@akerman.com> wrote:

> Mr. Warner,
>
> We are reviewing the multiple emails and discovery items you have sent last night. We anticipate moving for a stay – as you suggested in your email. Because we anticipate moving for a stay within the next week, and because much of what you have served and outlined below appears objectionable, we would ask that you hold for the time being until we can further discuss or get further direction from the court.
>
> Thanks,
>
> **Jason L. Margolin**
>
> Partner
>
> Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
>
> D: 813 209 5009 | F: 813 218 5488
>
> Admitted to Practice in Florida and District of Columbia
>
> jason.margolin@akerman.com
>
> vCard | Profile | Connect With Me

1



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Blake Warner <blake@null3d.com>
**Sent:** Thursday, November 30, 2023 8:27 AM
**To:** Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>; Robinson, Benjamin (Assoc-Tpa) <benjamin.robinson@akerman.com>
**Subject:** Notice of Intent to Subpoena

**[External to Akerman]**

Mr. Margolin,

This letter is to inform you of my intent to subpoena County Commissioner Michael Owen and Representative Mike Beltran with regards to statements that made endorsing converting Apollo Beach Elementary from a K-5 to a K-8.

https://www.fox13news.com/news/parents-push-proposal-to-expand-apollo-beach-elementary-to-k-8-at-hillsborough-school-board-meeting

I also intend to subpoena Addison Davis with regards to private communications he has allegedly had with Board Member Hahn, community feedback regarding property values, and regarding residential property values (which he made statements about at a news conference). Please advise if you represent Mr. Davis in this matter, or are aware of an attorney who does.

best regards,
-Blake