# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

# Unopposed Motion for Extension of Time to File Written Objections to the Report and Recommendation

Plaintiff ("Mr. Warner") respectfully requests—pursuant Rule 6(b)(1)(A)—a thirty (30) day extension to file written objections to District Judge Sneed's[1] ("the Court") Report and Recommendation (Doc. 72).

The Court issued a very detailed and methodical Report that even a layman like Mr. Warner can understand. The issues are complex, and it became apparent to Mr. Warner after reading the Report that some of the Court's findings should not be objected to. Therefore Mr. Warner requests additional time to further research the Court's findings to potentially further narrow the issues, to seek advice of counsel, and to perfect the record for appeal.

---

[1] I use Judge Sneed's new honorific title, even though she acted her capacity as a magistrate judge in this case. Congratulations on your confirmation.

1

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they are unopposed to the relief sought in this motion.

| 3-1-2024 | |
|---|---|
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |