# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

# Third Amended Verified Complaint

# Introduction

Plaintiff, Blake Warner, *pro se*, amends his complaint, pursuant the Court's order Doc. 78, against The School Board of Hillsborough County, Florida ("HCSB") for operating a segregated school system by drawing their school assignment maps and district voting maps in a discriminatory manner in violation of 42 U.S.C. § 1983 and the equal protections clause of the fourteenth amendment.

An interactive version of the map boundaries presented are available at: https://grandwizarddavis.de/

## Plaintiff

1. Mr. Warner is African-American.

2. Mr. Warner has continuously resided in Hillsborough County since 2016.

3. Mr. Warner has been a registered voter in Hillsborough County since 2016, and has previously resided in District 1 until late 2022, and currently resides in District 3.

## Defendant

4. Defendant The School Board of Hillsborough County, Florida operates, controls and supervises all free public schools within Hillsborough County pursuant Art. IX § 4 and Fla. Stat. § 1001.42.

5. As laid out below, the HCSB has a pattern and/or practice of assigning students to further away schools that they know will result in racial segregation.

## Jurisdiction and Venue

6. This court has jurisdiction pursuant 28 U.S. Code § 1331, 1343, 2201, and 2202, and 42 U.S. Code § 1983.

7. Venue is proper pursuant 28 U.S.C. § 1391 because Defendant resides in the Middle District of Florida, and all events giving rise to Mr. Warner's claims occurred in the Middle District of Florida.

## Tampa Regions

8. For the purposes of this complaint, the following regions are defined as follows:

9. *south tampa* is defined as the area between Gandy Boulevard and Kennedy Boulevard.

10. *west tampa* is defined as the area between Kennedy Boulevard and Busch Boulevard/Linebaugh Avenue, and west of I-275.

11. *east tampa* is defined as the area between Kennedy Boulevard and Fletcher Avenue, and east of I-275.

12. *south tampa*'s population is predominantly White. *see* Exhibits A and B.

13. *west tampa*'s population is predominantly Hispanic. *see* Exhibits A and C.

14. *east tampa*'s population is predominantly African-American. *see* Exhibits A and D.

15. The racial demographics rapidly change at Kennedy Boulevard. Kennedy is generally the demarcation point between affluent whites and minorities.

## Map Compactness

16. Compactness is a quantitative measure of a boundary's shape and how tightly packed, or compact, the boundary is.

17. The compactness of a boundary is a critical measure when evaluating if a boundary is discriminatory. A map that is not compact may be considered gerrymandered.

18. All of the compactness measures and boundaries provided here are approximate, and are subject to change as more data becomes available before trial.

## I  Schools

### School Boundary Compactness

19. All of the Hillsborough County school statistics cited here and attached are approximate and based on imperfect data, such as some schools missing and non-exact boundary definitions. These statistics and graphs will change slightly and improve as more data becomes available through discovery.

20. The School Board only has three high schools which have reasonably compact boundaries:



| LENNARD HIGH SCHOOL | | ALONSO HIGH SCHOOL | | ROBINSON HIGH SCHOOL | |
|---|---|---|---|---|---|
| Accuracy: 78% | Grade: C | Accuracy: 78% | Grade: A | Accuracy: 94% | Grade: A |
| Minorities: 72.5% | Utilization: 96% | Minorities: 72% | Utilization: 97% | Minorities: 52.5% | Utilization: 75% |
| LS Exclusion: 6% | FS Inclusion: 17% | LS Exclusion: 13% | FS Inclusion: 10% | LS Exclusion: 0% | FS Inclusion: 4% |
| Displacement: 0.35:1 | R: compact | Displacement: 1.39:1 | R: compact | Displacement: 0.08:1 | R: compact |

21. Two of the top three *least* compact high schools are majority-negro schools:



| BLAKE HIGH SCHOOL | | GAITHER HIGH SCHOOL | | MIDDLETON HIGH SCHOOL | |
|---|---|---|---|---|---|
| Accuracy: 26% | Grade: C | Accuracy: 30% | Grade: B | Accuracy: 34% | Grade: C |
| Minorities: 76.4% | Utilization: 90% | Minorities: 62.9% | Utilization: 98% | Minorities: 87.5% | Utilization: 76% |
| LS Exclusion: 49% | FS Inclusion: 63% | LS Exclusion: 65% | FS Inclusion: 29% | LS Exclusion: 61% | FS Inclusion: 24% |
| Displacement: 0.55:1 | R: gerrymandered | Displacement: 4.49:1 | R: gerrymandered | Displacement: 4.91:1 | R: gerrymandered |

22. Nearly all of the School Board's school boundaries are gerrymandered. *see* Exhibits X, Y, and Z.

4

There is only one reasonably compact Middle School: Shields Middle School. The rest are gerrymandered.

23. The top three *least* compact middle schools are: Randall Middle School, Memorial Middle School, and Barrington Middle School:



| RANDALL MIDDLE SCHOOL | | MEMORIAL MIDDLE SCHOOL | | BARRINGTON MIDDLE SCHOOL | |
|---|---|---|---|---|---|
| Accuracy: 7% | Grade: A | Accuracy: 25% | Grade: C | Accuracy: 23% | Grade: B |
| Minorities: 32.5% | Utilization: 98% | Minorities: 90.5% | Utilization: 57% | Minorities: 51.4% | Utilization: 97% |
| LS Exclusion: 92% | FS Inclusion: 28% | LS Exclusion: 52% | FS Inclusion: 64% | LS Exclusion: 28% | FS Inclusion: 73% |
| Displacement:30.71:1 | R: gerrymandered | Displacement: 0.60:1 | R: gerrymandered | Displacement: 0.14:1 | R: gerrymandered |

## A.  NUMBERS DEFINED

24. A "Local Student" is a student who resides closest to that school. A "Foreign Student" is a student who is resides closer to a different school. In a perfectly compact map, a foreign student would never be assigned because they would always be assigned to their closest school where they are a local student.

25. The Local Student Exclusion Ratio ("LS Exclusion") represents the percent of local students who are not assigned to that school. A LS Exclusion ratio of 0.2 means that 20% of the local students are assigned to a different more geographically distant school.

26. The green area represents the area of local students are actually assigned to that school.

27. The red area in the graphs represents local students who are excluded from that school. The LS Exclusion ratio is calculated as:

$$LER = \frac{area(red)}{area(green) + area(red)} \tag{1}$$

28. The Foreign Student Inclusion Ratio ("FS Inclusion") represents the percent of assigned students who are foreign students. A FS Exclusion ratio of 0.4 means that 40% of the assigned student population are foreign students.

29. The yellow area represents the foreign students. The FS Inclusion ratio is calculated as:

$$FIR = \frac{area(yellow)}{area(green) + area(yellow)} \tag{2}$$

30. The displacement ratio represents that ratio between excluded local students and included foreign students. For example, a displacement ratio of 12:1 indicates that 12 local students lost their seat at that school for every 1 foreign student that was assigned. A high displacement ratio indicates that a school is trying hard not to assign local students and still fill capacity. A great example of this is A-rated Fishkawk Elementary which borders C-rated Pinecrest Elementary:



FISHHAWK CREEK ELEMENTARY SCHOOL · PINECREST ELEMENTARY SCHOOL

| Accuracy: | 13% | Grade: | A | Accuracy: | 65% | Grade: | C |
|---|---|---|---|---|---|---|---|
| Minorities: | 33.7% | Utilization: | 100% | Minorities: | 34.5% | Utilization: | 67% |
| LS Exclusion: | 86% | FS Inclusion: | 1% | LS Exclusion: | 1% | FS Inclusion: | 33% |
| Displacement: | 693.94:1 | R: | gerrymandered | Displacement: | 0.03:1 | R: | gerrymandered |

31. The Displacement ratio is calculated as:

$$D = \frac{area(red)}{area(red) + area(yellow)} \tag{3}$$

32. Accuracy is a percent of how close the assigned boundary is to a perfectly compact boundary (closest school boundary). With 1.0 being perfectly accurate and 0.0 not being accurate at all. This is the closest single number to a measure of compactness used in this document.

33. Accuracy is calculated as:

$$A = \frac{area(green)}{area(red) + area(yellow) + area(green)} \tag{4}$$

34. Utilization is the school utilization percent, and is from the School Board's last published 40-day enrollment numbers.

7

35. Minorities represents the percent of the school's student that are minorities.

## B.   ANALYSIS

36. Coincidentally, all of the compact school boundaries beset on two or more sides by natural borders or the county line. They are not compact due to the diligent efforts of the school board, they are compact only because the board did not have much discretion to screw it up.

37. Significant amounts of red and yellow areas are strong indicators of gerrymandering.

38. Blake and Middleton are the two negro high schools in Tampa; the high degree of non-compactness in these boundaries, combined with the nearby white neighborhoods that are not assigned to these schools suggests that race was the predominant factor when drawing these boundaries.

## SOUTH TAMPA

### ELEMENTARY SCHOOLS

39. All of the *south tampa* school boundaries correspond nearly perfectly to the Home Owners' Loan Corporation ("HOLC") maps which was created by the federal government in 1933 which racially segregated housing. *see* Exhibit G and H.

40. The three *south tampa* elementary schools which border *west tampa*–Grady, Mitchell, and Gorrie–currently have utilization rates of 118%, 111%, and 107%, respectively. *see* Exhibits E.



41. The three *west tampa* elementary schools which border *south tampa*–Tampa Bay Boulevard, West Tampa, and Just (until it closed)–currently have utilization rates of 63%, 84%, and 41%, respectively. *see* Exhibits E.



42. The bordering *south tampa* schools are extremely over utilized, while the bordering *west tampa* are extremely underutilized. The obvious solution is to shift the school boundaries southward, sending some of the white students from over-utilized *south tampa* to underutilized–majority minority– *west tampa* to balance out the utilization. Rather than do this, the HCSB closed a minority school and left the bordering *south tampa* schools at a staggering 100-119% utilization despite their stated goal to reduce utilization to the 80% range. The HCSB will not lower those utilization rates to the 80% range, because that would mean sending white students to bordering minority schools.

## Plant, Jefferson, and Blake High School

43. Plant is over capacity, yet 44% percent of it's students should not even be assigned there. The 44% are distant predominantly white students who would otherwise be assigned to minority schools Jefferson and Blake. It makes no sense why the school board would go out of its way to assign distant students to a school that is over capacity.

PLANT HIGH SCHOOL          JEFFERSON HIGH SCHOOL          BLAKE HIGH SCHOOL



| Accuracy: | 51% | Grade: | A | Accuracy: | 52% | Grade: | C | Accuracy: | 26% | Grade: | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Minorities: | 31.1% | Utilization: | 101% | Minorities: | 91.2% | Utilization: | 63% | Minorities: | 76.4% | Utilization: | 90% |
| LS Exclusion: | 10% | FS Inclusion: | 44% | LS Exclusion: | 27% | FS Inclusion: | 34% | LS Exclusion: | 49% | FS Inclusion: | 63% |
| Displacement: | 0.14:1 | R: | gerrymandered | Displacement: | 0.74:1 | R: | gerrymandered | Displacement: | 0.55:1 | R: | gerrymandered |

10

44. The following map shows the locations and boundaries for Plant High School (orange), Jefferson High School (yellow), and Blake High School (purple):



45. Plant High School is nearly *twice* as far from Davis Island as Blake High School is by ground transportation, yet students in that affluent white enclave are not assigned to Blake, a predominantly African-American school.

46. Similarly, the neighborhoods of Westshore Palms, North Bon Air, Beach Park, and Oakford Park are at least twice as close to Jefferson High School than Plant, and in some cases literally across the street from Jefferson, yet

those white students are assigned to Plant and the school district is unable to give a cognizable reason why.

47. The reason for the odd shape of the boundaries becomes clear when you overlay those boundaries over a map of the racial demographics, as illustrated in the following image:



48. The most egregious part is that Plant is overpopulated, and yet they still will not send those white students to predominantly minority Jefferson High School and Blake High School. The following image shows just how maladjusted the current Plant High School boundaries are, when overlaid with the boundaries for the closest high schools. The shaded area highlight portions of Plant High School's current boundary that are closer to Jefferson High School and Blake High School:



## Coleman, Madison, and Pierce Middle School

49. The situation with Coleman Middle School is similar to Plant High School: Coleman's boundary is artificially kept lower to exclude assigning the large African-American population directly to their north, despite them being significantly closer to Coleman than Pierce.



| COLEMAN MIDDLE SCHOOL | | | |
|---|---|---|---|
| Accuracy: | 45% | Grade: | A |
| Minorities: | 28.3% | Utilization: | 104% |
| LS Exclusion: | 42% | FS Inclusion: | 31% |
| Displacement: 1.59:1 | | R: gerrymandered | |

| PIERCE MIDDLE SCHOOL | | | |
|---|---|---|---|
| Accuracy: | 55% | Grade: | C |
| Minorities: | 93.3% | Utilization: | 69% |
| LS Exclusion: | 11% | FS Inclusion: | 40% |
| Displacement: 0.19:1 | | R: gerrymandered | |

| MADISON MIDDLE SCHOOL | | | |
|---|---|---|---|
| Accuracy: | 64% | Grade: | C |
| Minorities: | 72.2% | Utilization: | 58% |
| LS Exclusion: | 19% | FS Inclusion: | 23% |
| Displacement: 0.79:1 | | R: gerrymandered | |

50. Madison to the South of Coleman, is exerting pressure to move Coleman's boundaries up. But to avoid doing this, the School Board closed Monroe, to avoid sending white students to minority schools directly to the north.

51. The following image shows the locations of Coleman, Pierce, and Madison, overlayed over a map of race. The black lines represent the border for the closest school:



## NORTH TAMPA

### CARROLLWOOD K-8

52. On May 9, 2023, Defendant promulgated a format change for Carrroll-wood Elementary, converting it from kindergarten through fifth grade ("K-5") to kindergarten through eighth grade ("K-8") effective August 2023 with the 2023-2024 school year for the sixth grade. *see* Exhibit J.

53. J.W. is starting the sixth grade for the 2023-2024 school year.

54. Defendant assigned Plaintiff's child J.W. to Adams Middle School–located at 10201 N Blvd, Tampa, FL 33612.

55. Carrollwood K-8 is located at 3516 McFarland Rd, Tampa, FL 33618.

56. Both Adams Middle School and Carrollwood K-8 are operated by Defendant.

57. Carrollwood K-8 has a non-compact boundary:



CARROLLWOOD ELEMENTARY SCHOOL



| | | | | |
|---|---|---|---|---|
| Accuracy: | 33% | Grade: | | A |
| Minorities: | 57.6% | Utilization: | 73% | |
| LS Exclusion: | 63% | FS Inclusion: | 21% | |
| Displacement: | 6.12:1 | R: | gerrymandered | |

58. The children it includes in the yellow and green areas are significantly more White than the excluded red areas.

59. The Yellow area represents a white golf course neighborhood.

60. The children it excludes to the south of Gunn Highway and Busch Boulevard are predominantly Latino and African-American.

61. The children it excludes to the east are significantly more likely to be African-American or Latino than the children it included in the green and yellow areas.

62. Mr. Warner resides in the red area, and is geographically significantly closer to Carrollwood K-8 than the yellow area, yet his child is assigned to Hill Middle School.

63. Mr. Warner has to drive past Carrollwood K-8, past the students in the yellow area, to reach Hill Middle School.

64. Hill Middle School is down the street from the students in the yellow area, yet they are assigned to more distant Carrollwood K-8.

**HILL MIDDLE SCHOOL**

65. Hill has a non-compact boundary:

HILL MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 37% | Grade: | B |
| Minorities: | 68.6% | Utilization: | 83% |
| LS Exclusion: | 46% | FS Inclusion: | 43% |
| Displacement: | 1.11:1 | R: | gerrymandered |

66. Hill's assignment boundary is being manipulated to protect two bordering white schools: A-rated Carrollwood K-8 and A-rated Martinez Middle School. Nearby affluent white students who should be assigned to Hill, are instead assigned to Martinez and Carrollwood. To fill those student seats back up, they gerrymandered the boundary to pull in distant minority neighborhoods that the A-rated schools do not want. The result is a significantly higher concentration of minorities at Hill, and a decrease of minority enrollment at Martinez and Carrollwood.

### Lake Magdalene Elementary

Lake Magdalene's boundary was just changed for the 2024-2025 school year. They reassigned a large swath of white students from Miles Elementary to Lake Magdalene, despite those students being significantly closer to Miles. Miles is a low performing minority school, and the reassignment of these white students only further concentrated minorities there. The school board gerrymandered the Miles boundary so hard, that it now resembles a penis and testicles:

MILES ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 28% | Grade: | C |
| Minorities: | 90.9% | Utilization: | 81% |
| LS Exclusion: | 56% | FS Inclusion: | 54% |
| Displacement: | 1.08:1 | R: | gerrymandered |

## Miles Elementary

67. The School Board juiced the numbers it told the public on it's boundary website to try to justify changing Miles' boundary. The website indicates that Miles' utilization is around 109% to justify relocating a large portion of it's white students to Lake Magdalene away from predominantly minority Miles. Yet the numbers the School Board reports to the state indicates that Miles' utilization is 81%. Miles is not over capacity, the School Board lied to segregate it:

**Miles Elementary**                                              Remove

| | |
|---|---|
| School level | ES |
| Enrollment (school year 2021-22) | 794 |
| Capacity | 726 |
| Utilization (school year 2019-20) | 117% |
| Utilization (school year 2020-21) | 108% |
| Utilization (school year 2021-22) | 109% |

| Metric | Existing | S4 | S5 |
|---|---|---|---|
| Anticipated utilization | 113% | 87% | 87% |
| Assigned pupils rezoned | 0 | 228 | 228 |
| Anticipated utilization (with temporary classrooms) | 109% | 84% | 84% |
| Capacity (with temporary classrooms) | 754 | 772 | 772 |
| Capacity | 726 | 747 | 747 |
| Anticipated enrollment | 821 | 652 | 652 |
| Total assigned pupils | 1,259 | 986 | 986 |

## GAITHER HIGH SCHOOL

68. Gaither has a non-compact boundary:

GAITHER HIGH SCHOOL



| Accuracy: | 30% | Grade: | B |
|---|---|---|---|
| Minorities: | 62.9% | Utilization: | 98% |
| LS Exclusion: | 65% | FS Inclusion: | 29% |
| Displacement: | 4.49:1 | R: | gerrymandered |

69. Mr. Warner resides on the edge of the Gaither red area, yet his home is assigned to Chamberlain High School. In 2022, Gaither's enrollment was 62.9% minority, in contrast to Chamberlain's 88.1%.

## CHAMBERLAIN HIGH SCHOOL

70. Gaither has a non-compact boundary:

CHAMBERLAIN HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 38% | Grade: | C |
| Minorities: | 88.1% | Utilization: | 63% |
| LS Exclusion: | 52% | FS Inclusion: | 34% |
| Displacement: | 2.10:1 | R: | gerrymandered |

71. Mr. Warner resides on the edge of the green and yellow area that borders Gaither's boundary. There was a huge red area of students that were much closer than Mr. Warner, yet they excluded them and assigned him there instead to dilute minority enrollment at Gaither.

## 1.   BOUNDARY CHANGES

72. The School Board promulgated controversial district wide boundary changes for the 2024-2025 school year on June 20, 2023 with a 4-3 vote, over the objections of minority members who were opposed to the disproportionate nega-

tive impact that the changes would have have African-American and Hispanic communities.

73. The white board members (along with a Moroccan), with an additional seat obtained through illegal gerrymandering, overrode the minority members to cram through the changes in a sharply divided 4-3 vote.

## 2. Assignment Shenanigans

74. Every time the School Board creates a K-8, they always make the 6-8 boundary the exact same as the PK-5 unless 6-8 is school choice enrollment only.

75. This is done because elementary boundaries are significantly smaller than middle school, so its easy to segregate.

76. Each and every time the school board creates a K-8, it is due to community pressure to segregate: either to pack white kids in, or to pack black kids in.

77. Sulphur Springs K-8 packs poor performing minorities into a small school.



SULPHUR SPRINGS K-8 SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 16% | Grade: | C |
| Minorities: | 95% | Utilization: | |
| LS Exclusion: | 83% | FS Inclusion: | 12% |
| Displacement: | 34.94:1 | R: | gerrymandered |

78. Carrollwood K-8, Maniscalo K-8, and Lutz K-8 were all designed to segregate and isolate affluent white families from having their children assigned to nearby minority middle schools.



CARROLLWOOD ELEMENTARY SCHOOL          MANISCALCO K-8 SCHOOL          LUTZ K-8 SCHOOL

| Accuracy: | 33% | Grade: | A | Accuracy: | 54% | Grade: | A | Accuracy: | 56% | Grade: | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Minorities: | 57.6% | Utilization: | 73% | Minorities: | 59.7% | Utilization: | 79% | Minorities: | 37.4% | Utilization: | 86% |
| LS Exclusion: | 63% | FS Inclusion: | 21% | LS Exclusion: | 31% | FS Inclusion: | 27% | LS Exclusion: | 9% | FS Inclusion: | 40% |
| Displacement: | 6.12:1 | R: | gerrymandered | Displacement: | 1.22:1 | R: | gerrymandered | Displacement: | 0.15:1 | R: | gerrymandered |

79. The school board also plays games by not assigning children to certain schools, even if those children live across the street.

# INJURY

80. As an African-American who has been the subject of discrimination throughout his life, Mr. Warner is particularly sensitive to discriminatory practices. Mr. Warner was insulted and emotionally distressed by the knowledge that school aged students in his community were being discriminated against because of their race... in the year 2023.

81. Mr. Warner was and is saddened, angered, and insulted by the fact that the HCSB continues to operate a segregated school system.

82. Defendant's unlawful conduct proximately caused Mr. Warner to suffer the aforementioned emotions, which have manifested into stress, unpleasant rumination, mental strain, and feelings of indignity, hopelessness and anxiety about race discrimination in housing and the school system.

83. Between August 2017 and October 2022, Mr. Warner continuously resided in *south tampa* at residences assigned to A-rated schools Plant High School, Wilson Middle School, and Mitchell Elementary.

84. The current school boundaries are arbitrary and drawn to exclude minorities from higher performing majority-white public schools.

85. The current school boundaries disproportionately affect racial minorities by isolating them into under-performing schools, while the isolated white students excel in A-Rated schools.

86. This further harms the minority communities throughout Hillsborough County because their property values are decreased, while the property values increase in the segregated white neighborhoods.

87. The value of Mr. Warner's house is depressed due to the gerrymandered schools assigned to his residence.

88. Due to HCSB's manipulation of property values, Mr. Warner was priced out of *south tampa* and had to relocate to relocate to *nouth tampa* where he was assigned to failing schools.

89. This increased segregation in both *south tampa* and *north tampa*.

90. Had The School Board assigned all students to their closest school, property values in area of *south tampa* that Mr. Warner resided would have decreased, and he would have purchased a home there.

91. This move resulted in a loss of community for Mr. Warner.

92. Mr. Warner spent much of his childhood in *south tampa*. He attended Tinker Elementary, Monroe Middle School, and Robinson High School there.

93. Mr. Warner is further injured by being forced to compete in a race-based school enrollment system to enroll his minor child in one of the HCSB's public schools.

## Redistricting

94. Not only did the school board segregate the students, they segregated themselves. They drew district map boundaries that correspond directly to race: the Hispanic population is packed into district 1, the African-American population into district 5, and white population into districts 2, 3, and 4.

95. 46% of Hillsborough County's population is non-Hispanic white, yet the board managed to gerrymander the districts to give white constituents a super majority, therefore more voting power.

96. The School Board then used this slim white majority to cram through unpopular reboundary decisions that disproportionally harmed minority communities in District 5, such as the controversial closing of Just Elementary along a slim 4-3 vote.

97. This image shows the racial map overlaid with the district boundaries shown in blue lines:



98. The School Board has seven (7) board members, five of which are elected by constituents in their respective geographically defined voting districts, two (2) at-large county wide districts.

99. The School Board promulgates their own voting district maps.

100. A new district map was promulgated on December 16, 2021. *see* Exhibit R.

### 3.   School Board meeting

101. The School Board held a special called meeting on Dec 10, 2021, to discuss redistricting. At that meeting, the board members made the following statements:

### Stacy Hahn

102.   "SO WHEN THE OPPORTUNITY TO REDISTRICT CAME UPON ALL OF US THIS YEAR, I THOUGHT THAT IT WAS THE PERFECT OPPORTUNITY TO CREATE AN HISPANIC SEAT ON THE SCHOOL BOARD TO REPRESENT OUR HISPANIC COMMUNITY"

"IT'S THE OPPORTUNITY TO CREATE THE SEAT, AND THEN IN 2024, HAVE HISPANIC REPRESENTATION FOR THAT COMMUNITY. SO THAT'S HOW I APPROACHED THIS TASK."

"BUT THE MAP DOES, BY FAR, PROVIDE THE HIGHEST HISPANIC POPULATION OF 46.6%, WHICH WOULD ENABLE HISPANIC MINORITIES THE OPPORTUNITY TO ELECT THEIR CANDIDATE OF CHOICE AND GUARANTEE A SCHOOL BOARD MEMBER SEAT"

"NOW LET ME JUST DISCUSS MAP E SPECIFICALLY AND SOME OF THE HIGHLIGHTS OF MAP E. FIRST OF ALL, ANOTHER THING THAT MS. GRAY SAID THAT I'M GOING TO PUSH BACK ON HERE IS THAT SHE MENTIONED THAT MAP F HAD THE HIGHEST HISPANIC COMMUNITY. AC-

TUALLY, MAP E DOES AT 46.6%. MAP F IS AT 44.9%. 1.7% MAY NOT SEEM LIKE A BIG DIFFERENCE, BUT IT'S CLOSE TO 10,000 VOTES THAT YOU WOULD BE TAKING AWAY FROM THE HISPANIC COMMUNITY WITH MAP F. I DON'T THINK – I WOULD THINK IF YOU TOOK 10,000 VOTES AWAY FROM YOUR DISTRICT, MEMBER SHAKE TODAY, YOU AND YOUR CONSTITUENTS WOULD BE UPSET. I'M SAYING THAT BECAUSE 10,000 VOTES IS A LOT OF VOTES AND A LOT OF PEOPLE"

"WITH MAP E, NOT ONLY IS IT ONE OF THE HIGHEST AT 40.6, BUT IT ALSO CREATES AND GUARANTEES A HISPANIC SEAT"

"SO I UNDERSTAND WHEN YOU SAY, OKAY, CERTAIN PEOPLE WHO VOTED FOR YOU ARE NOW GOING TO BE TAKEN OUT OF THAT DISTRICT, YOU GET TO CONTINUE TO SERVE IN YOUR SEAT, BUT IT'S NOT – IT'S ABOUT THE ADVOCACY. IT'S ABOUT HAVING A PERMANENT ADVOCATE FOR THE HISPANIC COMMUNITY THAT PERSONALLY UNDERSTANDS THEIR NEEDS AND CHALLENGES. SO, YOU KNOW, THAT'S REALLY A CON-CERN FOR ME."

## A.  KAREN PEREZ

103.   "THE MAP THAT I SUBMITTED HAS ONE OF THE HIGHEST HISPANIC POPULATIONS IN DISTRICT ONE. AND IT'S PROJECTED TO GROW AN-OTHER 5.4 OVER THE NEXT DECADE. SO MAP F ACTUALLY UNITES HILLSBOROUGH COUNTY'S HISPANIC COMMUNITY EVEN BETTER THAN THE CURRENT MAP."

"MAP F HAS BY FAR THE LARGEST AFRICAN AMERICAN POPULATION IN DISTRICT 5 OUT OF 41.1% OF THE POPULATION BEING BLACK. THE LARGEST INCREASE IN HILLSBOROUGH COUNTY IN HISTORY. NONE OF THE HISTORICALLY BLACK DISTRICTS IN HILLSBOROUGH COUNTY, TAMPA CITY COUNCIL, THE COUNTY COMMISSION OR THE SCHOOL BOARD HAVE EVER HAD A MAP THAT INCREASED THE BLACK POPU-LATION IN THAT DISTRICT. THIS ENORMOUSLY."

### B.  Henry Washington

104.  "WHAT I'M LOOKING AT IS INCREASING THE LARGEST BLACK POPULATION. AND I DON'T EVER WANT TO DECREASE THAT IN DISTRICT 5."

"ALSO, FOR EXAMPLE, PROGRESS VILLAGE, I CAN NEVER UNDERSTAND WHY WE DIVIDE PROGRESS VILLAGE. THAT'S PRETTY MUCH PREDOMINANTLY A BLACK AREA. HALF OF THE AREA GOES TO ANOTHER DISTRICT, THE OTHER HALF GOES TO DISTRICT FIVE. SO I WANT THE DISTRICTS TO UNDERSTAND THAT I WANT MY PEOPLE TO BE TOGETHER IN THOSE AREAS"

"AND I'M HERE TO REPRESENT DISTRICT 5 HISPANICS. I HAVE HISPANICS IN MY AREA. I REALLY DO, BUT I'M HERE TO REPRESENT DISTRICT 5. AND TO ME, MAP F GIVES ME THE BEST OPPORTUNITY TO REPRESENT DISTRICT 5.".

### C.  Nadia Combs

105.  "SO THAT'S WHY I PERSONALLY VOTED FOR THAT AS NUMBER SIX. AND I WANT TO KEEP THE HISPANIC COMMUNITY TOGETHER. OBVIOUSLY. I AM OUT THERE. I AM VERY ACTIVE. AND I THINK YOU DON'T HAVE TO BE HISPANIC TO REPRESENT AND FIGHT FOR HISPANICS IN THIS DISTRICT. SO FOR ME, THAT IS WHY I WOULD CHOOSE MAP F BASED ON THE WAY I BASICALLY CATEGORIZE MINE. SO THANK YOU SO MUCH."

### D.  Melissa Snively

106.  "IT CREATES HISPANIC DISTRICT. MAYBE WE NEED TO TWEAK IT IF MEMBER COMBS IS NOT LIVING IN IT."

### E.   Lynn Gray

107. "AND LAST, DISTRICT 5, WE DID ENSURE THAT IT HAS THE
HIGHEST BLACK POPULATION."

## 4.   Promulgated Map

108. The HCSB stated "Given the population distribution in Hillsborough County,
having a high black population in District Five maximizes the opportunity for
a minority candidate to be elected.  When considering the demographic pro-
file of each map, any map that identified a significant reduction in the black
population in District Five was discarded". *see* Exhibit R.

109. The HCSB stated "The black population percentage for district five .. is
41.1%". *see* Exhibit R.

110. The black population percentage for Hillsborough County is approximately
18%.

## 5.   Predominant Factor

111. The school board used race as the predominant factor when drawing the map
to concentrate African-American voters into District 5, and Hispanic voters
into District 1.

112. This artificially created high concentrations of White voters in Districts 2, 3,
and 4.

113. Districts 2, 3, and 4 all elected White representatives.

114. Some board members were motivated to maximize their chances of re-election.

115. Specifically, Henry Washington desired to pack a high concentration of African-
American voters into District 5 to maximize his chances of re-election.

116. Stacy Hahn and Melissa Snively were all too happy to accommodate Henry Washington's desire, to keep African-Americans out of their district to maximize their own chances of re-election.

117. The push to pack Hispanics into District 1 kept them out of White districts 2, 3, and 4.

118. Race-based considerations were not simply a factor when redrawing district lines, they were the predominant factor.

119. The board members were actually bragging about whose map could pack the most minorities into isolated districts.

120. When they weren't referencing voters explicitly by race, they did so through pretextual phrases such as "keeping the community together".

121. The United States Census reports the following racial demographics for Hillsborough County: 18.5% African American, 30.5% Hispanic, 46% White non-Hispanic.

122. The county is majority African-American and Hispanic, yet the majority of the School Board seats went to White candidates.

123. The School Board achieved this result by diminishing the influence of African-American and Hispanic voters by packing them into their own respective districts.

124. Racial gerrymandering "reinforces racial stereotypes and threatens to undermine our system of representative democracy by signaling to elected officials that they represent a particular racial group rather than their constituency as a whole.". Shaw v. Reno, 509 U.S. 630, 650 (1993).

125. At the time of the last election, Mr. Warner resided in White District 2 and had his vote diluted. He currently resides in District 3, and again has his voted diluted.

126. The School Board ensured that a Hispanic board member was not even elected to the Hispanic district they just packed, by rejecting any maps that placed Member Combs' home outside of District 1 so that she would continue to be eligible to run for the District 1 seat. Member Combs is not Hispanic.

## 6.  COMPACTNESS

### A.  POLSY-POPPER MEASURE

127. The Polsy-Popper score is a commonly used measure of compactness for voting maps that compares the boundary shape to a square that has the same perimeter as the boundary by calculating the area ratio between the two. It quantifies how contorted the boundary is. It is expressed as a ratio between 0.0 and 1.0, with 1.0 being the most compact.

$$PPM = \frac{4 * area(B)}{perimiter(B)^2} \tag{5}$$

128. None of the five districts are compact as measured by the approximate polsy-popper scores:

District 1: 0.74

District 2: 0.57

District 3: 0.53

District 4: 0.38

District 5: 0.41

### B.  REOCK MEASURE

129. The Reock score is another commonly used measure of compactness for voting maps that compares a boundary shape to the minimum-bounding square by calculating the ratio of the boundaries occupied space within that minimum-bound square. It quantifies how stretched out the bound-

ary is. It is expressed as a ratio between 0.0 and 1.0, with 1.0 being the most compact.

$$RM = \frac{area(B)}{max(width(B), height(B))^2} \qquad (6)$$

130. None of the five districts are compact as measured by the approximate Reock scores:

District 1: 0.64

District 2: 0.69

District 3: 0.67

District 4: 0.47

District 5: 0.50

## INTENT

131. The fact that the school boundaries correlate nearly 1-to-1 directly to race.

132. The fact that the school board explicitly used race to draw the district maps to segregate.

133. The fact that the HCSB has a history of refusing to desegregate.

134. The fact that the HCSB was notified several times that they were in violation of the EEOA, and provided racial maps and other evidence in support of that assertion, yet the HCSB ignored it and pressed forward with racial segregated maps and proposals.

135. The fact that Blake High School was the negro High School in the 50's before desegregation, and it remains a segregated negro High School in 2023 due to the obvious gerrymandering of Blake High School.

136. The fact that white students across the street from Jefferson High School are not assigned to Jefferson High School.

137. The affluent white residents of *south tampa* wield tremendous political influence in relation to the other parts of Hillsborough County.

138. Those affluent white *south tampa* residents are currently exerting tremendous pressure on the HCSB to not implement certain proposed school boundary changes that would assign some of their homes to Jefferson High School, despite their homes being geographically closer to Jefferson, because generally they do not want their children attending Jefferson High School (a low performing minority school) and because their property values will drop if their homes are reassigned from A-rated Plant High School to C-rated Jefferson High School.

139. Superintendent Addison Davis has capitulated to this political pressure from the community, and has expressed assurances to certain school board members that he will not submit the proposal that reassigns white students to Jefferson High School, while publicly stating that no decision has been made:

 **Tim McGaughey**  Author  Group expert
There was a question about where the superintendent stands on this so far. Dr. Hahn commented that there was a soft commitment to keep the 130 families in the district.

Note: I assume this referenced scenario 2 and WBA, WSP.

1d                                                                       3

140. The school board members are poised to approve yet another racially segregated map, despite knowing full and well that those maps are racially segregated, because they lack the political courage to overcome that political pressure from *south tampa* residents:



141. School Board Member Stacy Hahn's comments about "fighting everyday" to keep District 2 (white) family's in District 2 schools (white).

142. A discriminatory purpose, not any legitimate reason, was a motivating factor behind Defendant's aforementioned discriminatory actions and/or omissions.

## Stacy Hahn's Statements

143. On or about January 11, 2023, Stacy Hahn gave a news interview with New Channel 8 WFLA[1].

144. This interview was broadcast on public television as well as printed on WFLA's website.

145. Stacy Hahn knew when she agreed to this interview, that it would be published and/or printed on television and/or the WFLA website.

146. During this interview, Stacy Hahn stated "I can tell you that I am fighting every day to make sure District 2 families stay in District 2 schools,".

147. There is no legal basis for District 2 families to stay in District 2. School boundaries routinely cross those arbitrary Districts, whose sole purpose is for electing school board members, not for school boundaries.

148. "District 2" is the racially gerrymandered Caucasian district that Stacy Hahn represents. "District 2"'s population is predominantly white.

149. District 1's population is predominantly minority and borders District 2 to the north.

150. Stacy Hahn's statement is dog whistling, telling white residents in South Tampa that she is fighting hard not to send their white children to a minority dominated schools in District 1.

151. Stacy Hahn's statement indicates a preference for white people to live and attend white schools in District 2, and consequently for minority students to attend schools in District 1.

---

[1] *see*   https://www.wfla.com/news/hillsborough-county/hundreds-attend-plant-high-school-meeting-to-protest-proposed-hillsborough-school-redistricting/

# Counts

## Count I
### *42 U.S.C. § 1983: Equal Protections - School Assignment Maps*

152. Plaintiff re-alleges and incorporates by reference ¶ 1 - 151

153. The Fourteenth Amendment to the U.S. Constitution provides in relevant part: "No State shall ... deny to any person within its jurisdiction the equal protection of the laws."

154. Under the Fourteenth Amendment's Equal Protection Clause, a racial classification is prohibited unless it is narrowly tailored to serve a compelling state interest.

155. As alleged in detail above, race was the predominant factor in the design of school assignment maps. Race predominated over all other boundary drawing criteria when each of school assignment boundaries was drawn.

156. Map-drawing in which race predominates, subordinating traditional, race-neutral redistricting considerations to racial decision-making, is presumptively invalid under the Equal Protection Clause.

157. The school board intentionally failed to assign white students to majority-minority schools that were closer to their residence.

158. The school board intentionally failed to assign minority students to majority-white schools that were closer to their residence.

159. Consequently, the school assignment boundaries do not survive strict scrutiny.

160. Therefore, the school assignment boundaries violate Mr. Warner's rights under the Equal Protection Clause and 42 U.S.C. § 1983.

# COUNT II

### *42 U.S.C. § 1983: Equal Protections - District Map Shaw Gerrymandering*

161. Plaintiff re-alleges and incorporates by reference ¶ 1 - 151

162. The Fourteenth Amendment to the U.S. Constitution provides in relevant part: "No State shall ... deny to any person within its jurisdiction the equal protection of the laws."

163. Under the Fourteenth Amendment's Equal Protection Clause, a racial classification is prohibited unless it is narrowly tailored to serve a compelling state interest.

164. As alleged in detail above, race was the predominant factor in the design of all of the non-at-large districts. Race predominated over all other redistricting criteria when each of these districts was drawn.

165. The use of race as the predominant factor in creating the districts was not narrowly tailored to advance any compelling state interests, including compliance with the Voting Rights Act.

166. Map-drawing in which race predominates, subordinating traditional, race-neutral redistricting considerations to racial decision-making, is presumptively invalid under the Equal Protection Clause.

167. Consequently, the districts do not survive strict scrutiny.

168. Therefore, the districts violate Mr. Warner's rights under the Equal Protection Clause and 42 U.S.C. § 1983.

## II  RELIEF

Plaintiff respectfully requests that this court:

### SCHOOL ASSIGNMENT MAP CHALLENGES

1. declare the actions, omissions, policies, and procedures of the School Board, complained of herein to be in violation of the Equal Protections Clause; and

2. enter a permanent injunction enjoining Defendant from promulgating any school assignment boundary maps that violate the previous declarations; and

3. enter an order directing Defendant to redraw it's school assignment boundaries that complies with all federal, state laws, and this court's orders or enjoin the Defendant from assigning students to schools by their address or physical proximity; and

4. award Plaintiff compensatory damages, emotional distress damages, and punitive damages; and

5. award Plaintiff costs of suit and reasonable attorney fees; and

6. grant whatever additional relief this Court deems appropriate and just under the circumstances.

### DISTRICT MAP CHALLENGES

7. declare the actions, omissions, policies, and procedures of the School Board, complained of herein to be in violation of the Equal Protections Clause; and

8. declare the 2022 school board election invalid with regards to Districts 2 and 4 seats; and

9. enter an order directing Defendant to hold a special election; and

10. award Plaintiff nominal damages, and punitive damages; and

11. award Plaintiff costs of suit and reasonable attorney fees; and

12. grant whatever additional relief this Court deems appropriate and just under the circumstances.

## DEMAND FOR BENCH TRIAL

Plaintiff hereby demands a trial by judge on all issues.

## UNSWORN DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

6-10-2024
_____

Date

_____

Signature

Blake Warner, *pro se*

2211 S. Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

42