90°

SIGN UP

2 minutes left



**HILLSBOROUGH COUNTY**

# Hillsborough County Schools Superintendent to present re-zoning recommendation to school board

by: Brittany Muller
Posted: Feb 10, 2023 / 05:28 PM EST
Updated: Feb 20, 2023 / 10:17 PM EST

SHARE    ...

TAMPA, Fla. (WFLA) — For weeks, parents in Hillsborough County have been firing back over redistricting plans. Superintendent Addison Davis is doubling down on a new rezoning recommendation. Davis said the plan will cut costs and reduce overcrowding.

After hearing concerns from families that their kids would be transferred to lower-rated schools, potentially altering property values, Davis explained his new recommendation.

He created a fourth scenario for school boundaries which he says will focus on evening out student populations as well as reducing transportation costs.

"We've moved the school district in the last three years from 35 in the state to 19 and reduced the number of historically D & F schools in the district, low performing schools and increased the percentage of A, B, C schools. What that does is increase his property values the more we continue to address our high-quality education within everyone of our schools," Davis said.

The recommendation is said to create minimal disruption of 15,000 students in the 2024-2025 school year. Under the fourth scenario, six schools will be fully repurposed and 107 schools will have new boundaries.

Davis said this will save the district $12.8 million.

This proposal will go to the school board during Monday's workshop. There are community meetings planned for later this month where parents can share their thoughts.

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.