# A N A L Y S I S
## of
## REALTY AREA MAP
## of
## T A M P A,  F L O R I D A

The attached map presents the city-wide picture of Tampa residential real estate and should not be used to classify the security of an individual loan within a specified area, because of the very spotted condition of residential real estate in Tampa.

The map, prepared by Alec C. Morgan, Field Agent, represents the concensus of opinion of the following authorities:

M. A. Davis, Vice-President, Warren-Henderson Company, Tampa realtors, and President, Tampa Real Estate Board;

Jay L. Hearin, President, Jay Hearin, Inc., Tampa realtors, and President-elect of Tampa Real Estate Board;

M. H. Mabry, of M. H. Mabry Company, Tampa realtors;

Richard E. Knight, State Manager, Florida Agency, HOLC, formerly State Appraiser;

Harold T. Shelton, Tampa District Appraiser, HOLC.

SECTION #1-A.    GREEN.

The Section is known as Seminole Heights and contains some of the highest land in the City. The occupants of the Section are 100% Americans, consist chiefly of medium-salary class workers, and are principally home owners. One story frame residences, ranging in price from $3,000 to $4,000 predominate; the buildings are from 10 to 20 years old and are in good condition, needing only minor repairs. There is no shifting of population; neither are there any particularly detrimental influences in the Section; the beneficial influences are the proximity of the Section to the best schools, good transportation facilities, and the high elevation of the land itself. Sales prices in this Section at the low in 1932 were about 40% of the 1925 peak prices, and at the present time have recovered to about 65% of the peak. The sales volume in this Section at the low in 1932 was about 10% of the 1925 peak and at the present time is estimated to have recovered to about 20% of the peak volume. The Section is about 100% occupied at the present time, as it was likewise in 1925, and was about 75% occupied at the low in 1931 and 1932. Present rental prices in this Section are about 35% of 1925 peak prices and at the low in 1931 and 1932 were about 20% of the peak. There is no surplus of housing in the Section, but there is some demand for new housing on a moderate scale, as only a few new houses have been built in the Section during the past 2 years. During the peak of foreclosures in Hillsborough County in 1931, this Section experienced fewer foreclosures than probably any other section in Tampa, due to the fact that the majority of the properties in the Section were owned free and clear of encumbrance.

- 1 -

SECTION #2-A.    GREEN.

This Section is comprised of several subdivisions, the principal ones of which are Suburb Beautiful, Parkland Estates, and Golf View Park. The land is flat, level pine woods land, and is occupied chiefly by 100% Americans, although there are a few high class Jewish and Spanish families residing in the Section at the present time. The Section contains the best grade Tampa citizens, principally professional workers and retired individuals. Two story frame and brick veneer residences, ranging in price from $6,000 to $10,000 predominate; 90% of these residences are 10 years old, but are in good condition and need only minor repairs. There is no shifting of population. The principal detrimental influence, aside from poor transportation facilities and inadequate sanitary sewers, is the Southwest Tampa Storm Sewer Drainage District, also known as the Inter-Bay Drainage District, which was improperly set up when the District was organized in 1926. Litigation began in 1928, with Federal receiver appointed in 1930, and the District is still in the custody of Federal receiver, who is endeavoring at the present time to refund the $3,000,000 defaulted bond issue with $1,100,000. R. F. C. loan at a lower rate of interest; if this proposed refunding is satisfactorily completed, this Section of Tampa will be immeasurably benefitted. Beneficial influences of the Section are its proximity to good schools and its location near to Palma Ceia Golf Course. Sales prices at the low in 1932 were about 40% of the 1925 peak prices and at the present time have recovered to about 50% of the peak, while sales volume at the low in 1932 was about 10% of the 1925 peak and at the present time is about 20% of the peak volume. This Section is now practically 100% occupied, as it was likewise in 1925, but was only about 80% occupied during the low of 1931 and 1932. Rental prices in this Section at the low were about 20% of the 1925 peak prices and at the present time have recovered to about 30%. There is no surplus of housing in this Section, but there is some demand for new housing, with some 15 new houses having been built in the Section during the past year. Due to the fact that a good deal of the property in the section was developed during the boom, the Section experienced rather heavy foreclosures, with about 50% of the mortgages in this Section having been foreclosed, as practically all of the property in the Section was mortgaged.

SECTION #3 - A.    GREEN.

This Section is comprised of the Morrison Grove section of Suburb Beautiful and West Hyde Park. The land is slightly rolling and fronts on Hillsborough Bay. The occupants are almost 100% American, along with a few high class Jewish and Spanish

- 2 -

families. Other occupants are the best grade of Tampa citizens, consisting principally of professional workers and retired individuals. Two story frame residences, ranging in price from $5,000 to $10,000 predominate; most of the houses are about 20 years old, but are in good condition and need only minor repairs. There is no shifting of population in this Section. The principal detrimental influence is the unsanitary method of allowing sewage to be emptied into Hillsborough Bay, causing disagreeable odors along the Bay front, particularly noticeable at low tide. A work relief sewage disposal project, involving the expenditure of some $6,000,000, was recently proposed to correct this situation; however, the project failed because of insufficient local interest and, therefore, this unsanitary condition will probably continue to exist. The beneficial influences of the Section are its good schools, transportation facilities, proximity to the City of Tampa and its high grade improvements. Sales prices at the low of 1932 were about 35% of the 1925 peak prices, but at the present time they have recovered to about 50% of the peak; while sales volume at the low of 1932 was about 10% of the 1925 peak and at the present time has recovered to about 20% of the peak volume. The Section is now practically 100% occupied, as it was likewise in 1925, and was about 85% occupied at the low in 1931 and 1932. Rental prices in the section at the low in 1931 and 1932 were about 20% of the 1925 prices and at the present time have recovered to about 35% of the peak prices. There is no surplus of housing in this Section; neither is there much demand for new housing, as only a few lots are left unimproved in the Section and about 95% of the Section is completely built up. Rigid restrictions have saved this Section from developing into an apartment house and boarding house section. There is no new residential construction in the Section and foreclosures were moderate.

SECTION #4-A.   GREEN.

This is the best residential section of Davis Islands, which are artificially created islands, built in 1925 and 1926 from sand pumped out of Hillsborough Bay; consequently, the land in this Section is level and is about $2\frac{1}{2}$ feet above sea level. The Section contains some of the best grade Tampa citizens, principally professional workers and retired individuals. Two story stucco on masonry residences (no frame is allowed on Davis Islands) ranging in price from $7,000 to $10,000 predominates; 90% of these residences are 10 years old, but are in good condition, needing only minor repairs. There is no shifting of population. The principal detrimental influence, aside from the mosquitoes, is the possibility of tidal waves

and tropical storms, which possibility while rather remote, nevertheless has influenced residential activity on the islands. The principal beneficial influences are the proximity of the Section to the City of Tampa and rigorous restrictions, combined with uniform zoning requirements on the Islands. Sales prices at the low of 1932 were about 35% of the 1925 peak prices and at the present time have recovered to about 45% of the peak, while sales volume at the low in 1932 was about 5% of the 1925 peak volume, but at the present time has recovered to 15% of the peak. This Section is now nearly 100% occupied, as it was likewise at the peak in 1925, and at the low in 1931 and 1932 was about 90% occupied. Rental prices at the low were about 20% of the 1925 peak prices, but have since recovered to about 35% of the peak prices. There is no surplus of housing in this Section and there is a good demand for new housing, as evidenced by the fact that within the last 90 days 6 or 8 new homes were built in this Section for speculative purposes, and all of them have since been sold. Foreclosures in the Section were very moderate.

SECTION #1 - B.   BLUE.

This Section, known as Seminole Heights, north to the Hillsborough River, has good elevation and contains considerable rolling land. The Section is occupied by medium class salaried white workers and one story frame residences, ranging in price from $2,000 to $5,000, predominate; these buildings are 10 to 20 years old, are in good condition, and need only minor repairs. There is no shifting of population of this Section, neither are there any particularly detrimental influences; the beneficial influences are the elevation of the Section, good schools, parks, playgrounds, recreational centers, and transportation facilities. Sales prices at the low in 1932 were about 35% of the peak prices, but have since recovered to about 60%; while sales volume at the low in 1932 was about 10% of the 1925 peak volume and has since recovered to about 30%. This Section is practically 100% occupied at the present time, as it was likewise in 1925; however, during the low period of 1931 and 1932, this Section was about 75% occupied; rental prices at the low were about 35% of the 1925 peak, but have since recovered to about 50%. There is no surplus of housing in this Section, but the Section should have some new houses; there has been no new residential construction and foreclosures in the Section were heavy.

SECTION #2 - B.   BLUE.

This Section is known as Ridgewood Park; the land is high, rolling, and is occupied by medium class salaried white workers, with some Jewish and Spanish

- 4 -

residents intermingled. One story frame residences ranging in price from $2,500 to $5,000 predominate; these buildings are 10 to 12 years old, are in good condition and need only minor repairs. The population in the section is gradually shifting to Spanish and Jewish and within the next five years will probably contain only a few 100% Americans. The principal detrimental influence affecting the Section is the Section's distance from street car lines, while the beneficial influences are the good schools, proximity to the City, and Hillsborough River water front. Sales prices at the low in 1932 were about 35% of the 1925 peak prices, but have since recovered to about 55%, while sales volume at the low was about 10% of the 1925 peak and has since recovered to about 25%. The Section is practically 100% occupied at the present time, as it was likewise in 1925, but at the low in 1931 and 1932 the Section was about 75% occupied; rental prices at the low were about 35% of the 1935 peak, and have since recovered to about 50%. There is no surplus of housing in this Section, and although the Section is about 50% or 60% built up, there is some need for new housing. Three or four new houses have been built in the last 6 months in this Section. Foreclosures in the Section were heavy.

SECTION #3 - B.   BLUE.

This Section comprises several subdivisions known as Palma Ceia, Virginia Park, Moody Heights, Southern Pines, Oscawana Subdivision, and Curry City Subdivision. The land in the Section is low, level, flat pine woodland, and is occupied exclusively by whites of the better grade salaried workers, along with a few professionals. One story frame residences ranging in price from $3,000 to $5,000 predominate; these buildings are from 10 to 15 years old, are in good condition and need only minor repairs. There is no shifting of population. The principal detrimental influences affecting the Section are the poor transportation facilities, the presence of railroad tracks in the eastern portion of the Section, and the fact that the Section is located in the Inter-Bay Drainage District, which has been in receivership for the past 7 years. The beneficial influences are the good schools and the proximity of the Section to the Palma Ceia Golf Course. Sales prices at the low in 1932 were about 40% of the 1925 peak prices, but have since recovered to 65%, while the sales volume at the 1932 low was about 10% of the 1925 peak volume and has since recovered to about 30%. The Section is practically 100% occupied at the present time, as it was likewise in 1925, and at the low of 1931 and 1932 it was about 70% occupied; rental prices at the low were about 35% of

the 1925 peak, and have since recovered to about 50%. There is no surplus of housing in this Section, but there is some need for new housing, although some 5 or 6 houses have been erected in the last 6 months. Foreclosures in the Section were very heavy.

SECTION #4 - B.    BLUE.

This Section is known as the Bayshore Section of Tampa and contains level land, occupied by 100% Americans of the better class of salaried workers. There is a mixture of types of buildings in the Section, with one story frame residences ranging in price from $2,000 to $4,000 predominating; these buildings are from 10 to 20 years old/and are in fair condition, with some needing major repairs. There is no shifting of population. The principal detrimental influence affecting this Section, aside from the presence of the railroad tracks in the western portion of the Section, is the disposal of open sewage into Hillsborough Bay, on which the Section fronts, while the beneficial influences are the good schools, good transportation facilities, and proximity to Bayshore Boulevard. Sales prices at the low in 1932 were about 35% of the 1925 peak, but have since recovered to about 55%, while sales volume at the low was about 10% of the 1925 peak volume and has since recovered to about 25%. The section is practically 100% occupied at the present time, as it was likewise in 1925, and at the low period of 1931 and 1932 was about 70% occupied; rental prices at the low were about 30% of the 1925 peak prices, but have since recovered to about 50%. There is no surplus of housing in this Section, neither is there any new residential construction, although there is a slight demand for new houses. Foreclosures were heavy in this Section.

SECTION #5 - B. BLUE.

This Section is known as the east central part of Davis Islands and consists of level filled-in land, with very little development; about 90% of the Section has no physical improvements other than streets, sidewalks, landscaping, and utilities.

SECTION #1 and #2 - C.    YELLOW.

These Sections comprise localities known as Sulphur Springs, Hamilton Heath, and Evelyn City; the land in the Sections has good elevation, is rolling, and is occupied principally by American laborers, skilled mechanics, and working people in the lower wage earning bracket. One story frame residences ranging in price

- 6 -

from $600 to $2,500 predominate; the buildings are from 10 to 20 years old, are in fair condition, with some needing major repairs, and in that portion of the Sections north of the Hillsborough River, most of the properties need paint. The principal detrimental influence affecting these Sections is the presence of the dog race-track and the gambling element which is attracted to it. The Sections were inundated about 2 years ago when the Power Company dam on the Hillsborough River above the Sections broke; the dam has not been repaired and consequently no potential hazard exists. The beneficial influences are good transportation facilities, proximity to Sulphur Springs swimming pool, and the presence of sulphur water which is supposed to contain beneficial medicinal properties. Sales prices at the low in 1932 were about 20% of the 1925 peak prices, but have since recovered to about 40%, while sales volume at the low was about 10% of the 1925 volume and has since recovered to about 25%. The Sections are about 100% occupied at the present time as they were likewise in 1925, while at the low in 1931 and 1932 they were about 75% occupied; rental prices at the low were about 35% of the 1925 peak prices, but have since recovered to about 50%. There is no surplus of housing in these Sections; neither is there any new residential construction, and likewise there is not much demand for new housing. There were not many foreclosures in these Sections, because the type of improvements did not warrant the making of mortgage loans; consequently, not many of the properties were mortgaged.

SECTIONS #3 and #4 - C. YELLOW.

These Sections are known as Tampa Heights, and contain high rolling land, occupied by medium class salaried workers. Two story frame residences ranging in price from $2,000 to $7,500 predominate; the buildings are from 10 to 40 years old and are in fair condition, although some need major repairs. These Sections are rapidly filling up with Latins and will eventually become all Latin. The Sections have no particularly detrimental influences aside from the age of the improvements, while the beneficial influences are the good schools, churches, parks, large shade trees, excellent transportation facilities, and proximity to the City. Sales prices at the low in 1932 were about 40% of the 1925 prices, but have since recovered to about 50%, while sales volume at the low was about 10% of the 1925 peak volume and has since recovered to about 20%. These Sections are about 100% occupied at the present time, as they were likewise in 1925, and at the low in 1931 and 1932 were about 80% occupied. Rental prices at the low were about 40% of the 1925 peak prices but have since recovered to about 50%. There is no surplus of housing in these Sections, neither is there any new residential construction; the Sections are nearly 100%

- 7 -

built up and need modernization, reconditioning, and remodeling. Foreclosures were lighter in these Sections than in any other area in Tampa, principally because most of the properties were owned free and clear; consequently, there were not many mortgages in the Sections.

SECTION #5 - C.   YELLOW.

This Section is known as Hyde Park, contains level land, and is occupied by a mixture of some of the City's oldest families, some transients, and tourists, because of location of hotels, apartments, and rooming houses in the Section. The Section also contains some laborers and a small negro area known as Scrub, which area is occupied by the best grade negro, is not expanding although the Section is unrestricted and contains one story frame residences, ranging in price from $750 to $2,000, while in the remainder of the Section two story frame residences ranging in price from $3,000 to $8,000 predominate. These buildings are from 20 to 40 years old, with many obsolete types, but are in fair condition, although some need major repairs. The population in this Section is in the transitional stage, with a drift toward the cheaper type of occupant. The Section is unrestricted and has no particularly detrimental influences, while the beneficial influences are the good parks, recreational centers, neighborhood shopping communities, and proximity to the City. Sales prices at the low in 1932 were about 25% of the 1925 peak prices, but have since recovered to about 45%, due principally to homestead tax exemptions; while sales volume at the low was about 10% of the 1925 peak volume and has since recovered to about 25%. The Section is about 100% occupied at the present time as it was likewise in 1925, and at the low in 1931 and 1932 was about 85% occupied; rental prices at the low were about 40% of the 1925 peak prices and have since recovered to about 50%. There is no surplus of housing in this Section, no new residential construction, and no need of new housing, but there is a strong demand for modernization, reconditioning, and remodeling. Foreclosures were heavy, because of the boom-time trading which took place in the Section.

SECTION #6 - C.   YELLOW.

This Section is known as the Hyde Park Section of Davis Islands, contains filled-in land and occupies only a very small area, which is restricted to apartments; this Section is about 50% improved, principally with apartments and hotels.

- 8 -

SECTION #7 - C.    YELLOW.

This is the section of Davis Islands adjoining the Municipal Airport and is virtually unimproved.

SECTIONS #8 and #9 - C.    YELLOW.

These Sections are known as Beach Park and Sunset Park, contain some filled-in land, with the balance about average level throughout the Peninsula, and are occupied by the better class of salaried workers, professionals, and business people, about 50% of whom are home-owners. Two story stucco on masonry residences, ranging in price from $5,000 to $25,000 predominate; these buildings are from 8 to 10 years old, are in good condition, and need only minor repairs. There is no shifting of population in these Sections. The detrimental influences are the poor transportation and shopping facilities, the fact that the communities are located at a considerable distance from Tampa and are not built up, while in Beach Park excessive taxation conditions exist, due to assessments which were not uniform. The beneficial influences are the water-frontage on Old Tampa Bay, high restrictions, and well laid out subdivisions, while in Beach Park the abundance of natural shrubbery might be considered a beneficial influence. Sales prices at the low in 1932 were about 20% of the 1925 peak prices, but have since recovered to about 30%, while sales volume at the low was about 5% of the 1925 peak volume, and has since recovered to about 30%. These Sections are about 95% occupied at the present time, were 100% occupied at the peak in 1925, and at the low in 1931 and 1932 showed the poorest occupancy of any section in Tampa, about 65%; rental prices at the low were about 25% of the 1925 peak prices, but have since recovered to about 40%. There is a small surplus of housing in these Sections, but no need for new housing and no new residential construction. Foreclosures were very heavy in these sections, with about 85% of the properties being foreclosed.

SECTION #1 - D.    RED.

This Section is known as Port Tampa City, contains level land, and adjoins the industrial section formerly occupied by the Atlantic Coast Line Railroad Shops, phosphate elevators, and gasoline storage tanks. The Section is steadily shrinking and as soon as deep water facilities are available into Tampa proper, this outlying port will lose its principal asset, at which time there will be a further shrinkage in the activities of the community. The Section is occupied by laborers, predominantly 100% white, with the majority home-owners. One and two story frame residences, ranging in price from $600 to $2,000 predominate. The buildings are

SECTION #7 - C.   YELLOW.

This is the section of Davis Islands adjoining the Municipal Airport and is virtually unimproved.

SECTIONS #8 and #9 - C.   YELLOW.

These Sections are known as Beach Park and Sunset Park, contain some filled-in land, with the balance about average level throughout the Peninsula, and are occupied by the better class of salaried workers, professionals, and business people, about 50% of whom are home-owners. Two story stucco on masonry residences, ranging in price from $5,000 to $25,000 predominate; these buildings are from 8 to 10 years old, are in good condition, and need only minor repairs. There is no shifting of population in these Sections. The detrimental influences are the poor transportation and shopping facilities, the fact that the communities are located at a considerable distance from Tampa and are not built up, while in Beach Park excessive taxation conditions exist, due to assessments which were not uniform. The beneficial influences are the water-frontage on Old Tampa Bay, high restrictions, and well laid out subdivisions, while in Beach Park the abundance of natural shrubbery might be considered a beneficial influence. Sales prices at the low in 1932 were about 20% of the 1925 peak prices, but have since recovered to about 30%, while sales volume at the low was about 5% of the 1925 peak volume, and has since recovered to about 30%. These Sections are about 95% occupied at the present time, were 100% occupied at the peak in 1925, and at the low in 1931 and 1932 showed the poorest occupancy of any section in Tampa, about 65%; rental prices at the low were about 25% of the 1925 peak prices, but have since recovered to about 40%. There is a small surplus of housing in these Sections, but no need for new housing and no new residential construction. Foreclosures were very heavy in these sections, with about 85% of the properties being foreclosed.

SECTION #1 - D.   RED.

This Section is known as Port Tampa City, contains level land, and adjoins the industrial section formerly occupied by the Atlantic Coast Line Railroad Shops, phosphate elevators, and gasoline storage tanks. The Section is steadily shrinking and as soon as deep water facilities are available into Tampa proper, this outlying port will lose its principal asset, at which time there will be a further shrinkage in the activities of the community. The Section is occupied by laborers, predominantly 100% white, with the majority home-owners. One and two story frame residences, ranging in price from $600 to $2,000 predominate. The buildings are

- 9 -

from 15 to 40 years old, are in fair condition, but many need major repairs. The Section is gradually going down-hill, with people drifting away from the community. The principal detrimental influences of the Section is the gradual cessation of the industrial activity, while the principal beneficial influence is the direct street car line to Tampa some 8 miles distant. Sales prices at the low in 1932 were about 20% of the 1925 peak prices, and have since recovered only to about 25% of the 1925 peak prices, while sales volume at the low was about 5% of the 1925 volume, and has since likewise only recovered to about 10%. The Section is about 95% occupied at the present time, was about 100% occupied at the peak in 1925, and was about 65% occupied at the low in 1931 and 1932, while rental prices at the present time are about 35% of the 1925 peak prices, having recovered from the low of 25%. There is some surplus of housing in this Section, but no new residential construction and no need of new housing. There were not many mortgages made in this Section; consequently, only a few foreclosures.

SECTIONS #2, #3, #4, and #5 - D. RED.

These Sections are known as Ybor City, Palmetto Beach, close-in Tampa Heights, and West Tampa. The Sections contain some level and some rolling land and Latins and Negroes occupy about 95% of the Sections. The Latin concentrations are present in these areas because the cigar factories are located in same. One and two story frame residences ranging in price from $800 to $4,000 predominate; these buildings are from 15 to 40 years old, with the majority in fair condition, while some need major repairs and some need demolition. There is no shifting of population in these Sections, which are unrestricted. The Sections have no particular detrimental influences which will affect the type of people occupying same, and the beneficial influences from the standpoint of this type of occupant is the proximity of the cigar factories, good transportation facilities to the City, plus the location within the areas of the community's own banks, restaurants, theatres, and retail shopping centers. Sales prices at the low in 1932 were about 40% of the 1925 peak prices and have since recovered to 50%, while sales volume at the low was about 10% of the 1925 peak volume, having since recovered to about 20%. The Sections are about 95% occupied at the present time, were 100% occupied at the peak in 1925 and about 75% occupied at the low in 1931 and 1932, while the present rental prices are about 50% of the 1925 peak prices, having recovered from the low of about 35%. There is no surplus of housing in these sections, neither is there need for new housing, although there is a little new residential construction. The Sections are nearly 100% built up and on account of the age of the improvements,

there is a strong demand for demolition, modernization, reconditioning, and remodeling. Foreclosures in these Sections were comparatively light, due to the fact that there were not many mortgages in the Section, because the properties were owned free and clear.

SECTION #6 - D.   RED.

This is the channel or extreme east side of Davis Islands and contains level, filled-in land, improved with 4 small apartment houses and one or two residences. The Section occupies only a very small area.

- - - - - - -