

# Carrollwood K-8, Adams MS and Hill MS Attendance Boundary Change Proposal

*Summary*
As part of the Districtwide Attendance Boundary Study, School District staff is pursuing an expansion of Carrollwood Elementary into a prekindergarten through eighth grade school. The purpose is to retain middle students in a neighborhood school setting as they transition from elementary school to middle school. The expansion requires adjusting current attendance boundaries for Adams and Hill Middle Schools to create a boundary for Carrollwood PK-8.

In the scenario under consideration, Carrollwood PK-8 would use the same boundary as the current elementary school when it opens. Middle school students living within the existing Carrollwood attendance boundary would be reassigned to attend the newly expanded PK-8 campus. To accomplish this, portions of the middle school boundaries surrounding Carrollwood, which include Adams and Hill Middle Schools, would be realigned to reflect the boundary for Carrollwood.

As part of the greater districtwide redistricting discussion, the School Board discussed the proposal during a March 9, 2023, workshop and directed staff to move forward with the boundary change process.

Per school district boundary change policy, School District staff held multiple public meetings to gather community input and answer the public's questions. The meetings were held in-person between February 20-24, 2023.

*Proposed Areas of Change*
    **Area 1: Hill Middle to Carrollwood PK-8:** 40 assigned students shifting

    **Area 2: Adams Middle to Carrollwood PK-8:** 241 assigned students shifting

    **Area 3: Hill Middle to Carrollwood PK-8:** 25 assigned students shifting

*Implementation Strategies*
Staff is proposing the following:
- For the 2023-24 school year, incoming sixth graders (current fifth graders) will be required to remain.

2

- For the 2024-25 school year, incoming sixth graders (current fourth graders) will be required to remain.
- For the 2025-26 school year, incoming sixth graders (current third graders) will be required to remain.
- General school choice options will be closed for Carrollwood PK-8.
- Sibling preference will not be offered for non-assigned siblings.
- Per Policy 5120, students of active-duty military families stationed at MacDill Air Force Base are exempted from attendance boundary changes, and therefore may remain at their currently assigned school without transportation.
- Normal school choice hardship rules will apply.

### *Attendance Boundaries Current and Projected Data*
Current Utilization (SY 2022-23 40th Day)

| School | Capacity | Assigned Students | Enrolled Students | Enrolled & Assigned | Stay Rate | Choice (In) Students | Capacity Utilization | Unreleased Reservations (Aria) | Enrolled + Development | Projected Utilization |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrollwood ES | 886 | 638 | 651 | 422 | 66.14% | 10 | 73% | 24 | 675 | 76% |
| Adams MS | 1500 | 1,346 | 597 | 560 | 41.60% | 0 | 40% | 36 | 633 | 42% |
| Hill MS | 1170 | 1,195 | 973 | 698 | 58.41% | 49 | 83% | 19 | 992 | 85% |
| Total | 3556 | 3179 | 2221 | 1680 | | 59 | | 79 | 2300 | |

Proposed Utilization (SY2025-26, full implementation)

| School | Capacity* | Assigned Students (23-24) | Enrolled Students (Prj based on Table 4) | Capacity Utilization % | Assigned Added/Removed (SY22-23 Grades 3-5) | Projected Enrolled (Assigned x Current Popularity) | Projected Total Enrollment (Current Enrollment + Projected Enrollment) | Proposed Utilization w/o Growth | Devl Reservations | Proposed Enrollment w/ Growth | Proposed Utilization w/Growth | Proposed Enrollment + (Growth x Stay Rate) | Proposed Utilization w/Growth x stay rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carolwood PK-8 | 886 | 638 | 651 | 73% | 306 | 202 | 853 | 96% | 36 | 889 | 100% | 877 | 99% |
| Adams | 1500 | 1,346 | 597 | 40% | -241 | -100 | 497 | 33% | 26 | 523 | 35% | 514 | 34% |
| Hill | 1170 | 1,195 | 973 | 83% | -65 | -38 | 935 | 80% | 17 | 952 | 81% | 946 | 81% |

### *Stakeholder Outreach*
**Internal Stakeholders Meeting – August 16, 2021**
- Participants included Choice, Communications, School Principals, School Staff, Regional Superintendents, Growth Management, Chief Officer of Operations, Transportation, Curriculum, ESE representatives and Information Technology staff.
- 

**Notification Methods – September 2022 – February 2023**
- Website for proposal created and linked to from Hillsborough County School District homepage
- Parent Link call to all impacted students notifying parents of assigned and impact students of the community meetings
- Link to proposal and meeting information posted on social media

3

### Community Attendance Boundary Meeting
- Parent link message sent notifying impacted parents of the proposal and parent meeting date
- There was no attendance sheets provided at the 16 community meetings held in conjunction with the districtwide redistricting study. Comments were collected through a series of forms.

### Public Feedback
- The top main input themes include:
    - Articulation to HS
    - Current choice students

4