ALAFIA ELEMENTARY SCHOOL



Accuracy:        40%      Grade:              A
Minorities:      46.3%    Utilization:        76%
LS Exclusion:    56%      FS Inclusion:       14%
Displacement: 7.50:1      R:     gerrymandered

ALEXANDER ELEMENTARY SCHOOL



Accuracy:        20%      Grade:              A
Minorities:      95.2%    Utilization:        70%
LS Exclusion:    79%      FS Inclusion:       11%
Displacement:29.15:1      R:     gerrymandered

ANDERSON ELEMENTARY SCHOOL



Accuracy:        41%      Grade:              C
Minorities:      58%      Utilization:        67%
LS Exclusion:    41%      FS Inclusion:       42%
Displacement: 0.96:1      R:     gerrymandered

APOLLO BEACH ELEMENTARY SCHOOL



Accuracy:        57%      Grade:              A
Minorities:      38.6%    Utilization:        79%
LS Exclusion:    21%      FS Inclusion:       32%
Displacement: 0.59:1      R:     gerrymandered

BAILEY ELEMENTARY SCHOOL



Accuracy:        32%      Grade:              B
Minorities:      54.7%    Utilization:        80%
LS Exclusion:    18%      FS Inclusion:       64%
Displacement: 0.13:1      R:     gerrymandered

BALLAST POINT ELEMENTARY SCHOOL



Accuracy:        60%      Grade:              A
Minorities:      37.1%    Utilization:        88%
LS Exclusion:    20%      FS Inclusion:       28%
Displacement: 0.62:1      R:     gerrymandered

BAY CREST ELEMENTARY SCHOOL



Accuracy:        38%      Grade:              B
Minorities:      85.7%    Utilization:        60%
LS Exclusion:    25%      FS Inclusion:       56%
Displacement: 0.27:1      R:     gerrymandered

BELLAMY ELEMENTARY SCHOOL



Accuracy:        48%      Grade:              C
Minorities:      91.3%    Utilization:        60%
LS Exclusion:    41%      FS Inclusion:       26%
Displacement: 1.92:1      R:     gerrymandered

BELMONT ELEMENTARY SCHOOL



Accuracy:        50%      Grade:              D
Minorities:      74.1%    Utilization:        97%
LS Exclusion:    24%      FS Inclusion:       39%
Displacement: 0.48:1      R:     gerrymandered

| BEVIS ELEMENTARY SCHOOL | BING ELEMENTARY SCHOOL | BOYETTE SPRINGS ELEMENTARY SCHOOL |
|---|---|---|
|  |  |  |
| Accuracy: 48%  Grade: A<br>Minorities: 36.9%  Utilization: 90%<br>LS Exclusion: 41%  FS Inclusion: 26%<br>Displacement: 2.03:1  R: gerrymandered | Accuracy: 38%  Grade: C<br>Minorities: 82.8%  Utilization: 65%<br>LS Exclusion: 29%  FS Inclusion: 54%<br>Displacement: 0.35:1  R: gerrymandered | Accuracy: 39%  Grade: A<br>Minorities: 47.2%  Utilization: 79%<br>LS Exclusion: 43%  FS Inclusion: 43%<br>Displacement: 0.99:1  R: gerrymandered |

| BROOKER ELEMENTARY SCHOOL | BROWARD ELEMENTARY SCHOOL | BRYAN ELEMENTARY SCHOOL |
|---|---|---|
|  |  |  |
| Accuracy: 52%  Grade: B<br>Minorities: 52.8%  Utilization: 75%<br>LS Exclusion: 10%  FS Inclusion: 43%<br>Displacement: 0.16:1  R: gerrymandered | Accuracy: 49%  Grade: C<br>Minorities: 91.1%  Utilization: 41%<br>LS Exclusion: 32%  FS Inclusion: 35%<br>Displacement: 0.89:1  R: gerrymandered | Accuracy: 47%  Grade: B<br>Minorities: 91.1%  Utilization: 84%<br>LS Exclusion: 46%  FS Inclusion: 18%<br>Displacement: 3.75:1  R: gerrymandered |

| BRYANT ELEMENTARY SCHOOL | BUCKHORN ELEMENTARY SCHOOL | BURNEY ELEMENTARY SCHOOL |
|---|---|---|
|  |  |  |
| Accuracy: 56%  Grade: A<br>Minorities: 36.1%  Utilization: 80%<br>LS Exclusion: 42%  FS Inclusion: 4%<br>Displacement:14.28:1  R: gerrymandered | Accuracy: 46%  Grade: B<br>Minorities: 51.3%  Utilization: 89%<br>LS Exclusion: 37%  FS Inclusion: 35%<br>Displacement: 1.10:1  R: gerrymandered | Accuracy: 40%  Grade: C<br>Minorities: 83.1%  Utilization: 78%<br>LS Exclusion: 59%  FS Inclusion: 1%<br>Displacement:72.68:1  R: gerrymandered |

CANNELLA ELEMENTARY SCHOOL



Accuracy:     55%     Grade:             B
Minorities:   81.2%   Utilization:      60%
LS Exclusion: 37%     FS Inclusion:     15%
Displacement: 3.24:1  R:     gerrymandered

CARROLLWOOD ELEMENTARY SCHOOL



Accuracy:     33%     Grade:             A
Minorities:   57.6%   Utilization:      73%
LS Exclusion: 63%     FS Inclusion:     21%
Displacement: 6.12:1  R:     gerrymandered

CHIARAMONTE ELEMENTARY SCHOOL



Accuracy:     54%     Grade:             B
Minorities:   56.2%   Utilization:      66%
LS Exclusion: 36%     FS Inclusion:     20%
Displacement: 2.25:1  R:     gerrymandered

CHILES ELEMENTARY SCHOOL



Accuracy:     50%     Grade:             A
Minorities:   66.8%   Utilization:      91%
LS Exclusion: 20%     FS Inclusion:     41%
Displacement: 0.35:1  R:     gerrymandered

CIMINO ELEMENTARY SCHOOL



Accuracy:     19%     Grade:             A
Minorities:   44.6%   Utilization:      78%
LS Exclusion: 54%     FS Inclusion:     74%
Displacement: 0.42:1  R:     gerrymandered

CITRUS PARK ELEMENTARY SCHOOL



Accuracy:     47%     Grade:             A
Minorities:   71%     Utilization:      60%
LS Exclusion: 41%     FS Inclusion:     28%
Displacement: 1.83:1  R:     gerrymandered

CLAIR-MEL ELEMENTARY SCHOOL



Accuracy:     43%     Grade:             C
Minorities:   92.3%   Utilization:      49%
LS Exclusion: 51%     FS Inclusion:     19%
Displacement: 4.33:1  R:     gerrymandered

CLARK ELEMENTARY SCHOOL



Accuracy:     32%     Grade:             A
Minorities:   75.7%   Utilization:      85%
LS Exclusion: 65%     FS Inclusion:     13%
Displacement:12.86:1  R:     gerrymandered

COLLINS ELEMENTARY SCHOOL



Accuracy:     47%     Grade:             B
Minorities:   58.5%   Utilization:      88%
LS Exclusion: 30%     FS Inclusion:     39%
Displacement: 0.66:1  R:     gerrymandered

COLSON ELEMENTARY SCHOOL



Accuracy: 42%       Grade: C
Minorities: 65.8%   Utilization: 75%
LS Exclusion: 48%   FS Inclusion: 30%
Displacement: 2.11:1   R: gerrymandered

CORK ELEMENTARY SCHOOL



Accuracy: 54%       Grade: C
Minorities: 55.9%   Utilization: 73%
LS Exclusion: 27%   FS Inclusion: 30%
Displacement: 0.88:1   R: gerrymandered

CORR ELEMENTARY SCHOOL



Accuracy: 56%       Grade: B
Minorities: 81.8%   Utilization: 65%
LS Exclusion: 11%   FS Inclusion: 38%
Displacement: 0.21:1   R: gerrymandered

CRESTWOOD ELEMENTARY SCHOOL



Accuracy: 24%       Grade: B
Minorities: 94.4%   Utilization: 71%
LS Exclusion: 16%   FS Inclusion: 74%
Displacement: 0.07:1   R: gerrymandered

DAVIS ELEMENTARY SCHOOL

Accuracy: 12%       Grade: C
Minorities: 91.3%   Utilization: 56%
LS Exclusion: 84%   FS Inclusion: 53%
Displacement: 4.91:1   R: gerrymandered

DEER PARK ELEMENTARY SCHOOL

Accuracy: 32%       Grade: A
Minorities: 55.8%   Utilization: 93%
LS Exclusion: 44%   FS Inclusion: 56%
Displacement: 0.61:1   R: gerrymandered

DESOTO ELEMENTARY SCHOOL



Accuracy: 44%       Grade: C
Minorities: 91.3%   Utilization: 60%
LS Exclusion: 48%   FS Inclusion: 23%
Displacement: 2.95:1   R: gerrymandered

DICKENSON ELEMENTARY SCHOOL



Accuracy: 39%       Grade: A
Minorities: 88%     Utilization: 81%
LS Exclusion: 19%   FS Inclusion: 55%
Displacement: 0.19:1   R: gerrymandered

DOBY ELEMENTARY SCHOOL



Accuracy: 20%       Grade: B
Minorities: 49.2%   Utilization: 57%
LS Exclusion: 9%    FS Inclusion: 79%
Displacement: 0.03:1   R: gerrymandered

DOVER ELEMENTARY



Accuracy:      61%      Grade:            C
Minorities:    93.7%    Utilization:      59%
LS Exclusion:  32%      FS Inclusion:     12%
Displacement:  3.33:1   R:    gerrymandered

DR CARTER G WOODSON K-8 SCHOOL



Accuracy:      42%      Grade:            C
Minorities:    93.7%    Utilization:
LS Exclusion:  46%      FS Inclusion:     30%
Displacement:  1.99:1   R:    gerrymandered

EDISON ELEMENTARY SCHOOL



Accuracy:      61%      Grade:            C
Minorities:    95.7%    Utilization:      50%
LS Exclusion:  33%      FS Inclusion:     11%
Displacement:  4.03:1   R:    gerrymandered

EGYPT LAKE ELEMENTARY SCHOOL



Accuracy:      51%      Grade:            B
Minorities:    93.4%    Utilization:      60%
LS Exclusion:  48%      FS Inclusion:     1%
Displacement: 69.71:1   R:    gerrymandered

EISENHOWER MIDDLE SCHOOL



Accuracy:      54%      Grade:            C
Minorities:    72.5%    Utilization:      81%
LS Exclusion:  10%      FS Inclusion:     41%
Displacement:  0.17:1   R:    gerrymandered

ESSRIG ELEMENTARY SCHOOL



Accuracy:      54%      Grade:            B
Minorities:    72%      Utilization:      71%
LS Exclusion:  41%      FS Inclusion:     10%
Displacement:  5.89:1   R:    gerrymandered

FISHHAWK CREEK ELEMENTARY SCHOOL



Accuracy:      13%      Grade:            A
Minorities:    33.7%    Utilization:      100%
LS Exclusion:  86%      FS Inclusion:     1%
Displacement: 693.94:1  R:    gerrymandered

FOLSOM ELEMENTARY SCHOOL



Accuracy:      20%      Grade:            C
Minorities:    80.6%    Utilization:      69%
LS Exclusion:  74%      FS Inclusion:     51%
Displacement:  2.76:1   R:    gerrymandered

FOREST HILLS ELEMENTARY SCHOOL



Accuracy:      54%      Grade:            C
Minorities:    89.1%    Utilization:      67%
LS Exclusion:  10%      FS Inclusion:     41%
Displacement:  0.17:1   R:    gerrymandered

FROST ELEMENTARY SCHOOL



Accuracy:      48%     Grade:           C
Minorities:    84.7%   Utilization:    63%
LS Exclusion:  32%     FS Inclusion:   37%
Displacement: 0.80:1   R:    gerrymandered

GIBSONTON ELEMENTARY SCHOOL



Accuracy:      46%     Grade:           C
Minorities:    70.1%   Utilization:    62%
LS Exclusion:  53%     FS Inclusion:    0%
Displacement: 0.00:1   R:    gerrymandered

GORRIE ELEMENTARY SCHOOL



Accuracy:      60%     Grade:           A
Minorities:    28.2%   Utilization:    92%
LS Exclusion:  39%     FS Inclusion:    1%
Displacement:40.25:1   R:    gerrymandered

GRADY ELEMENTARY SCHOOL



Accuracy:      44%     Grade:           A
Minorities:    41.4%   Utilization:   104%
LS Exclusion:  41%     FS Inclusion:   36%
Displacement: 1.24:1   R:    gerrymandered

GRAHAM ELEMENTARY SCHOOL



Accuracy:      67%     Grade:           D
Minorities:    94.4%   Utilization:    54%
LS Exclusion:  15%     FS Inclusion:   22%
Displacement: 0.63:1   R:    gerrymandered

HAMMOND ELEMENTARY SCHOOL



Accuracy:      66%     Grade:           A
Minorities:    35.1%   Utilization:    78%
LS Exclusion:   3%     FS Inclusion:   31%
Displacement: 0.07:1   R:    gerrymandered

HERITAGE ELEMENTARY SCHOOL



Accuracy:      16%     Grade:           A
Minorities:    68.3%   Utilization:    65%
LS Exclusion:  83%     FS Inclusion:    9%
Displacement:47.84:1   R:    gerrymandered

HUNTER'S GREEN ELEMENTARY SCHOOL



Accuracy:      54%     Grade:           A
Minorities:    60.6%   Utilization:    72%
LS Exclusion:  14%     FS Inclusion:   39%
Displacement: 0.25:1   R:    gerrymandered

IPPOLITO ELEMENTARY SCHOOL



Accuracy:      42%     Grade:           D
Minorities:    88.1%   Utilization:    63%
LS Exclusion:  42%     FS Inclusion:   38%
Displacement: 1.19:1   R:    gerrymandered

JACKSON ELEMENTARY SCHOOL



Accuracy:     21%      Grade:         C
Minorities:   88.3%    Utilization:   81%
LS Exclusion: 75%      FS Inclusion:  33%
Displacement: 5.99:1   R:   gerrymandered

JAMES ELEMENTARY SCHOOL



Accuracy:     34%      Grade:         C
Minorities:   97.1%    Utilization:   46%
LS Exclusion: 20%      FS Inclusion:  62%
Displacement: 0.15:1   R:   gerrymandered

JUST ELEMENTARY SCHOOL



Accuracy:     30%      Grade:         F
Minorities:   97.8%    Utilization:   47%
LS Exclusion: 33%      FS Inclusion:  63%
Displacement: 0.29:1   R:   gerrymandered

KENLY ELEMENTARY SCHOOL



Accuracy:     42%      Grade:         B
Minorities:   91%      Utilization:   59%
LS Exclusion: 40%      FS Inclusion:  39%
Displacement: 1.04:1   R:   gerrymandered

KINGSWOOD ELEMENTARY SCHOOL



Accuracy:     35%      Grade:         B
Minorities:   73.5%    Utilization:   58%
LS Exclusion: 50%      FS Inclusion:  42%
Displacement: 1.39:1   R:   gerrymandered

KNIGHTS ELEMENTARY SCHOOL



Accuracy:     73%      Grade:         B
Minorities:   54.3%    Utilization:   67%
LS Exclusion: 4%       FS Inclusion:  24%
Displacement: 0.13:1   R:   compact

LAKE MAGDALENE ELEMENTARY SCHOOL



Accuracy:     53%      Grade:         B
Minorities:   70.7%    Utilization:   64%
LS Exclusion: 5%       FS Inclusion:  45%
Displacement: 0.07:1   R:   gerrymandered

LAMB ELEMENTARY



Accuracy:     16%      Grade:         D
Minorities:   92.3%    Utilization:   54%
LS Exclusion: 73%      FS Inclusion:  70%
Displacement: 1.18:1   R:   gerrymandered

LANIER ELEMENTARY SCHOOL



Accuracy:     30%      Grade:         C
Minorities:   66%      Utilization:   83%
LS Exclusion: 60%      FS Inclusion:  42%
Displacement: 2.13:1   R:   gerrymandered

### LEWIS ELEMENTARY SCHOOL



Accuracy:     23%      Grade:           C
Minorities:   78.8%    Utilization:     63%
LS Exclusion: 74%      FS Inclusion:    22%
Displacement: 9.97:1   R:     gerrymandered

### LIMONA ELEMENTARY SCHOOL



Accuracy:     76%      Grade:           A
Minorities:   68%      Utilization:     79%
LS Exclusion: 11%      FS Inclusion:    14%
Displacement: 0.74:1   R:          compact

### LITHIA SPRINGS ELEMENTARY SCHOOL



Accuracy:     54%      Grade:           A
Minorities:   35.7%    Utilization:     85%
LS Exclusion: 16%      FS Inclusion:    38%
Displacement: 0.32:1   R:     gerrymandered

### LOPEZ ELEMENTARY SCHOOL



Accuracy:     53%      Grade:           C
Minorities:   58%      Utilization:     76%
LS Exclusion: 27%      FS Inclusion:    33%
Displacement: 0.77:1   R:     gerrymandered

### LOWRY ELEMENTARY SCHOOL



Accuracy:     38%      Grade:           A
Minorities:   57.6%    Utilization:     71%
LS Exclusion: 36%      FS Inclusion:    49%
Displacement: 0.58:1   R:     gerrymandered

### LUTZ K-8 SCHOOL



Accuracy:     56%      Grade:           A
Minorities:   37.4%    Utilization:     86%
LS Exclusion: 9%       FS Inclusion:    40%
Displacement: 0.15:1   R:     gerrymandered

### MABRY ELEMENTARY SCHOOL



Accuracy:     36%      Grade:           A
Minorities:   21.4%    Utilization:     101%
LS Exclusion: 52%      FS Inclusion:    37%
Displacement: 1.86:1   R:     gerrymandered

### MANGO ELEMENTARY SCHOOL



Accuracy:     38%      Grade:           C
Minorities:   83.8%    Utilization:     93%
LS Exclusion: 58%      FS Inclusion:    13%
Displacement: 9.44:1   R:     gerrymandered

### MANISCALCO K-8 SCHOOL



Accuracy:     54%      Grade:           A
Minorities:   59.7%    Utilization:     79%
LS Exclusion: 31%      FS Inclusion:    27%
Displacement: 1.22:1   R:     gerrymandered

MCDONALD ELEMENTARY SCHOOL



Accuracy: 29%   Grade: B
Minorities: 61%   Utilization: 78%
LS Exclusion: 34%   FS Inclusion: 65%
Displacement: 0.28:1   R: gerrymandered

MCKITRICK ELEMENTARY SCHOOL



Accuracy: 34%   Grade: A
Minorities: 42.5%   Utilization: 96%
LS Exclusion: 55%   FS Inclusion: 41%
Displacement: 1.76:1   R: gerrymandered

MENDENHALL ELEMENTARY SCHOOL



Accuracy: 48%   Grade: B
Minorities: 87.8%   Utilization: 63%
LS Exclusion: 15%   FS Inclusion: 46%
Displacement: 0.21:1   R: gerrymandered

MILES ELEMENTARY SCHOOL



Accuracy: 28%   Grade: C
Minorities: 90.9%   Utilization: 81%
LS Exclusion: 56%   FS Inclusion: 54%
Displacement: 1.08:1   R: gerrymandered

MINTZ ELEMENTARY SCHOOL



Accuracy: 32%   Grade: C
Minorities: 82%   Utilization: 78%
LS Exclusion: 65%   FS Inclusion: 11%
Displacement: 14.82:1   R: gerrymandered

MITCHELL ELEMENTARY SCHOOL



Accuracy: 55%   Grade: A
Minorities: 36.4%   Utilization: 96%
LS Exclusion: 23%   FS Inclusion: 32%
Displacement: 0.61:1   R: gerrymandered

MORGAN WOODS ELEMENTARY SCHOOL



Accuracy: 53%   Grade: C
Minorities: 86.9%   Utilization: 62%
LS Exclusion: 24%   FS Inclusion: 35%
Displacement: 0.58:1   R: gerrymandered

MORT ELEMENTARY SCHOOL



Accuracy: 23%   Grade: C
Minorities: 93.7%   Utilization: 74%
LS Exclusion: 75%   FS Inclusion: 3%
Displacement: 97.23:1   R: gerrymandered

NELSON ELEMENTARY SCHOOL



Accuracy: 32%   Grade: C
Minorities: 61%   Utilization: 74%
LS Exclusion: 50%   FS Inclusion: 50%
Displacement: 1.00:1   R: gerrymandered

NORTHWEST ELEMENTARY SCHOOL



OAK GROVE ELEMENTARY SCHOOL



OAK PARK ELEMENTARY SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 42% | Grade: | A |
| Minorities: | 53.6% | Utilization: | 80% |
| LS Exclusion: | 40% | FS Inclusion: | 39% |
| Displacement: 1.04:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 60% | Grade: | B |
| Minorities: | 80.9% | Utilization: | 78% |
| LS Exclusion: | 4% | FS Inclusion: | 37% |
| Displacement: 0.08:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 54% | Grade: | B |
| Minorities: | 93.7% | Utilization: | 47% |
| LS Exclusion: | 21% | FS Inclusion: | 35% |
| Displacement: 0.50:1 | | R: | gerrymandered |

PALM RIVER ELEMENTARY SCHOOL



PINECREST ELEMENTARY SCHOOL



PIZZO K-8 SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 49% | Grade: | B |
| Minorities: | 87.1% | Utilization: | 54% |
| LS Exclusion: | 1% | FS Inclusion: | 50% |
| Displacement: 0.02:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 65% | Grade: | C |
| Minorities: | 34.5% | Utilization: | 67% |
| LS Exclusion: | 1% | FS Inclusion: | 33% |
| Displacement: 0.03:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 44% | Grade: | C |
| Minorities: | 93.1% | Utilization: | 89% |
| LS Exclusion: | 44% | FS Inclusion: | 30% |
| Displacement: 1.88:1 | | R: | gerrymandered |

POTTER ELEMENTARY SCHOOL



PRIDE ELEMENTARY SCHOOL



REDDICK ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 37% | Grade: | C |
| Minorities: | 97.5% | Utilization: | 63% |
| LS Exclusion: | 52% | FS Inclusion: | 34% |
| Displacement: 2.07:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 40% | Grade: | A |
| Minorities: | 75.1% | Utilization: | 92% |
| LS Exclusion: | 46% | FS Inclusion: | 37% |
| Displacement: 1.42:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 46% | Grade: | B |
| Minorities: | 92.1% | Utilization: | 83% |
| LS Exclusion: | 47% | FS Inclusion: | 18% |
| Displacement: 3.88:1 | | R: | gerrymandered |

RIVERVIEW ELEMENTARY SCHOOL



| Accuracy: | 49% | Grade: | C |
| Minorities: | 58.8% | Utilization: | 61% |
| LS Exclusion: | 33% | FS Inclusion: | 33% |
| Displacement: 1.00:1 | | R: | gerrymandered |

ROBINSON ELEMENTARY SCHOOL



| Accuracy: | 40% | Grade: | C |
| Minorities: | 70.9% | Utilization: | 83% |
| LS Exclusion: | 42% | FS Inclusion: | 41% |
| Displacement: 1.05:1 | | R: | gerrymandered |

ROBLES ELEMENTARY SCHOOL



| Accuracy: | 53% | Grade: | C |
| Minorities: | 95.4% | Utilization: | 73% |
| LS Exclusion: | 31% | FS Inclusion: | 29% |
| Displacement: 1.14:1 | | R: | gerrymandered |

ROOSEVELT ELEMENTARY SCHOOL



| Accuracy: | 48% | Grade: | A |
| Minorities: | 26.7% | Utilization: | 99% |
| LS Exclusion: | 33% | FS Inclusion: | 36% |
| Displacement: 0.88:1 | | R: | gerrymandered |

RUSKIN ELEMENTARY SCHOOL



| Accuracy: | 64% | Grade: | D |
| Minorities: | 86.5% | Utilization: | 77% |
| LS Exclusion: | 35% | FS Inclusion: | 1% |
| Displacement:40.62:1 | | R: | gerrymandered |

SCHMIDT ELEMENTARY SCHOOL



| Accuracy: | 32% | Grade: | C |
| Minorities: | 84.9% | Utilization: | 76% |
| LS Exclusion: | 66% | FS Inclusion: | 9% |
| Displacement:19.70:1 | | R: | gerrymandered |

SCHWARZKOPF ELEMENTARY SCHOOL



| Accuracy: | 32% | Grade: | A |
| Minorities: | 55.2% | Utilization: | 87% |
| LS Exclusion: | 56% | FS Inclusion: | 44% |
| Displacement: 1.66:1 | | R: | gerrymandered |

SEFFNER ELEMENTARY SCHOOL



| Accuracy: | 42% | Grade: | C |
| Minorities: | 59.9% | Utilization: | 42% |
| LS Exclusion: | 38% | FS Inclusion: | 41% |
| Displacement: 0.88:1 | | R: | gerrymandered |

SEMINOLE ELEMENTARY SCHOOL



| Accuracy: | 35% | Grade: | B |
| Minorities: | 71.4% | Utilization: | 64% |
| LS Exclusion: | 42% | FS Inclusion: | 51% |
| Displacement: 0.68:1 | | R: | gerrymandered |

SESSUMS ELEMENTARY SCHOOL



Accuracy:     66%      Grade:            B
Minorities:   70.8%    Utilization:      81%
LS Exclusion:  24%     FS Inclusion:     15%
Displacement: 1.81:1   R:    gerrymandered

SHAW ELEMENTARY SCHOOL



Accuracy:     42%      Grade:            D
Minorities:   96.2%    Utilization:      72%
LS Exclusion:  51%     FS Inclusion:     25%
Displacement: 3.10:1   R:    gerrymandered

SHEEHY ELEMENTARY SCHOOL



Accuracy:     14%      Grade:            C
Minorities:   97%      Utilization:      59%
LS Exclusion:  72%     FS Inclusion:     78%
Displacement: 0.73:1   R:    gerrymandered

SPRINGHEAD ELEMENTARY SCHOOL



Accuracy:     52%      Grade:            C
Minorities:   69%      Utilization:      84%
LS Exclusion:  37%     FS Inclusion:     23%
Displacement: 1.92:1   R:    gerrymandered

STOWERS ELEMENTARY SCHOOL



Accuracy:     46%      Grade:            A
Minorities:   35%      Utilization:      92%
LS Exclusion:  36%     FS Inclusion:     37%
Displacement: 0.98:1   R:    gerrymandered

SULPHUR SPRINGS K-8 SCHOOL



Accuracy:     16%      Grade:            C
Minorities:   95%      Utilization:
LS Exclusion:  83%     FS Inclusion:     12%
Displacement:34.94:1   R:    gerrymandered

SUMMERFIELD ELEMENTARY SCHOOL



Accuracy:     18%      Grade:            B
Minorities:   68.3%    Utilization:      81%
LS Exclusion:  54%     FS Inclusion:     75%
Displacement: 0.38:1   R:    gerrymandered

SYMMES ELEMENTARY SCHOOL



Accuracy:     43%      Grade:            B
Minorities:   60.3%    Utilization:      58%
LS Exclusion:  45%     FS Inclusion:     31%
Displacement: 1.86:1   R:    gerrymandered

TAMPA BAY BOULEVARD ELEMENTARY SCHOOL



Accuracy:     24%      Grade:            C
Minorities:   95%      Utilization:      55%
LS Exclusion:  49%     FS Inclusion:     68%
Displacement: 0.45:1   R:    gerrymandered

TAMPA PALMS ELEMENTARY SCHOOL

TEMPLE TERRACE ELEMENTARY SCHOOL

THOMPSON ELEMENTARY




| | | | |
|---|---|---|---|
| Accuracy: | 47% | Grade: | A |
| Minorities: | 75.5 | Utilization: | 80% |
| LS Exclusion: | 45% | FS Inclusion: | 23% |
| Displacement: 2.76:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 38% | Grade: | C |
| Minorities: | 87.4 | Utilization: | 53% |
| LS Exclusion: | 51% | FS Inclusion: | 35% |
| Displacement: 1.99:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 17% | Grade: | C |
| Minorities: | 87.3 | Utilization: | 78% |
| LS Exclusion: | 76% | FS Inclusion: | 60% |
| Displacement: 2.04:1 | | R: | gerrymandered |

THONOTOSASSA ELEMENTARY SCHOOL

TOWN & COUNTRY ELEMENTARY SCHOOL

TRAPNELL ELEMENTARY SCHOOL





| | | | |
|---|---|---|---|
| Accuracy: | 27% | Grade: | A |
| Minorities: | 62.2 | Utilization: | 74% |
| LS Exclusion: | 44% | FS Inclusion: | 64% |
| Displacement: 0.44:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 44% | Grade: | B |
| Minorities: | 94.3 | Utilization: | 54% |
| LS Exclusion: | 51% | FS Inclusion: | 13% |
| Displacement: 6.67:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 56% | Grade: | C |
| Minorities: | 83 | Utilization: | 88% |
| LS Exclusion: | 23% | FS Inclusion: | 31% |
| Displacement: 0.67:1 | | R: | gerrymandered |

TURNER-BARTELS K-8 SCHOOL

TWIN LAKES ELEMENTARY SCHOOL

VALRICO ELEMENTARY SCHOOL





| | | | |
|---|---|---|---|
| Accuracy: | 64% | Grade: | B |
| Minorities: | 69.8 | Utilization: | 62% |
| LS Exclusion: | 14% | FS Inclusion: | 27% |
| Displacement: 0.44:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 49% | Grade: | C |
| Minorities: | 92.1 | Utilization: | 69% |
| LS Exclusion: | 49% | FS Inclusion: | 2% |
| Displacement:38.33:1 | | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 39% | Grade: | A |
| Minorities: | 53.1 | Utilization: | 77% |
| LS Exclusion: | 51% | FS Inclusion: | 31% |
| Displacement: 2.27:1 | | R: | gerrymandered |

WALDEN LAKE ELEMENTARY SCHOOL



WARREN HOPE DAWSON ELEMENTARY



WASHINGTON ELEMENTARY SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 49% | Grade: | B |
| Minorities: | 41.4% | Utilization: | 86% |
| LS Exclusion: | 26% | FS Inclusion: | 40% |
| Displacement: | 0.55:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 13% | Grade: | B |
| Minorities: | 57.8% | Utilization: | 103% |
| LS Exclusion: | 84% | FS Inclusion: | 40% |
| Displacement: | 8.13:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 53% | Grade: | C |
| Minorities: | 95.5% | Utilization: | 49% |
| LS Exclusion: | 25% | FS Inclusion: | 33% |
| Displacement: | 0.67:1 | R: | gerrymandered |

WEST TAMPA ELEMENTARY SCHOOL



WESTCHASE ELEMENTARY SCHOOL



WESTSHORE ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 41% | Grade: | C |
| Minorities: | 95.6% | Utilization: | 68% |
| LS Exclusion: | 49% | FS Inclusion: | 30% |
| Displacement: | 2.18:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 26% | Grade: | A |
| Minorities: | 42.2% | Utilization: | 94% |
| LS Exclusion: | 46% | FS Inclusion: | 65% |
| Displacement: | 0.47:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 64% | Grade: | C |
| Minorities: | 72.4% | Utilization: | 103% |
| LS Exclusion: | 27% | FS Inclusion: | 14% |
| Displacement: | 2.23:1 | R: | gerrymandered |

WILSON ELEMENTARY SCHOOL



WIMAUMA ELEMENTARY SCHOOL



WITTER ELEMENTARY SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 6% | Grade: | B |
| Minorities: | 69.5% | Utilization: | 78% |
| LS Exclusion: | 93% | FS Inclusion: | 53% |
| Displacement: | 11.93:1 | R: | gerrymandered |

| | | | |
|---|---|---|---|
| Accuracy: | 70% | Grade: | C |
| Minorities: | 92.3% | Utilization: | 55% |
| LS Exclusion: | 23% | FS Inclusion: | 10% |
| Displacement: | 2.75:1 | R: | compact |

| | | | |
|---|---|---|---|
| Accuracy: | 36% | Grade: | C |
| Minorities: | 95.8% | Utilization: | 75% |
| LS Exclusion: | 46% | FS Inclusion: | 46% |
| Displacement: | 1.00:1 | R: | gerrymandered |

WOODBRIDGE ELEMENTARY SCHOOL

YATES ELEMENTARY SCHOOL





| Accuracy: | 39% | Grade: | C |
|---|---|---|---|
| Minorities: | 90% | Utilization: | 75% |
| LS Exclusion: | 49% | FS Inclusion: | 36% |
| Displacement: | 1.72:1 | R: | gerrymandered |

| Accuracy: | 43% | Grade: | C |
|---|---|---|---|
| Minorities: | 75% | Utilization: | 77% |
| LS Exclusion: | 44% | FS Inclusion: | 33% |
| Displacement: | 1.57:1 | R: | gerrymandered |