BARRINGTON MIDDLE SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 23% | Grade: | B |
| Minorities: | 51.4% | Utilization: | 97% |
| LS Exclusion: | 28% | FS Inclusion: | 73% |
| Displacement: | 0.14:1 | R: | gerrymandered |

BENITO MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 34% | Grade: | A |
| Minorities: | 70.3% | Utilization: | 77% |
| LS Exclusion: | 63% | FS Inclusion: | 15% |
| Displacement: | 8.99:1 | R: | gerrymandered |

BUCHANAN MIDDLE SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 36% | Grade: | C |
| Minorities: | 80.4% | Utilization: | 73% |
| LS Exclusion: | 38% | FS Inclusion: | 52% |
| Displacement: | 0.58:1 | R: | gerrymandered |

BURNETT MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 47% | Grade: | D |
| Minorities: | 69% | Utilization: | 53% |
| LS Exclusion: | 25% | FS Inclusion: | 43% |
| Displacement: | 0.44:1 | R: | gerrymandered |

BURNS MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 40% | Grade: | A |
| Minorities: | 49.5% | Utilization: | 81% |
| LS Exclusion: | 44% | FS Inclusion: | 38% |
| Displacement: | 1.27:1 | R: | gerrymandered |

COLEMAN MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 45% | Grade: | A |
| Minorities: | 28.3% | Utilization: | 104% |
| LS Exclusion: | 42% | FS Inclusion: | 31% |
| Displacement: | 1.59:1 | R: | gerrymandered |

DAVIDSEN MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 25% | Grade: | B |
| Minorities: | 74.6% | Utilization: | 69% |
| LS Exclusion: | 64% | FS Inclusion: | 51% |
| Displacement: | 1.71:1 | R: | gerrymandered |

DOWDELL MIDDLE MAGNET SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 29% | Grade: | C |
| Minorities: | 83% | Utilization: | 49% |
| LS Exclusion: | 60% | FS Inclusion: | 45% |
| Displacement: | 1.81:1 | R: | gerrymandered |

DR CARTER G WOODSON K-8 SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 42% | Grade: | C |
| Minorities: | 93.7% | Utilization: | |
| LS Exclusion: | 46% | FS Inclusion: | 30% |
| Displacement: | 1.99:1 | R: | gerrymandered |

EISENHOWER MIDDLE SCHOOL



| Accuracy: | 54% | Grade: | C |
|---|---|---|---|
| Minorities: | 72.5% | Utilization: | 81% |
| LS Exclusion: | 10% | FS Inclusion: | 41% |
| Displacement: | 0.17:1 | R: | gerrymandered |

FARNELL MIDDLE SCHOOL



| Accuracy: | 36% | Grade: | A |
|---|---|---|---|
| Minorities: | 47.8% | Utilization: | 93% |
| LS Exclusion: | 49% | FS Inclusion: | 43% |
| Displacement: | 1.29:1 | R: | gerrymandered |

GIUNTA MIDDLE SCHOOL



| Accuracy: | 67% | Grade: | C |
|---|---|---|---|
| Minorities: | 84.9% | Utilization: | 55% |
| LS Exclusion: | 3% | FS Inclusion: | 30% |
| Displacement: | 0.10:1 | R: | gerrymandered |

GRECO MIDDLE MAGNET SCHOOL



| Accuracy: | 31% | Grade: | D |
|---|---|---|---|
| Minorities: | 84.9% | Utilization: | 54% |
| LS Exclusion: | 46% | FS Inclusion: | 57% |
| Displacement: | 0.65:1 | R: | gerrymandered |

HILL MIDDLE SCHOOL



| Accuracy: | 37% | Grade: | B |
|---|---|---|---|
| Minorities: | 68.6% | Utilization: | 83% |
| LS Exclusion: | 46% | FS Inclusion: | 43% |
| Displacement: | 1.11:1 | R: | gerrymandered |

JENNINGS MIDDLE SCHOOL



| Accuracy: | 42% | Grade: | D |
|---|---|---|---|
| Minorities: | 76.7% | Utilization: | 66% |
| LS Exclusion: | 25% | FS Inclusion: | 50% |
| Displacement: | 0.34:1 | R: | gerrymandered |

LIBERTY MIDDLE SCHOOL



| Accuracy: | 58% | Grade: | B |
|---|---|---|---|
| Minorities: | 77.2% | Utilization: | 73% |
| LS Exclusion: | 29% | FS Inclusion: | 22% |
| Displacement: | 1.47:1 | R: | gerrymandered |

LUTZ K-8 SCHOOL



| Accuracy: | 56% | Grade: | A |
|---|---|---|---|
| Minorities: | 37.4% | Utilization: | 86% |
| LS Exclusion: | 9% | FS Inclusion: | 40% |
| Displacement: | 0.15:1 | R: | gerrymandered |

MADISON MIDDLE SCHOOL



| Accuracy: | 64% | Grade: | C |
|---|---|---|---|
| Minorities: | 72.2% | Utilization: | 58% |
| LS Exclusion: | 19% | FS Inclusion: | 23% |
| Displacement: | 0.79:1 | R: | gerrymandered |

MANISCALCO K-8 SCHOOL

| Accuracy: | 54% | Grade: | A |
|---|---|---|---|
| Minorities: | 59.7% | Utilization: | 79% |
| LS Exclusion: | 31% | FS Inclusion: | 27% |
| Displacement: | 1.22:1 | R: | gerrymandered |

MANN MIDDLE SCHOOL



| Accuracy: | 29% | Grade: | C |
|---|---|---|---|
| Minorities: | 66.6% | Utilization: | 60% |
| LS Exclusion: | 23% | FS Inclusion: | 67% |
| Displacement: | 0.15:1 | R: | gerrymandered |

MARSHALL MIDDLE MAGNET SCHOOL



| Accuracy: | 52% | Grade: | C |
|---|---|---|---|
| Minorities: | 70.8% | Utilization: | 88% |
| LS Exclusion: | 10% | FS Inclusion: | 44% |
| Displacement: | 0.15:1 | R: | gerrymandered |

MARTINEZ MIDDLE SCHOOL



| Accuracy: | 57% | Grade: | A |
|---|---|---|---|
| Minorities: | 42.1% | Utilization: | 96% |
| LS Exclusion: | 29% | FS Inclusion: | 24% |
| Displacement: | 1.29:1 | R: | gerrymandered |

MEMORIAL MIDDLE SCHOOL



| Accuracy: | 25% | Grade: | C |
|---|---|---|---|
| Minorities: | 90.5% | Utilization: | 57% |
| LS Exclusion: | 52% | FS Inclusion: | 64% |
| Displacement: | 0.60:1 | R: | gerrymandered |

MULRENNAN MIDDLE SCHOOL



| Accuracy: | 51% | Grade: | A |
|---|---|---|---|
| Minorities: | 49.6% | Utilization: | 82% |
| LS Exclusion: | 38% | FS Inclusion: | 23% |
| Displacement: | 1.97:1 | R: | gerrymandered |

PIERCE MIDDLE SCHOOL



| Accuracy: | 55% | Grade: | C |
|---|---|---|---|
| Minorities: | 93.3% | Utilization: | 69% |
| LS Exclusion: | 11% | FS Inclusion: | 40% |
| Displacement: | 0.19:1 | R: | gerrymandered |

PIZZO K-8 SCHOOL



| Accuracy: | 44% | Grade: | C |
|---|---|---|---|
| Minorities: | 93.1% | Utilization: | 89% |
| LS Exclusion: | 44% | FS Inclusion: | 30% |
| Displacement: | 1.88:1 | R: | gerrymandered |

RANDALL MIDDLE SCHOOL



| Accuracy: | 7% | Grade: | A |
|---|---|---|---|
| Minorities: | 32.5% | Utilization: | 98% |
| LS Exclusion: | 92% | FS Inclusion: | 28% |
| Displacement: | 30.71:1 | R: | gerrymandered |

RODGERS MIDDLE MAGNET SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 51% | Grade: | C |
| Minorities: | 62.1% | Utilization: | 93% |
| LS Exclusion: | 22% | FS Inclusion: | 39% |
| Displacement: | 0.47:1 | R: | gerrymandered |

SERGEANT PAUL R SMITH MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 37% | Grade: | B |
| Minorities: | 81% | Utilization: | 41% |
| LS Exclusion: | 8% | FS Inclusion: | 60% |
| Displacement: | 0.06:1 | R: | gerrymandered |

SHIELDS MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 77% | Grade: | C |
| Minorities: | 87.1% | Utilization: | 119% |
| LS Exclusion: | 8% | FS Inclusion: | 16% |
| Displacement: | 0.45:1 | R: | compact |

SLIGH MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 35% | Grade: | D |
| Minorities: | 91.7% | Utilization: | 53% |
| LS Exclusion: | 53% | FS Inclusion: | 40% |
| Displacement: | 1.67:1 | R: | gerrymandered |

SULPHUR SPRINGS K-8 SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 16% | Grade: | C |
| Minorities: | 95% | Utilization: | |
| LS Exclusion: | 83% | FS Inclusion: | 12% |
| Displacement: | 34.94:1 | R: | gerrymandered |

TOMLIN MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 33% | Grade: | C |
| Minorities: | 63.7% | Utilization: | 87% |
| LS Exclusion: | 62% | FS Inclusion: | 25% |
| Displacement: | 5.00:1 | R: | gerrymandered |

TURKEY CREEK MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 33% | Grade: | C |
| Minorities: | 73.5% | Utilization: | 80% |
| LS Exclusion: | 6% | FS Inclusion: | 65% |
| Displacement: | 0.04:1 | R: | gerrymandered |

TURNER-BARTELS K-8 SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 64% | Grade: | B |
| Minorities: | 69.8% | Utilization: | 62% |
| LS Exclusion: | 14% | FS Inclusion: | 27% |
| Displacement: | 0.44:1 | R: | gerrymandered |

WEBB MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 57% | Grade: | C |
| Minorities: | 91.5% | Utilization: | 79% |
| LS Exclusion: | 42% | FS Inclusion: | 0% |
| Displacement: | 1047.00:1 | R: | gerrymandered |

WILSON MIDDLE SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 47% | Grade: | A |
| Minorities: | 35.9% | Utilization: | 104% |
| LS Exclusion: | 49% | FS Inclusion: | 12% |
| Displacement: | 6.61:1 | R: | gerrymandered |