### ALONSO HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 78% | Grade: | A |
| Minorities: | 72% | Utilization: | 97% |
| LS Exclusion: | 13% | FS Inclusion: | 10% |
| Displacement: | 1.39:1 | R: | compact |

### ARMWOOD HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 50% | Grade: | C |
| Minorities: | 74.8% | Utilization: | 97% |
| LS Exclusion: | 15% | FS Inclusion: | 44% |
| Displacement: | 0.22:1 | R: | gerrymandered |

### BLAKE HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 26% | Grade: | C |
| Minorities: | 76.4% | Utilization: | 90% |
| LS Exclusion: | 49% | FS Inclusion: | 63% |
| Displacement: | 0.55:1 | R: | gerrymandered |

### BLOOMINGDALE HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 42% | Grade: | A |
| Minorities: | 54.2% | Utilization: | 103% |
| LS Exclusion: | 51% | FS Inclusion: | 23% |
| Displacement: | 3.47:1 | R: | gerrymandered |

### BRANDON HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 62% | Grade: | C |
| Minorities: | 70.9% | Utilization: | 62% |
| LS Exclusion: | 31% | FS Inclusion: | 11% |
| Displacement: | 3.55:1 | R: | gerrymandered |

### CHAMBERLAIN HIGH SCHOOL



| | | | |
|---|---|---|---|
| Accuracy: | 38% | Grade: | C |
| Minorities: | 88.1% | Utilization: | 63% |
| LS Exclusion: | 52% | FS Inclusion: | 34% |
| Displacement: | 2.10:1 | R: | gerrymandered |

### DURANT HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 56% | Grade: | B |
| Minorities: | 51.4% | Utilization: | 94% |
| LS Exclusion: | 7% | FS Inclusion: | 40% |
| Displacement: | 0.12:1 | R: | gerrymandered |

### EAST BAY HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 46% | Grade: | C |
| Minorities: | 70.2% | Utilization: | 80% |
| LS Exclusion: | 30% | FS Inclusion: | 41% |
| Displacement: | 0.61:1 | R: | gerrymandered |

### FREEDOM HIGH SCHOOL

| | | | |
|---|---|---|---|
| Accuracy: | 56% | Grade: | C |
| Minorities: | 74.5% | Utilization: | 71% |
| LS Exclusion: | 29% | FS Inclusion: | 25% |
| Displacement: | 1.23:1 | R: | gerrymandered |

GAITHER HIGH SCHOOL



Accuracy: 30%  Grade: B
Minorities: 62.9%  Utilization: 98%
LS Exclusion: 65%  FS Inclusion: 29%
Displacement: 4.49:1  R: gerrymandered

HILLSBOROUGH HIGH SCHOOL

Accuracy: 42%  Grade: B
Minorities: 83.1%  Utilization: 90%
LS Exclusion: 19%  FS Inclusion: 52%
Displacement: 0.22:1  R: gerrymandered

JEFFERSON HIGH SCHOOL



Accuracy: 52%  Grade: C
Minorities: 91.2%  Utilization: 63%
LS Exclusion: 27%  FS Inclusion: 34%
Displacement: 0.74:1  R: gerrymandered

KING HIGH SCHOOL



Accuracy: 46%  Grade: C
Minorities: 85.9%  Utilization: 58%
LS Exclusion: 51%  FS Inclusion: 10%
Displacement: 9.36:1  R: gerrymandered

LENNARD HIGH SCHOOL



Accuracy: 78%  Grade: C
Minorities: 72.5%  Utilization: 96%
LS Exclusion: 6%  FS Inclusion: 17%
Displacement: 0.35:1  R: compact

LETO HIGH SCHOOL



Accuracy: 56%  Grade: B
Minorities: 91.1%  Utilization: 91%
LS Exclusion: 33%  FS Inclusion: 22%
Displacement: 1.74:1  R: gerrymandered

MIDDLETON HIGH SCHOOL

Accuracy: 34%  Grade: C
Minorities: 87.5%  Utilization: 76%
LS Exclusion: 61%  FS Inclusion: 24%
Displacement: 4.91:1  R: gerrymandered

NEWSOME HIGH SCHOOL



Accuracy: 44%  Grade: A
Minorities: 31.8%  Utilization: 106%
LS Exclusion: 50%  FS Inclusion: 19%
Displacement: 4.12:1  R: gerrymandered

PLANT CITY HIGH SCHOOL



Accuracy: 66%  Grade: B
Minorities: 64%  Utilization: 98%
LS Exclusion: 29%  FS Inclusion: 7%
Displacement: 4.86:1  R: gerrymandered

### PLANT HIGH SCHOOL



Accuracy: 51%  Grade: A
Minorities: 31.1%  Utilization: 101%
LS Exclusion: 10%  FS Inclusion: 44%
Displacement: 0.14:1  R: gerrymandered

### RIVERVIEW HIGH SCHOOL

Accuracy: 56%  Grade: B
Minorities: 62.8%  Utilization: 101%
LS Exclusion: 35%  FS Inclusion: 18%
Displacement: 2.42:1  R: gerrymandered

### ROBINSON HIGH SCHOOL



Accuracy: 94%  Grade: A
Minorities: 52.5%  Utilization: 75%
LS Exclusion: 0%  FS Inclusion: 4%
Displacement: 0.08:1  R: compact

### SICKLES HIGH SCHOOL

Accuracy: 67%  Grade: A
Minorities: 56.2%  Utilization: 97%
LS Exclusion: 30%  FS Inclusion: 4%
Displacement: 9.74:1  R: gerrymandered

### SPOTO HIGH SCHOOL



Accuracy: 59%  Grade: C
Minorities: 84.8%  Utilization: 74%
LS Exclusion: 23%  FS Inclusion: 28%
Displacement: 0.77:1  R: gerrymandered

### STEINBRENNER HIGH SCHOOL



Accuracy: 61%  Grade: A
Minorities: 35.9%  Utilization: 102%
LS Exclusion: 1%  FS Inclusion: 38%
Displacement: 0.03:1  R: gerrymandered

### STRAWBERRY CREST HIGH SCHOOL



Accuracy: 69%  Grade: B
Minorities: 62.8%  Utilization: 110%
LS Exclusion: 14%  FS Inclusion: 20%
Displacement: 0.67:1  R: gerrymandered

### WHARTON HIGH SCHOOL



Accuracy: 39%  Grade: C
Minorities: 71.6%  Utilization: 92%
LS Exclusion: 43%  FS Inclusion: 42%
Displacement: 1.05:1  R: gerrymandered