UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                      Case No. 8:23-CV-181-SDM-JSS

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY
FLORIDA,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION TO RESPOND TO THIRD
AMENDED VERIFIED COMPLAINT**

    Defendant, The School Board of Hillsborough County, Florida (the "School Board"), pursuant to Fed. R. Civ. P. 6(b) and M.D. Local Rule 3.01, files this **unopposed** motion seeking an extension of time **from June 24, 2024 to July 24, 2024,** to respond to the Third Amended Verified Complaint filed by Plaintiff Blake Warner ("Plaintiff"), and states:

    1.    On June 6, 2024, the Court entered its Order, granting in part, the School Board's motion to dismiss (Doc. 45), and permitting Plaintiff until July 1, 2024 to amend his complaint. (Doc. 78).

    2.    On June 10, 2024, Plaintiff filed his Third Amended Complaint. (Doc. 79).

1

3. The School Board's current response deadline is June 24, 2024.

4. The Third Amended Verified Complaint is thirty-nine pages and 168 paragraphs, not including the relief paragraphs and fifty pages of exhibits.

5. The Third Amended Verified Complaint raises a new theory: A § 1983 claim based on "Equal Protections – School Assignment Maps." It also specifies that the gerrymandering claim (Count II) is for "District Map *Shaw* Gerrymandering" (emphasis added), presumably invoking the *Shaw v. Reno* case. 509 U.S. 630.

6. Given the modifications and new arguments, the School Board is still in the process assessing its available defenses for its answer, and requires additional time to respond to this new pleading.

7. The School Board respectfully requests an extension of time, through and including July 24, 2024.

8. The request for an extension of time is not made for dilatory purposes, and is made in good faith.

9. Federal Rule of Civil Procedure 6(b)(1) provides the Court may enlarge time in which an act is required or allowed to be done if the request is made before the expiration of the period originally prescribed or as extended by previous order. The School Board has demonstrated good cause for such an extension based upon the matters set forth herein. Further, Plaintiff does **not** oppose the School Board's present request for extension of time

WHEREFORE, the School Board respectfully requests the Court extend the deadline to respond to the Complaint through July 24, 2024.

### Local Rule 3.01(g) Certification

I hereby certify that on June 20, 2024, Jason Margolin, as counsel for the School Board, conferred by email with Plaintiff, regarding this motion, and the parties agreed to the proposed extension.

Respectfully submitted,

/s/ *Jason L. Margolin*
**Jason L. Margolin** (FBN 69881)
Lead Counsel
jason.margolin@akerman.com
judy.mcarthur@akerman.com
**Benjamin Robinson** (FBN 1045169)
benjamin.robinson@akerman.com
judy.mcarthur@akerman.com
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
(813) 223-2837 / Fax: (813) 223-2837
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2024, I filed the foregoing using the Court's CM/ECF System, which will send a true and correct copy to all counsel of record.

/s/ *Jason L. Margolin*
Counsel for Defendant

76904683;1