**J.W. - Draft Settlement Agreement - 12.6.21(42462760.1).docx**
29K

---

**Blake Warner** <blake@null3d.com>                                    Fri, Dec 10, 2021 at 4:07 PM
To: "Kinsey-Sallis, LaKisha" <lkinsey-sallis@fisherphillips.com>
Cc: "Boucher, Aurora" <aboucher@fisherphillips.com>, Suzette Sample <suzette.sample@hcps.net>

Hello Attorney Kinsey-Sallis,

A waiver of all claims is a non-starter.  While not part of the initial agreement, I am willing to waive FAPE claims prior to the execution date despite having valid claims available (I am not interested in pursuing them) with the exception of IDEA/504 retaliation claims.  I am not currently aware of any facts that would support such a retaliation claim, however I am not comfortable waiving those claims when I have been provided no discovery or public records.

The agreement not to sue is too broad.  The language needs to be clarified so that any claims arising out of the school board closing schools in the future or implementing mask mandates in the future are not foreclosed.



best regards,
-Blake


On Fri, Dec 10, 2021 at 2:56 PM Kinsey-Sallis, LaKisha <lkinsey-sallis@fisherphillips.com> wrote:

> Hi Mr. Warner:
>
> To follow up on our conversation last Friday, please find attached a draft settlement agreement for your review and consideration.  Let me know if you have any questions.  If none, please let me know that too so I can finalize the agreement for your signature.
>
> 
>
> Thank you.  I look forward to hearing from you.