# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

## Motion To Strike
## Improperly Redacted Document

Plaintiff moves pursuant Rule 12(f) to enter an order striking "Exhibit settlement redline redacted" Doc. 87 Attachment 1, as the undersigned inadvertently failed to redact a minor child's name as required by the Federal Rules of Civil Procedure and the Administrative Procedures for CM/ECF *see* Rule 5.2(a)(3); *see also* CM/ECF Admin. P., Part G.

The undersigned has attached a properly redacted document, and requests that the court strike Doc. 87 Attachment 1, direct the clerk to remove that document from the docket, and treat the document attached to this motion as attached to Doc. 87.

1

# Local Rule 3.01(g) Certification

I attempted to confer with opposing counsel, however his email bounced back indicating that he was out of the office until August 19, 2024. Due to the time sensitive nature of the motion, and that I suspect counsel is unopposed, I went ahead and filed the motion.

| | |
|---|---|
| 8-12-2024 | /s/blake warner |
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |