## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter "Agreement") is entered into on this ——15th day of ~~December~~March, 2021 (hereinafter "Effective Date"), by and between Blake Warner (hereinafter "Parent"), individually, and on behalf of his minor child, ███ (hereinafter "J.W."), and the School Board of Hillsborough County, Florida (hereinafter "School Board"). The Parent and the School Board shall be collectively referred to as "Parties" hereinafter.

1. **Purpose:** The purpose of this Agreement is to conclusively resolve and settle any and all claims ~~that~~ pertaining specifically to the ~~Parent may have against the School Board and any and all disputes, controversies, or claims that the Parent may have against the School Board related to J.W.'s~~ education~~, which arise out~~ of ~~facts or circumstances occurring in whole or in part on or before the Effective Date of this Agreement, whether facts regarding any such claims are presently known or unknown, and regardless of whether same may be claimed to exist under current or future laws or interpretation of law~~J.W.  This Agreement shall also specifically cover any and all purported ~~claims~~claim raised in the matter of *J.W. v. Hillsborough County School District*, pending before the Division of Administrative Hearings under Case Numbers 21-002537 and 21-002910 (hereinafter "Lawsuit"). ~~Notwithstanding the foregoing, the Parties agree that this Agreement shall not cover and that the Parent does not release his purported public records claim brought under Article I, Section 24 of the Florida Constitution and Chapter 119 of the Florida Statutes as they are now pleaded in *Warner v. Superintendent Addison Davis*, Case Number 21-CA-009301, which is currently pending in the Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida (hereinafter "Excluded Claim").~~



3. **No Admission of Liability:**  The Parties stipulate and agree that entry into this Agreement does not constitute, for any purpose whatsoever, either directly or indirectly, an admission of any liability, and that The School Board expressly denies any such liability.  This Agreement represents a compromise of disputed claims raised in the Lawsuit ~~or otherwise~~ related to J.W.'s educational services and program within the Hillsborough County School District

(hereinafter "District"), and such other disputes that may exist between the Parties through the execution of this Agreement.").

    4.    **Consideration:**  As consideration of the promises made by the Parent under this Agreement, The School Board agrees to the following:

    (a)    

    (b)    to guarantee J.W. a school assignment through the District Choice Options program (hereinafter "CHOICE") for middle school to Coleman Middle School (hereinafter "Coleman") and for high school to Plant High School (hereinafter "Plant") provided that the Parent completes the CHOICE application prior to J.W. entering the sixth grade and again prior to J.W. entering the ninth grade as set forth below.



    In exchange for the compromise set forth in Sectionparagraph 4(a)-(b) above, the Parent agrees that he will:

    (a)    execute and abide by the terms of this Agreement;

    (b)    timely and within the application window complete the CHOICE application and all required school registration and other CHOICE forms in accordance with all CHOICE rules, policies, and procedures prior to J.W. entering sixth gradeenrolling at Coleman and again prior to J.W. entering the ninth grade;enrolling at Plant;

    (c)    within three days of signing this Agreement, dismiss with prejudice his claims pending in the Lawsuit and file the appropriate notice with the Division of the Administrative Hearings to effectuate the dismissal; and

    (d)    release any and all claims the Parent purports to have against the School Board and District through the Effective Date of this Agreement except his Excluded Claimas set forth in paragraph 5 below.

    The Parent agrees that notwithstanding the School Board's commitment to provide J.W. the CHOICE assignments identified above, all rules, policies, and procedures governing the CHOICE program shall still apply to J.W. Furthermore, the Parent acknowledges that the commitment to provide the CHOICE assignments referenced above does not guarantee transportation to either school site. Moreover, the Parent acknowledges and agrees that nothing in

this Agreement shall impair the ability of J.W.'s IEP Team to recommend a school assignment other than Coleman or Plant if necessary to ensure that J.W. receives a FAPE and it shall not be a violation of this Agreement for J.W.'s IEP Team to make such a recommendation.

5. **Release of the School Board and District:** For and in consideration of the required acts and promises set forth in this Agreement, the Parent hereby knowingly and voluntarily releases and discharges the School Board and District from any and all claims, demands, causes of action, complaints or charges, known or unknown, ~~of any kind or character, including those which the Parent has or might have as a result of, or in any way connected with~~ specifically related J.W.'s education, services, and educational program in the District through the date of the execution of this Agreement. This shall include, but not be limited to, all claims for services, supports, therapies, evaluations, tutoring, training, compensatory education or services, reimbursements, or claims for expenses, costs, fees, attorneys' fees, and all losses of any kind whatsoever related specifically to J.W.'s education, which the Parent has or might have by virtue of any fact(s), act(s) or event(s) occurring prior to the Effective Date of this Agreement. The Parent understands that this release shall also cover any claims, if any, that may belong independently to J.W. related to his educational services and program. The claims described in this paragraph shall be collectively referred to as "Released Claims" herein. The Parties jointly agree that the release in this paragraph shall not act to impair the enforceability of this Agreement or a waiver of the Parties' respective rights to take action to enforce this Agreement. The Parties further agree that this release shall not cover ~~the Excluded Claim referenced in paragraph 1 above~~any claim that is not regarding J.W.'s education or any new claim that may arise by reason of an act or omission occurring after the Effective Date of this Agreement. To that end, the School Board and District acknowledge that no provision in this Agreement may be construed as relieving them of any obligation they may have under federal or state law to provide J.W. a FAPE for any time after the execution of this Agreement.

6. **Agreement Not to Sue:** The Parent agrees not to maintain, argue, institute, or file any of the Released Claims in any court, administrative or agency process or other legal forum whatsoever, nor shall any other court actions, agency action/process or other legal proceedings of any type be filed that are connected in any way to or by virtue of or related to any other facts, acts, or events occurring in whole or in part on or before the Effective Date of this Agreement.

7. **Confidentiality:** The Parties jointly agree that, to the extent that this Agreement covers matters individualized and personal to J.W., the matters discussed herein shall be kept confidential. However, nothing this Agreement shall prevent ~~each~~either side from disclosing such information set forth in or that is part of this Agreement with such persons and in such forum as may be reasonably necessary to effectuate the Agreement and to implement the same. ~~The Parties further agree to keep confidential, and to not disclose, to any person and in any form (except as required by law, to comply with a lawfully issued subpoena, or to obtain legal or tax advice concerning any aspect of this Agreement) the existence, the terms or nature of the Parties' Agreement or settlement of the issues in dispute between them, the claims and defenses raised by the School Board to such disputes, or this Agreement.~~ However, the Parties jointly agree that nothing in this provision is intended to conflict or violate in any way any federal and state public disclosure and/or sunshine laws or other provisions that for whatever reason may require this Agreement or the matters covered in it to be subject to public disclosure.

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

**SIGNED AND AGREED TO BY:**

DATE: ~~December~~March _____, 2021        Signature: _____

                                            Blake Warner, Parent, individually and on behalf
                                            of J.W., minor child


DATE: ~~December~~March _____, 2021        Signature: _____

_____ Title:

_____
\_\_School District Representative on behalf of The
\_\_School Board of Hillsborough County, Florida