UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                                          CASE NO. 8:23-cv-181-SDM-UAM

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY,
FLORIDA,

    Defendant.
_____/

## ORDER

Blake Warner responds in opposition to the School Board's motion for judgment on the pleadings. Because an attachment (Doc. 87-1) to the response includes the full name of Warner's minor child, Warner moves (Doc. 88) to strike the attachment. The motion is **GRANTED** as follows. The first attachment to the response is **STRICKEN**. The clerk must remove from the docket the image at docket entry 87-1. Also, the clerk must file as a separate docket entry the attachment (Doc. 88-1) to Warner's motion to strike the attachment.

ORDERED in Tampa, Florida, on August 13, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE