# United States District Court
## For The Middle District of Florida
## Tampa Division

| | |
|---|---|
| Blake Warner, on behalf of himself and his minor child J.W.<br><br>v.<br><br>The School Board of Hillsborough County Florida | Case Number 8:23-CV-181-SDM-JSS |

## Unopposed Motion for Leave to File Reply to Defendant's Response in Plaintiff's Motion to Strike

Plaintiff moves pursuant to Local Rule 3.01(d), for Leave to File a Reply to Defendant's Response in Plaintiff's Motion to Strike (Doc 91).

Plaintiff seeks to address: a) the consideration argument that Defendant has raised, for the first time in over a year and a half that this litigation has been pending, in their response; and b) the procedural basis for the motion to strike.

## Conclusion

Plaintiff requests leave to file a five (5) page reply, inclusive all parts, to Defendant's Response in Plaintiff's Motion to Strike (Doc 91), within seven (5) days.

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they are unopposed to the motion for leave to file a reply.

8-23-2024

Date

/s/blake warner

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM