# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                                Case No. 8:23-cv-00181-SDM-JSS

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY, FLORIDA,

    Defendant

_____/

## DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure Rule 33, Defendant School Board of Hillsborough County, Florida, ("School Board") serves the below Responses and Objections to Plaintiff Blake Warner ("Mr. Warner").

## PRELIMINARY STATEMENT

1. The School Board objects to Mr. Warner's Interrogatories to the extent the Interrogatories relates to claims that have been dismissed and are not included in the operative pleading.

2. The School Board objects to Mr. Warner's "Definition and Instructions" accompanying the Interrogatories to the extent they purport to impose any duty or obligation on School Board that is different from, greater

than, or inconsistent with those imposed by the Federal Rules of Civil Procedure.

3. The School Board has not yet completed its discovery and investigation of the facts pertaining to this action, a review of its own documents, or its preparation for trial. The School Board bases its responses to the Interrogatories on information reasonably available to it at this time. The School Board's investigation is continuing, and it reserves the right to (a) supplement or amend its responses and objections under applicable rules to the extent necessary as additional information, if any, comes to light; and (b) produce, introduce, or rely on additional or subsequently acquired information in any proceedings or trial held hereafter.

## RESPONSES AND OBJECTIONS

1. Identify all students for school years beginning in school year 2018-2019 to present.

**RESPONSE**: **The School Board objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not relevant to Mr. Warner's claims. The School Board also objects to the Interrogatory, which improperly demands personally identifiable information of all minors who attended school within the district, for several years, and such information of non-parties is protected, confidential, and privileged. In addition to other authorities, this information is protected by the Family Educational Rights and Privacy Act (FERPA) codified in 20 U.S.C. § 1232g, and Florida Statutes §§ 10002.22(2)(d) ("Students and their parents shall have the right of privacy with respect to such records and reports."), 1002.221, 1002.222, 1002.225, and 1006.52.**

2. Identify all students who submitted a school choice hardship application on or after January 12, 2018, with the student's application (with personal

2

information redacted), the school the student was seeking to get admitted into, the school board's decision on that application, a detailed description of why the school board reached that decision.

**RESPONSE:** *See* **Response and Objection to Interrogatory No. 1 above. In addition, the School Board objects to this Interrogatory as it relates solely to claims no longer at issue in the operative complaint, and thus, is not relevant to any party's claim or defense and not proportional to the needs of the case.**

3. Identify all students who were admitted into a school (outside of the school choice process) that they were not assigned to, and a detailed reason for why the school board allowed them to attend that school. Examples of this include, but are not limited to, teachers being allowed to enroll their children at schools that they work at, and Addison Davis allowing his daughter to enroll at Plant High School despite living outside of its attendance zone in Apollo Beach.

**RESPONSE:** *See* **Response and Objection to Interrogatory No. 2 above.**

4. Identify all adult persons employed by you, who was involved in the decision making process of the student school assignment boundary changes that took place from 2022 to present, and describe their role in that process in detail.

**RESPONSE: The School Board objects to this Interrogatory as vague with respect to the phrase "involved in the decision making process." Any decision to alter the school assignment boundaries is made solely by a vote of the School Board at public meetings. The School Board considers recommendations and proposals from the Superintendent. The identification of the individual School Board members and the Superintendent are public knowledge, and the discussions and votes at public meetings are all public record, available on the internet, and equally accessible to the Plaintiff.**

5. Describe in detail how the School Board decides whether to approve or deny a school choice hardship applications while identifying any policy, practice, custom, law, bylaw, or any document that the school board relies on to make these determinations.

**RESPONSE: The School Board objects to this Interrogatory as it relates solely to claims no longer at issue in the operative complaint,**

3

**and thus, is not relevant to any party's claim or defense and not proportional to the needs of the case.**

As to objections:

| | |
|---|---|
| Dated: July 18, 2024 | Respectfully submitted, |

*/s/ Jason L. Margolin*
**Jason L. Margolin, Esq.**
Florida Bar No.: 69881
Primary E-mail:
jason.margolin@akerman.com
Secondary E-mail:
judy.mcarthur@akerman.com
*/s/ Benjamin G. Robinson*
**Benjamin G. Robinson, Esq.**
Florida Bar No. 1045169
benjamin.robinson@akerman.com
caren.deruiter@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
*Counsel for Defendant,*

4

## VERIFICATION OF INTERROGATORIES

By: _____

SCHOOL BOARD OF HILLSBOROUGH COUNTY FLORIDA

Print Name: <u>Christopher Farkas</u>

Position: <u>Deputy Superintendent of Operations</u>

STATE OF FLORIDA   )
                   ) ss
COUNTY OF HILLSBOROUGH )

Before me, the undersigned authority personally appeared <u>Christopher Farkas</u> who after being duly sworn, deposes and states that the answers to these Interrogatories are true and correct. He is ✓ personally known to me or ___ has produced _____ as identification and did take an oath.

SWORN TO AND SUBSCRIBED this <u>30</u> day of <u>July</u>, 2024.

_____

Notary Public

State of Florida

My Commission Expires:



Notary Public State of Florida
Eva L. Moniz
My Commission HH 093128
Expires 02/16/2025

5

77125005;2