# HILLSBOROUGH COUNTY PUBLIC SCHOOLS
## Scenario 4: Boundary Recommendation Overview

### Addison G. Davis, Superintendent





# Scenario 4: Boundary Recommendation Overview

After feedback from School Board Members, internal personnel, parents/guardians, organizational partners, and community stakeholders, Scenario #4 was developed in an effort to address the immediate needs of Hillsborough County Public Schools along with causing minimal educational disruption. Scenario #4 focuses on reducing the number of very over-utilized and very under-utilized schools, increasing benefits of utilization, reducing distance to school for students, and creating stability for future feeder patterns.

## Scenario #4 provides a surgical approach to addressing the foundational aspects of the Boundary Analysis by:

- Reducing the number of very over and very under-utilized schools from **23 to 0**;
- Increasing the number of schools in the well-utilized range from **67 to 79**;
- Reducing the number of schools under 60% from **13 to 0**;
- Reducing the number of impacted students from **24,000 to 15,144**;
- Reducing the number of impacted schools from **126 to 107**;
- Reducing distance from school by **39,862 miles**;
- Increasing annual reoccurring cost savings by **$12,841,772.02**;
- Reducing transportation reoccurring costs by **$5,339,439**;

## Benefits of Scenario 4

Understanding that boundary adjustments are never favored, Scenario #4 will create stability with feeder patterns for the next five/six years. Additionally, Scenario #4 has also accounted for projected growth, future builds, and facility optimization causing less disruption in student movement. This recommendation provides Hillsborough County Public Schools with an opportunity to remain innovative as six schools will be fully repurposed, three schools will be partially purposed, one school will expand grade levels, and 107 schools will receive new boundaries to ensure better utilization of instructional student stations.



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

1

# Scenario 4: Boundary Recommendation Overview

## Benefits of Scenario 4

Fully repurposed schools in Scenario #4 are recommended to be used for new innovative spaces inclusive of a College Preparatory Academy, Reconfiguration to Carrollwood, Newcomers Center, Post-Secondary ESE Career & Technical Academy, and potentially Affordable Housing for staff along with an Early Learning Center. Partially repurposed facilities will create spaces for district personnel to move from satellite support facilities to school-based facilities along with adding a Newcomers Center. These shifts will provide greater district presence in our schools and work to create immediate community support.

Scenario #4 allows the school district to address the fluctuation of student enrollment due to housing development, immigration patterns, charter school growth, and Florida school choice policies. This implementation timeline of all proposed fully and partially repurposed plans will be staggered creating sufficient time to address infrastructure demands, staffing needs, along with staff/leadership recruitment. Overall, Scenario #4 addresses the immediate and future enrollment concerns within HCPS for the next five years.





Hillsborough County
P U B L I C   S C H O O L S
Preparing Students for Life

## Scenario 4: Boundary Recommendation Overview

### Targeted Schools (Very Over-Utilized and Very Under-Utilized Schools)

In an effort to remain consistently focused on our main objective, the following schools have been identified as being very over-utilized (110% or greater) and very under-utilized (under 60%) and have been addressed within Scenario #4.

### Very Over-Utilized Schools

| SCHOOL NAME | 5 YEAR UTILIZATION | CURRENT UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|
| Westshore Elementary | 139% | 103% | 101% |
| Dawson Elementary | 134% | 104% | 105% |
| Shields Middle | 130% | 159% | 109% |
| Knights Elementary | 126% | 67% | 109% |
| Reddick Elementary | 123% | 84% | 105% |
| Sumner High | 120% | 152% | 94% |
| Belmont Elementary | 118% | 97% | 105% |
| Cypress Creek Elementary | 117% | 98% | 103% |
| Chiles Elementary | 114% | 91% | 104% |
| Newsome High | 113% | 106% | 103% |
| FishHawk Creek Elementary | 110% | 100% | 100% |
| Sessums Elementary | 110% | 81%* | 92% |

*Sessums: includes portables



# Scenario 4: Boundary Recommendation Overview

**Very Under-Utilized Schools**

| SCHOOL NAME | 5 YEAR UTILIZATION | CURRENT UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|
| Adams Middle | 40% | 44% | 0% |
| Broward Elementary | 41% | 59% | 60% |
| Smith Middle | 41% | 50% | 61% |
| Seffner Elementary | 42% | 52% | 71% |
| James Elementary | 46% | 56% | 63% |
| Just Elementary | 47% | TBD | 0% |
| Monroe Middle | 47% | 56% | 0% |
| Cleveland Elementary | 48% | 48% | 0% |
| Dowdell Middle | 50% | 53% | 77% |
| Clair Mel Elementary | 50% | 59% | 66% |
| Graham Elementary | 54% | 59% | 61% |
| Kimbell Elementary | 54% | 58% | 0% |
| Sligh Middle | 54% | 50% | 80% |
| Giunta Middle | 55% | 59% | 71% |
| Town & Country Elementary | 55% | 55% | 72% |
| Mann Middle | 61% | 58% | 92% |
| McLane Middle | 65% | 75% | 0% |

4

## Scenario 4: Boundary Recommendation Overview

Additionally, we must address schools that are very under-utilized and repurpose facilities while maximizing instructional student stations within our district. Therefore, my recommendation is to repurpose schools in a multiphase and multiyear approach. My proposal and timeline for repurposing schools is identified below:

## Recommendation, Overview, & Cost from Repurposed Schools

### Phase #1: Implementation 2023-2024 School Year

| Fully and Partially Repurposed Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Carrollwood K-8 | Configuration Change | Expand 6th Grade. School will now have Pre-K to 6th Grade. | N/A | 6th Grade: 2023-2024 |
| Just Elementary | Full Repurpose | Reboundary Students. Student Transition Year. | N/A | 2023-2024 |
| Town & Country Elementary | Partial Repurpose | All Students Remain. Launch Newcomers' Center | $88,700 *Title III/ Immigrant/ Migrant Capital Outlay Funding | 2023-2024 |

*See the funding sources identified.





Hillsborough County
P U B L I C  S C H O O L S
Preparing Students for Life

5

## Scenario 4: Boundary Recommendation Overview

### Recommendation, Overview, & Cost from Repurposed Schools

**Phase #2: Implementation 2024-2025 School Year**

All boundary changes, except Just Elementary, will occur in the 2024-2025 School Year

| Fully and Partially Repurposed Elementary Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Carrollwood K-8 | Configuration Change | Expand 7th Grade. School will now have Pre-K to 7th Grade. | N/A | 7th Grade: 2024-2025 |
| Cleveland Elementary | Full Repurpose | Reboundary Students. Student Transition Year. HVK12 & Choice Divisions Use Facility. | N/A | 2024-2025 |
| Kimbell Elementary | Full Repurpose | Reboundary Students. Student Transition Year. HOST Uses Facility. | N/A | 2024-2025 |
| Just Elementary | Full Repurpose | Sell Property and/or Identify Partner to Lease Property for Affordable Housing for Staff | N/A | 2024-2025 |



Hillsborough County
P U B L I C   S C H O O L S
Preparing Students for Life

## Scenario 4: Boundary Recommendation Overview

### Recommendation, Overview, & Cost from Repurposed Schools

**Phase #2: Implementation 2024-2025 School Year Continued**

| Fully and Partially Repurposed Middle & High Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Adams Middle | Full Repurpose | Reboundary Students. Student Transition Year. | N/A | 2024-2025 |
| Jennings Middle | Partially Repurpose | All Students Remain. CTE Division Uses Part of Facility | N/A | 2024-2025 |
| McLane Middle | Full Repurpose | Reboundary Students. Student Transition Year ESE, FDLRS, & Youth Services Divisions Use Facility. Launch Post-Secondary ESE Career & Technical Education Center. | $88,700 *IDEA/ ESE/ Capital Outlay Funds | 2024-2025 |
| Monroe Middle | Full Repurpose | Reboundary Students. Student Transition Year. Sell Property and/or Identify Partner to Lease Property for Affordable Housing for Staff. | N/A | 2024-2025 |
| Chamberlain High | Partially Repurpose | All Students Remain. Student Engagement Divisions Use Part of Facility | N/A | 2024-2025 |

*See the funding sources identified.


Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

7

## Scenario 4: Boundary Recommendation Overview

### Recommendation, Overview, & Cost from Repurposed Schools
#### Phase #3: Implementation 2025-2026 School Year

| Fully and Partially Repurposed Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Carrollwood K-8 | Configuration Change | Expand 8th Grade. School will now have Pre-K to 8th Grade. | N/A | 8th Grade: 2025-2026 |
| High School "UUU" | New School Opening | 9th-12th grade | Previously budgeted | 9th-11th 2025-2026 |

*See the funding sources identified.

#### Phase #4: Implementation 2026-2027 School Year

| Fully and Partially Repurposed Schools | | | | |
|---|---|---|---|---|
| SCHOOL NAME | RECOMMENDATION | FACILITY USAGE | COST ASSOCIATED | IMPLEMENTATION YEAR |
| Adams Middle | Full Repurpose | Launch College Preparatory Academy | $875,081 *Acceleration/ Workforce/ Capital Outlay/General Funds | 2026-2027 |

*See the funding sources identified.



## Scenario 4: Boundary Recommendation Overview

### All Schools Impacted by Scenario #4

Along with addressing over and under capacity concerns within Hillsborough County Public Schools, Scenario #4 creates student movement to increase the number of schools that are considered well-utilized (80%-95%). A total of 107 schools will receive new boundaries impacting 15,144 students. Below is the list of schools that will be impacted and the number of assigned students. Assigned students are the students zoned to a school in particular neighborhoods, inclusive of students that attend magnet, choice, charter, private, virtual, or homeschool.

### District #1 Schools Impacted

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Cleveland | Seminole | 188 | 63% | 0% |
| Farnell | Smith | 144 | 91% | 81% |
| Dickenson | Bay Crest | 122 | 79% | 73% |
| Crestwood | Morgan Woods | 117 | 74% | 69% |
| Tampa Bay Boulevard | Alexander | 102 | 71% | 94% |
| Cleveland | Sulphur Springs | 92 | 63% | 0% |
| Broward | Graham | 75 | 59% | 60% |
| Seminole | Broward | 68 | 81% | 92% |
| Woodbridge | Bellamy | 67 | 78% | 72% |
| Cleveland | Foster | 64 | 63% | 0% |
| Town & Country | Dickenson | 59 | 64% | 72% |
| Bay Crest | Davis | 55 | 66% | 70% |
| Twin Lakes | Crestwood | 35 | 84% | 80% |



Hillsborough County
P U B L I C   S C H O O L S
Preparing Students for Life

9

# Scenario 4: Boundary Recommendation Overview

## All Schools Impacted by Scenario #4
### District #2 Schools Impacted

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Sumner | New High "UUU" *opening 2025-26 | 1,530 | 120% | 94% |
| Monroe | Madison | 424 | 56% | 0% |
| Belmont | Summerfield Crossings | 315 | 118% | 105% |
| Madison | Stewart | 314 | 69% | 65% |
| Summerfield Crossings | Corr | 213 | 98% | 96% |
| Monroe | Stewart | 149 | 56% | 0% |
| Lanier | Anderson | 142 | 95% | 90% |
| Lennard | New High "UUU" *opening 2025-26 | 125 | 86% | 82% |
| Thompson | Apollo Beach | 105 | 97% | 103% |
| Bing | Clair Mel | 82 | 75% | 69% |
| West Shore | Lanier | 70 | 139% | 101% |
| West Shore | Chiaramonte | 59 | 139% | 101% |
| Madison | Sligh | 25 | 69% | 65% |
| Summerfield Crossings | Summerfield | 18 | 98% | 96% |
| Madison | Memorial | 3 | 69% | 65% |

10

## Scenario 4: Boundary Recommendation Overview

**All Schools Impacted by Scenario #4**

**District #3 Schools Impacted**

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Adams | Memorial | 515 | 44% | 0% |
| Liberty | Buchanan | 329 | 82% | 68% |
| Adams | Hill | 270 | 44% | 0% |
| Miles | Lake Magdalene | 228 | 105% | 84% |
| Adams | Woodson | 202 | 44% | 0% |
| Benito | Greco | 195 | 82% | 72% |
| Adams | Carrollwood | 173 | 44% | 0% |
| Adams | Buchanan | 170 | 44% | 0% |
| Chiles | Mort | 112 | 114% | 104% |
| Hill | Smith | 84 | 86% | 93% |
| Carrollwood | Claywell | 80 | 85% | 85% |
| Lewis | Temple Terrace | 77 | 84% | 78% |
| Carrollwood | Cannella | 75 | 85% | 85% |



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

## Scenario 4: Boundary Recommendation Overview

**All Schools Impacted by Scenario #4**

**District #3 Schools Impacted Continued**

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Martinez | Smith | 58 | 96% | 94% |
| Bailey | Lopez | 46 | 87% | 84% |
| Adams | Sulphur Springs | 37 | 44% | 0% |
| Hill | Pierce | 36 | 86% | 93% |
| Carrollwood | Lake Magdalene | 6 | 85% | 85% |
| Carrollwood | Essrig | 4 | 85% | 85% |



## Scenario 4: Boundary Recommendation Overview

### All Schools Impacted by Scenario #4
### District #4 Schools Impacted

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Bloomingdale | Spoto | 412 | 106% | 91% |
| Reddick | Cypress Creek | 236 | 123% | 105% |
| Shields | Eisenhower | 231 | 130% | 109% |
| Newsome | Bloomingdale | 217 | 113% | 103% |
| Dawson | Summerfield | 209 | 134% | 107% |
| Spoto | Brandon | 201 | 78% | 88% |
| Cypress Creek | Thompson | 190 | 117% | 103% |
| Tomlin | Burnett | 185 | 90% | 81% |
| Colson | Seffner | 171 | 85% | 70% |
| Newsome | Riverview | 156 | 113% | 103% |
| Dawson | Boyette Springs | 147 | 134% | 105% |
| Knights | Cork | 145 | 126% | 109% |
| Cypress Creek | Ruskin | 113 | 117% | 103% |
| Newsome | Sumner | 113 | 113% | 103% |
| FishHawk Creek | Lithia Springs | 109 | 110% | 100% |



## Scenario 4: Boundary Recommendation Overview

### All Schools Impacted by Scenario #4
### District #4 Schools Impacted Continued

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Yates | Seffner | 101 | 87% | 78% |
| Cypress Creek | Belmont | 96 | 117% | 103% |
| Dawson | Pinecrest | 73 | 134% | 107% |
| Pinecrest | Springhead | 66 | 94% | 95% |
| Marshall | Burnett | 62 | 95% | 91% |
| Mulrennan | Turkey Creek | 50 | 90% | 87% |
| Burns | Mann | 36 | 89% | 83% |
| Knights | Jackson | 31 | 126% | 109% |
| Cork | Bailey | 17 | 82% | 95% |



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

14

# Scenario 4: Boundary Recommendation Overview

## All Schools Impacted by Scenario #4
### District #5 Schools Impacted

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| McLane | Giunta | 814 | 67% | 0% |
| McLane | Sligh | 739 | 67% | 0% |
| McLane | Mann | 715 | 67% | 0% |
| Kimbell | Woodson | 467 | 58% | 0% |
| Giunta | Dowdell | 382 | 59% | 71% |
| Just | Tampa Bay Boulevard | 325 | 68% | 0% |
| Robles | James | 214 | 99% | 84% |
| Kimbell | Sheehy | 130 | 58% | 0% |
| Woodson | Temple Terrace | 88 | 67% | 99% |
| Washington | Oak Park | 75 | 71% | 90% |
| Graham | Potter | 71 | 59% | 61% |
| Potter | Edison | 70 | 76% | 73% |
| Sligh | Woodson | 60 | 50% | 80% |
| Washington | Edison | 59 | 71% | 90% |
| Just | Washington | 55 | 68% | 0% |



# Scenario 4: Boundary Recommendation Overview

## All Schools Impacted by Scenario #4
### District #5 Schools Impacted Continued

| CURRENT SCHOOL | NEW SCHOOL | # OF ASSIGNED STUDENTS | 5 YEAR UTILIZATION | SCENARIO 4 5 YEAR UTILIZATION |
|---|---|---|---|---|
| Woodson | Greco | 47 | 66% | 88% |
| Palm River | Bing | 15 | 71% | 70% |
| Jennings | Sligh | 13 | 65% | 85% |
| Kenly | Clair Mel | 5 | 74% | 73% |

**Additional Recommendations for Consideration:**

In an effort to assist schools that are over 100%, my recommendation is to require all families to recertify their current residency to ensure that each student is currently living in the assigned boundary. This will require families to provide two forms of documentation every year that school is over 100% for the next five years (this matches the duration of our redistricting plan). District supports will be added to all identified schools to assist with this process. Additionally, Principals and data processors will be engaged to discuss how to successfully implement this request.

In an effort to create academic momentum, I am recommending that the following grades level be grandfathered into their current schools for the 2024-2025 school year without transportation:
- Rising 5th Grade Students;
- Rising 8th Grade Students;
- Rising 11th Grade Students;
- Rising 12th Grade Students.

I also recommend, that the district look into the following components related to district facilities:

- Selling Learey Technical College in an effort to generate additional funding;
- Selling the Rampello Parking Garage to negotiating parking spaces for district employees;
- Seeking a lease for ROSSAC and finding a developer who will provide adequate office space for School Board Members and select district staff members.



Hillsborough County
P U B L I C   S C H O O L S
Preparing Students for Life

# Scenario 4: Boundary Recommendation Overview

This multiphase plan allows for students, families, school, and district personnel to properly prepare for immediate and future student and/or divisional movements. To ensure that we have a flawless implementation, we must properly engage all School Board Members and stakeholders to provide clarity, rationale, and support for boundary changes.  Our communication plan allows School Board and community members time to provide feedback and make recommendation adjustments to the current recommendation.

## Updated Boundary Implementation Timeline

| Date | Proposed Start Time | Activity |
|------|---------------------|----------|
| February 13, 2023 | 10:00 a.m. | School Board Workshop - Discussion on Superintendent's Recommendation.<br>No public comment permitted in Board Workshops |
| February 20th-23rd, 2023 | 6:00 p.m. - 7:30 p.m. | Five Community Meetings -<br>Families, staff and community members are invited to view and discuss the Superintendent's Draft Boundary Plan.<br>See list below |
| February 28, 2023 | 10:00 a.m. | Special Called Board Meeting - 1st Reading of the Proposed Boundary Adjustments<br>Public Comment allowed |
| March 9, 2023 | 10:00 a.m. | Special Called School Board Meeting - 2nd Reading of the Proposed Boundary Adjustments<br>Public Comment allowed |



## Scenario 4: Boundary Recommendation Overview

| Community Meetings | | |
|---|---|---|
| Monday, February 20<br>6 - 7:30 p.m. | King High School<br><br>Mulrennan Middle School | 6815 N. 56th Street, Tampa<br><br>4215 Durant Road, Valrico |
| Wednesday, February 22<br>6 - 7:30 p.m. | Webb Middle School | 6035 Hanley Road, Tampa |
| Thursday, February 23<br>6 - 7:30 p.m. | Madison Middle School<br><br>Chamberlain High School | 4444 W. Bay Vista Avenue, Tampa<br><br>9401 N. Boulevard, Tampa |





# Scenario 4: Boundary Recommendation Overview

## Seek Potential Grant Funds to Launch Innovative Offerings

**Choice Option #1**
**Early Learning Academy**

**Grade-band:**
**Primary Grades**

**Targeted Student Population:**
**3-year-old thru 2nd Grade**

**Total Cost to Launch:**
- **$376,000 (Title I/SAI Funds)**
- **$159,980 (Capital Outlay)**
- **$25,000 (General Funds)**
- **$560,980 (Total)**

**Description of Educational Offerings:**

Within the context of these relationships, programs must support emotional, social, and cognitive development because they are inextricably intertwined in the brain. The Early Learning Academy will offer students an engaging environment that fosters educational learning through play, conversations, discovery, and direct instruction. Foundational literacy and mathematical skills and concepts will be taught to ensure authentic engagement and collaboration with researched best practices that allow students to thrive educationally.

All classrooms will be filled with attractive materials and furniture designed to create learning spaces where students think, explore, and grow every day in every classroom. Students will learn by doing, touching, interacting, experimenting, and holding conversations linked to daily objectives and expectations. The discovery of learning will anchor an exploratory environment based on creativity and imagination to develop language and literacy skills, critical thinking strategies, and discover a sense of self within an educational setting.

Early Learning Academy will ensure that we have qualified personnel in every classroom, small group instructional frameworks, language-rich environment, developmentally appropriate curriculum, safe physical exploratory spaces, and warn and responsive educational environment.

Early Learning Academy will provide students with unique opportunities to access community experiences through field trips. Pre-K through 2nd grade students' field trips would include: The Glaser Museum, the local YMCA, BOCC SWIM initiative, Zoo Tampa, The Florida Aquarium, Dinosaur World, local libraries for literacy activities, and community parks. During these field trips, Pre-K students will experience settings where they will use/practice social, adaptive, and academic skills.



Hillsborough County
P U B L I C   S C H O O L S
Preparing Students for Life

## Scenario 4: Boundary Recommendation Overview

**Description of Educational Offerings Continued:**

In addition, Early Learning Academy will house the Early Learning Department. The department consists of the Early Childhood Director, Supervisors of Head Start, VPK, Pre-K ESE, and Curriculum and Instruction. Various support staff would also be at the site to manage the needs of the many programs. Community partners such as the Early Childhood Council and the Clothes Closet would also be located on the campus to provide community access to parents. In addition, the Child Find Evaluation teams and Coordinator would be assigned to the campus. This will allow a centralized location for families to be evaluated to determine if students qualify for Exceptional Student Education. If the student does not qualify for services, the campus will have the provision to allow the family to access resources and registration of other HCPS Pre-K programs of Head Start or VPK. Finally, by having the Pre-K evaluation teams on the campus with real-world classrooms, parents will be able to observe the Pre-K classrooms and make an educated decision for placement of their child.

**Staff Allocation Needs:**

| Staff Allocation | Cost | Funding Source |
|---|---|---|
| (1) Early Literacy Coach | $74,000 | Title I |
| (2) Reading Interventionists | $148,000 | Title I |
| (1) Behavioral Specialist | $74,000 | Title I |



# Scenario 4: Boundary Recommendation Overview

**Financial impact to prepare site:**

| Facility Need | Cost | Funding Source |
|---|---|---|
| Campus Signage | $3,700 | Captial Outlay |
| Specialized Personnel<br>• Early Literacy Coach<br>• Rdg. Interventionists<br>• Behavior Specialist | **$296,000**<br>• $74,000<br>• $148,000<br>• $74,000 | Title I & SAI |
| Specialized Furniture<br>8 classrooms | **$116,280**<br>$14,535/classroom | Captial Outlay |
| Specialized Playground | $40,000 | Captial Outlay |
| Retrofitting Infrastructure<br>(Sinks, toilets, etc.)<br>• TBD | Not required by code:<br>$2,500/restroom to retrofit | Captial Outlay |
| Program Marketing | $25,000 | General |
| Instructional Materials<br>• Pre-K Classrooms (World of Wonders, McGraw Hill). Manipulatives to support implementation.<br>• KG-2nd (Wonders for ELA McGraw Hill)<br>• KG-2nd Math (ACCEL. Learning STEM Scopes)<br>• KG-2nd Science HMH (Houghton Mufflin Harcourt)<br>• KG-2nd Social Studies HMH (Houghton Mufflin Harcourt)<br>• I-Ready Subscriptions | **$80,000**<br>• $4,751.56 per class ($19,006.24)<br>• $402.00 per class ($3,208)<br>• $3,000 per class ($18,000)<br>• $2,500.00 per class ($15,000)<br>• $2,000.00 per class ($12,000)<br>• $1,800.00 per class ($10,800) | Title I / SAI |



Hillsborough County
P U B L I C   S C H O O L S
Preparing Students for Life

# Scenario 4: Boundary Recommendation Overview

**Choice Option #2**
**Adams College Preparatory Academy (Focus on Project-Based Learning & Entrepreneurship)**

**Grade-band:**
**Middle School**

**Targeted Student Population:**
**6th - 8th Grade Students**

**Total Cost to Launch:**
- **$415,081 (Capital Outlay)**
- **$410,000 (Acceleration/SAI/Instructional Materials)**
- **$50,000 (General Funds)**
- **$875,081 (Total)**

**Description of Educational Offerings:**

Adams College Preparatory Academy is an incredible middle school packed with advanced and challenging coursework designed to equip students with the skills they need to excel in high school, college, and beyond. With an international studies program and college-level coursework, students will embark on a journey of learning that is both rigorous and rewarding.

At Adams College Preparatory, students will experience a well-rounded education through inquiry-based learning, creative exploration in the visual and performing arts, cutting-edge technology, and state-of-the-art science classrooms and labs. And, with exciting high school and collegiate tours, students will get a glimpse into the amazing post-secondary opportunities that await them.

Plus, middle schoolers can earn high school credits for courses like Algebra I Honors, Geometry Honors, Biology, and Foreign Language. And, with partnerships with local colleges and universities, students can even get a head start on their college careers.

Adams College Preparatory is dedicated to building critical and independent thinkers, and the Entrepreneur pathway is the perfect way to achieve this goal. This pathway leads directly into the 3DE programs at Blake, Chamberlin, Hillsborough, and Jefferson High School. 3DE is revolutionizing education by creating engaging learning environments that reflect the real world, empowering students with the knowledge, skills, and confidence to succeed. And with partnerships with Junior Achievement and community agencies, students will get hands-on experience working in teams to solve real-world problems. Students will unlock their full potential at Adams College Preparatory Academy.



## Scenario 4: Boundary Recommendation Overview

### Staff Allocation Needs:

Staff allocations will be based on student enrollment FTE.  Additionally, early childhood experts will be staffed such as:

| Staff Allocation | Cost | Funding Source |
|---|---|---|
| (1) Acceleration Coordinator | $85,000 | Acceleration |
| (1) Coordinator of Business Recruitment | $74,000 | Workforce Development/CTE |
| Acceleration Educators | TBD | (Built into the base staff allocation based on enrollment) |

### Financial Impact:

| Facility Need | Cost | Funding Source |
|---|---|---|
| Campus Signage | $3,700 | Capital Outlay |
| Specialized Personnel<br>• (1) Magnet Lead<br>• (1) Coordinator of Business Recruitment | $159,000 | Acceleration/Workforce |
| Upgrade Technology<br>• Base classroom technology (40 classrooms) - computers, audio, displays<br>• Makerspace lab (24 students) - 3D printers, CNC routers, software, accessories<br>• Internet of Things (IoT) lab (24 students) - IoT development kits, AR/VR/XR headsets, developer PCs | **$365,446**<br>• $247,946<br>• $49,500<br>• $68,000 | Capital Outlay |



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

## Scenario 4: Boundary Recommendation Overview

| Facility Need | Cost | Funding Source |
|---|---|---|
| Upgrade Projected-based Labs | $45,935/Lab | Capital Outlay |
| Specialized Curriculum<br>• Professional Development<br>• Instructional Materials<br>• Digital Curriculum Access | ~$400,000 | Acceleration/SAI/Instructional Materials |
| Acceleration Annual Fees<br>• AICE or IB | $10,000 | Acceleration |
| Program Marketing<br>• Printed materials (e.g., brochures, flyers, posters)<br>• Online advertising<br>• Social media marketing<br>• Event and program promotion | $25,000 | General Fund |
| Field-Trip Experiences & College Tours | $25,000<br>($50/students @ 500 students) | General Fund |

# Scenario 4: Boundary Recommendation Overview

**Choice Option #3**
**Newcomers' Center - will serve as a resource center to supplement student and family services offered at schools of enrollment.**

**Grade-band:**
**All Grades and Adult**

**Targeted Student Population:**
**PreK-Adult ELL/Immigrant/Migrant students and families**

**Total Cost to Launch:**
- **$85,000 (Title III/Immigrant/Migrant)**
- **$3,700 (Capital Outlay)**
- **$88,700 (Total)**

**Description of Educational Offerings:**

The Newcomers Center will serve as a centralized location to support new immigrants with school-age children to Hillsborough County Public Schools. While many of our new citizens can matriculate quickly and easily into a regular classroom, we have children and youth with limited or unknown schooling experiences from their home country. The Newcomers Center will allow a careful transition into a new environment and allow us to better prepare some students with language barriers and below age/grade level skills to be better placed into a traditional setting.

This center will provide a welcoming and respectful environment that meets the unique linguistic, academic, and social/emotional needs of ELL/Immigrant/Migrant students and families from grades pre-kindergarten through 12th grade. Support will include, but is not limited to:

- Full Student Enrollment Support Services including access to Bilingual School Counselors;
- Full Wraparound supports including access to Bilingual translators, Bilingual Psychologists, Bilingual Social Workers, and Bilingual Health Services;
- Family and Community Engagement Activities that connect families with internal and external resources.
- Access to ELL Adult Classes to assist our families to learn English alongside their learners.
- Access to Community Partnerships such as the Department of Health to offer school physicals and vaccines.
- Access to bilingual parent services and training to equip our families to support their learners.

With the influx of Newcomers coming to the Tampa Region, we need to be prepared to extend our support to ensure students and families have the foundation to become successful within our school district.



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

## Scenario 4: Boundary Recommendation Overview

**Staff Allocation Needs:**

Staff allocations will be based on capacity to serve families and students who are newly arriving to Hillsborough as immigrants. Most are currently existing positions that will relocate to the Newcomer Center. Additional positions will only be added when new recurring revenue can sustain growth.

| Staff Allocation | Cost | Funding Source |
|---|---|---|
| Newcomer Supervisor | $85,000 | Title III/Immigrant/Migrant |
| Bilingual Enrollment Specialist | Current Position (No Cost) | Title III/Immigrant/Migrant |
| Bilingual Translator Bilingual School Counselor Bilingual Social Worker Bilingual Psychologist Bilingual Health Service Workers | Current Positions (No Cost) | Title III/Immigrant/Migrant |

**Financial Impact:**

| Facility Need | Cost | Funding Source |
|---|---|---|
| Campus Signage | $3,700 | Capital Outlay |



# Scenario 4: Boundary Recommendation Overview

**Choice Option #4**
**Exceptional Student Career and Technical Educational Center**

**Grade-band:**
**Secondary (Age 18-22)**

**Targeted Student Population:**
**Grades 12+- Students with IEPS who have deferred receipt of diploma to participate in high demand career and technical offerings that lead to competitive employment.**
**This will be the first of its kind as our current programs are on traditional high school campuses. This innovative approach supports an experience in a more independent and age-appropriate environment.**

**Total Cost to Launch:**
- **$85,000 (IDEA/ESE FTE)**
- **$3,700 (Capital Outlay)**
- **$88,700 (Total)**

## Description of Educational Offerings:

The objective is to provide necessary skills, job training, support, and internship to young adults with disabilities to help prepare them for life. This will include collaboration with our business partners, HCPS hiring departments and agencies such as Vocational Rehabilitation, Agency for Persons with Disabilities, Career Source and The Future Career Academy.

The program will be a minimum of two years and include the following:

- Participants will be assessed to identify areas of interest that match high demand jobs;
- Participants will learn and apply employability soft skills;
- Participants will successfully use public transportation or work to obtain a drivers' license
- Participants will participate in necessary training and certification programs depending on their area of interest, such as SERV Safe Food Handler Certification, full industry certification and micro-credentialing;
- Participants will participate in paid and non-paid internships experiences;
- Participants will create and update their resumes, navigate application processes and learn the necessary skills to participate in an interview successfully;
- Participants will focus on acquiring a job in their area of interest using all available resources such as VR, business partners and the Future Career Academy.



## Scenario 4: Boundary Recommendation Overview

### Staff Allocation Needs:

Initial staff allocations will include the use of existing positions that are currently assigned to school-based transition programs. Additional staff will be added as the program grows and can be self-sustaining with FTE, ESE Guaranteed funds and IDEA.

| Staff Allocation | Cost | Funding Source |
|---|---|---|
| Site Administrator | $85,000 | IDEA / ESE FTE |
| Transition Teachers | Current Positions (no cost) | IDEA / ESE FTE |
| Transition Paras | Current Positions (no cost) | IDEA / ESE FTE |

### Financial Impact:

| Facility Need | Cost | Funding Source |
|---|---|---|
| Campus Signage | $3,700 | Capital Outlay |



Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life