# Receipt

casetext

**Invoice number** 890EE863-0014
Receipt number  2831-8234
Date paid       June 15, 2024
Payment method  Mastercard - 9567

**Casetext, Inc.**
+1 833-227-3898
support@casetext.com

**Bill to**
blake Firm
2211 S VILLAGE AVE
TAMPA, Florida 33612-3968
United States
blake@null3d.com

## $110.00 paid on June 15, 2024

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Basic Research<br>Jun 15 – Jul 15, 2024 | 1 | | $110.00 |
| Unit price | 1 | $110.00 | $110.00 |
| | | Subtotal | $110.00 |
| | | Total | $110.00 |
| | | **Amount paid** | **$110.00** |

# Receipt

# casetext

**Invoice number** 890EE863-0015
Receipt number 2900-4928
Date paid July 15, 2024
Payment method Mastercard - 9567

**Casetext, Inc.**
+1 833-227-3898
support@casetext.com

**Bill to**
blake Firm
2211 S VILLAGE AVE
TAMPA, Florida 33612-3968
United States
blake@null3d.com

## $110.00 paid on July 15, 2024

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Basic Research<br>Jul 15 – Aug 15, 2024 | 1 | | $110.00 |
| Unit price | 1 | $110.00 | $110.00 |
| | Subtotal | | $110.00 |
| | Total | | $110.00 |
| | **Amount paid** | | **$110.00** |

# Receipt

casetext

**Invoice number**  890EE863-0016
Receipt number   2357-5064
Date paid        August 15, 2024
Payment method   Mastercard - 9567

**Casetext, Inc.**
+1 833-227-3898
support@casetext.com

**Bill to**
blake Firm
2211 S VILLAGE AVE
TAMPA, Florida 33612-3968
United States
blake@null3d.com

## $110.00 paid on August 15, 2024

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Basic Research<br>Aug 15 – Sep 15, 2024 | 1 | | $110.00 |
| Unit price | 1 | $110.00 | $110.00 |
| Subtotal | | | $110.00 |
| Total | | | $110.00 |
| **Amount paid** | | | **$110.00** |