# United States District Court
## For The Middle District of Florida
## Tampa Division

BLAKE WARNER

v.

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY FLORIDA

Case Number  8:24-cv-181-SDM-LSG

## NOTICE OF EVIDENCE

Plaintiff submits the attached evidence in compliance with the court's order (Doc. 103), without waiving any argument submitted in Plaintiff's Verified Motion to Stay Summary Judgment (Doc. 106).

12-2-2024

Date

/s/blake warner

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

1