# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-LSG

# Plaintiff's Notice of Supplemental Authority

Plaintiff files this notice pursuant Local Rule 3.01(i):

"The presumption described in Riley does not apply when the terms of the release, unlike the agreement signed by Myricks, are unclear. We have determined, for example, that an issue of fact existed about whether an employee knowingly and voluntarily released a claim after consulting an attorney when the terms of his release were ambiguous. In Bledsoe v. Palm Beach County, we held that a general release negotiated to end a worker's compensation lawsuit against one unit of the county government did not clearly apply to a new lawsuit under the Americans with Disabilities Act against a separate unit of the county government. 133 F.3d 816, 820-21 (11th Cir.1998). In contrast with Bledsoe, the release that Myricks signed clearly applies to all claims against the Bank, including pending claims of discrimination under the Civil Rights Acts."

*Myricks v. Federal Reserve*, 480 F.3d, 1036, 1042 (11th Cir. 2007)

<u>12-24-2024</u>

Date

<u>/s/blake warner</u>

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM