# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-LSG

# Unopposed Motion for Extension of Time to File Written Objections to the Report and Recommendation

Plaintiff respectfully requests—pursuant Rule 6(b)(1)(A)—a thirty (30) day extension to file written objections to the Magistrate Judge's Report and Recommendation (Doc. 112).

Mr. Warner requests additional time to carefully review the report and research legal issues that are new to the non-attorney Plaintiff[1] to perfect the record for appeal.

Mr. Warner respectfully requests a fourteen (14) day extension to February 11, 2025 to object to the report.

---

[1] such as Party Presentation Principle. *see J & J Sports Prods. v. Los Ranchos Latinos Inc.*, No. 22-13434, at *6 (11th Cir. Aug. 1, 2024) and waiver of affirmative defenses that the report raised but the board did not assert.

1

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they are unopposed to the relief sought in this motion.

| | |
|---|---|
| January 16, 2024 | /s/blake warner |
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |