# United States District Court
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BLAKE WARNER

v.

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY FLORIDA

Case Number 8:23-CV-181-SDM-LSG

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OBJECTION IN EXCESS OF 10 PAGES

Warner moves the Court for leave to file an over-length forty (40) page objection to Magistrate's Report and Recommendation (Doc. 112) ("report") due to the complexity and number of challenged legal and factual conclusions in the report. Local rules only permit Warner to file a ten (10) page objection, yet the report was 27 pages.

Mr. Warner is a non-attorney with no formal legal training, and objectively poor legal writing skills. It is impossible for him to condense all of this legal matter into ten (10) pages and still perfect the record.

For the good cause shown above, Warner respectfully requests that this Court grant him leave to file a forty (40) page objection, all parts included.

## LOCAL RULE 3.01(G) CERTIFICATION

I certify that I conferred with opposing counsel who indicated that they are unopposed to the relief sought.

January 23, 2025
_____

Date

/s/blake warner
_____

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

2