# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-LSG

## Plaintiff's Notice of Feb 11, 2025 School Board Meeting

Warner files this notice pursuant to Rule 201 of the Federal Rules of Evidence, and respectfully requests that this Court take judicial notice of the following:

- https://thelocallens.org/hillsborough-school-board-faces-debate-over-naacp-presence-and-curriculum-costs/

- https://citizenportal.ai/articles/2317106/Florida/Community-Leaders-Demand-Transparency-from-Hillsborough-School-Board-on-NAACP-Office-Space

- Video of the February 11, 2025 school board meeting https://www.youtube.com/watch?v=Hh?

- Webpage containing information about that meeting https://www.hillsboroughschools.org/Pa

- Official transcript of that meeting: https://schoolboard.hcpswebcasts.com/text/hcsb2025-02-11.html

- The attached email from a school board attorney to the NAACP describing an alleged breach of their free rent agreement.

## Basis for Judicial Notice

Federal Rule of Evidence 201(b) permits courts to take judicial notice of facts "not subject to reasonable dispute" because they are either: generally known within the court's territorial jurisdiction, or accurately and readily determined from sources whose accuracy cannot reasonably be questioned. A government-operated website and government emails are sources whose accuracy cannot reasonably be questioned.

## Relevance of the Documents

The Magistrate Judge's report introduced, for the first time, the notion that someone other than Warner could represent the public's interest in challenging racially discriminatory school assignment boundaries. In response, Warner argued—among other points—that the community organization customarily tasked with this role was compromised because it leases its headquarters from the school board *free of charge*. The accompanying documents echo the same concern, indicating that community members criticize the NAACP for failing to advocate on behalf of under-served minorities because it benefits from school-board-provided *free* office space:

"The discussions centered around the NAACP's presence at the Gary Adult High School, where it currently operates rent-free, raising questions about fairness and effectiveness in addressing community issues."

"Bishop Michelle Patty echoed these sentiments, stating that many parents and employees feel the NAACP has become compromised due to its rent-free arrangement, which she argued limits its ability to advocate effectively for civil rights."

"the meeting underscored a community grappling with issues of equity, safety, and the effectiveness of civil rights advocacy within the educational system."

As a result, this once-prominent civil rights organization is now regarded as ineffective in protecting the rights of minority students.

## CONCLUSION

Because the content of the board meeting is not subject to reasonable dispute and is maintained by the defendant, Warner respectfully asks the Court to take judicial notice of the above-referenced website pursuant to Rule 201 of the Federal Rules of Evidence.

_____
Feb 11, 2025

Date

_____
/s/blake warner

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM