| AL | AK | AR | AZ | CA | CO | CT | DE | FL | GA | GU | HI | IA | ID | IL | IN | KS | KY | LA | MA | MD | ME | MI | MN | MO |
| MS | MT | NE | NH | NJ | NM | NV | NY | NC | ND | OH | OK | OR | PA | PR | RI | SC | SD | TN | TX | UT | VA | VT | WA |
| | | | | | | | | | | | WI | | | | WV | | | | | | WY | | | |



Sign up

# Community Leaders Demand Transparency from Hillsborough School Board on NAACP Office Space

2025-02-12 | Hillsborough, School Districts, Florida

  

Thanks to **https://workplace-ai.com/** , all articles about Florida are free for you to enjoy throughout 2025!

2/25/25, 7:38 AM                     Citizen Portal AI - Community Leaders Demand Transparency from Hillsborough School Board on NAACP Office Space

Case 8:23-cv-00181-SDM-LSG    Document 119-1    Filed 02/25/25    Page 2 of 4 PageID 1368

*This article was created by AI using a video recording of the meeting. It summarizes the key points discussed, but for full details and context, please refer to the video of the full meeting.*  **Link to Full Meeting**

On February 11, 2025, the Hillsborough County School Board meeting highlighted significant community concerns regarding the role of the NAACP within the school system. The discussions centered around the NAACP's presence at the Gary Adult High School, where it currently operates rent-free, raising questions about fairness and effectiveness in addressing community issues.

Several speakers expressed dissatisfaction with the NAACP's perceived inactivity in combating violence among youth. Kathy Henry, a concerned citizen, questioned why the organization has not been more proactive in organizing community forums to address the alarming rates of gun violence among students. She emphasized the need for educational initiatives to engage youth and prevent violence, urging the school board to take action.

Bishop Michelle Patty echoed these sentiments, stating that many parents and employees feel the NAACP has become compromised due to its rent-free arrangement, which she argued limits its ability to advocate effectively for civil rights. She called for transparency from the school board and suggested that the NAACP should operate independently to fulfill its mission without constraints.

In contrast, supporters of the NAACP defended its contributions to the community, highlighting its historical significance and ongoing programs aimed at promoting equity and social justice. Jarvin Salami pointed out the organization's efforts in health initiatives and support for minority businesses, arguing that collaboration between the NAACP and the school board is beneficial for the community.

The meeting also touched on broader themes of inclusion and access, with speakers questioning the policies governing the use of school facilities by various organizations. Concerns were raised about whether the NAACP's presence creates a conflict of interest, particularly given its role in advocating for civil rights while also receiving support from the school board.

In addition to the discussions surrounding the NAACP, student representative Rayna Akins brought attention to food waste in school cafeterias, advocating for policy changes to reduce unnecessary waste and improve student participation in meal programs. She also requested that the school board adjust meeting times to allow more student voices to be heard.

Overall, the meeting underscored a community grappling with issues of equity, safety, and the effectiveness of civil rights advocacy within the educational system. As the school board considers the future of the NAACP's involvement, the discussions reflect a broader desire for accountability

and proactive measures to address pressing social issues affecting students and families in Hillsborough County.

*Converted from School Board Meeting February 11, 2025 meeting on February 12, 2025*

Link to Full Meeting



## Unlock your FREE access to Citizen Portal

Discover the power to stay informed and take action. Citizen Portal AI connects you directly to the words and decisions of your elected officials—at no cost. Empower yourself to make a difference.

Get started free

## View full meeting

This article is based on a recent meeting—watch the full video and explore the complete transcript for deeper insights into the discussion.

View full meeting

# Sponsors

Proudly supported by sponsors who keep Florida articles free in 2025



https://workplace-ai.com/

2/25/25, 7:38 AM  Citizen Portal AI - Community Leaders Demand Transparency from Hillsborough School Board on NAACP Office Space

Case 8:23-cv-00181-SDM-LSG    Document 119-1    Filed 02/25/25    Page 4 of 4 PageID
1370



Citizen Portal Inc. All rights reserved.

## Find Your State

| AL | AK | AR | AZ | CA | CO | CT | DE | FL |
|---|---|---|---|---|---|---|---|---|
| GA | GU | HI | IA | ID | IL | IN | KS | KY | LA |
| MA | MD | ME | MI | MN | MO | MS | MT | NE |
| NH | NJ | NM | NV | NY | NC | ND | OH | OK |
| OR | PA | PR | RI | SC | SD | TN | TX | UT | VA |
| VT |  | WA |  | WI |  | WV |  | WY |
| GU |  |  | AS |  |  | VI |  |  |

## Get Involved

Vote for new features and content

Become a Sponsor

Become a Citizen Volunteer

Feature Citizen Portal on your podcast

Learn More

support@CitizenPortal.ai    Privacy Policy    Terms of Service    Answers    Today