Select Language    ▼    Powered by Google Translate

## Closed captioning transcript for the Hillsborough County School Board Meeting from February 11, 2025 - 4:00 p.m.

>>Jessica Vaughn: I AM JESSICA VAUGHN, CHAIR OF HILLSBOROUGH COUNTY SCHOOL BOARD. I WANT TO WELCOME YOU TO HILLSBOROUGH COUNTY PUBLIC SCHOOLS. WE SERVE MORE THAN 200,000 STUDENTS, INCLUDING CHILDREN STARTING WITH OUR EARLY LEARNING PROGRAMS AND CONTINUING WITH ADULTS THROUGH OUR WORKFORCE PROGRAMS.

>>Karen Perez: I AM KAREN PEREZ, THE SCHOOL BOARD'S VICE-CHAIR. OUR DISTRICT IS THE SEVENTH LARGEST IN AMERICA. AND OUR TEAM IS MADE UP OF 24,000 PEOPLE WORKING AT CLOSE TO 250 SITES ACROSS THE COUNTRY.

>>Lynn Gray: OUR DISTRICT IS DIVERSE AND DEDICATED. OUR BOARD MEETINGS ARE HELD IN OUR BOARD AUDITORIUM COLLECT TUESDAYS AT 4 P.M. BEST WAY TO SERVE OUR STUDENTS AND OUR COMMUNITY IS TO INVOLVE YOU, THE PUBLIC IN WHAT WE DO.

>>Henry "Shake" Washington: YOU ARE WELCOME TO MEET OR E-MAIL ANY OF OUR BOARD MEMBERS AND FOLLOW OUR DISTRICT ON SOCIAL MEDIA. SCHOOL BOARD MEETINGS ARE COVERED LIVE BY HILLSBOROUGH SCHOOLS TV ON SPECTRUM 635 AND FRONTIER CHANNEL 32.

>>Stacy Hahn: MEETINGS ARE STREAMED LIVE ON OUR WEB SITE AT HILLSBOROUGHCOOLS.ORG. CLOSED CAPTIONING IS PROVIDED ON ALL BROADCASTS AND PAST MEETINGS ARE AVAILABLE IN OUR ONLINE ARCHIVE.

>>Nadia Combs: WE ARE INTERESTED IN WHAT THE YOU CAN WILL I CAN HAS TO SAY. WE WILL HAVE TIME FOR AUDIENCE COMMENTS BEFORE WE ADDRESS OUR BUSINESS ITEMS. OUR AGENDA AND ANY SUPPORTING MATERIALS CAN BE VIEWED ONLINE IN CHANCE. SEVEN DAYS OF EACH MEETING BEFORE OUR WEB SITE AT HILLSSCHOOLS.ORG. REBECCA RENDON OUR VISION IS PREPARING STUDENTS FOR ALL STUDENTS. TODOS LOS ESTUDIANTES TODOS LOS DIAS. THANK YOU FOR YOUR INTEREST IN EDUCATION. WITH YOUR HELP, WE ARE MAKING DECISIONS THAT SHAPE OUR COMMUNITY'S FUTURE.

>>Jessica Vaughn: THE BOARD MEETING OF FEBRUARY 11, 2025 IS CALLED TO ORDER. MEMBER PEREZ WILL NOW LEAD US IN A MOMENT OF REFLECTION FOLLOWED BY THE PLEDGE OF ALLEGIANCE.

>>Karen Perez: DEAR TEACHERS, OUR STUDENTS APPRECIATE THE DEDICATION, SUPPORT AND GUIDANCE YOU PROVIDE EVERY DAY. THE HARD WORK AND COMMITMENT DOES NOT GO UNNOTICED. THANK YOU FOR ALL YOU TO DO INSPIRE AND EDUCATE THEM. YOU ARE TRULY MAKING A DIFFERENCE IN THEIR LIVES. AND ACCORDING TO A STUDENT AT SHEEHY ELEMENTARY, REGGIE MAY, SHE SAYS MY SCHOOL, I LOVE, BECAUSE I LEARN READING AND MATH AND MISS MERCAD ASSOCIATION MY FAVORITE TEACHER AND I HAVE A LOT OF FRIENDS. SO THANK YOU AGAIN FOR ALL YOU DO EVERY DAY. PLEASE STAND FOR THE PLEDGE OF ALLEGIANCE. [PLEDGE OF ALLEGIANCE]

>>Jessica Vaughn: THANK YOU SO MUCH. MEMBER PEREZ, WILL YOU NOW ACKNOWLEDGE OUR STUDENT ENTERTAINMENT.

>>Karen Perez: I WOULD LIKE TO THANK THE DURANT HIGH SCHOOL CHORUS ALONG WITH PRINCIPAL GARY GRAHAM AND DIRECTOR GRIZEL. I AM GOING TO TRY THIS -- PANGIOTAKIS. IS THAT YAY. OKAY. THESE WONDERFUL STUDENTS ENTERTAINED US PRIOR TO THE START OF

2/25/25, 8:28 AM    Closed Captioning transcript of the Hillsborough County School Board Meeting from June 24, 2024 - Page ID

Case 8:23-cv-00181-SDM-SG    Document 118-2    Filed 02/25/25    Page 2 of 34 PageID
1372

OUR BOARD MEETING. AT THIS TIME, WE WOULD LIKE TO INVITE THE STUDENTS UP TO
INTRODUCE THEMSELVES.

>> MY NAME IS JACKSON. I AM IN 12th GRADE. I AM A BASS.

>> HI, JAYS. I AM IN 12th GRADE AND I AM A BASS.

>> RYAN ADAMS, 12th GRADE AND I AM A BASS.

>> GARY, I AM SECOND TENOR.

>> SAMUEL BUSH, 11th GRADE, AND I SING TENOR.

>> JAYDEN JEFFERSON, I I THINK IT TENOR IN THE 11th GRADE.

>> JOSEPH, I AM A TENOR AND I AM IN 12th GRADE.

>> JORDAN CONCEPTION, I AM IN 12th GRADE AND A TENOR.

>> I AM CAL, I AM IN 12th GRADE AND A TENOR.

>> MY NAME IS BROOK MILES, I AM IN 12th GRADE AND I SING A WILLLTO.

>> ALEXIS, I AM IN 12th GRADE AND I SING A WILL,T TOO.

>> MACY, I AM A 10th GRADER AND SO HE BRAIN KNOW.

>> I AM IN THE 11th GRADE AND I SING ALTO.

>> SAMANTHA, I AM A SENIOR AND I AM A SOPRANO.

>> CHARLES, I AM IN 11th GRADE AND I SING SO HE BRAIN KNOW.

>> MAGGIE RAMOS IN 10th FRAYED AND ALTO.

>> SHANE, TIME IN 12th GRADE AND SING SOPRANO.

>>? ARMANI AND I SING SOPRANO.

>> I AM IN THE 11th GAME AND I SING SO HE BRAIN KNOW.

>> GABBY, I AM IN 10th GRADE AND I SING ALTO.

>> I AM JANEL AND I AM THE CHORAL DIRECTOR AT DURANT HIGH SCHOOL. THANK YOU SO
MUCH FOR HAVING US TODAY.

>>Karen Perez: THANK YOU. PARENTS, IF YOU WANT TO COME UP AND TAKE PICTURES. GOOD
JOB. [ APPLAUSE ]

>>Jessica Vaughn: THANK YOU, AGAIN. WE HAVE NO WITHDRAWN ITEMS TODAY. I NEED A
MOTION AND A SECOND TO ADOPT THE AGENDA. I HAVE A MOTION BY MEMBER COMBS. AND
A SECOND BY MEMBER GRAY. ANY DISCUSSION? IF NOT, PLEASE VOTE WHEN YOUR LIGHTS
APPEAR. AND THE MOTION PASSES UNANIMOUSLY. PLEASE LET THE RECORD REFLECT THAT
ALL BOARD MEMBERS ARE PRESENT. WE HAVE TWO SETS OF MINUTES TO BE APPROVED
TODAY, JANUARY 21, 2025, SCHOOL BOARD WORKSHOP AND JANUARY 28, 2025, SCHOOL BOARD
MEETING. I NEED A MOTION AND A SECOND TO APPROVE MINUTES. I HAVE A MOTION BY
MEMBER COMBS. AND A SECOND BY MEMBER GRAY. ANY DISCUSSION? IF NOT, PLEASE VOTE

WHEN YOUR LIGHTS APPEAR. AND THE MOTION PASSES UNANIMOUSLY. BOARD MEMBERS, I WOULD LIKE TO GO OVER THE FORMAT OVER TODAY'S MEETING. AS A REMINDER, WE ARE A NONPARTISAN BOARD TO BELIEVES THAT ALL CHILDREN CAN BE EMPOWERED TO LEARN, TO SUCCEED, AND OUR DECISIONS WILL BE MADE WITH THAT UNDERSTANDING. TO PAVE THE WAY FOR EFFICIENT AND EFFECTIVE AGENDA STATEMENTS AND OR QUESTIONS, BOARD MEMBERS WILL HAVE FIVE MINUTES TO SPEAK, WITH 30 SECONDS FOR FINAL THOUGHTS. AFTERWARDS, THE SUPERINTENDENT CAN RESPOND. IF YOU HAVE FURTHER QUESTIONS, YOU ARE ASKED TO GET BACK IN THE QUEUE. MEMBER PEREZ WILL NOW READ THE BOARD GUIDELINES.

>>Karen Perez: THANK YOU, MADAM CHAIR. AS WE BEGIN THIS AFTERNOON'S MEETING, PLEASE ALLOW ME TO QUICKLY REVIEW THE FORMAT OF OUR SCHOOL BOARD MEETINGS. PLEASE SILENCE ALL ELECTRONIC DEVICES. THERE ARE SPEAKERS IN THE ROOM BEHIND ME THAT ALLOW BOARD MEMBERS TO HEAR THE MEETING UPON STEPPING AWAY FROM THE DAIS. THE MEET ASKING BE CREWED WITH CLOSED CAPTIONING ON LIVE WEBCAST, ON CABLE TV, AND ON VIDEO MONITORS HERE IN THE AUDITORIUM. IT ALSO CAN BE VIEWED WITH CLOSED CAPTIONING ON ONLINE VIDEO ARCHIVE.

>>Jessica Vaughn: THANK YOU. WE HAVE TWO ITEMS SCHEDULED FOR A CERTAIN TIME AT 5:01 A PUBLIC HEARING AND 6:00, WE WILL HAVE EMPLOYEE INPUT. RIGHT NOW MOVE ON TO RECOGNITIONS. RECOGNITION A.01 IS THE RECOGNITION OF THE TAMPA BAY BUCCANEERS BEST KREWE AWARD. AT THIS TIME, I WILL CALL UP SHARI BOLLINGER, SUPERVISOR OF -- OH, SORRY -- OF PHILANTHROPY AND SPECIAL PROGRAMS.

>> GOOD AFTERNOON, MADAM CHAIR, BOARD MEMBERS AND DISTINGUISHED GUESTS. OUR AMAZING PARTNER TAMPA BAY BUCCANEERS RECOGNIZE THE AMAZING HILLSBOROUGH COUNTY TEACHERS AND SUPPORT STAFF FOR THEIR OUTSTANDING SERVICE, IMPACT ON STUDENT AND ACCOMPLISHMENTS BEYOND THE CLASSROOM. EXCITED TO HAVE BRIAN FORD, CHIEF OPERATING OFFICER OF THE TAMPA BAY BUCCANEERS TO ANNOUNCE THIS MONDAY'S AWARD RECIPIENTS.

>> GOOD AFTERNOON, BOARD. THANK YOU, SHERRY SUPERINTENDENT AND EVERYBODY IN THE AUDIENCE. THANK YOU FOR THIS OPPORTUNITY FOR ME TO COME OUT. AGAIN ONE OF MY FAVORITE THINGS TO DO AND SUCH AN AMAZING PROGRAM AND PEOPLE THAT HAVE SO DESERVING. TO GET DOWN TO THREE INDIVIDUALS IS JUST REMARKABLE. JOINING US HERE TODAY IS DR. DUSTIN ROBINSON. FIRST AWARD WINNER, A PRINCIPAL. COME ON UP HERE. I HAVE SOMETHING FOR HIS BAA BELL PIN CONGRATULATIONS AND READING OVER YOUR STORY FROM YOUR PEERS. YORK INNOVATIVE ACADEMY. HE GOES ABOVE AND BEYOND FOR A THRIVING, INCLUSIVE AND INNOVATIVE LEARNING ENVIRONMENTS. THIS IS COMING FROM ALL OF YOUR SUPPORT STAFF, PARENTS, STUDENTS, JUST AMAZING THE FEEDBACK. HIS UNWAVERING DEDICATION TO STUDENTS AND STAFF SETS HIM APART FROM A PRINCIPAL WHO GENUINELY PRIORITIZES THE WELL BEING AND SUCCESS FROM THE ENTIRE SCHOOL COMMUNITY. DR. ROBINSON'S KEYSTONE PILLAR OF LEADERSHIP IS SUPPORT FOR THE FACULTY AND STAFF HE FOSTERS A CULTURE OF COLLABORATION AND CONTINUOUS IMPROVEMENT AMONG EDUCATORS. HE MAKES IT A PRIORITY TO ENSURE THAT TEACHERS HAVE ACCESS TO PROFESSIONAL DEVELOPMENTAL OPPORTUNITIES, RESOURCES, AND SUPPORT NETS THAT ENHANCE THEIR EFFECTIVENESS IN THE CLASSROOM. TALK ABOUT A TEAM LEADER. HIS OPEN DOOR POLICY AND APPROACHABLE DEMEANOR CREATE A SUPPORTIVE ATMOSPHERE WHERE STAFF MEMBERS FEEL HEARD, VALUED AND MOTIVATED. BEYOND ACADEMIC LEADERSHIP, DEEPLY INVESTED IN THE WELL BEING OF AN ENTIRE SCHOOL COMMUNITY AND FREQUENTLY ORGANIZES IN SCHOOL EVENTS FROM PARENT AND TEACHER CONFERENCES TO SCHOOL EVENTS AND COMMUNITY SERVICE PROJECTS. HE BELIEVES IN THE POWER OF STRONG RELATIONSHIPS. AND IS OFTEN SEEN ENGAGING WITH STUDENTS IN THE HALLWAYS, ON THE PLAYGROUND, AND IN ALL ACTIVITIES THROUGHOUT

THE SCHOOL, HE ENFORCING THE MESSAGE THAT HE IS PRESENT AND INVESTED IN THEIR SUCCESS. I HEARD SOME FEEDBACK THAT YOU KNOW EVERYBODY'S NAME WHICH IS REMARKABLE. DR. ROBINSON EXEMPLIFIES QUALITY OF A PRINCIPAL, INNOVATED AND DEEPLY COMMITTED TO THE STUDENTS, STAFF AND THE ENTIRE SCHOOL COMMUNITY. HIS LEADERSHIP IS MEETING A LASTING POSITIVE RELATIONSHIP TO THE LIVES OF SO MANY. FOR THAT, HE IS OUR THIS MONTH BEST OF KREWE AT THE PRINCIPAL LEVEL. CONGRATULATIONS AND THANK YOU [APPLAUSE] FOR ANYBODY THAT IS NEW, WE HAVE A TRADITION AT ONE BUCCANEER PLACE. AND EVERYBODY THAT GOES OVER AND ABOVE GETS A GAME BALL. AND HEARING YOUR STORY, YOU DEFINITELY DESERVE THIS. ON BEHALF OF GHAZER FAMILY AND OUR ENTIRE ORGANIZATION AND EVERYTHING THAT YOU DO AND THE SACRIFICES THAT YOU MAKE DAY IN AND DAY OUT. [ APPLAUSE ] A GAME BALL PRESENTATION HERE. WE CAN'T HAVE AFUMBLES. CONGRATULATIONS. TEACHER AWARD WINNER. COME ON OVER, MARISA RAMIREZ. COME ON DOWN. I HAVE A LAPEL PIN FOR YOU BUT I LIKE THAT YOU WORE RED TODAY. THANK YOU FOR ALL THAT YOU DO EVERY DAY. CAN YOU COME STAND OVER HERE. AND I GOT -- THIS IS THE FEEDBACK THAT WE RECEIVED FROM YOUR PRINCIPAL AND SUPPORT STAFF AND STUDENTS ALIKE. MRS. LAROCA TEACHES DEAF AND HARD OF HEARING STUDENTS. THIS IS -- WE ARE GOING TO SWITCH -- THIS IS MARTHA RAMIREZ OUR HEAD CUSTODIAN. I APOLOGIZE AT D.W. WATERS ACADEMY. EMBODIES THE QUALITY OF A HARD-WORKING AND DEDICATED TEAM PLAYER. HER COMMITMENT AND STRONG WORK ETHIC IS EVIDENT IN EVERYTHING SHE DOES ALWAYS CARRIED OUT WITH THE PASSION AND CARE. NO TASK IS EVER TOO BIG OR TOO SMALL. SHE CONSISTENTLY GOES ABOVE AND BEYOND TO SUPPORT HER SCHOOL COMMUNITY. WHETHER IT IS OPENING THE BUILDING EARLY FOR AN EVENT, STAYING LATE TO COVER AN ABSENCE OF ANOTHER TEAM MEMBER, OR EVEN WORKING OVER THE WEEKEND TO ASSIST OTHER SITES IS NEEDED. SHE ALWAYS STEPS UP WITHOUT HESITATION. HER EFFORTS HAVE BEEN ACKNOWLEDGED BY DISTRICT CUSTODIAL OPERATION TEAM MANAGERS FOR OPERATING, GET THIS, THE CLEANEST SITE IN AREA ONE. [ APPLAUSE ] AND I KNOW IT IS A TEAM EFFORT, BUT IT IS YOUR LEADERSHIP. SO THANK YOU. YOU HAVE -- YOU WERE A GO-TO PERSON TO SUPPORT SPECIAL PROJECTS IN THE IT HE IS STRICT AS WELL. SO YOU HAVE BEEN RECOGNIZED FOR THAT. YOU MADE IT YOUR MISSION TO ENSURE THAT HAD THE SCHOOL IS CLEAN, WELCOMING AND A BEAUTIFUL ENVIRONMENT EVERY SINGLE DAY. YOUR CONTRIBUTIONS DO NOT GO UNNOTICED AND YOUR DEDICATION IS AN INSPIRATION TO US ALL. THANK YOU [APP [APPLAUSE] THANK YOU. I APOLOGIZE. I WAS OVERWHELMED BY YOUR STORY AND AMAZING AND GIVE YOU A LITTLE RED -- AND I THANK YOU FOR WEARING RED TODAY TOO. THIS WAS THE STORY I WAS GOING TO GET TO FROM DAWSON ELEMENTARY. MISS LAROCCA, YOU TEACH DEAF AND HARD OF HEARING STUDENTS KINDERGARTEN THROUGH FIFTH GRADE AND YOUR STAFF SAID YOU ARE ONE OF THE BEST TEACHERS EVER OBSERVED. YOU MAKE YOUR STUDENTS AND THEIR FAMILIES FEEL INCLUDED ON CAMPUS AND ENCOURAGE SCHOOL STAFF, PROVIDE OPPORTUNITIES FOR THEM TO LEARN SIGN LANGUAGE TO HELP THEM FEEL MORE WELCOMED. DURING DEAF AWARENESS WEEK, YOU PROVIDED ACTIVITIES FOR ALL CLASSROOMS TO PARTICIPATE EACH DAY. THAT IS REMARKABLE. TALK ABOUT INCLUSION IN ALL WE STRIVE FOR. YOU GO THE EXTRA MILE EVERY DAY. AND WHEN YOUR STUDENTS ARE NOT ABLE TO GO TO THE DOCTOR, YOU EVEN FIND WAYS FOR THEM TO GET THERE, WHICH IS JUST AMAZING. YOU HELP YOUR STUDENTS MAKE SIGN LANGUAGE VOCABULARY NOTEBOOKS THEY CAN TAKE HOME TO SEARCH THEIR PARENTS AND SIBLINGS. YOU EMPOWER STUDENTS TO EMBRACE THEIR HEARING DIFFERENCES AND BUILD THEIR SELF-ADVOCACY SKILLS SO THEY ARE READY TO FACE ANY CHALLENGE. TALK ABOUT EMPOWERING STUDENTS. CONGRATULATIONS AND THANK YOU FOR ALL THAT YOU DO. [ APPLAUSE ]

>> SHE IS MINE. I AM SO PROUD.

>> WE ALL ARE. DO ONE PICTURE OVER HERE. . [APPLAUSE] . [APPLAUSE]

>> THANK YOU SO MUCH FOR THE TIME TO COME. HAVE A GREAT MEETING. THANK YOU.

>>Jessica Vaughn: WE WILL NOW MOVE ON TO PUBLIC COMMENT. BOARD WELCOMES COMMENTS FROM CITIZENS AND VALUE YOUR INPUT TO THE BOARD. IN ORDER TO PROVIDE THE MOST COMPREHENSIVE RESPONSE TO YOUR COMMENTS, OUR STAFF WILL FOLLOW UP WITH YOU AND KEEP OUR BOARD INFORMED ABOUT THE RESPONSES. OUR SCHOOL BOARD RESPECTS THE PUBLIC'S RIGHT TO SPEAK TO THE BOARD, AND WE APPRECIATE YOU TAKING THE TIME TO BE HERE; HOWEVER, IT IS REQUESTED THAT WHEN YOU ADDRESS THE BOARD, COMMENTS ARE NOT DIRECTED PERSONALLY AGAINST A BOARD MEMBER OR STAFF MEMBER, BUT RATHER DIRECTED AT THE ISSUES. ANY BEHAVIOR INTENDED TO INTERRUPT THE ORDERLY CONDUCT OF THIS MEETING WILL NOT BE ALLOWED. OUR CIVILITY POLICY IS IN PLACE. WHEN ADDRESSING THE BOARD, STATE YOUR NAME AND SPEAK CLEARLY INTO THE MICROPHONE. THIS AFTERNOON EACH SPEAK WILL HAVE THREE MINUTES. REMINDER THAT YOUR THREE MINUTES START WHEN YOU BEGIN SPEAKING. WHEN THERE ARE 30 SECONDS LEFT, YOU WILL SEE A YELLOW LIGHT ON THE LECTERN. A RED LIGHT AND A CHIME WILL INDICATE WHEN YOUR TIME IS UP. I WILL NOW CALL UP THE FIRST FIVE SPEAKERS.

>> GOOD AFTERNOON, LADIES AND GENTLEMEN, MY NAME IS MICHELLE WASH. I'M FROM TAMPA, FLORIDA, I AM A RETIREE OF THE HILLSBOROUGH COUNTY SCHOOL DISTRICT. I JUST WANT TO TELL YOU A LITTLE BIT ABOUT MY SELF AND WHAT MY COMPANY DOES AND WHAT WE CAN DO FOR THE DISTRICT. I AM BILINGUAL IN SPANISH. AS I SAID, I AM A RETIREE FROM THE HILLSBOROUGH COUNTY SCHOOL DISTRICT. I WAS WITH THE DISTRICT FOR ABOUT 17 YEARS. I HAVE MY BACKGROUND IS IN HUMAN RESOURCES. I HAVE A -- AN ASSOCIATE DEGREE IN BUSINESS ADMINISTRATION. AND I CURRENTLY PURSUING MY BACHELOR'S DEGREE IN BUSINESS ADMINISTRATION. MY -- AS A RECIPIENT OF THE -- AS A RECIPIENT OF THE PROBLEM SOLVER AWARD, I HAVE SOLUTIONS -- I BRING SOLUTIONS, INNOVATIVE SOLUTIONS TO EVERYDAY CHALLENGES. OVER THE PAST YEAR I FOUND MY PASSION IN THE FINANCIAL SERVICES INDUSTRY, AND THE COMPANY I REPRESENT IS THE EDUCATION RETIREMENT GROUP. I AM A FINANCIAL REPRESENTATIVE FOR THEM. AND WE DO -- AS A FINANCIAL REPRESENTATIVE WITH THE EDUCATION RETIREMENT GROUP, WE FOCUS ON EDUCATING CLIENTS, WHICH ARE OUR EDUCATORS AND OUR STUDENTS, THEIR FAMILIES, THE EDUCATOR FAMILIES, THE SUPPORT STAFF FAMILIES. WE EDUCATE THEM ON HOW TO PROTECT THEIR LOVED ONES AND MANNING FOR THEIR RETIREMENT, BECAUSE I DON'T KNOW, AS MOST OF YOU KNOW, WHEN EDUCATORS RETIRE, THEY DO TAKE A 46% CUT IN THEIR INCOME. THAT IS WHAT WE TRY TO PREVENT SO THAT THEY CAN -- CAN CONTINUE TO LIVE THE LIFESTYLE THAT THEY CURRENTLY LIVE. WE FOCUS ON FINANCIAL EDUCATION TO HELP EDUCATORS UNDERSTAND THEIR PENSIONS. AND THEIR RETIREMENT PLANS SUCH AS 403 Bs, 401(K)s AND ANY OTHER RETIREMENT PLANS THAT THEY HAVE. THE ERG EMPOWERS EDUCATORS AND THEIR FAMILIES AND THE COMMUNITY AND THEIR FAMILIES WITH TOOLS AND KNOWLEDGE TO PLAN FOR FINANCIAL SECURITY. OUR APPROACH, IT GOES BEYOND OFFERING PRODUCTS. WE OFFER -- WE PROVIDE MENTORSHIP AND HOLISTIC FINANCIAL EDUCATION TO HELP -- TO HELP FINANCIAL EDUCATION TO HELP EDUCATORS TO ACHIEVE INDEPENDENCE AND NOT JUST TO THEM BUT THEIR FAMILIES AND THE COMMUNITY. WE WORK WITH ANYONE OUT THERE. WE HELP THEM TO EMERGENCY THEIR FINANCIALS AND THEIR FAMILIES TO MANAGE THEIR FINANCES. AND WE FEEL LIKE BY BLENDING PRACTICAL RETIREMENT SOLUTIONSES WITH FINANCIAL LITERACY, WE HAVE EDUCATORS AND FAMILIES OUT IN THE COMMUNITIES TO BUILD A SECURE, FINANCIAL FUTURE. NOT ONLY FOR THEMSELVES, BUT FOR THEIR FAMILIES.

>>Jessica Vaughn: THANK YOU.

>> THAT IS WHAT WE ARE ALL ABOUT. THANK YOU, LADIES AND GENTLEMEN.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> GOOD AFTERNOON. MY NAME IS JULIA JACKSON. I'M HERE TODAY. I AM A TAX FAYER, RETIRED EDUCATOR, THAT HAS PASSED THE TORCH ON TO MY SON, JULIAN JACKSON. I AM

ALSO HERE AS A SUPER VOTER. MEMBER OF NAACP. I'M HERE ASKING THAT THE -- WITH THE NAACP BE REMOVED FROM THE GARY ADULT SITE. YOU HAVE ALL CHOSEN TO SHOW FAVORITISM TO THE ORGANIZATION NOT BY ALLOWING ANY OTHER ORGANIZATION SUCH AS JEWISH, HISPANIC OR LATINO OR ANY OTHER ORGANIZATION TO HAVE FREE RENT AND BOARD THAT INCLUDES FREE FURNITURE AS WELL. THE NACP WAS BORN OUT OF THE INJUSTICE THAT WAS INFLICTED ON HUMAN BEINGS. THANK YOUP VERY MUCH.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> GOOD EVENING AND THANK YOU. MY NAME IS KATHY HELPRY. I STAND HERE THIS EVENING AS A CONCERNED CITIZEN IN THIS CITY OF TAMPA AS WELL. MY GREAT CONCERN THIS EVENING IS I WOULD LIKE TO ADDRESS BEFORE YOU ALL THAT WE HAVE AN ORGANIZATION WHICH IS THE NAACP THAT WAS FORMED TO PROTECT US WITH JUSTICE AS WELL AS INJUSTICE. MY CONCERN AND THOUGHT IS AND QUESTION TO YOU ALL IS, WHY IS THE NAACP IS DORMANT ON EARTH RIGHT NOW. NOTHING GOING ON. WE STILL HAVE AN AMOUNT OF TEENAGERS, STUD IT'S SHOOT ONE ANOTHER AND KILLING ONE ANOTHER. WE ARE IN THIS BUILDING AS A BODY OF NAACP PEOPLE WHO SHOULD BE DOING THINGS OUR COMMUNITY. COMING UP -- WE ARE CERTAIN TO HAVE THE MONEY THAT WE CAN POUR OUT IN THIS COMMUNITY TO HAVE FORUMS FOR THESE STUDENTS THAT ARE KILLING EACH OTHER. THEY ARE STILL CAUGHT IN SCH SCHOOLSP SCHOOLS IN BAGS WITH GUNS. WHY BEING QUIET AND INVESTIGATED OR QUESTIONING FOR THE SCHOOL BOARD. WHAT ARE WE DOING? WHAT ARE WE DOING IN THE COMMUNION TO SAVE BABIES FROM SHOOTING BABIES AND STUDENTS FROM BRINGING GUNS. MY CONCERN. WE ARE HERE IN THE BUILDING. WE PAYING -- RENT-FREE HE. WE DON'T PAY RENT. WE SHOULD BE INTERACTING, SUPPORTING THE SCHOOL BOARD AND TRYING TO HELP TO BRING THESE KIDS TOGETHER WITH EDUCATIONAL. AND THAT IS MY CONCERN. WE NEED TO DO SOMETHING EDUCATIONAL. THAT WILL SAVE THEM. BRING THEM IN. TO HAVE THINGS IN THE COMMUNITY THAT THEY CAN BE EDUCATED. OKAY, THANK YOU.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> GOOD AFTERNOON. JOHN GREEN. IN LIGHT OF BLACK HISTORY MONTH, I WOULD LIKE TO THANK MY ANCESTORS FOR GETTING ME HERE TO THIS DAY AND I STAND ON THEIR SHOULDERS. WHAT I'M HERE TO SPEAK ABOUT IS DEI. AND THE NAACP. WHILE THEY HAVE PAVED THE WAY FOR THE COMMUNITY, THE BLACK COMMUNITY TO GET THIS FAR, WHAT I WOULD LIKE TO SAY, I WANT TO FOCUS ON DEI. BUT I WANT TO FOCUS ON THE INCLUSION PART. IT SHOULD BE A CONTRAST BETWEEN HOW YOU MEET AND HOW YOU HOLD AN OFFICE IN THE SPACE THAT THE COMMUNITY NEED 24-7, RIGHT. IF I WANTED TO COME, AND I AM A FELON WHO CAN'T BE ON SCHOOL PROPERTY. HOW CAN I ACCESS THIS ORGANIZATION. NOT ONLY THAT, THERE IS A LOT OF OTHER ORGANIZATIONS OUT THERE TOO WHO MIGHT WANT TO HOLD AN OFFICE ON SCHOOL PROPERTY. IS THAT FAIR TO THEM OR IS IT NOT. SO WHAT IS YOUR POLICY EXACTLY FOR ORGANIZATIONS WHO YOU KNOW CAN COME AND PROTEST AGAINST YOU. BUT YET, HOLD OFFICE SPACE AS AN OFFICE. CAN I CALL THEM ANY TIME OF THE DAY WHILE SCHOOL IS GOING ON AND GO MEET ABOUT THE CHORES I MAY HAVE PICKED UP FROM THE STREET? CAN A PEDOPHILE COME TO THE -- TO THE FACILITY AND TALK TO SOMEBODY ABOUT THEM BEING HARASSED ALTHOUGH WE HAVE BEEN CLEAN FOR 20 YEARS? HOW DOES THIS WORK? ARE YOU WILLING TO LET OTHER ORGANIZATIONS HOLD AN OFFICE SPACE EIGHT HOURS A DAY DURING SCHOOL HOURS SO THAT THEY -- SO THAT THEIR ORGANIZATIONSES CAN CONTRIBUTE TO IT THE COMMUNITY AS WELL. WHAT IS THE POLICY. HOW DOES IT WORK. THIS IS AN ORGANIZATION WHO PROTESTS AGAIN SCHOOLS. AND I UNDERSTAND THE WORK THAT THEY DO -- DO IS STILL HARE AND HONORABLE, BUT YOU, HERE, THIS BOARD, HAS THE OPPORTUNITY TO MAKE A DECISION ON HOW YOU ARE GOING TO MOVE FORWARD WITH THE OFFICE SPACE, NOT AS A MEETING SPACE, BUT HOLD OFFICE. EIGHT-HOUR BUSINESS ON YOUR FACILITY. THANK YOU.

2/25/25, 8:28 AM    Closed Captioning transcript of the Hillsborough County School Board Meeting from June 4, 2024
Case 8:23-cv-00181-SDM-SPF    Document 110-2    Filed 02/25/25    Page 7 of 34    PageID
1377

>>Jessica Vaughn: THANK YOU. CAN I HAVE THE NEXT FOUR SPEAKERS LINE-UP. AND THE NEXT SPEAKER, PLEASE.

>> MY NAME IS BISHOP MICHELLE B. PATTY. I WOULD LIKE TO MAKE IT CLEAR THAT WE ARE NOT AGAINST T THE NAACP, WHOSE MISSION IS TO FIGHT AGAINST INJUSTICE IN OUR COMMUNITY. I HAVE RECEIVED NUMEROUS PHONE CALLS FROM PARENTS AND EMPLOYEES OF THIS SCHOOL SYSTEM WHO CAN'T GET ANY HELP FROM THE NAACP. THEY FEEL THAT THIS BOARD HAS COMPROMISED THE CIVIL RIGHTS ORGANIZATION BY GIVING THEM FREE RENT AT THE TAXPAYER EXPENSE. SOMETHING YOU HAVE NOT DONE FOR ANY OTHER GROUP. FURTHERMORE, THEY HAVE CONTINUED TO VIOLATE THE MOA AGREEMENT BY LETTING OTHER GROUPS TO USE THIS FACILITY. IT APPEARS THAT THE NAACP BEING ON THIS SITE OF GARY ADULT HIGH SCHOOL IS A CONFLICT OF INTEREST. THEY RAISE ENOUGH MONEY YEARLY TO PAY FOR THEIR OWN INDEPENDENT OFFICE. WITH EDUCATION, DEI, SUAID AND OTHER FEDERAL AGENCIES COMING UNDER ATTACK, THE OLDEST MOST PROM DENT CIVIL RIGHTS ORGANIZATION IS NEEDED NOW MORE THAN EVER. THIS SCHOOL BOARD SHOULD BE TRANS FAR RENT AND REMOVE THEM IMMEDIATELY SO -- TRANS PARENT AND REMOVE THEM IMMEDIATELY SO THEY CAN GO TO WORK. IT APPEARS -- SOME PEOPLE APPEAR IS OTHER PEOPLE'S REALITY. YOU ALL SEEM TO BE HOLDING THEIR HAND WHERE THEY CAN NOT ACTUALLY COME OUT AND STAND UP AGAINST THE INJUSTICE THAT IS COMING FROM WASHINGTON DOWN ON THE PEOPLE IN HILLSBOROUGH COUNTY. I DON'T KNOW OF ANY OTHER SCHOOL BOARD IN THE STATE OF FLORIDA THAT ALLOW A CIVIL RIGHTS ORGANI MAINTAIN RENT FREE IN THEIR OFFICE SPACE. AS A TAXPAYER AND VOTER, I AM ASKING -- NO, I AM DEMANDING THAT THIS BE CORRECTED NOW. I KNOW IT WAS NOT DONE UNDER THIS SUPERINTENDENT. AND WE DON'T KNOW WHY IT WAS DONE UNDER THE PREVIOUS SUPERINTENDENT BECAUSE ALL THE YEARS OF MY LIFE -- AND I WAS BORN AND RAISED HERE, I NEVER SEEN ANYTHING LIKE THIS. I MARCHED WITH THE NAACP. I HAVE BEEN IN MANY PROTESTS. AND YOU CAN NOT HAVE AN ORGANIZATION'S HAND TIED BECAUSE THEY CAN'T FIGHT THE PEOPLE THAT FEED THEM. SO IT IS TIME THAT YOU UNHANDCUFF THEM. AND LET THEM BE IN THEIR OWN INDEPENDENT OFFICE. YEARLY, THEY HAVE A SOLD-OUT BANQUET WITH MONIES, MONIES THAT IS RAISED SO THEY CAN HAVE THEIR -- THEY HAVE AN OPERATION BUDGET. SO WE ARE HERE ASKING TODAY, TODAY, IN LIGHT OF ALL THE THINGS THAT ARE HAPPENING TO PEOPLE, PEOPLE WHO ARE BEING ROUNDED UP. PEOPLE WHO ARE CITIZENS OF THESE UNITED STATES. AND THEY ARE BEING MISTREATED. AND YOU ARE ALLOWING A CIVIL RIGHTS ORGANIZATION TO BE ABLE TO SIT AND SAY NOTHING. THAT IS A TRAVESTY N. NOT ONLY TO AFRICAN-AMERICANS OR PEOPLE AS A WHOLE BECAUSE NOT ONLY AFRICAN-AMERICANS THAT STARTED THE NAACP. PEOPLE WITH AK. PEOPLE THAT CARED ABOUT OTHERS. THANK YOU SO MUCH.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> GOOD EVENING. INCREASING BLESSINGS TO YOU ALL. MY NAME IS VALLEY BULLOCK. I WAS BORN AND RAISED IN COLLEGE HILL PROJECTS. AND THE NAACP AND HILLSBOROUGH COUNTY SCHOOL BOARD RUN LIKE RAILROAD TRACKS IN MY LIFE. THEY WERE HAND IN HAND WHEN I WAS A LITTLE GIRL. THE BOOK MOBILE. READING IS FUNDAMENTAL. IT CAME AROUND. AND MY PARENTS AND MY AIRPORTS, THEY WERE ALL NAACP MEMBERS. SO BOTH OF THOSE GO HAND IN HAND TO ME. AND ANOTHER THING, THE NAACP, IT WILL BE 116 YEARS OLD TOMORROW. AND IF YOU LOOK BACK THROUGH MY LIFE AND THROUGH HISTORY, YOU WILL SEE THE FOOTPRINTS OF NAACP ON THE RIGHT SIDE OF HISTORY. AND N ASHGS ASHGSAACP HAVE A LO CHILDREN ARE GETTING TUTORED AND THEY HAVE THE OTHER LEAVE SKILL PROGRAM FOR CHILDREN. I DON'T KNOW WHERE ALL THIS HATRED AND ANIMOSITY COMES FROM. I BELIEVE A PERSONAL ATTACK AGAINST MADAM PRESIDENT, BUT THE NAACP IS STILL DOING ITS JOB AND NOT JUST BLACK PEOPLE BUT A WHOLE BUNCH OF GOOD PEOPLE. LET'S NOT FORGET THAT. THANK YOU.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> MY TIME IN IS -- I AM HAPPY TO BE HERE BECAUSE WHAT THIS ALL ABOUT, MEMBERS OF THE SCHOOL BOARD, IS COLLABORATION, NOT COMPETITION. COLLABORATION. WE ARE WORKING TOGETHER. AND FOR 116 YEARS AS AN ORGANIZATION, OUR MISSION IS TO ACHIEVE EQUITY, POLITICAL RIGHTS, SOCIAL INCLUSION AND ADVANCING POLICIES THAT EXPAND HUMAN AND CIVIL RIGHTS. NOW LET'S SET THE RECORD STRAIGHT. THIS COLLABORATION, IT'S GOOD FOR THE COMMUNITY. IT IS A SCHOOL AND A SOCIAL ORGANIZATION WORKING TOGETHER TO ADDRESS SOCIAL ILLS IN THE COMMUNITY. SO COLLABORATION IS A GOOD THING. LET ME TELL YOU ABOUT SOME OF THE THINGS THAT WE HAVE BEEN DOING. I SIT ON THE ZETA COMMITTEE FOR LAST TEN YEARS AND TELL YOU WHAT WE ARE DOING. THESE ARE ACTUAL FACTS. NOT CONJECTURE WHAT PEOPLE THINK WE ARE DOING. THIS IS ON THE RECORD. HEALTH EXPERT 3,000 PEOPLE TO PROTECT THE BLOOD PRESSURE AND SUGAR. HEALTH ISSUES. WE ADDRESS THAT ISSUE. PROMOTE MINORITY BUSINESSES. WE HAVE AN EMPOWERMENT SENT ARE, THE ONLY NAACP OFFICE IN THE STATE OF FLORIDA AND THE LARGE BRANCH TO HELP SMALL AND MINORITY BUSINESSES TO HELP BUSINESSES GET CONTRACTS. BLACK CONTRACTORS IN TOWN. SCHOOL DISTRICT IF NOT NOR T THE NAACP. IT WAS INSTRUMENTAL IN BRINGING ABOUT THE MINORITY AND DIVERSITY CENTER ON 50th STREET AND MLK. THAT COULDN'T BE DONE WOULDN'T NAACP. WE ARE TALKING OF THE YOUTH. A REAL COLLABORATION. WE HAVE A PROGRAM THAT OUR OLYMPUS THAT TALK OF STEM, TYPE SECURITY, MATH MAT EX. THEY COMPETE LOCALLY AND COMPETE NATIONALLY AND WE HAVE FOUR PEOPLE IN LAS VEGAS THAT CAME BACK WITH THE AWARD. THE PROOF IS IN THE PUDDING. THE PROOF IS THE PUDDING. LET'S EXPAND THIS COLLABORATION AND DON'T GET RID OF IT. LET YOUR CONSCIOUS BE THE GUIDE GOOD IN THE COMMUNITY INSTEAD OF EXEMPT. NO POLITICAL SEASON. THAT IS OVER WITH NOW. AND HOW WE CAN DO BETTER. PREPARE STUDENTS FOR LIFE AND HELP WITH THE COMMUNITY. YOU CAN'T DO IT BY YOURSELF. WE ARE ALL TOGETHER. SO WE ARE GOING TO HAVE COLLABORATION, NOT COMPETITION. THANK YOU.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> GOOD AFTERNOON. SEEMING THAT PROTOCOL HAS ALREADY BEEN ESTABLISHED. I WANT TO START WITH, MY NAME IS DR. JESSIE WASHINGTON, JR. TOMORROW WE STAND ON THE SHOULDERS OF SOME GIANTS, THE FOUN FOUNDERS WHO FOUNDED IN INSTITUTION 116 YEARS AGO. IT IS AN HONOR THAT WE HAVE THE OPPORTUNITY TO CELEBRATE THIS COURAGEOUS VISION REESE WHO IN 1909 GAVE BIRTH TO SOMETHING CALLED THE NAACP. AN ORGANIZATION FORMED IN THE FIRES OF JUSTICE, DEDICATED TO THE RELENTLESS PURSUIT OF CIVIL RIGHTS FOR ALL. THERE WAS THIS WOMAN BY THE NAME OF FANNY NUHAMA, A PRO IF I CAN, PROLIFIC, PROFOUND YET PROPHETIC -- MAKE THE DISTINCTION OF PROPHETIC AND NOT IF A THEMMIC VOICE THAT SPEAKS UP FOR US. AND SHE SAYS THIS. NO ONE IS FREE UNTIL ALL ARE FREE. SO, WHEN THE FOUNDERS GOT TOGETHER, SOMEONE MENTIONED THERE WAS SOME AFRICAN-AMERICAN FOUNDER. AND THEY MENTIONED THERE ARE OTHERS. BUT THEY DIDN'T MENTION THEIR NAMES. YOU KNOW I AM A SCHOLAR. I AM A THINKER. I WANT TO PUT THOUGHT TO EDUCATORS. WEB DUBOIS, IDA B. WELLS, HENRY OVERTON, HENRY MOSKOWITZ AND THEY CALL CAME TOGETHER. PLAQUE AND WHITE CAME TOGETHER. LEADERSHIP AND POWERS CAME TOGETHER RESPONDING TO THE CRIES OF PEOPLE BEING DENIED THEIR DIGNITY. THEY -- THEY TOOK A STRONG STANCE AGAINST LYNCHING AND DISENFDIS DISENFRANCHISE MENT AND SOME -- SOME -- MAN, I CAN'T EVEN SAY THE WORD, SYSTEMIC RACISM. KNOWING THAT SILENCE AND COMPLICITY WOULD BE DEADLY. YOU SEE THE CHOICE THAT THEY TOOK WAS TO STAND UP FOR ALL. THEY STOOD UP AGAINST SEGRE SEGREGATION, ECONOMICS, INJUSTICE, POLICE ACCOUNTABILITY. YET, MY FRIENDS, THE STRUGGLE IS FAR FROM OVER THE SAME SPIRIT THAT IGNITED THE NACP OVER A CENTURY AGO MUST BE BORNE -- OR BURNING TODAY. OUR COMMUNITIES ARE STILL EMBAT PATELING INJUSTICE. EMBATTLING INEQUALITY AND VOTER SUPPRESSION. OUR

2/25/25, 8:23 AM
Case 8:23-cv-00180-SDM-SG   Document 119-2   Filed 03/25/25   Page 9 of 24   PageID 1379
Closed Captioning transcript of the Hillsborough County School Board Meeting for June 4, 2024 - Page 4

CHILDREN STILL NEED EQUALITY IN EDUCATION. THEY STILL NEED FAMILIES THAT NEED ECONOMIC OPPORTUNITIES AND FAMILIES STILL NEED A SEAT AT THE TABLE. I AM GLAD I'M HERE TODAY BECAUSE YOU GAVE ME A SEAT AT THE TABLE TO HAVE MY VOICE. THEREFORE, AS I GET READY TO CLOSE THIS IDEA, I COME TO COMMEMORATE AND ACCELERATE. COMMIT TO LIFTING UP EVERY VOICE. PUSHING UP EVERY BARRIER AND MOVING FORWARD. LET ME CUT ACROSS THE FIELD. BECAUSE WEB DUBOIS. CRISIS, C-R-I-S-I-S. THAT IS THE IDEA. IF YOU ARE REMEMBER, WHEN YOU HAVE A CRISIS, CHRIST IS.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE. CAN THE REMAINING SPEAKERS LINE UP AS WELL, PLEASE.

>> GOOD AFTERNOON MEMBERS OF THE BOARD, SUPERINTENDENT AND GUESTS. I AM REYNA AIKENS AND A SENIOR AT ROBINSON HIGH SCHOOL AND APPRECIATE THE OPPORTUNITY TO SPEAK OF AN ISSUE THAT AFFECTS NOT ONLY OUR SCHOOLS AND OUR COMMUNITY FOOD WASSY AT ROBINSON AND MANY OTHER SCHOOLS IN THE DISTRICT, A SERIOUS PROBLEM WITH FOOD WASTE IN OUR CAFETERIA. EVERY DAY STUDENTS ARE FORCED TO TAKE EXTRAED INTO ITEMS THEY WON'T WANT. THINGS LIKE CARROTS, JUICE AND FRUIT BECAUSE OF CAFETERIA POLICIES. RESULT THESE PERFECTLY GOOD ITEMS ARE GETTING THROWN IN THE TRASH. NOT BECAUSE STUDENTS DON'T LIKE OR APPRECIATE SCHOOL MEAL. MANY STUDENTS BUY EXTRA FOOD. PROBLEM IS THEY ARE MADE TO TAKE SIDES THEY NEVER WANTED IN THE FIRST PLACE. I WANT TO BE CLEAR, FREE SCHOOL MEALS ARE IMPORTANT. NO STUDENT SHOULD HAVE TO GO HUNGRY. AND I FULLY SUPPORT ENSURING AND ENSURING EVERY STUDENT HAVE ACCESS TO FOOD. IT DOESN'T SAVE MONEY AND DOESN'T HELP THE STUDENTS WHO RELY ON SCHOOL MEALS. ALL IT DOES IS CREATE MORE WASTE INSTEAD OF CONTINUING THIS, TAKE EFFECTIVE STEPS TO REDUCE FOOD WASTE AND STUDENTS HAVE ACCESS TO BALANCED MEALS BY GIVING STUDENTS AN OPTION TO DECLINE SIDES THEY DON'T WANT TO EAT INSTEAD OF FORCING THEM FOR FOODS THEY DON'T WANT IN THE CR CRASH. THEY CAN PARTNER WITH FOOD BANKS TO DONATE FOOD RATHER THAN THROWING IT AWAY. CREATE A DESIGNATED SPACE WHERE STUDENTS CAN LEAVE UNTOUCHED FOOD TOWARD OTHERS WHO ACTUALLY WANT IT. BY MAKING SIMPLE POLICY CHANGES, WE CAN SIGNIFICANCE KAPTHLY CUT DOWN ON WASTE AND SAVE MONEY AND HELP THOSE IN NEED. I URGE TO YOU CONSIDER THOSE SOLUTIONS AND ADVOCATE WITH OTHER DECISION-MAKERS TO MAKE OUR SCHOOL MEAL PROGRAMS MORE SUFFICIENT AND SUSTAINABLE. THANK YOU FOR YOUR TIME. [ APPLAUSE ]

>>Jessica Vaughn: THANK YOU, NEXT SPEAKER, PLEASE.

>> HELLO, MEMBERS THE BOARD, SUPERINTENDENT. GOOD TO SEE YOU GUYS AGAIN. I AM ERIN CRANE, A PARENT HERE IN HILLSBOROUGH COUNTY. AND I AM HAPPY TO SAY INSTEAD OF FORMER HILLSBOROUGH COUNTY EMPLOYEE, CURRENT HILLSBOROUGH COUNTY EMPLOYEE AS THE IB AT ROB BENSON HIGH SCHOOL AND. I AM COME HEARING TO SPEAK OF TWO THINGS. I WILL START WITH STUDENTS BECAUSE AS AN EDUCATOR, THAT IS WHAT I DO. I PUT STUDENTS FIRST. I HAD FIVE STUDENTS WHO WOULD LIKE TO TALK TO YOU TODAY. THEY COULDN'T COME TO THE 4:00 PUBLIC COMMENTARY. I AM ASKING TO CHANGE THE POLICIES WE DID FOR HILLSBOROUGH COUNTY EMPLOYEES TO ALLOW THEM TO SPEAK AT 6:00. IT IS NEAR IMPOSSIBLE FOR A STUDENT TO LEAVE THE BUILDING AND GET HERE TO CHECK IN BY 3:45. AND WE LIVE CLOSE. FOR THE SAME REASON WE DON'T WANT TEACHERS LEAVING EARLY TO SPEAK. I WANT TO MAKE THE POLICY AVAILABLE TO STUDENTS AS WELL. SECOND ISSUE I WOULD LIKE TO BRING UP IS JUST A PERSONAL MATTER. AS AN ENGLISH TEACHER, I BELIEVE WORDS MATTER. EVERY TIME I HEAR TEACHERS, COLLEAGUES REFERRED TO AS A "UNIT" FEELS DEHUMANIZING. I AM AN EDUCATOR. I AM EDUCATED. UNLIKE SOME THAT PEOPLE -- THAT -- WHAT PEOPLE MIGHT BE SAYING AT THE TOP LEVELS OF OUR GOVERNMENT, I AM NOT ILLITERATE. HE KNOW HOW TO READ. ALSO DON'T BELIEVE I AM MOSTLY UGLY. AND I THINK IN THIS POLITICAL CLIMATE, THERE ARE THINGS THAT WE CAN DO WITHOUT BEING

PARTISAN TO ACKNOWLEDGE THE VALUE OF OUR TEACHERS AND SOME OF THAT IN LYNN GUESS PARTICULARS. IF WE CALL TEACHERS TEACHERS RATHER THAN UNITS, PERHAPS THAT WILL ELEVATE THEIR STATUS IN THE EYES OF SOCIETY. THANK YOU FOR YOUR TIME I APPRECIATE YOUR WORK.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> GOOD AFTERNOON, CONNIE BURTON. FOR AN OCCASION SUCH AS THIS, THE FOUNDING ORGANIZERS OF THE NAACP PUT FORTH A CREED. IT SAYS THAT WE ARE THE LARGEST, THE OLDEST, THE BADDEST, THE BOLDEST, THE MOST LOVED, THE MOST HATED, THE MOST FEARED, REVERED, MOST CUSSED AND DISGUST. BUT FOR 116 YEARS, WE ARE STILL STANDING. BECAUSE WE UNDERSTAND AND RECOGNIZE THE WORK THAT WE MUST DO. IT IS ALSO GOOD TO NOTE FOR ME IT GETS RESEARCH TO KNOW THAT IN PUTTING TOGETHER A NATIONAL -- FOR THE NATIONAL ADVANCEMENT OF COLORED PEOPLE, IT TOOK ALL PEOPLE TO SEE THIS VISION WHERE WE ARE AT TODAY. I AM VERY PROUD TO BE A MEMBER OF THE NAACP. BUT PROUDER OF FACT THAT HERE IN HILLSBOROUGH COUNTY UNDER THE LEADERSHIP OF OUR PRESIDENT, WE HAVE BEEN ABLE TO OPEN DOORS OF OPPORTUNITIES SO THAT COMMON EVERYDAY PEOPLE CAN SIT AT THE TABLE WITH STAKEHOLDERS. AND HAVE A BETTER UNDERSTANDING OF WHAT IS GOING ON IN THEIR LIVES. SO SOME OF OUR INVITED PEOPLE FROM THE JUVENILE JUSTICE DECISION. WE HAVE PEOPLE FROM THE PROPERTY APPRAISER TO HAVE AN UNDERSTANDING OF WHAT IS GOING ON. STAKEHOLDERS THAT COMMON EVERYDAY PEOPLE WOULD NOT HAVE EVEN IMAGINED BEING ABLE TO BE AT THE TABLE SO WE CAN HAVE THESE DISCUSSIONS TO LEARN EACH OTHER BETTER THAT IS WHAT WE ARE DOING IN OUR BRANCH. I AM NOT GOING TO GET INTO THE WHAT OTHERS, WHATEVER THEY SEE, BUT OUR NATIONAL LEADERSHIP SAYS WE ARE ALL IN. WE ARE ALL IN TO THE FACT THAT IT IS OUR RESPONSIBILITY TO LIFT ALL UP. IT IS OUR RESPONSIBILITY TO SERVE AS AN EXAMPLE AND MODEL. SO OUR YOUNG PEOPLE CAN SEE A PATHWAY FORWARD. IT IS OUR VISION, OUR HOPE THROUGH OUR LEADERSHIP THAT WE CONTINUE OUR PARTNERSHIP BECAUSE WE HAVE A LOT OF WORK YET TO DO. SO I WANT TO THANK YOU AS WE SAY WE ARE ALL IN. WE ARE 116 YEARS OLD. WE ARE TEN TOES TOWN. WE DON'T PLAN ON GOING ANYWHERE AND HE WILL CONTINUE TO WORK. THANK YOU.

>>Jessica Vaughn: THANK YOU. BOARD MEMBERS, I NEED A MOTION AND A SECOND TO APPROVE THE CONSENT AGENDA. I HAVE A MOTION BY MEMBER GRAY AND A SECOND BY MEMBER PEREZ. PLEASE VOTE WHEN YOUR LIGHTS APPEAR. AND THE MOTION PASSES UNANIMOUSLY. START WITH THE 5.02, NAMING OF NEW BUILDING AT ALONSO HIGH SCHOOL. CHIEF OF SCHOOLS DR. RICK GRAVES WILL HIGHLIGHT THIS ITEM.

>> THANK YOU, MRS. VAUGHN. KEN HART WAS APPOINTED PRINCIPAL AT ALONSO IN 2012 AND SERVED IN THAT CAPACITY UNTIL 2021. MR. HART'S VISION FOR THE NEW BUILDING AT ALONSO THAT WOULD HOUSE ATHLETICS AND JROTC WAS EXECUTED IN THE LAST YEAR AND A HALF AT ALONSO. MR. HART IS A STRONG SUPPORTER OF ATHLETIC PROGRAMS AND J-ROTC AND BELIEVES THESE PROGRAMS CAN BE INSTRUMENTAL IN STUDENT ACHIEVEMENT. MR. HART WAS NAMED IN THE NATIONAL WRESTLING HEALTH. A CELEBRATION IS BEING PLANNED FOR EARLY MARCH TO INCLUDE PRESENT AND PAST STAFF, STUDENTS AND STAKEHOLDERS. MR. JAMES HARRIS, PRINCIPAL OF ALONSO HIGH SCHOOL WILL SHARE SOME ADDITIONAL WORDS.

>> GOOD AFTERNOON, HONORABLE SCHOOL BOARD MEMBERS, CHAIR VAUGHN, BOARD MEMBERS AND SUPERINTENDENT AND STAFF. GREAT PRIDE OF SEEK YOUR APPROVAL OF NAMING OUR JROTC FOOTBALL AND WRESTLING BUILDING TO MR. HART, THE FORMER PRINCIPAL OF ALONSO HIGH SCHOOL. HE SPENT A LIFETIME SUPPORTING EDUCATION. OVER 50 YEARS A WRESTLER, WRESTLING COACH, WRESTLING H LING OFFICIAL, HALL OF FAME, SCHOOL-BASED AED MR. FOR, PRINCIPAL OF MULTIPLE SCHOOLS, DEPUTY DIRECTOR, CHIEF OF SCHOOLS, ASSISTANT SUPERINTENDENT, PRESIDENT, AND REGIONAL RECRUITER FOR

2/25/25, 6:33 AM    Closed captioning transcript of Hillsborough County School board meeting February 11, 2025 | hcsb2...

Case 8:23-cv-00187-SDM-SPF   Document 119-2   Filed 02/25/25   Page 11 of 34 PageID
1381

INTERNATIONAL EDUCATORS. THROUGH ALL OF THESE POSITIONS, MR. HART HAS POSITIVELY IMPACTED THE LIVES OF BOTH STUDENTS AND ADULTS. HIS PASSION, HONESTY, LEADERSHIP AND COMMITMENT TO EQUITY AND FAIRNESS WILL TRUE HALLMARKS OF HIS CHARACTER. YEARS AGO MR. HART RECOGNIZED NEED OF IMPROVED FACILITY FOR WRESTLING AND ROTC PROGRAMS. HE SUPPORTED THAT EFFORT EVEN BEFORE HE LEFT ALONSO. OUR BUILDING WOULD NOT BE HERE WITHOUT MR. HART. NA NAMING MR. HART HAS BEEN ENTHUSIASTICALLY SECOND BY THE COMMUNITY. MANY FORMER AND CURRENT COMMUNITY MEMBERS. HE IS A PRINCIPAL AND ROLL MODE HE WILL. I WOULDN'T BE A PRINCIPAL WITHOUT KEN HART. NAME WILLING OUR BUILDING THE KEN HART SPORTS AND LEADERSHIP CENTER. THANK YOU FOR YOUR CONSIDERATION OF THIS REQUEST. [ APPLAUSE ]

>>Jessica Vaughn: THANK YOU. BOARD MEMBERS, I NEED A MOTION AND A SECOND TO APPROVE C 5.02. A MOTION BY MEMBER COMBS AND A SECOND BY MEMBER GRAY. MEMBER COMBS AND MEMBER GRAY. YOU PULLED THIS ITEM. MEMBER COMBS.

>>Nadia Combs: THANK YOU, CHAIR VAUGHN. I JUST WANT IT MENTIONED. MR. HART, I MET BUT FOUR AND A HALF YEARS AGO. AND WE INSTANTLY CONNECTED OVER WRESTLING BECAUSE I LOVE WRESTLING. YOU KNOW KEN HART'S STORY IS REALLY AMAZING. I JUST WANT TO SHARE IT. I TALKED TO HIM THE OTHER DAY. I WANT TO SHARE SOME REALLY AMAZING THINGS ABOUT HIM. YOU KNOW HE WAS IN EDUCATION FOR 56 YEARS. AND THAT IS AMAZING. SO HE SPENT 11 YEARS IN NEW JERSEY AS A BUSINESS, GERMAN AND SOCIAL STUDIES AND 20 YEARS AS AN ASSISTANT PRINCIPAL IN NEW JERSEY. AND RETIRED AND CAME DOWN TO FLORIDA IN 2002. IMMEDIATELY BECAUSE OF HIS LOVE FOR CHILDREN AND HELPING PEOPLE, HE BEGAN VOLUNTEERING AT THE MEN'S PRISON IN FLORIDA, AND HELPING STUDENTS GET THEIR DED. THAT PRISON BECAME A FEMALE PRISON UNDER OUR JUVENILE JUSTICE SYSTEM. THAT IS WHERE HE MET MR. FARKAS AND MARY ELLEN. THEY SAID WITH YOUR, WHY DON'T YOU COME TEACH. HE STARTED TEACHING AT EISENHOWER SIXTH GRADE. AND THE ONE THING THAT I WAS AMAZED IS HE APPLIED TO IT BE A A.P. 33 TIMES. HE NEVER GAVE UP. JUST THE OTHER DAY I MET ONE THAT SAID I APPLIED FOR AN A.P. ONCE AND GAVE UP. 33 TIMES. THAT IF THAT DOESN'T SHOW RESILIENCE AND A DESIRE TO MAKE A DIFFERENCE, I DON'T KNOW WHAT DOES. HE BECAME AN A.P. AT MADISON FOR SIX YEAR. AND THEN A PRINCIPAL AT MONROE FOR 22 YEARS AND A PRINCIPAL AT ALONSO FOR SIX AND A HALF YEARS. HIS LEADERSHIP WAS SO AMAZING THAT OUR FORMER SUPERINTENDENT QUICKLY RECOGNIZED HIS ABILITY AND HE BECAME DEPUTY DIRECT FROM 2021 TO 2024. I MEAN, HE HAS BEEN A PRESIDENT FOR MULT PILL TOINGORGANIZATIONS LEADS ON THE IMPACT ON STUDENTS, FAMILIES AND ADULTS HAVE BEEN JUST AMAZING. I WANT TO THANK YOU. I AM SO HONORED TO BE IN DISTR DISTRICT. I LOOK FORWARD TO BEING AT THE NAMING. YOU ARE AN AMAZING PERSON. HE IS NOT DONE. I AM NOT KIDDING. AMAZING PERSON AND EDUCATOR AND JUST AN HONOR TO KNOW YOU.

>> JUST GREAT.

>>Jessica Vaughn: THANK YOU, MEMBER COMBS. MEMBER GRAY.

>>Lynn Gray: DITTO, DITTO, DITTO, I HAD SO MANY OF THOSE REMARKS. JAMES HARRIS, YOU KNOW THIS MAN. HE IS A GREAT MAN AND GREAT LEADER. AND THE IDEA THAT HE WILL BE MIAMI AND KEN HART'S SPORTS AND LEADERSHIP CENTER IS SO FITTING. YOU GOT THE HALL OF FAME OF WRESTLING. YOU ARE PHYSICALLY FIT. YOU MIND -- YOU HAVE MINDED AND SUPERVISED COUNTLESS PRINCIPALS, A.P.s, ALMOST ALL YOUR LIFE. PREVIOUS SUPERINTENDENT. THE LEADERSHIP QUALITIES THAT YOU HAVE REMINDS ME WHEN WE HAD -- WE CAME IN, BETTY CASTOR, A BUNCH OF US -- BEFORE US WHEN WE IT DID THE PBIS. JEERS AGO AND WANT TO BEGIN THE PBIS AT OUR SCHOOLS AND OTHER HIGH SCHOOLS. YOU LAUNCHED IT. YOU ASKED THE RIGHT QUESTIONS. YOU HAD YOUR LEADERSHIP TEAM. BING, BAM, BOOM. YOU WERE RIGHT ON TAMPA LIKE -- IT WAS JUST SO AMAZING HOW FULL

2/25/25, 4:23 PM
Closed captioning transcript of the Hillsborough County School Board Meeting from June 12, 2023 - Page ID
Case 8:23-cv-00180-SDM-JSS   Document 119-3   Filed 02/25/25   Page 12 of 34 PageID
1382

FIDELITY. BUT TURNED THAT PROGRAM INTO YOUR SCHOOL. THAT IS JUST AN EXAMPLE. AND I AM SEEING ROB NELSON AND GARY BRIT. SO MANY OF YOUR WONDERFUL COLLEAGUES. YOU TRAINED HIM. SO WELL-RESPECTED THROUGHOUT THIS DISTRICT AND, OF COURSE, MEMBER COMBS TOOK ALL MY TALKING POINTS. 27 CURRENT PRINCIPALS, ASSISTANT PRINCIPALS FOR CURRICULUM, ADMINISTRATION, A.P. YOUR LINEAGE GOING FAR BEHIND. 56 YEARS. I DON'T THINK WE WILL EVER GOING TO FIND ANOTHER PERSON LIKE YOU. AND I KNOW THAT SPEAKING FOR JAMES HARRIS AND SOME OF YOUR COLLEAGUES, THEY ARE SO ENAMORED FOR YOU TO GET THIS AWARD. AND I HAVE A STRONG FEELING THERE ARE OTHER AWARDS THAT THEY CAN EVEN GIVE TO YOU. DAY BY DAY. YOU HAVE MADE OUR SCHOOL DISTRICT EMBLEMATIC WHAT IT REPRESENTS, HARD WORK, DILIGENCE, PROFESSIONALISM, ENDURANCE WHILE YOU ARE WHERE HE IS LICK TO WIN. BUT YOU CARE. YOU CARED ABOUT THE SUCCESS OF EVERY PRINCIPAL, A.W. AND EVERY PROBLEM THAT YOU FACED. YOU -- YOU ABSOLUTELY -- YOU ARE A VISIONARY, YOU ARE INNOVATIVE AND YOU ARE A DOER. I DON'T KNOW WHAT ELSE I CAN SAY BEYOND THAT. BUT WE ARE JUST HONORED -- HONORED TO HAVE YOU BEFORE US. AND I WISH YOU A GREAT FUTURE. AND WE WILL BE WITH YOU EVERY STEP. THANK YOU, KEN HART.

>>Jessica Vaughn: THANK YOU, MEMBER GRAY. MEMBER WASHINGTON.

>>Henry "Shake" Washington: THANK YOU, MADAM CHAIR. KEN, I WILL TELL YOU I AM VOTING FOR YOU YOU A AND I HAVE BEEN TOGETHER FOR A LONG, LONG MANY, MANY YEARS. KEN, I ALWAYS RESPECTED YOU BECAUSE YOU CARE ABOUT PEOPLE. I REMEMBER TIMES WITH THE TO DEAL WITH SITUATIONS AND YOU EVEN MADE ME UNDERSTAND THE POSITIVE POINTS OF IT. SOME, KENT, I JUST APPRECIATE YOU BEING IN HILLSBOROUGH COUNTY. YOU HAVE BEEN A BLESSING TO HILLSBOROUGH COUNTY. YOU HAVE DONE ALL THE THINGS IT TAKES TO BE SUCCESSFUL. AND YOU KNOW IT IS TIME TO BE REWARDED FOR THIS. YOU HAVE MY VOTE AND MAY GOD CONTINUE TO BLESS YOU AND YOUR FAMILY.

>>Jessica Vaughn: THANK YOU, MEMBER WASHINGTON. DR. HAHN.

>>Stacy Hahn: THANK YOU, CHAIR VAUGHN. I WANT TO SAY CONGRATULATIONS. LOVE YOUR STORY BEING TOLD TONIGHT. IT IS INSPIRING AND I AM NOT QUITE SURE MR. PARFARKAS WAS AT WOMEN'S PRISON, BUT KUDOS FOR YOU RECRUITING WHEREVER YOU GO. ALWAYS RECRUITING. NO, BUT, YOU KNOW, YOU -- YOU CERTAINLY -- THANK YOU SO MUCH FOR ALL THE YEARS YOU HAVE GIVEN TO EDUCATION IN YOUR HOME STATE OF NEW JERSEY AND HERE IN FLORIDA. YOU PROBABLY HAVE IMPACTED THOUSANDS AND THOUSANDS OF STUDENTS WHICH IS A LIFE WELL LIVED. AND SO, YOU KNOW, THANK YOU SO MUCH, AGAIN, CONGRATULATIONS.

>>Jessica Vaughn: THANK YOU, DR. HAHN. SEEING THERE ARE NO FURTHER QUESTIONS OR COMMENTS. PLEASE VOTE WHEN YOUR LIGHTS APPEAR. AND THE MOTION PASSES UNANIMOUSLY. CONGRATU CONGRATULATIONS. [ APPLAUSE ]

>> MAY I SAY SOMETHING VERY QUICKLY.

>>Jessica Vaughn: YES, PLEASE COME.

>> I WILL SET THE RECORD STRAIGHT ON IN FARKAS. HE WASN'T AT THE WOMEN'S PRISON. IT WAS ACTUALLY THE MEN'S PRISON. THEY WANTED TO KEEP HIM, BUT I PULLED HIM OUT. BUT IT WAS VERY GOOD. BUT THANK YOU VERY MUCH, MADAM CHAIR, SCHOOL BOARD MEMBERS, SUPERINTENDENT AYRES. I CAN'T THANK YOU ENOUGH FOR ALLOWING THIS TO HAPPEN. YOU KNOW, IT'S JUST A SITUATION -- AND I HAVE TO READ, I AM SORRY. UP IN THE LIGHT LIKE MOST OLDER PEOPLE DO. I AM HONORED AND I AM HUMBLED TO BE HERE TO SAY THAT IS A HUGE UNDERSTATEMENT. I DIDN'T FEEL THERE WAS EVER GOING TO BE AN OPPORTUNITY TO HAVE SOMETHING MORE EXCITING THEN THE HALL OF FAME DEAL BACK IN

SETTLEMENT. BUT I HAVE TO SAY THIS TAKES THE CAKE. THIS -- THIS IS SOMETHING THAT WILL BE WITH US AND WITH ME FOREVER AND FOREVER AND FOREVER. I WOULD LIKE TO THANK PEOPLE AND MEMBERS OF THE BOARD AND THE SUPERINTENDENT, JAMES HARRIS AND THE COMMITTEE WHO PUT THIS TOGETHER. NOT AN EASY TASK AND IT IS LONG, ARDUOUS AND TAKES SOME TIME AND GETS THROUGH THIS. AND ONE PERSON I WANTED TO MENTION IS KIM WATKINS, WHO I KNOW WAS VERY, VERY INSTRUMENTAL IN MAKING SURE THAT JAMES HARRIS AND HIS COMMITTEE DOTTED EVERY I AND CROSSED EVERY T, TO MAKE SURE WHEN YOU GOT IT, IT WAS DONE CORRECTLY. WE APPRECIATE THAT VERY MUCH. SO MANY PEOPLE IN MY LIFE THAT I COULD THANK. WE WILL BE HERE FOR HOURS AND HOURS. I CAN TELL STORY AFTER STORY OF FARKAS AND SOME OF THE OTHER THINGS AND WE WON'T GO THERE. WE WILL SAY A HUGE THANK YOU OF ALL OF THEM WHO WISHED ME WELL AND HAVE BEEN A PART OF MY SUCCESSES. IT HAS BEEN REAL HERE, REALLY GREAT. THERE ARE SOME PEOPLE THAT I HAVE TO -- I MUST RECOGNIZE. AND I -- BEAR WITH ME FOR JUST A FEW MINUTES. FIRST AND FOREMOST, OBVIOUSLY MY PARTNER, MY FRIEND, MY WIFE, JULIA, WHO HAS BEEN WITH ME THROUGH THICK AND THIN. UP AND DOWN. SHE IS MY COMPASS. I KNOW THAT ROB NELSON DOESN'T THINK I HAVE A CONSCIOUS OR A HEART. I REALLY DO, BUT MOST OF THAT IS DEPENDENT UPON MY WIFE WHO SET ME STRAIGHT SO MANY TIMES THAT I CAN'T MEASURE HOW MANY TIMES IT HAPPENED. I APPRECIATE HER AND NONE OF THIS WOULD HAVE HAPPENED IF IT WASN'T FOR HER. NEXT MY FRIEND AND COLLEAGUE JOHN HALEY. JOHN HALEY WAS MY 3/4 34 HUMIDITIES INTERVIEW. HE WAS THE PRINCIPAL AT MADISON MIDDLE SCHOOL AT THAT TIME, AND HE CALLED ME A FEW DAYS LATER AND SPAYED WILL YOU ACCEPT THE JOB. I SAID ABSOLUTELY, I CAN'T WAIT TO GET STARTED. WE STARTED NEEDILY. IMMEDIATELY WE STARTED TO CHANGE THAT SCHOOL AROUND. HE -- HE SAW SOMETHING IN ME OBVIOUSLY THAT 33 OTHER PEOPLE DIDN'T. AND I AM INDEBTED TO HIM FOREVER AND EVER AND EVER. MY DEAR FRIEND JOHN HALEY AND I THANK HIM GREATLY. MY OTHER FRIEND -- AND FARKAS DOESN'T ANY I HAVE MORE THAN THREE FRIENDS. THE OTHER FRIEND THAT COULDN'T BE HERE WAS JOE BROWN. HE WAS THE PRINCIPAL AT MADISON AFTER JOHN MOVED OVER TO FRANKLIN. I WORKED WITH JOE AS ONE YEAR TO AS HIS APC. HE REALLY HEMMED TO PUNT ME IN THE RIGHT DIRECTION BECAUSE THE FOLLOWING YEAR, GUESS WHAT, I WAS MADE PRINCIPAL AT MONROE MIDDLE SCHOOL. SO I THANK JOE AND I THANK HIM FOR EVERYTHING THAT HE HAS DONE FOR ME. SITTING TO MY FAR LEFT IS MY SON, DUSTIN. MY OLDEST SON AND HE -- I WANT TO THANK HIM FOR TAKING THE TIME TO BE HERE. YOU KNOW, EACH AND EVERY ONE OF US AS A PARENT WANTS TO MAKE SURE THAT OUR KIDS GROW UP IN A BETTER SITUATION THAN WE ARE. WE WANT THEM TO BE MORE SUCCESSFUL. MORE HAPPY AND MORE EVERYTHING. A BETTER HUMAN BEING. I THINK I SUCCEEDED WITH HIM AND WITH HIS BROTHER. AND ONE EXAMPLE OF THAT IS THIS PAST SATURDAY, DUSTIN WENT OUT AND BOUGHT AT 911 BEAUTIFUL RED POR;CHE WHILE I WAS READY TO CLEAN OFF MY BICYCLE AND RIDE AROUND THE CITY OF TAMPA. I APPRECIATE DUSTIN BEING HERE. I AM HAPPY FOR THAT. I AM HAPPY THAT HE IS ABLE TO DO THAT. AND FINALLY TO JOHN -- JAMES HARRIS FOR PUTTING THIS TOGETHER ALONG WITH HIS COMMITTEE. HE TOOK THE REINS OF THE BUILDING. HE EXPECTED THE LEGACY. HE IMPROVED UPON IT. HE MADE IT BETTER. HE EXPAND IT. AND I WILL BE DEEPLY INDEBTED TO HIM FOREVER. AND NOW ON A PERSONAL NOTE. THOSE OF YOU THAT KNOW ME WELL KNOW THAT I AM NOT ONE WHO REALLY LIKES TO TALK ABOUT MY SELF OR HEAR THESE THINGS. IT IS WONDERFUL AND REALLY WONDERFUL. BUT IT WASN'T ME TO DID ALL THESE THINGS. I AM NOT ONE TO TAKE CREDIT FOR THINGS. I NEVER HAVE BEEN. I DON'T BLAME PEOPLE. WE JUST GET IT DONE. WE FIX IT AND MAKE IT WORK. I NEVER CLAIMED TO BE THE ISN'T THAT RIGHTEST PERSON IN THE ROOM. -- SMARTEST PERSON IN THE ROOM. I DREW ON PEOPLE WHO WERE SO AS MUCH SMARTER THAN ME. IN MY MIND, I WAS NEVER THE BEST STUDENT. I WAS NEVER THE BEST COACH. NEVER THE BEST TEACHER, ADMINISTRATOR. I WAS NEVER THE BEST OF EVERYTHING EVERYTHING. I WAS PRETTY GOOD. I GIVE MYSELF CREDIT. I AM NO SLOUCH. PEOPLE PUT ME ON TOP OF THE PINNACLE AND I REALLY APPRECIATE IT. I CAN SEE THAT PEOPLE HAVE ANOINTED ME AS THE BEST TEACHER, THE BEST COACH, THE BEST THIS, THE BEST THAT, AND THE BEST EVERYTHING. BUT YOU KNOW WHAT, TO BE TOTALLY,

TOTALLY HONEST WITH YOU I COULD NEVER HAVE DONE ANY OF THAT WITHOUT THE PEOPLE OF WHOM I WORKED SO CLOSELY OVER THE YEARS. NO ONE EVER WORKED FOR ME. THEY WORKED WITH ME. WE WORKED TOGETHER TO MOISTURE SURE THAT WE GOT THINGS DONE. I GAVE 100% EVERY DAY. I DEMANDED 100% OF EVERY THAT WORKED WITH ME. THEY, IN TURN, DEMANDED THE SAME OF ME 100% EVERY DAY. YOU CAN'T BEAT THAT. YOU REALLY CAN'T BEAT THAT. I HAVE BEEN BLESSED BLESSED TO HAVE PEOPLE LIKE JAMES HARRIS AND LARISSA McCOY AND MATT ROMANO AND BRIAN OVER, JANUARY HALEY, JOE BROWN, KIM WATKINS, MATT HERNANDEZ -- THREE-TIME STATE CHAMPION FLAG FOOTBALL COACH. MR. ROMANO. BIOLOGY TEACHER EXTRAORDINARY RECOGNIZED BY THE WHITE HOUSE AND THE PRESIDENT. BONNIE LAMBERT. DAVID STYLES AND HUNDREDS OTHERS WHO WORK WITH ME TO MAKE OUR SCHOOLS BETTER. I LEAVE YOU WITH THIS, TODAY 27 ADMINISTRATORS CURRENTLY IN A POSITION IN A BUILDING OR IN A DIS DISTRICT WHO WERE A PART OF ONE THE TEAMS I LED AND HAD A PRIVILEGE OF LEADING AT MADISON, MONROE OR ALONSO. I DIDN'T GET THEM THEIR POSITION. THEY GOT IT. I DON'T CLAIM TO HAVE DONE ANYTHING SPECIAL TO GET THEM THERE. BUT BECAUSE -- AND I SAY THIS. FOR THE BOTTOM OF MY HEART, BECAUSE THEY WERE A PART OF OUR TEAM, AND THEN PART OF OUR SY SYSTEM, THAT HELPED. GET TO WHERE THEY ARE TODAY. I CHALLENGE THEM. AND I CHALLENGE ALL ADMINISTRATORS. BE BOLD IN YOUR DECISION MAKING. I CHALLENGE THEM TO CONTINUE THE WORK THAT WE STARTED IN NO MATTER WHAT POSITION WE HAVE. BE BOLD IN THEIR DED HE SIGNIFICANCES MAKING. PUT CHILDREN FIRST EVERY TIME. SET HIGH AND CLEAR EXPECTATIONS FOR EVERYTHING YOU DO BUT DON'T FORGET TO IN THE WHAT YOU EXPECT. BE HONEST WITH YOU ARE WHY SELF AND OTHERS. AND FOLLOW THROUGH ON WHATEVER YOU SAY YOU ARE GOING TO DO. TO IT. DO IT. AND NO MATTER WHAT, ALWAYS DO THE RIGHT THING. I THANK YOU VERY MUCH ON BEHALF OF EVERYONE WITH WHOM I WORK. I ACCEPT THIS GREAT HONOR. I APPRECIATE IT. AND AS ALWAYS, GO RAVENS. [APPLAUSE]

>> EVERYBODY WANTS A PICTURE WITH HIM. WE WANT HER UP THERE. THANK YOU.

>>Jessica Vaughn: THANK YOU. CONGRATULATIONS AGAIN. WE ARE NOW GOING TO MOVE ON TO TIME CERTAIN, 5:01, OUR PUBLIC HEARING FOR THE RECOMMENDED INSTRUCTIONAL MATERIALS FOR K-12 SCIENCE. I WILL HOPE THE PUBLIC HEARING FOR THE INSTRUCTION MATERIALS ADOPTION PROCESS. THIS IS A REQUIREMENT PURSUANT TO STATE LAW AND BOARD POLICY. THIS IS AN OPPORTUNITY FOR ANY MEMBER OF THE PUBLIC TO SPEAK ABOUT THE INSTRUCTIONAL MATERIALS RECOMMENDED FOR ADOPTION AND TO PROVIDE INPUT TO THE BOARD. THE MATERIALS WERE ADVERTISED AND HAVE BEEN AVAILABLE FOR PUBLIC REVIEW. I WILL NOW ASK COLLEEN FAUCET, CHIEF ACADEMIC OFFICER TO PRESENT THE ITEM. AFTER HER PRESENTATION, ANY MEMBER OF THE PUBLIC MAY SPEECH TO PROVIDE INPUT TO THE BOARD ON THE PROPOSED INSTRUCTIONAL MATERIALS.

>> THANK YOU, GOOD AFTERNOON SCHOOL BOARD CHAIR, BOARD MEMBERS, SUPERINTENDENT AND STAFF. AT THIS TIME, THE BOARD IS CONDUCTING THE PUBLIC HEARING ON INSTRUCTIONAL MATERIALS BEING RECOMMENDED FOR ADOPTION. THE LIST OF MATERIALS ARE ATTACHED TO THE AGENDA ITEM AND MATERIALS FOR K-12 SCIENCE THESE MATERIALS HAVE BEEN VERY VIEW FROM DISTRICT ADOPTION COMMITTEE. REVIEWED AND VOTED ON BY TEACHERS AND ARE BEING RECOMMENDED FOR ADOPTION. AS REQUIRED BY STATE STATUTE, A 20-DAY PUBLIC REVIEW OF RECOMMENDED MATERIALS AND A PUBLIC HEARING IS REQUIRED BEFORE THE BOARD CAN VOTE FOR THE ADOPTION. THE PUBLIC REVIEW REQUIRES THAT THE DISTRICT PROVIDE DIGITAL ACCESS TO THE RECOMMENDED MATERIALS YE I CAN'T THE DISTRICT'S WEB SITE. THE PUBLIC REVIEW WAS CONDUCT BED BEGINNING ON JANUARY 2, 2025 AND ENDING ON FEBRUARY 11, 2025. THE PUBLIC HEARING THIS EVENING IS TO PROVIDE THE OPPORTUNITY FOR COMMUNITY MEMBERS TO SHARE COMMENTS OF THESE MATERIALS WITH THE BOARD. THE BOARD DOES NOT NEED TO TAKE ANY ACTION AT THIS TIME, BUT WILL BE ASKED TO VOTE AT HAD THE

NEXT REGULAR BOARD MEETING FEBRUARY 25, 2025. AT THIS TIME YOU MAY CALL FOR PUBLIC COMMENTS.

>>Jessica Vaughn: THANK YOU. DO WE HAVE ANYONE SIGNED UP TO SPEAK FOR THE PUBLIC HEARING ON THE ADOPTION OF THESE INSTRUCTIONAL MATERIALS? OKAY. SEEING THAT WE HAVE NO SPEAKER ARE I NOW CLOSE THE PUBLIC HEARING.

>>Jim Porter: BOARD MEMBERS, AS MISS FAUCET SAID VOTING AT THE NEXT MEETING. NO MOTION OR VOTE TONIGHT.

>>Jessica Vaughn: THANK YOU. WE WILL NOW MOVE ON TO THE 2024-2025 AND 2025-2026 CAREER EDUCATIONAL ACTIVITIES SCHEDULE, .01. SUPERINTENDENT AYRES WILL HIGHLIGHT THE ATE SEMMES.

>>Superintendent Ayres: THANK YOU, MADAM CHAIR AND BOARD MEMBERS CTE DEPARTMENT. ACTIVITIES CALENDAR INCLUDE CAREER AND TECHNICAL OFFERINGS ORGANIZATIONS. THIS CTSO ARE JROTC, CAREER VISITS AND CAREER AND EDUCATION PAL EVENTS. THE DOCUMENT BEHIND YOU IDENTIFIES THE ACTIVITIES BETWEEN FEBRUARY 12 OF THIS YEAR AND DECEMBER 31 OF THIS YEAR AS WELL. AND IF YOU TAKE LOOK, IT IS REALLY LOOKING -- THE NUMBER OF EVENTS AND ACTIVITIES THAT OUR CTE DEPARTMENT PUTS CONTINUE TO THAT OUR STUDENTS PARTICIPATE IS REALLY, REALLY REMARKABLE AND ACTIVITIES ARE LISTED BEHIND THE AGENDA ITEM AND OF COURSE WE HAVE MR. JARGO AND MR. BROOKS ARE HERE IF YOU HAVE ANY QUESTIONS OF -- I DON'T KNOW HOW MANY ARE ON THERE -- A LOT. OF ACTIVITIES OCCURRING AT THE CTE DEPARTMENT OVER THE NEXT YEAR. AND MADAM CHAIR THAT IS 2.01.

>>Jessica Vaughn: THANK YOU. I NEED A MOTION AND A SECOND TO APPROVE ITEM C 1.02. MEMBER RENDON AND MEMBER PEREZ. DO YOU HAVE ANY COMMENTS.

>>Patti Rendon: THANK YOU, MADAM CHAIR. I HAVE A COUPLE OF COMMENTS. AS WE LOOK OVER THIS CALENDAR, I THINK ITS VERY IMPORTANT TO EMPHASIZE ALL OF THE GREAT WORK BEING DONE TO ALL OF OUR SCHOOLS WHEN IT COMES TO THE CTE PROGRAMS. MANY OF OUR PROGRAMS ARE SETTING STUDENTS UP FOR THEIR FUTURES AFTER GRADUATING FROM HIGH SCHOOL AND EMPHASIZE THE PRIORITIES OF LEADERSHIP, OF COMMITMENT TO THEIR EDUCATION AND THEIR COMMUNITY. BETWEEN FAA, ROTC, WHETHER IT IS NAVY, ARMY, MARINE, ETC. MANY LEADERSHIP TRAININGS, MANY ENTREPRENEUR OPPORTUNITIES THIS JUST SHOWS SUCH A REFLECTION ON THE WORK BEING DONE OF HILLSBOROUGH COUNTY SCHOOLS AND EFFORTS WE ARE BRINGING TO BRING TRUE LEADERS OUT OF OUR SCHOOLS AND IMPACTING OUR COMMUNITY. WE ARE SETTING THEM UP FOR CAREER SUCCESS AND BUILDING THE SKILLS THEY NEED TO BE THE NEXT LEADERS TOMORROW. I WANT TO MAKE SURE THAT WE EMPHASIZE ALL THE GREAT THINGS WE ARE DOING WITHIN OUR CTE PROGRAMS AND THROUGHOUT ALL OF OUR SCHOOLS THAT ARE REALLY BUILDING THE FUTURE FOR OUR COMMUNITY. THANK YOU SO VERY MUCH.

>> THANK YOU, MEMBER REBECCA. MEMBER COMBS.

>>Nadia Combs: THANK YOU, MEMBER VAUGHN. I WOULD BE REMISS IF AT THIS DIDN'T MENTION THE AMAZING PROGRAMS. SCOTT BROOKS, CHRIS JARGO, AND YOUR ENTIRE TEAM. THE FUTURE ABOUT VOCATIONAL TECHNICAL PROGRAMS. I GO OUT AND SEE STUDENTS -- A LOT OF CAREERS THAT WILL DISAPPEAR BECAUSE OF I HAVE A A. THINGS ARE RAPIDLY CHANGING IN OUR COUNTRY. THE JOBS HERE NOW WILL LOOK VERY DIFFERENT TEN YEARS FROM NOW. BEING ABLE TO BE IN THE MILITARY AND BEING ABLE TO USE YOUR HAND AND ALL THE TECHNICAL PROGRAMS THAT ARE TRULY THE FUTURE. AND YOU WILL BEING ABLE LEAD OUR STUDENTS IN THAT AND MAKE SURE THEY HAVE THE A OPPORTUNITIES, THE CERTIFICATION, THE EXPOSURE. WHEN THOSE KIDS WALK OUT OF SCHOOL, NOT EVERY CHILD

IS GOING GO TO COLLEGE. AND MANY STUDENTS DON'T COMPETE COLLEGE. THAT DOESN'T MEAN 5, 10, 15 YEARS FROM NOW THEY CAN'T GO BACK TO COLLEGE. GETTING A JOB AND BEING IMMEDIATELY IN THE WORK FORCE IS WHAT PREPARING STUDENTS FOR LIFE IS ALL ABOUT. THANK YOU AND YOUR DEPARTMENT FOR EVERYTHING YOU DO.

>>Jessica Vaughn: THANK YOU, MEMBER COMBS. SEEING NO FURTHER DISCUSSION. PLEASE VOTE WHEN YOUR LIGHTS APPEAR. AND THE MOTION PASSES UNANIMOUSLY. I WILL NOW MOVE ON IT TO 2.03, MEMORANDUM OF AGREEMENT WITH WORKFORCE DEVELOPMENT PARTNERS CORPORATION FOR IMPLEMENTING FUTURE CAREER ACADEMY. SUPERINTENDENT AYRES WILL HIGHLIGHT THIS ITEM TSUNAMI SUPERINTENDENT THANK YOU ONCE AGAIN, MADAM CHAIR. FUTURE CAREER ACADEMY LAUNCHED IN 2015 IN THE PLANT CITY AREA TO CONNECT THE LOCAL BUSINESS COMMUNITIES WITH UPCOMING GRADUATES TOTS PREPARE THEM FOR THE WORK FORCE. DURING THE 2019-020, IT EXPANDED TO ADDITIONAL COMMUNITIES INCLUDING SOUTH COUNTY AND EAST TAMPA. GREW TO ENCOMPASS ALL OF HIGH SCHOOLS, CAREER CENTER ARE SUCCESS CENTERS, EXCEPTIONAL CENTERS AND JUVENILE JUSTICE WHERE IT CONTINUES TO IMPLEMENT ITS PROGRAM. FUTURE CAREER ACADEMY WILL WORK WITH PARTNERSHIP WHERE REGIONAL BUSINESS COMMUNITIES TO BRIDGE THE GAP FOR STUDENTS BY PROVIDING SPECIFIC WORK.

>> SO FORCE DEVELOPMENT SKILLS AND SOLID PATHWAY TO DIRECTLY ENTER THE WORK TO ARE FORCE. MADAM CHAIR, ITEM 2.03.

>>Jessica Vaughn: A MOTION AND IS PECKED. A MOTION BY MEMBER COMBS. A SECOND BY MEMBER WASHINGTON. DR. HAHN, MEMBER COMBS AND MEMBER GRAY ALL PULLED THIS ITEM. MEMBER COMBS. YOU WANT TO START, DR. VAUGHN. GOING FORWARD WITH MULTIPLE PEOPLE, CAN YOU ALL GET IN THE QUEUE SO I KNOW WHICH ORDER TO CALL PEOPLE. BUT TAKE IT AWAY, DR. HAHN.

>>Stacy Hahn: IT DOESN'T MATTER. THANK YOU, CHAIR VAUGHN. UP KNOW I THINK THIS DISTRICT AND BOARD. WE HAVE PRIORITIZED THE FUTURE SUCCESS OF OUR STUDENTS AND WE KNOW IT IS ESSENTIAL TO ACCEPT THEM AND WITH THE PRACTICAL SKILLS THAT ALLOW THEM TO APPLY THIS KNOWLEDGE AND REAL-LIFE EXPERIENCES AND CAREER IN TECH ED PROGRAMS PROVIDE A VITAL ROLE IN HELPING STUDENTS BECOME SUCCESSFUL. WE HAVE WONDERFUL PARTNER ACROSS THE COMMUNITY. FC AHERE TONIGHT AND A GREAT PARTNER THIS WORK. THANKS MISS MURILLO AND MISS FAUCET TO TAKE THE TIME TO SIT WITH ME AND CHAT WITH ME ON A NUMBER OF OCCASIONS. I HAVE CONCERNS OF THE PIECES OF THE PROGRAM, NOT THE PROGRAM IN THE TOTALITY. FIRST IT IS THE CURRICULUM. SO THE LESSON PLANS WERE SHARED WITH ME. I APPRECIATE THAT. I WENT THROUGH THEM. ENGLISH HONOR COURSES. YOU KNOW I ALSO WENT TO THE COU COURSES IN THE D.O.E. AND SEA PALMS. THEY HAVE EACH CAN STANDARD. IF YOU LICK ON THE STANDARD, WHAT YOU WILL FIND CURRICULUM ARE LESSONS THAT YOU CAN TEACH THAT STANDARD. AND JUST FOR SOME OF YOU DON'T KNOW WHAT SEA PALMS IS, A TOOLBOX FOR TEACHERS. IT IS FROM THE D.O.E. AND IT HAS COURSES -- FOR EACH COURSE WE HAVE IN OUR DISTRICT AND HELPS TEACHERS TO IMPLEMENT THE STANDARDS THROUGH LESSON PLANS AND RESOURCES. AFTER REVIEWING THE C /*C PALM. THEY ARE ALREADY PROVIDED FOR THESE COURSE. SOME OF THE TOPICS ARE RESUME WRITING, IMPACT OF SOCIAL MEDIA AND DIGITAL PLATFORM ON YOUR CAREER, IMPORTANCE OF COMMUNITY OCCASION, LEGAL AND ETHICAL IMPLICATIONS AI IN CAREERS, PROFESSIONALISM IN THE WORKFORBES, BRJING AND FINANCIAL AM PANEL WILLING. CAREER EXPLORE RATION. AND JUST ONE STANDARD YOU CAN FIND UP TO SEVEN CTE LESSONS TO CHOOSE FROM. IN FACT NEARLY EVERY STANDARD HAS A CTE CURRICULUM EQUIVALENT TO AT LEAST 20% OR MORE OF THE INSTRUCTIONAL TIME IN THOSE COURSES. SO I GUESS SEEING THAT THE STATE PROVIDES FREE THESE LESSONS IN CURRICULUM FOR CTE FOR THESE TWO COURSES THAT ARE VERY ROBUST. THAT PROVIDE TEACHERS WITH DIFFERENTIATED OPTIONS OF INSTRUCTION TO MEET STUDENTS

NAME. ESAL SUPPORT, ASSESSMENTS. VIDEO. I NEED A RATION NAIL FROM YOU WHY WE ARE PAYING $51,000 FOR THE FC PARKS CURRICULUM AND LESSONS WHEN THEY ARE THERE ARE EMBEDDED FROM THE STATE IN THESE TWO COURSES FOR TEACHERS. SOME CAN SOMEBODY PROVIDE ME WITH THAT RATIONALE.

>>Superintendent Ayres: IF YOU CAN TALK AND I WILL JUMP IN.

>> BASED ON THIS CONTRACT, WE ARE UTILIZING THE CURRICULUM AS SUPPLEMENT FOR ENGLISH 4 HONORS LIKE YOU --

>>Stacy Hahn: CAN YOU JUST REPEAT THAT.

>> WITH THIS CONTRACT THAT IS IT IN FRONT OF YOU, WE ARE SEEING THE CURRICULUM BETWEEN ENGLISH 4 AND ENGLISH 4 HONOR AS SUPPLEMENT AND COLLABORATION WITH THE ADMINISTRATION TO SEE WHEN THEY CAN INCORPORATE AFTER THEY CONTINUE THEIR INSTRUCTION OF THE ENGLISH COURSE. A COMPLETE SUPPLEMENT RIGHT NOW.

>>Stacy Hahn: I UNDERSTAND THAT. WHY ARE WE PAYING $51,000 FOR SOMETHING THAT ALREADY EXISTS FOR FREE FROM THE STATE OF FLORIDA AND THAT TEACHERS USE EVERY DAY?

>> TO FOR THE MOMENT, HAVING CONVERSATIONS THAT THE STATE SUP SUPPLIES. AND EVERYTHING THAT YOU SEE DURING OUR SURVEYS AND TRYING TO GET FEEDBACK INFORMATION FROM OUR TEACHERS AND ADMINISTRATORS AND ALSO OUR STUDENTS. THEY STILL UTILIZE THEM IN OUR ENGLISH COURSES. THEY TEAM THAT -- THEY TUESDAY AT THE MOMENT THEY SEE THAT IT IS FEASIBLE FOR THEM DURING THEIR INSTRUCTIONAL TIME.

>>Stacy Hahn: I UNDERSTAND THEY USE IT. BUT THEY ALSO PROBABLY USEC PALMS. BUT IF YOU WERE TALK DOING SHALL IF YOU GO OUT TO COMMUNITY AND YOU SAY WE NEED TO INCREASE YOUR TAXES. WE LOOKED UNDER EVERY STONE FOR -- TO BE TIGHTEN OUR BECOME, TO MAKE SURE OUR SPENDING IS, YOU KNOW, TIGHT AND YOU ARE DUPLICATING EFFORTS HERE WHEN SOMETHING IS FREE AND VERY HIGH QUALITY AND PAYING AN ORGANIZATION FOR LESSON PLANS TO DO THE SAME THING. IT DOESN'T MAKE ESSENTIALS. I DON'T KNOW IF YOU COVER THE C PUMP'S LESSONS, BUT PAYING FOR SUPPLEMENTAL MATERIAL THAT IS NOT NEEDED. SOME MY SECOND CONCERN AROUND THE CURRICULUM IS THAT WE ARE PAYING 51,000 OR RIGHT SINGLE YEAR FOR THIS CURRICULUM. AND I UNDERSTAND THAT UPDATES MIGHT BE NECESSARY FOR THIS CURRICULUM, TWEAKS AND MAYBE YOU ARE PAYING, YOU KNOW, A LITTLE BIT FOR THAT, BUT WE ARE ESSENTIALLY PAYING SAME THING EVERY YEAR FOR THIS CURRICULUM. AGAIN, I DON'T UNDERSTAND WHY WE ARE DOING THAT ESPECIALLY WHEN THERE IS FREE INSTRUCTIONAL MATERIALS AVAILABLE THROUGH THE THE FLORIDA D.O.E. WHY IS THAT COST AROUND THE SAME EVERY SINGLE YEAR. WE DON'T EVEN DO THAT WITH TEXT BOOKS.

>> ALL DEPENDS HOW THEY ANALYZE HOW THEY CREATE THE CURRICULUM AND ACTUALLY THE COMMUNICATION AND THE PERSONNEL THAT THEY UTILIZE AND SUPPORT AND COMMUNICATE WITH OUR SCHOOLS.

>>Stacy Hahn: I AM NOT PAYING FOR THEIR SALARIES OF THEIR PEN FELL IN, I AM PAYING FOR CURRICULUM. MY POINT BEING WE SHOULDN'T BE PAYING $51,000 YEAR AFTER YEAR FOR CURRICULUM. NOW WHAT HE WITH NEED IS A DETAILED EXPLANATION FROM THEM WHAT EXACTLY IS BEING UPDATED EACH YEAR AND WHY IT JUSTIFIES AN ONGOING $51,000 BE IN EXPENSES. ALSO, I WANT AN AUDIT OF ALL THE FCA LESSON PLANS COMPARING THEM TO C PALMS LESSON PLANS ENGLISH 4 AND ENGLISH HONORS THAT MAY SHOW DUPLICATION. I WOULD BY THE END OF THE MONTH. TALK OF FINANCIALS, $150,000 IN GRANT MONEY ON TOP OF ANOTHER $175,000 FROM OUR GENERAL FUND AND I WILL GET BACK IN THE QUEUE TO

2/25/25, 4:02 AM
Closed captioning transcript of the Hillsborough County School Board meeting from June 11, 2023 | Page 18

DISCUSS THAT. TSUNAMI SUPERINTENDENT JUST A POINT OF CLARITY. THIS IS YEAR THREE OF THIS CONTRACT WITH FUTURE CAREER ACA ACADEMIES. $150,000. STATE FUND WORK FORCE DOLLARS. STATE FUND FOR WORK FORCE AND THE PERKINS GRANT TAKES UP THE TRANSPORTATION COST.

>>Stacy Hahn: HI UNDERSTAND THAT BUT MONEY IS MONEY.

>>Jessica Vaughn: THANK YOU, DR. HAHN. MEMBER COMBS.

>>Nadia Combs: THANK YOU. YOU KNOW, MONEY IS MONEY, AND WHEN YOU LOOK AT THE IMPACT OF THE FUTURE CAREER ACADEMY, I MEAN, I HONESTLY THINK THAT $150,000 WHEN YOU WERE IMPACTING THOUSAND OF STUDENTS. SO MANY PEOPLE HAVE NO PLANS TO FUTURE AND THAT PROGRAM DOES SO MUCH. I HAVE BEEN TO A DOZEN EVENTS WITH FUTURE CAREER ACADEMY SINCE I FIRST GOT INTO OFFICE. ONE OF THE STRONGEST PROGRAMS I HAVE SEEN IN THIS DISTRICT. JUST SOME DATA. 37 HILLSBOROUGH COUNTY PUBLIC SCHOOLS, THEY PROVIDE SERVICE FOR 37 OF OUR SCHOOLS. THE EXCEPTIONAL CENTERS, THE SUCCESS CENTER, THE CURRICULUM THROUGH THE ENGLISH CLASSES. RECENTLY COMPLETED EIGHT DAVIS BUSINESS. AND IMPACTED A HOST OF 2,000 STUDENTS. OVER 100 STUDENTS ABOUT 259 ADDITIONAL AIRLINE WILLERS COMING ON THURSDAY AND AN ESTIMATED OF 2300 STUDENTS OVER THE EIGHT DAYS WITH 59 BUSES, 185 BUSINESS TOURS AND 38 UNIQUE BUSINESSES. THERE IS OVER 200 LOCAL BUSINESSES THAT ARE WORKING TOGETHER. A FEW WEEKS AGO, I STARTED NOTICING ALL THESE REQUEST HE IS THAT WERE BEING ASKED. AND I WANTED TO SHARE THE QUESTIONS THAT WERE BEING ASKED OPINION I THOUGHT, IF WE ARE ASKING THESE QUESTIONS PUBLICLY AND POST IT AND SHARE IT WITH MY BOARD MEMBERS. THIS IS IMPORTANT. THESE ARE THE QUESTIONS THAT FUTURE CAREER ACADEMY WAS ASKED I THOUGHT, YOU KNOW WHAT, MOVING FORWARD, LET'S ASK ALL OF OUR VENDORS. LET'S ASK FIRST READERS. LET'S ASK MYON. LET'S ASK OUR PUBLISHERS. LET'S ASK ANY WORKFORCE DEVELOPMENT THAT COMES TO GET FUNDING. MAKE SURE WE ARE CONSISTENT AND FAIR. IF WE ARE GOING TO SAY WHAT CURRICULUM IS THIS, THEN LET'S ASK JUNIOR ACHIEVEMENT ABOUT THEIR CURRICULUM AND HOW THEY GET THAT. DO THEY TUESDAY /* C PALMS. IF THEY ARE GOING TO SET AN EXAMPLE. PASS THIS OUT TO OUR BOARD MEMBERS. LET'S ASK WHAT THE OPERATING BECOME IS. ASK FOR THE DETAIL OF THE ALLOCATION OF FUND. TOTAL NUMBER OF EMPLOYEES AND STAFF AND THEIR SALARIES. LET'S BREAK DDOWN BREAKDOWN WHAT INDIVIDUAL EVENT IS. LET'S MAKE SURE THAT THE TRAVEL REIMBURSEMENT IS ASKED. NUMBER OF PROFESSORS ARE THE TRAVEL PAYMENTS FOR THE STAFF MEMBERS. EXPENDITURES ON THE DEVELOPMENT OF THE PLAN. THE PAYMENTS TO CONTRACTORS. THE FUND RECEIVED WITHOUT A QUESTION. ANY WORKFORCE ORGANIZATION THAT COMES AND ASKS FOR MONEY FROM THIS HILLSBOROUGH COUNTY PUBLIC SCHOOLS, I WANT TO ASK THEM THE SAME QUESTIONS. I AM NOT UNDERSTAND WHY A PROGRAM THAT SUPPORTS SO MANY STUDENTS ARE UNDER SUCH SCRUTINY AND ALLOW 750,000 CONTRACTS, $1 MILLION CONTRACT. THIS IS $150,000 AND IMPACTS EVERY SENIOR IN OUR SCHOOLS FUTURE CAREER ACADEMY IS ONE OF THE BEST PROGRAMS SINCE I HAVE BEEN HERE. I TOLD SOMEONE A LONG TIME AGO. ONE OF THE REASONS I RAN FOR SCHOOL BOARD AGAIN. BECAUSE I CARE FOR EVERY STUDENT. NOT EVERY STUDENT WILL GO TO COLLEGE. PRIOR TO THIS WE TALKED OF TECHNICAL AND VOCATIONAL PROGRAM. THIS -- THERE IS ENOUGH ROOM FOR EVERYONE. WE HAVE OTHER -- LIKE JUNIOR ACHIEVEMENT. I WAS AT A JUNIOR ACHIEVEMENT EVENT TODAY WHICH WAS AMAZING. THERE IS PLENTY OF ROOM -- CAREER SOURCE. I AM ON A CONSORTIUM THERE. SO MUCH ROOM FOR THAT. WHY ARE WE ASKING ONE ORGANIZATION. I LOVE THESE QUESTIONS. MOVING ON, I WANT TO ASK ALL THESE FUTURE VENDORS THE SAME QUESTIONS. AND LET'S MAKE SURE THAT WE ARE CONSISTENT ACROSS THE BOARD. THANK YOU.

>>Jessica Vaughn: THANK YOU, MEMBER COMBS. MEMBER GRAY.

2/25/25, 4:28 AM                    Closed captioning transcript of the Hillsborough County School Board meeting from June 19, 2023 4 page ID

Case 8:23-cv-00181-SDM-SG    Document 113-2    Filed 02/25/25    Page 19 of 34 PageID
1389

>>Lynn Gray: THANK YOU, MADAM CHAIR. IF I AM HEARING CORRECTLY, MEMBER COMBS, ALL THOSE QUESTIONS MAKE AT LEAST MY DEDUCTION IS THAT MEMBER HAHN, THERE MAY BE A PERSONAL VENDETTA, BECAUSE WHEN YOU TALK ABOUT THIS FLORIDA CAREER ACADEMY. I KNOW SCOTT BROOKS HAS TALKED ELOQUENTLY ABOUT IT. YOU ARE TALKING ABOUT A REAL EFFECT OF OVER 10,000 STUDENTS. ALMOST 10,000 STUDENTS. SO FAR THIS YEAR AND WE ARE ALSO INDICATING SOME OF THOSE STUDENTS, YES, RECEIVE THE ENGLISH EDUCATION THROUGH THE ENGLISH CLASS. THAT IS OKAY BECAUSE YVONNE FRY STARTED THAT IN 2017. I REMEMBER WE WENT OVER THAT CURRICULUM AND THE TEACHERS LOVED IT. AND ANOTHER THING TOO. I THINK IF WE ARE ADDRESSING 80% OF OUR STUDENT POPULATION THROUGH FUTURE CAREER ACADEMY, THROUGH JUNIOR ACHIEVEMENT, THROUGH VARIOUS WORKFORCE DEVELOPMENT PROGRAMS. WHAT A GREAT THING THAT IS. BECAUSE 80% OF OUR STUDENTS, THEY MAY NOT GO TO COLLEGE. AND THEY MAY WANT TO EMBRACE A FUTURE CAREER THAT IS OFFERED AS THESE JOB FAIRS. TECO, HCC, HILLSBOROUGH COUNTY SHERIFF'S OFFICE, OUR FIRE DEPARTMENT, PUBLIX, THEY WOULDN'T BE AT THESE JOB FAIRS UNLESS THEY SAW A VALUE IN THESE STUDENTS. I MEAN, THEY HAVE A STAFF THAT COME TO THESE JOB FAIRS. WE WERE JUST THERE -- WHEN WAS I THERE. LAST -- A FEW DAYS AGO. AND MY GOSH, THOSE STUDENTS -- THAT WAS JUST OVER 1,000 STUDENTS JUST AT THE AL LOPEZ PARK. A SMALL AMOUNT. BUT THEY WERE AROUND THOSE VENDORS LIKE FLIES. I MEAN IT WAS -- THAT IS NOT A GOOD ANALOGY. BUT WE WILL GO INTO ANALOGIES LATER. THEY WERE INVOLVED OF WANTING TO ATTACH THESE QUESTIONS TO THESE VENDORS -- I SHOULDN'T EVEN CALL THEM VENDOR, AGENCIES. AND IN TURN, THE AGENCIES WERE SO VALIDATING THEIR INTEREST. THIS HAPPENS OVER AND OVER AGAIN. MEMBER COMBS, I KNOW YOU HAVE BEEN TO A -- TO A BUNCH OF THE JOB FAIRS. I HAVE BEEN TO A FEW BUT ALSO, WHEN WE TALK ABOUT MONEY. AND WE SHOULD TALK ABOUT MONEY. YOU HAVE TO HAVE THINK, WHAT KIND OF AWED I DIDN'T TELL DID NEVER. IF YOU READ THE AUDIT WHICH I AM NOT GOING TO READ EVERY WORD FROM THE THOMAS HOBSON AND COMPANY. BUT THEY SAID IN OUR OPINION, THE SUMMER RISED COMPARATIVE INFORMATION PRESENTED IN THE STATEMENT OF FUNCTIONAL EXPENSES FOR THE YEAR ENDING IN DECEMBER 31, 2022 IS CONSISTENT IN ALL MATERIAL RESPECTS WITH THE AUDITED FINANCIAL STATEMENTS FROM WHICH IT HAS DERIVED. IT SAID BASICALLY WE THINK THIS IS THE BEST PROGRAM IN TERMS OF FINANCIAL AUDITS. IT IS LIKE A PERFECT AUDIT. WE TALK OF MONEY AND WE COMPARE J.A. OR THE WORKFORCE DEVELOPMENT. MEMBER COMBS, TO YOUR POINT. LET'S ASK THE SAME QUESTIONS. PERHAPS MAYBE NOT TIN OF THESE, BUT, ALSO, WE ARE TALKING ABOUT MONEY AGAIN. WHAT ABOUT THE FTE. WHEN WE ATTRACT STUDENTS TO THESE APPRENTICESHIP PROGRAMS, SCOTT, CAN YOU MAKE A MENTION, DON'T WE BENEFIT FROM THESE -- THESE STUDENTS WHO GET -- WHO GET TO BREWSTER AT, TAMPA BAY TECH, ER RVIN.

>> SORRY, MY THROAT IS A LITTLE SCRATCHY TODAY. ONE OF THE BING THING WE TO DO RECRUIT TO ERWIN, BREWSTER AND APARICIO, FIRE FIGHTING, AUTOMOTIVE. IF I CAN GET 10 TO 20 STUDENTS A YEAR A BREAK-EVEN THING WITH THE FTE WE ARE GENERATING .SECOND PART OF THAT OUR APPRENTICESHIP PROGRAM, GUYS AN CALS LOOKING FOR NEW MEMBERS TO COME IN AND JOAN THE APPRENTICESHIP AND ASKING OF GETTING IN FRONT OF KIDS. THIS IS THE PERFECT POPULATION. REALLY A MARKETING THING. WANT TO NOTE TRUTH AND THIS IS THE REASON IT IS WORTH THE MONEY BECAUSE WE MAKE OUR APPRENTICESHIP GUYS AND GALS ARE IN FRONT OF ALL THESE STUDENTS AND HAVE AN OPPORTUNITY TO SHARE THEIR MESSAGE AND HOPEFUL LEAVE GET EMPLOYEES AND OBVIOUSLY THE MORE FOLKS WE CAN GET INTO OUR TECHNICAL COLLEGES, THAT GENERATES FTE FOR US, SO, YES, MA'AM. FREEWAY GRA

>>Lynn Gray: SOUNDS LIKE A WIN-WIN SITUATION. A GOOD TOOL FOR MARKETING. I WILL POINT OUT LOOKING AT OUR HISPANIC NEEDS IN TERMS OF WHO ARE OUR STUDENTS. LOOKING AT POSSIBILITY 40, 4 % OF OUR STUDENTS WILL BE HISPANIC FROM THOSE ORIGINS. ONE OF THE THINGS THAT WE HAVE TO THINK HOW THIS PARTICULAR PARTNERSHIP, FUTURE

CAREER ACADEMY SERVING ALL STUDENTS. FOR EXAMPLE, EVERY BUS THAT GOES TO A JOB FAIR HAS A -- HAS ONE BUS DEDICATED TO A DUAL LANGUAGE -- A PERSON WHO SPEAKS THE LANGUAGE AND THOSE STUDENTS ARE COMFORTABLE, THEY ARE EQUIPPED WITH THE LANGUAGE BARRIERS AND BILINGUAL STAFF THAT THIS PARTICULAR ORGANIZATION DOES. IF AGAIN DELIVERS EQUITY AND MAKES THE BALANCE MORE FAIR FOR ALL STUDENTS. WHAT WE ARE SEEING IS UNBELIEVABLE EVIDENCE. I HAVE MORE STICK-UMS ATTACHED TO THIS BOOK TO SAY GOOD THINGS ABOUT THIS. SO ANYWAY, THAT'S ALL I AM GOING TO SAY. THANK YOU.

>>Jessica Vaughn: THANK YOU, MEMBER GRAY. DR. HAHN.

>>Stacy Hahn: THANK YOU. I AM GOING TO ADDRESS MEMBER GRAY'S COMMENTS THAT WERE DIRECTED AT ME. FIRST OF ALL, I DO NOT HAVE A VENDETTA OF ANYBODY AT FCA. MISS FRY HAS GIVEN TO MY CAMPAIGNS JUST LIKE ALL OF YOUR CAMPAIGNS. WELL, SHE HAS TO ME. SO THERE GOES -- NO VENDETTA. AND IT IS ALL TRANSPARENT AND OUT THERE FOR THE PUBLIC TO SEE. BUT I AM GLAD YOU PERSONALLY ATTACKED ME FROM THE DAIS, MISS GRAY, I AM. SO NOW THE COMMUNITY CAN SEE SOME OF THE BEHAVIOR THAT MYSELF AND OTHER BOARD MEMBERS HAVE TO PUT UP BEHIND THE DAIS. I AM GOING TO GO BACK TO MY COMMENTS NOW. LET'S TALK ABOUT DATA. I KNOW WE ALL REALLY REQUESTED DATA. MULTIPLE BOARD MEMBERS LAST YEAR REQUESTED IMPACT DATA. AND YOU CERTAINLY PROVIDED DADE AT THAT THAT SHOWS STUDENT PARTICIPATION AND SELF-REPORTED CONFIDENCE LEVELS AND QUALITATIVE DATA WHICH ARE COMMENTS ABOUT THEIR EXPERIENCES. AND THEY LOVED THE PROGRAM. AND I AM NOT SAYING YOU SHOULDN'T BE IN THIS SPACE. AND I AM NOT SAYING YOU SHOULDN'T BE PROVIDING BUS TOURS AND BUSINESS FAIRS AND BUSINESS PANELS. WHAT I AM SAYING I DON'T THINK YOU SHOULD BE IN THE BUSINESS OF CURRICULUM AND INSTRUCTION. I THINK AT $51,000 WE ARING ON CURRICULUM AND INSTRUCTION, WE COULD BE EXPANDING THE OTHER GOOD OTHER THINGS THAT ARE IMPACTFUL TO STUDENTS WITH THIS ORGANIZATION. I DON'T THINK IT SHOULD BE CURRICULUM AND INSTRUCTION. IF I WAS FCA, THAT ALREADY EXISTS. FIND ANOTHER WAY TO UTILIZE THE $51,000 TO EXPAND THE BUSINESS PANELS. BRING IN NATIONAL SPEAKERS TO YOUR BUSINESS PANELS. BUT I DON'T THINK IT SHOULD BE CURRICULUM AND INSTRUCTION. BUT THE DATA, FOR EXAMPLE, YOU KNOW, WE -- IF THE DATA I SAW FROM FCA WAS -- FCA DATA SAID 49% OF STUDENTS BEGAN OR CREATE A RESUME. OKAY, THAT IS GREAT. BUT THAT DOESN'T REFLECT EFISH EN SPREE AND REAL WORLD APPLICATION AND LOW LEVEL DATA. NOT THAT QUANTITATIVE IMPACT DATA THAT WE REALLY WANT TO SEE WHEN WE ARE LOOKING AT THE IMPACT OF INSTRUCTION. AND, AGAIN, THAT IS ANOTHER REASON I DON'T THINK YOU SHOULD BE IN CURE RICKS LULL AND INSTRUCTION. SATTELITE STATE'S LESSONS, FOR EXAMPLE, PROVIDED TEACHERS WITH A RUBRIC. ER WHO IS HOW THIS RUBRIC CAN DIRECTLY IMPACT YOUR IMPACT DATA. IT CAN SERVE AS A RICH SOURCE. SO WITH THAT -- FOR THAT RUBRIC THAT SCORES STUDENTS, YOU KNOW, ONE, TWO, THREE AND FOUR. YOUR IMPACT DATA POINTS CAN BE PROFICIENCY AND GROWTH. CAREER READINESS AND PROGRAM IMPROVEMENT. FROM THAT ONE RUBRIC ON RESUME WRITING, YOU CAN COMPARE THE SCORES ACROSS DIFFERENT STUDENTS AND COHORTS. IDENTIFY TRENDS AND YOUR PROGRAM IS HELPING STUDENTS DEVELOP ESSENTIAL PROFESSIONAL SKILLS. YOU CAN LOOK AT THE STUDENTS SCORING 3s AND 4s FOR RESUME WRITING AND YOUR DAY WILL SHOW THAT THE PROGRAM IS EFFECTIVELY BUILDING STUDENTS' ABILITIES IN THAT AREA. SO WITH YOUR DATA, 94% OF STUDENTS CREATED OR BEGAN TO CREATE A RESUME. I DON'T KNOW WHAT THAT MEANS AS FAR AS PROFICIENCY. SO WHAT I WOULD SUGGEST IS EITHER YOU GO BACK TO C PALMS AND YOU LOOK AT THEIR LESSONS AND YOU SEE HOW THEIR ASSESSMENTS ARE HELPING INFORM IMPACT, AND YOU BUILD YOUR IMPACT DATA DASHBOARD AROUND THAT. OR AGAIN, YOU KNOW, YOU USE THAT $50,000 ON SOME OF OTHER WAY TO EXPAND YOUR PROGRAM. AND LET US USE THE C PALMS CURRICULUM AND THE DISTRICT CAN BUILD THEIR OWN DATABASE ON CTE OUTCOMES. AND IT WILL BE MORE COHESIVE. SOME WITHOUT KEY DATA POINTS, IT IS REALLY HARD TO TELL

2/25/25, 8:23 PM    Closed captioning transcript of the Hillsborough County School Board meeting from June 11, 2024 | Page ID 1391

Case 8:23-cv-00181-SDM-SPF    Document 119-2    Filed 02/25/25    Page 21 of 34 PageID 1391

JUST WHERE THE LONG-TERM SUCCESS AND IMPACT IS. YOU HAVE WONDERFUL DATA AROUND STUDENTS ENJOYING YOUR EVENTS. YOU KNOW, THEY -- THEY LOVE TO GO AND HEAR THE BUSINESS PANELS. THE BUSINESSES LIKE TO BE INVOLVED WHICH IS GREAT. BUS TOURS ARE GREAT TO SHOW THEM DIFFERENT OPPORTUNITIES CURRICULUM SHOULD NEVER HAVE BEEN PART OF THIS. I CAN'T SUPPORT SPENDING $50,000 ON SOMETHING THAT ALREADY EXISTS. I WOULD LOVE FOR THIS TO BE THE LIVED EXPERIENCE FOR STUDENTS AND LEAVE THE CURRICULUM AND INSTRUCTION TO US. THAT WOULD BE MY SUGGESTION MOVING FORWARD. I DON'T THINK THE PERSONAL ATTACKS WERE NECESSARY. YOU KNOW WHAT, YOU CAN ASK ALL THOSE QUESTIONS THAT I ASKED FOR ANYBODY THAT COMES TO THIS BOARD. AND IF YOU SO INCLINED, YOU SHOULD. NO ONE IS SAYING YOU CAN NOT. THANK YOU FOR YOUR TIME.

>>Jessica Vaughn: THANK YOU, MEMBER HAHN. MEMBER PEREZ.

>>Karen Perez: THANK YOU, MADAM CHAIR. TO ALSO KIND OF PIGGYBACK ON BOARD MEMBER -- DR. HAHN'S INFORMATION. THAT IS SOMETHING ALSO I HAVE THAT ASKED FOR IS AS A BOARD MEMBER. STATISTICS ARE VITAL. BECAUSE IT ALSO HELPS SEE WHAT IS WORKING IN THE PROGRAM. WHAT THEY CAN ELIMINATE. YOU KNOW WHAT THEY CAN BUILD ON, YOU KNOW. AND WHAT TO ADD TO THE PROGRAM. WHEN THEY HAVE INFORMATION OFF OF SURVEYS, IT IS VERY DIFFICULT TO AND BUILD ON IT TO THE PROGRAM. BUT WITH STATISTICS LUKE THE EXAMPLE THAT BOARD MEMBER HAHN PRO PROVIDED HELPS GUIDE -- THIS PROGRAM IS LIFTING OUR STUDENTS AND CAN HELP GUIDE WHAT ELSE CAN BE IMPLEMENTED AND CONTINUE TO LIFT THESE STUDENTS AND HELP THEM FOR THEIR FUTURE.

>>Jessica Vaughn: THANK YOU, MEMBER PEREZ. TO START OFF, I WANT TO SUPPORT THE ITEM BECAUSE I UNDERSTAND THE IMPACT IT HAS. AND I DO SEE THE IMPACT. I HAVE QUESTION AROUND CURRICULUM. AND I WOULD LIKE TO MAKE IT CLEAR TO ANY OF MY FELLOW BOARD MEMBERS. NOTHING TO DO WITH A VENDETTA. I ASK THESE QUESTIONS MANY, IN I HAVE A QUESTION, I FEEL FREE TO ASK IT. I WANT TO MAKE IT CLEAR THAT NONE OF MY QUESTIONS HAVE ANYTHING TO DO -- WE AS BOARD MEMBERS ARE BEING GOOD STEWARD OF DOLLARS AND MAKE THE BEST DECISION. THIS IS THE FIRST YEAR I GOT CURRICULUM AND I HAVE BEEN ASKING FOR IT FOR SEVERAL YEARS. THANK YOU FOR AND IT WAS DETAILED. I HAD SOME OF THE SAME CONCERNS THAT YOU DID, DR. HAHN. MY FIRST QUESTION IS AROUND -- I KIND OF HAVE BEEN TOLD TWO DIFFERENT THINGS. MY QUESTION AROUND CURRICULUM IS THIS IMPACTS ALL OF OUR SENIORS. NOT A SUBSET OF PEOPLE THAT AREN'T IDENTIFIED IN CTE. THEY ARE PREPARING ALL OF OUR SENIORS WITH. MAKES IT EXTRA IMPORTANT TO ME MAKE SURE WE GET THE BEST CURRICULUM. SO MANY SENIORS AND MIDDLE SCHOOL STUDENTS PREPARED TO ENTER THE WORKFORCE AND UNDERSTAND WRITING THE RESUME. I WAS TOLD IT WOULD FIT INTO THE ENGLISH CLASS HOWEVER THE TEACHER SEES FIT, BUT A PACING SCHEDULE OF WHAT WOKE TO COVER WHAT DO YOU FOLLOW IT PER WEEK OR LEFT UP TO THE TEACHER TO FIT IT IN WHENEVER THEY HAVE THE TI TIME?

>> THANK YOU FOR THAT QUESTION. IN THE MOU, YOU SEE THE IMPLEMENTATION OF THE BUILDING AND THE PRINCIPAL WORKS WITH THE DEPARTMENT HEAD CHAIR, WORKS WITH THE TEACHER AND YOU MAY HAVE SOME SCHOOLS ARE TEACHERS ARE ALL IN BASED ON THEIR STUDENTS AND CLASSROOMS. ACROSS THE HALL, YOU MAY HAVE SOME TEACHERS WITH YOUR PERIOD ONE, THIS IS PERFECT. MY PERIOD THREE, THIS IS NOT SOMETHING THAT I FEEL MEETS THEIR NEEDS. SO WE REALLY TRY TO WRITE IT SO THAT THE SCHOOL HAD THE ABILITY TO CUSTOMIZE WHAT THEY FEEL THEIR CHILDREN NEED, BECAUSE THE CHILDREN AT EAST BAY NEED SOMETHING. AND THEN THE CHILDREN AT KING OR THE CHILDREN AT STEINBRENNER AND SCHOOLS WITH DEFINED AUTONOMY TO MAKE THE DECISION.

2/25/25, 4:28 AM
Case 8:23-cv-00181-SDM-SPF   Document 119-2   Filed 02/25/25   Page 22 of 34 PageID 1392
Closed captioning transcript of the Hillsborough County School Board Meeting from January 21, 2025 | hcpswebcasts

>>Jessica Vaughn: I APPRECIATE THE AUTONOMY ESPECIALLY WITH TEACHERS IN THE CLASSROOM. GUEST ME CONCERNS WHO MEASURE HOW EFFECTIVE THIS CURRICULUM IS TO MAKE SURE OUR STUDENTS ARE ACTUALLY MASTERING THE SKILLS WE ARE HOPING TO EMBED IN THE CURRICULUM. SIMILAR TO DR. HAPP'S CONCERN WHEN I LOOK AT THE LESSON PLANS, BECAUSE THAT IS WHAT I SAW AFTER THE PACING WITH THE INDIVIDUAL LESSON PLANS. I DIDN'T SEE A LOT OF ACCOUNTABILITY. I DIDN'T NECESSARILY SEE A WEST OR A RUBRIC OF HOW THE TEACHER REINFORCES AND IDENTIFIES IN THERE POINTS THEY NEED TO GO BACK TO MAKE SURE IT IS UNCOVERED AND MAY HAVE BEEN MORE EMBEDDED. WHERE IS THE SPACE FOR THAT IN THE CURRICULUM.

>> WE CAN GO BACK AND LOOK THROUGH THAT TO MAKE SURE THOSE MEASURES ARE THERE, BUT KEEP IN MIND IF A SKILL IS TAUGHT ONE DAY, IT IT IS NOT THE ONLY TIME TAUGHT AND MEASURED. YOU WILL HAVE SKILLS THAT ARE SPIRALED THROUGHOUT THE COURSE OF A MONTH OR A NINE-WEEK PERIOD. THAN THE TEACHERS HAVE MULTIPLE WAYS TO MEASURE THOSE THINGS.

>>Jessica Vaughn: OKAY. AS FAR AS THE CURRICULUM AND FEEDBACK. I HAD CONCERNS WHERE WE WERE COVERING ABOUT COMING UP WITH THE BUDGET. AND THE PROPOSED BUDGET AND EXPENDITURES. I DID NOT SEE THAT AND I MAY HAVE MISS IT FURTHER ALONG IN THE CURRICULUM. TALKING OF A LIFE SKILLS. CRT -- LOOK WHERE I AM GOING WITH THAT, THE CTE, WITH THE CTE CURRICULUM, I WOULD HOPE WE WOULD HAVE MORE PEACE FOR SOMETHING LIKE. THE FEEDBACK I GET FROM STUDENTS THEY WILL WANT THE REAL WORLD SKILLS, MY QUESTION WITH THE RELATIONSHIP WITH THE CURRICULUM. HOW MUCH COLLABORATION, ARE THERE FROM THE ACADEMIC DEPARTMENT. WE LIKE PIECES OF THE CURRICULUM. HERE IS HOW WE NEED TO TWEAK IT. AND FUTURE CAREER ACADEMY. WHAT IS THAT RELATIONSHIP LIKE.

>> THE RELATIONSHIP HAS STARTED INCREASING SINCE THE LAST TWO YEARS AROUND CONVERSATIONS WHEN IT WAS MANDATORY OF COMMUNICATION WITH OUR ADMINISTERS TO AS WELL. BUT THEY ALSOS HAVE TO HAVE COMMUNICATION WITH ACADEMIC SERVICES, TSUNAMI, MISS FAUCET AROUND WHAT DOES THE CURRICULUM LOOK LIKE. RIGHT NOW IT WENT FROM LESSON PLANS TO LESSON PLANS ALLOWING TO STANDARDS AND IT APPROVING HE DAY AS WE CONTINUE TOP EVALUATE. AS WE GO CONVERSATIONS FORWARD. TO IMPACT OF USE OF IT. WE HAVE SCHOOLS AROUND UTILIZING THEM IN OUR SCHOOLS. UNDERSTANDING THAT ENGLISH IS A REQUIREMENT. WE ARE TRYING TO GET EVERYTHING AND PROVIDING MORE INTEREST AND WHAT THEY WILL DO AFTER THEY GRADUATE. WHAT A LOT OF US HERE KNOW AND HOW WE WILL CONTINUE TO IMPROVE THAT. WE ARE MONITORING A LOT MORE IN THE CONVERSATIONS, THE STRUCTURE, THE ORGANIZATION, THE ALIGNMENT, COLLABORATION WITH CTE, SCOTT BROOKS, CHRIS JARCO, ALYSSA, AND SAUL OF US IMPROVING THAT PROCESS AS WELL.

>>Jessica Vaughn: CAN I RECLAIM LIKE 30 SECONDS OF MY TIME SINCE I DIDN'T -- THANK YOU. OH, NO, ETC. HERE. OKAY, SO WE HAVE A COLLABORATIVE RELATIONSHIP WHERE ACADEMIC SERVICES IS MAYBE GIVING SOME MORE FEEDBACK AND FUTURE CAREER ACADEMY IS OPEN TO ACCEPTING THAT TO MACK SURE THAT WE ARE WORKING TOGETHER TO CREATE THE MORSE EMPOWERING AND ROBUST CURRICULUM WE CAN AROUND THIS. DO YOU FORESEE ADDING MORE ACCOUNTABILITY WITH A RUBRIC OR TESTING TO MAKE SURE OUR KIDS ARE MASTERING THESE STANDARDS?

>> ABSOLUTELY. LIKE MR. MURILLO SAID LOOKING AT THAT COLLABORATIVE PROCESS TO MAKE IT BETTER EVERY YEAR. BASED ON YOUR FEEDBACK AND ALONG WHAT WE ARE LOOKING FOR IN THIS CURRICULUM. THOSE CHANGES WILL BE MADE BEFORE WE GO INTO THE NEXT SCHOOL YEAR. WELL, FINALLY -- HOW MUCH TIME DO I HAVE? WHEN THE KIDS GO AND MEET WALL THE PEOPLE LOOKING TO RECRUIT THEM FOR FUTURE CAREER OPTIONS, DO

THE PEOPLE WHO COME LOOKING FOR -- TO RECRUIT STUDENTS, DO THEY HAVE TO PAY A FEE TO PARTICIPATE IN THAT EVENT? NO?

>> I WILL TRY TO GET YOU THAT ANSWER AROUND IF THERE ARE NITROGENS.

>>Jessica Vaughn: THE BUSINESSES.

>>THE BUSINESSES. I WILL TRY TO FIND AN ANSWER.

>>Jessica Vaughn: THEY PURCHASE TABLES? I DON'T KNOW AN EXACT FEE. I WILL GET A SPECIFIC -- I HAVEN'T ASKED THAT NUMBER OF THE TOTAL AMOUNT OF DOLLARS FOR THE TOTALS THAT THEY PAY FOR.

>> THIS IS REALLY MY LAST QUESTION. OUT MY HEAD SO I RAN OUT OF TIME ANYWAY.

>> YOU HAVE 30 SECONDS.

>>Jessica Vaughn: WITH THE FIDELITY THAT WE ARE GIVING THE AUTONOMY WITHIN THE CLASSROOM. AS YOU ARE TALKING OF GETTING GUIDANCE AND THE BOARD MEMBERS WOULD LIKE MORE ACCOUNTABILITY TO MAKE SURE THAT THE CURRICULUM IS MASTERED. DOES THAT ALSO CHANGE THE THE APPROACH OF THE RIGOR THAT WE ARE GOING TO EXPECT FROM OUR TEACHERS IMPLEMENTING THIS CURRICULUM?

>> WELL, WE EXPECT ALL INSTRUCTION TO BE CONTENT ALIGNED TO THE DEPTH AND THE BREADTH OF THE STANDARDS. AND TEACHERS ALSO SCAFFOLD THAT INSTRUCTION IF A STUDENT ISN'T READY NOR SOMETHING THAT DEEP. SCAFFOLD THAT INSTRUCTION TO MAKE SURE THAT THEY ARE READY FOR THE DEPTH AND BREADTH OF THAT STANDARD. WE WOULD EXPECT THAT RIG RUGS INSTRUCTION TO BE HAPPENING EVERY DAY REGARDLESSFUL WHERE THE CURRICULUM CAME FROM AND WHAT THE SOURCE WAS.

>> I SEE THE VALUE OF HAVING SOME ADHERENCE TO THE PACING SCHEDULE. DO GET CONCERNED IF THAT PACING SCHEDULE, SOME THINGS MAY BE MISSED. THANK YOU SO MUCH. I APPRECIATE IT. SEEING NO FURTHER QUESTIONS OR COMMENTS. PLEASE VOTE WHEN YOUR LIGHTS APPEAR. AND THE MOTION PASSES WITH DR. HAHN VOTING NO. WE WILL NOW MOVE ON TO 9.01, MEMORANDUM OF AGREEMENT BETWEEN THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA, AND OF THE UNIVERSITY AREA COMMUNITY DEVELOPMENT CORPORATION INC. SUPERINTENDENT AYRES WILL HIGHLIGHT THIS ITEM.

>>Superintendent Ayres: THANK YOU, MADAM CHAIR. OUR PROGRAM, THE HOST PROGRAM, UNIVERSITY AREA CDC WILL PARTNER TOGETHER FOR AN UNIQUE EDUCATIONAL OPPORTUNITIES FOR ELEMENTARY SCHOOL AND MIDDLE SCHOOL STUDENTS THROUGH PROD ME GO CULTURAL ARTS PROGRAM. PRODIGY SERVED NEW FACES 5 TO 17. AFFIDAVIT AT FERRILL, FRANKLIN, MUELLER AND EGYPT LAKE ELEMENTARY. IMPLEMENTATION CL WILL YOU ALL ASPECTS OF BOCOORDINATING THE PROGRAM STRUCTURES, THEMES AND LIFE SKILLS FOR UNIQUE EXPERIENCE TO PP STUDENTS. THE MOA BETWEEN US AND THE UNIVERSITY AREA CDC.

>>Jessica Vaughn: THANK YOU. A MOTION AND A SECOND TO APPROVAL ITEMY 9.01. A MOTION BY MEMBER WASHINGTON AND A SECOND BY MEMBER RENDON. MEMBER RENDON, YOU PULLED THIS ITEM. DO YOU HAVE ANY QUESTIONS OR COMMENTS.

>>Patti Rendon: THANK YOU VERY MUCH. I HAVE A FEW COMMENTS REGARDING THIS PROGRAM. IT HAS BEEN DOING A LOT WILL HAVE GOOD WORK IN SEVERAL OF OUR SCHOOLS AND BECOMING A VERY GOOD HOST PROGRAM FOR MANY OUR STUDENTS. AS WE FORWARD THE FUTURE AND SOME OF THE FUNDING IS COMING INTO THIS PROGRAM, I LOOK FOR IT TO

BE EXPANDED IN A FEW MORE DIFFERENT AREAS AND MAKE SURE HAVE CS FOOD, BRYANT ELEMENTARY, ROB GIBSON ELEMENTARY. LOOKING AT WAYS WE CAN HE CAN AND DIFFERENT AREAS OF OUR COMMUNITY TO PROVIDE A MUCH MORE BROAD COPE OF WHERE THIS PROGRAM CAN BE ABLE TO EMPHASIZE AND SUPPORT MANY OF OUR STUDENTS. SO I THINK THAT IS IMPORTANT TO NOTE THAT WE HAVE SOME GAP AND PUT THIS PROGRAM INTO SOME OF THE OTNES. AND I LOOK FORWARD TO THE NEW YEAR.

>>Jessica Vaughn: THANK YOU, MEMBER RENDON. MY COMMENTS ARE SIMILAR. I HAVEN'T TALKED OF THE EXPANSION. BUT I DO LOVE THAT. I HAVE SEEN THIS PROGRAM IN PERSON AS I RUN INTO THE OTHER EVENTS. THE BILINGUAL PROGRAMS. FEW TIMES I SEE FAMILIES REMEMBER SO EXCITED. SUPPORT FROM REAL WORLD EXPERIENCES. THINGS I AM INTERESTED IN SENDING MY SON TOO. COVER A WIDE VARIETY OF THINGS THEY OFFER TO THE KID. WANT TO VOICE MY SUPPORT OF GREAT THINGS FIRST HAND I SEE COMING OUT OF THIS PROGRAM. THAT WAS IT. SEEING NO FURTHER QUESTIONS OR COMMENTS, PLEASE VOTE WHEN YOUR LIGHTS APPEAR. AND THE MOTION PASSES UNANIMOUSLY. WE WILL NOW GO ON TO OUR FINAL ITEM, 10.01, EduPOINT TO SUPPORT STUDENTS. SUPERINTENDENT AYRES WILL HIGHLIGHT.

>>Superintendent Ayres: WE ARE IN THE SYNERGY RAMP DOWN PHASE MITIGATE TO THE SIS WHICH IS FOCUS. THIS ITEM IS FOR CONTINUED EduPOINT SUPPORT WHICH IS AN EXPENDITURE THAT IS ALREADY INCLUDED IN THE I.T. SERVICES ANNUAL BUDGET. COST IS $90,000 LESS THAN WHAT WE BUDGETED AND PRIMARILY CONDITION THE NECESSARY DATA MIGRATION SUPPORT. AND MADAM CHAIR, THAT IS 10.01.

>> I HAVE A MOTION AND A SECOND FOR C 10.01. MEMBER PEREZ AND IS SECOND BY MEMBER COMBS. MEMBER RENDON PULLED THIS ITEM. DO YOU HAVE A QUESTION OR A COMMENT?

>>Patti Rendon: I KNOW, I KNOW, I PULLED THIS ITEM. I CANNOT IN THE GOOD CONSCIOUS CONTINUE TO PAY FOR ANY SERVICES UNTIL WE GET DETAILED ACCOUNTABILITY OF EXACTLY WHAT IS HAPPENING WITH SYNERGY IN ACCOMMODATION WITH FOCUS. UNDERSTAND THAT MANY THINGS ARE BEING DONE THROUGH FOCUS. SOME ARE BEING DONE WITH SYNERGY. OTHER THINGS OVER THERE WITH HR, SO THE LAST REPORT BASICALLY FOCUS AND WHAT FOCUS IS DOING AND OUR SCHOOLS ARE WORKING WITH SYNERGY. SYNERGY IS A CRITICAL PART OF OUR FINANCIAL STATUS OF THIS DISTRICT. A CRITICAL PART FOR OUR ESC DEPARTMENTS AS WE MOVE FORWARD. KNOW CRED SCHEDULING ARE BEING BUILT BUILT IN FOCUS. IN SYNERGY. TRACKING THE DATA OF OUR STUDENTS IN SYNERGY AND ADDING THEM INTO FOCUS. UNLESS WE GET REPORTS ON A REGULAR BASIS ON EXACTLY WHAT IS HAPPENING WITH BOTH PROGRAMS. I COULD NOT SUPPORT ANY FUND TOWARD THIS. NOT A MATTER THAT I DON'T WANT TO FOR OUR EDUCATORS. WANT TO SUPPORT THEM. BY WANT TO SUPPORT OUR ADMINISTRATORS. BUT I HAVE TO MAKE SURE GIVING THEM CLEAR DIRECTION, CLEAR SUPPORT, LESS CONFUSION. WE -- WE DOUBLED THEIR WORK BY THIS PROCESS. AND SNOB MORE ACCOUNTABLE THAN THAT THAN THIS BOARD IN THE ADMINISTRATION OF THIS DISTRICT. SO WITHOUT THIS BOARD'S PROVIDING KNOWLEDGE OF EXACTLY WHO IS DOING WHAT WHEN, I CANNOT SUPPORT ANY FUNDING REGARDING ANY OF IT. THAT IS MY WHOLE STATUS OF THAT. NOTHING TO DO WITH WHETHER OR NOT I WANT TO SUPPORT TECHNOLOGY IN HERE, BUT WE NEED MORE ACCOUNTABILITY OF EXACTLY WHAT IS HAPPENING. NOT EXACTLY WHAT IS BEING TOLD. WE NEED FULL ACCOUNTABILITY OF WHAT IS HAPPENING AND WHEN. WE ARE AT A VERY CRITICAL POINT FINANCIALLY WITH OUR GRADUATION REQUIREMENTS, OUR BUILDING SCHEDULES FOR NEXT YEAR. AND WE HAVE NO IDEA. WE HAVE NO YLD. -- NO IDEA. WE KNOW FROM STAFF OUTSIDE OF THIS ADMINISTRATION. I SHOULD KNOW THAT. SHOULD BE ABLE TO GET FROM THIS ADMINISTRATION REGULAR WEEKLY UPDATES WHAT IS HAPPENING WITH BOTH. MR. MURILLO AND YOU SPENT THE WHOLE PHONE CALL WHAT IS HAPPENING BACK AND FORTH WITH SYNERGY AND ERG AND NOBODY COULD GIVE ME THE

CLEAR INDICATION AND AGES OF THE ACCOUNTABILITY OF FUNDING WITH THAT. THAT SUN ACCEPTABLE FOR ME. SHOULD BE COMING FROM THE ADMINISTRATION WHAT EXACTLY HAPPENING AND NOT HAVE THAT KNOWLEDGE IS COMPLETELY NOT OKAY. SO I THINK THIS BOARD NEEDS TO HAVE UPDATED REGULAR WHAT IS HAPPENING AND WHO IS DOING WHAT AND WHERE WE STAND. BECAUSE IT IS VERY CONFUSING. AND WE ARE STARTING TO BUILD SCHEDULES FOR NEXT YEAR. AND WHO DOING WHAT.

>>Superintendent Ayres: YES, MA'AM. MEMBER RENDON. DR. WEEKS WILL PROVIDE THOSE UPDATES. A CRITICAL TIME. WE ARE RAMPING UP SYNERGY AND BRINGING BACK UP IF FOCUS AS OUR NEW STUD TENT INFORMATION SYSTEM. CRITICAL TIME FOR US. A LOT THINGS HAPPENING BEHIND THE SCENES. IF WE CAN PROVIDE THESE WEEKLY UPDATES TO THE BOARD PLEASE.

>>Jessica Vaughn: ALL RIGHT, THANK YOU. SEEING NO FURTHER COMMENTS OR QUESTIONS, PLEASE VOTE WHEN YOUR LIGHTS APPEAR. AND THE -- THE MOTION PASSES WITH MEMBER RENDON VOTING NO. DID WE WANT TO GO ON TO EMPLOYEE PUBLIC COMMENT EARLY, IS THAT OKAY IF WE GO -- OR DOOR SUPERINTENDENT COMMENTS FIRST. WHAT DO SAY, MR. PORTER.

>>Jim Porter: THING THEY ARE READY TO GO.

>>Jessica Vaughn: WE WILL MOVE ON TO EMPLOYEE COMMENT. WE WILL TAKE EMPLOYEE INPUT EVEN THOUGH WE HEAR PUBLIC COMMENT AT THE BEGINNING OF THE MEETING, IT IS SOMETIMES DIFFICULT FOR EMPLOYEES FROM OUR DISTRICT TO ATTEND MEETINGS AT 4 P.M. THERE ARE MANY WAY FOR OUR EMPLOYEES TO MAKE THEIR VOICES HEARD INCLUDING THROUGH UNION RECOMMENDATION, E-MAILS, KNOWN CALLS, ONE ON ONE CONVERSATIONS AND PUBLIC COMMENT AT THE BEGINNING OF THE MEETING. BOARD WANTS TO HEAR FROM YOU. WITH THIS SECTION OF OUR AGENDA, WE ARE CREATING ANOTHER AVENUE FOR EMPLOYEES TO SPEAK TO THE BOARD. SETTING ASIDE 30 MINUTES FOR EMPLOYERS OF THE DISTRICT TO SPEAK TO THE BOARD OF ANY ISSUES THAT ARE ON YOUR MIND. THIS IS NOT EN TENDED TO BE A DISCUSSION ABOUT SPECIFIC AGENDA ITEMS FOR TONIGHT'S AGENDA, BUT RATHER AN OPPORTUNITY WERE NO TO YOU SPEAK TO THE BOARD ABOUT ANY ISSUE RELATED TO YOUR JOB OR THE DISTRICT. EACH SPEAKER ALREADY HAVE THREE MINUTES. I WILL CALL UP THE FIRST TWO SPEA SPEAKERS.

>> GOOD AFTERNOON, SUPERINTENDENT, SCHOOL BOARD MEMBERS, AND STAFF. MY NAME IS REBECCA BORD. AND I AM BOTH A TEACHER AND PARENTS OF HILLSBOROUGH COUNTY PUBLIC SCHOOLS. I'M HERE TODAY TO ADDRESS MY CONCERNS ABOUT SAFETY AND POLICIES CURRENTLY IN PLACE THAT ALLOW PEOPLE WHO THREATEN TO SHOOT UP OUR SCHOOLS TO CONTINUE TO HAVE ACCESS TO THOSE SCHOOLS. EARLY THIS SCHOOL YEAR, A STUDENT ON MY ROSTER WAS ARRESTED FOR MAKING SUCH A THREAT. I DON'T KNOW ALL OF THE DETAILS, ONLY WHAT WALLS REPORTED IN THE NEWS. BUT IT WAS REPORTED THAT HE MADE A THREAT TO SHOOT A HILLSBOROUGH COUNTY PUBLIC SCHOOL STUDENT, STATING CLEARLY THE NAME OF THE SCHOOL AND THE WEAPON HE PLANNEDED TO USE. HIS VIOLENT THREAT WAS INVESTIGATED. AND HE WAS ARRESTED BY HILLSBOROUGH COUNTY SHERIFF OFFICERS AT MY SCHOOL AFTER BEING PULLED OUT THE CLASS. ACCORDING TO SYNERGY, I WAS GIVEN FIVE DAYS OF OSS. ONLY FIVE DAYS FOR THREATENING TO MURDER A STUDENT AND SHOOT UP A SCHOOL. IN THE WEEKS FOLLOWING HIS ARREST, HIS NAME FELL OFF MY ROSTER WITHOUT HIM RETURNING TO CLASS. SO I ASSUMED HE WOULD BE COMPLETING HIS EDUCATION IN A JUVENILE PROGRAM. INSTEAD, I WAS SHOCKED TO SEE HIS NAME APPEAR ON MY ROSTER LAST WEEK. UPON MY INQUIRY, I WAS TOLD THAT HE HAD COMPLETED AN ALTERNATIVE PROGRAM AND HIS CASE HAD BEEN REVIEWED BY A COMMITTEE. AND HE WAS TO BE ALLOWED TO RETURN TO A TRADITIONAL SCHOOL SETTING. AT THAT WITH AT SAFETY PLAN REQUIRE HIM TO BE SEARCHED UPON ARRIVAL EACH MORNING. NOW MY CONCERNS IF BEYOND THIS ONE STUDENT AND THE VIABILITY OF HILLS. HE -- HIS SPECIFIC THREATS. I

2/25/25, 4:23 PM
hcsb2025-02-11.html
Case 8:23-cv-00181-SDM-JSS   Document 119-3   Filed 02/25/25   Page 26 of 34 PageID 1396
Closed captioning transcript of the Hillsborough County School Board meeting on Feb 11, 2023. pg. 26

BELIEVE THAT ALL PEOPLE HAVE THE RIGHT TO AN EDUCATION;; HOWEVER, IF SOMEONE IS TO THREATEN THE LIVES OTHERS, THEY SHOULD LOSE THE PRIF ELEMENTARY OF PURSUING THAT EDUCATION INFORMATION A TRADITIONAL SETTING I URGE TO EXAMINE THIS POLICY THAT ALLOWS SOMEONE WHO EXPLICITLY THREATED LIVES OF HILLSBOROUGH COUNTY PUBLIC SCHOOL STUDENTS TO RETURN TO CAMPUS. AND I URGE TO YOU CHANGE THIS POLICY SO THAT OUR STUDENTS CAN BE SAFE AND OUR SCHOOLS SECURE. THANK YOU.

>>Jessica Vaughn: THANK YOU. NEXT SPEAKER, PLEASE.

>> FOOD EVENING, EVERYONE, ROB CRITE, CTA, AS ALWAYS I WILL BE BRIEF. IF THIS BOARD SEES FIT, WE WOULD WELCOME THE INCLUSION OF STUDENTS DURING EMPLOYEE COMMENTS AT 6:00 OPINION WE THINK THAT IS A GREAT IDEA. AS WE GET INTO THE BARGAINING SEASON. I WOULD LIKE TO THINK THAT WE WRAPPED FROM LAST YEAR. YOU KNOW THE SURROUNDING DISTRICTSES IN SOLVING BAR BARGAINING FOR THE '24-'25 SCHOOL YEAR AN EARN ENCOURAGED WE ARE GOING BACK TO THE TABLE FOR THE '26 TO 27 SCHOOL YEAR. AND SHOWS STABILITY TO THE EMPLOYEES. NOT ONLY OUR OWN, BUT THOSE IN SURROUNDING DISTRICTS WE ARE GOING TO DESPERATELY NEED TO FILL THE SPOTS THAT HE WITH FOR OUR TEACHERS AND SUPPORT PROFESSIONALS. ANY WAY THAT WE PROBABLY CAN TO RETAIN AND RECRUIT OUR TEACHER IS WHAT WE ARE ASKING YOU TO DO AND WE APPRECIATE YOUR SUPPORT WITH ALL OF THAT. THANK YOU.

>>Jessica Vaughn: THANK YOUU THANK YOU VERY MUCH. WE MOVE ON SOOT SUPERINTENDENT'S COMMENTS. MR. SUPERINTENDENT.

>>Superintendent Ayres: THANK YOU, MADAM CHAIR. FOR MY SUPERINTENDENT UPDATE THIS EVENING JUST SOME HIGHLIGHTS. I WANT TO START OFF WITH BLACK HISTORY MONTH. THIS MONTH WE ARE CELEBRATING BLACK HISTORY. OUR STUDENTS AND STAFF WILL REFLECT ON THE CONTRIBUTIONS THAT AFRICAN-AMERICANS HAVE MADE IN OUR LOCAL COMMUNION AND ACROSS THE WORLD. THE THEME IS A SALUTE TO LABOR PIONEERS. HILLSBOROUGH COUNTY PUBLIC SCHOOLS HONORS THE CONTRIBUTIONS OF AFRICAN AMERICANS OF BUILDING AND SUSTAINING THE NATION'S ECONOMIC FOUNDATION FROM THE FOUNDATIONAL FROM A FROM THE PAST OF THE CUTTING-EDGE INNOVATION. CONTRIBUTION OF AFRICAN AMERICAN LEADERS HAVE SHAPED OTHER INDUSTRY AND ASSURE OUR UPMOST RECOGNITION AND APPRECIATION. SPEAKING OF RECOGNITION, MEMBER WASHINGTON THIS MORNING WAS INTERVIEWED TODAY AT MIDDLETON HIGH SCHOOL AS PART OF THE STATION'S BLACK HISTORY MONTH STORIES HE WAS ABLE TO WALK THE HALLS AND DESCRIBE THE HISTORY OF MIDDLETON NOT ONLY TO BE A STUDENT BUT PRINCIPAL OF THE HIGH SCHOOL. THEY INTERVIEWED SOME OF THE STAFF HIRED BY MR. WASHINGTON WHEN I WAS PRINCIPAL. THAT WILL HAIR AN INABC ACTION NEWS NEXT WEEK AND KEEP AN APPLICATION FOR THAT. WE TALKED CTE EARLIER. THIS MONTH, WE CELEBRATED CTE IN COLLABORATION WITH CAREER AND TECHNICAL EDUCATION. SHOWCASED THE RIGOR, RELEVANCE AND SUCCESS OF OUR CTE PROGRAMS. OFFER 400 MIDDLE AND HIGH SCHOOL COURSESS CAREER AND TECHNICAL. AND IN 2023-'24, STUDENTS EARNED 21,081 INDUSTRY CERTIFICATIONS AND 18% INCREASE EARNED IN THE '23-'24 SCHOOL YEAR. STUCK THERE, PABLO. THERE WE GO. FEBRUARY IS ALSO LOVE THE BUS MONTH. LOVE THE BUS MONTH IS A CELEBRATION TO HONOR THE YELLOW SCHOOL BUS AND THE DEDICATED PROFESSIONALS WHO PLAY A PIVOTAL ROLE IN THE CELEBRATION NATIONWIDE. YEAR-LONG COMMITMENT OF THE IMPORTANCE OF SCHOOL BUSES VIEWING THEM NOT ONLY AS VEHICLE BUT ELEMENTS INTO HAD THE FABRIC OF EDUCATION. TRANSPORT OVER 78,000 STUDENTS EACH DAY TO AND FROM SCHOOL. AND BOARD MEMBERS, AS MANY OF YOU KNOW, WE JUST CONCLUDED OUR FIRST CHOICE WINDOW FOR THE 2025-'26 SCHOOL YEAR AND FAMILIES AN STUDENTS WERE NOTIFIED OF THE RESULTS LATE JANUARY. CLOSE TO OVER 14,000 APPLICANTS WITH A TOTAL OF 9270 OFFERS PUT OUT WITH A 68% OFFER RATE. SO WHAT IS UP NEXT. SECOND CHOICE IN MAGNET APPLICATION WINDOW FOR THE 2025-'26 SCHOOL YEAR AND OPEN THIS SPRING. AND

IN MISS BROWN'S WORLD, DISTRICT-WIDE KINDERGARTEN READINESS CAMPAIGN. SCHOOLS WILL BEGIN HOSTING OPEN HOUSES WITH A FAMILY HEADED TO KINDERGARTEN FOR THE '25-'26. OUR PARTNER WILL BE AWARDING TWO-YEAR COLLEGE PLAN SCHOLARSHIPS TO FAMILIES THAT REGISTER OR ATTEND A IF KINDERGARTEN OPEN HOUSE EVENT. DETAILS ON THE OPEN HOUSE IF YOU HAVE A KINDERGARTENER MOVING INTO OUR SCHOOLS -- SOON TO BE KINDERGARTEN, PLEASE VISIT OUR WEB SITE. SO A LITTLE BIT DIFFERENT FOR OUR CALENDAR THIS YEAR. IN THIS FRIDAY IS FAMILY DAY AT THE FLORIDA STATE FAIR. THIS FRIDAY FROM 10 A.M. TO 6 P.M. PERSONS 17 YEARS AND YOUNG WE ARE A STUDENT I.D. WILL RECEIVE FREE ADMISSION TO THE FLORIDA STATE FAIR WITH AN ADMISSION-PAYING PARENT OR GUARDIAN. REMINDER DIFFERENT WITH THE HURRICANE CALENDAR WENT BACK. WE HAD TO MAKE UP SOME SHOWERS, FEBRUARY 14, THIS DAY OFF IS JUST FOR THE WEST SIDE OF THE COUNTY. NONSTUDENT DAY FOR WEST COUNTY. SCHOOL IS IN SESSION FOR OUR EAST SESSION SCHOOLS. THEY ARE BE OFF FOR STRAWBERRY FESTIVAL DAY ON MARCH 3. THAT CHANGE WAS MADE FOR OUR HURRICANE -- SO SOME OF OUR MAKE-UP DAYS WE HAD TO HAVE. SO WE HAD A REALLY BIG ANNOUNCEMENT EACH YEAR, CAMBRIDGE RECOGNIZES THREE SCHOOL DISTRICTS ACROSS THE U.S., SMALL, MEDIUM AND LARGE. AND I AM PROUD TO ANNOUNCE THAT HSPS HAS BEEN RECOGNIZED AS 2024-'25 LARGE DISTRICT OF THE YEAR WITH THE FOLLOWING CRITERIA. THE RIGOROUS CAMBRIDGE CURRICULUM AND ON CAMBRIDGE EXAMS AND EDUCATIONAL EQUITY. FIVE SHORT YEARS, WE MOVED INTO ACE AND MOVING ACROSS OUR SCHOOL DISTRICT. FIVE SHORT YEARS FROM ONE CAMBRIDGE HIGH SCHOOL TO 28. SPRING OF 2024, OVER 19,000 CAMBRIDGE ICE EXAMS ADMINISTERED AT 57.7 PASS RATE ON THESE EXAMINATIONS. I GOT THESE NUMBERS, 19,000 GIVEN LAST YEAR. WE ARE GOING TO GIVE 27,000 ACE EXAMINATIONS SPRING OF '25. WE OFFER ACCELERATED OPPORTUNITIES. REALLY BIG ANNOUNCEMENT FOR HILLSBOROUGH COUNTY TO BE NAMED CAMBRIDGE LARGE DISTRICT OF THE YEAR. OUR TEAM OF ADVANCED ACADEMICS. WE ARE TOP OF IT OUR GAME FOR WHAT WE PROVIDE IN ACCELERATED OPPORTUNITIES. CAMBRIDGE LARGE DISTRICT OF IT THE YEAR. WITH ALL THAT HAPPENING AS THAT BEING CAMBRIDGE, ALL THE OTHER THINGS THAT WE DO STILL STRONG AS EVER. IF YOU TAKE A LOOK, WE ARE CURRENTLY EXPECTING 29,000 OF OUR A.P. EXAMS TO BE ADMINISTER MR.ED THIS SPRING. REMINDER THAT LAST SPRING PASS RATE WAS UP 66%. UP 8%. JUST IN THIS FALL -- THIS PAST FALL OF 2024, WE HAD OVER 9236 DUAL ENROLLMENT COURSERS CREATED BY OUR HSPS STUD TENTS. COLLEGE OPPORTUNITIES, ACCELERATED. WE HAVATION, ACHEDA.P. AND DUA ENROLLMENT AND INTERNATIONA NATIONAL BACCALAUREATE AND 3576 I.B. EXAMS TO BE ADMINISTERED AND HARD TO BELIEVE THIS TIME AGAIN AND SENIORS ACROSS FIVE OF OUR I.B. AUTHORIZED HIGH SCHOOLS THIS SPRING AND LAST SPRING AN IMPRESSIVE 91.5 DIPLOMA PASS RATE. YOU HAVE ALL THE STUFF THAT IS HAPPENING IN CAMBRIDGE AND ADVANCED ACADEMICS. ONE PIECE TO BE LARGE DISTRICT OF THE YEAR AND CONTINUE THE GREAT WORK AND SUCCESS IN ADVANCED ACADEMICS AND WHAT WE PROVIDE TO STUDENTS IN HILLSBOROUGH COUNTY. SO BRAIN BOWL, STATE CHAMPS. GAITHER'S ROTC PROGRAM THAT FINISHED FIRST AND SECOND. TWO TEAMS AT THE NAVY BRAIN BOWL CHAMPIONSHIPS. 32 SCHOOLS ATTENDED A AND COMPETED. GAITHER NINTH STRAIGHT CHAMPIONSHIP. THE ROTC PROGRAM, NAVY TRULY INCREDIBLE. THEY WIN EVERY COMPETITION THAT THEY GO THROUGH. BLACK HISTORY BRAIN BOWL. LOTS THAT IS HAPPENING. SO LAST WEEK, WE HELD A PRELIMINARY ROUND FOR OUR ANNUAL BLACK HISTORY BRAIN BOWL COMPETITION. THIS COMPETITION IS A GREAT WAY TO SUPPORT AWARENESS AND PROMOTE UNDERSTANDING RELATED TO AFRICAN-AMERICAN CULTURES AND CONTRIBUTIONS. CONGRATULATIONS TO THE FOLLOWING SCHOOLS. ON MAKING IT TO THE FINAL ROUND WHICH TAKE PLACE FEBRUARY 22 AT MIDDLETON HIGH SCHOOL. THOSE ARE OUR FINALS. I KNOW MOST OF OUR BOARD MEMBERS AND WILL BE OUT THERE TO SEE IT IS AN AMAZING COMPETITION AND I WANT TO ANNOUNCE THESE FINALISTS. RIVER HILL, SHAW, TURNER, BELLAMY, ADUM. FIRST YEAR THEY MADE THE FINALS MIDDLE SCHOOL ODUM AGAIN, MANN, WILLIAMS MIDDLE SCHOOL AND A SPECIAL CONGRATULATIONS TO THE ZACK FOR -- HE IS PART OF THE WILLIAMS BLACK BRAIN BOWL TEAM. TO PRESSURE IS ON THE 22nd. AND RIVER VIEW, ROBINSON AND STRAWBERRY CREST. A GREAT COMPETITION IN THE 22nd OVER AT

2/25/25, 4:23 PM Closed captioning transcript of the Hillsborough County School Board Meeting from June 29, 2023 at [illegible]

Case 8:23-cv-00181-SDM-SG Document 119-2 Filed 02/25/25 Page 28 of 34 PageID 1398

MIDDLETON TO SEE HOT FINALISTS AND WHO COMES OUT AS THE EXACHAMPION. BOARD MEMBERS WE HAVE BEEN OUT THESE LAST TWO FRIDAYS. HIGH SCHOOLS CELEBRATED IN CELEBRATION FOR OUR ESC STUDENTS. LOOK FORWARD TO THESE GAMES EVERY SINGLE YEAR. WE HAD OUR DRAGON FURRY. TEN HIGH SCHOOLS CHEERED ON 200 STUDENT ATHLETES. MISS HAHN, MISS RENDON, MISS COMBS WAS THERE. AND THEN GAITHER, THIS PAST FRIDAY, WE HAD 13 HIGH SCHOOLS THAT CHEERED ON. AND ONE MORE AND THAT IS -- THAT WILL BE OVER AT NEWSOM FRIDAY FEBRUARY 28 WILL BE THE INCREDIBLE GAMES FRIDAY FEBRUARY 28. SO THANKS TO OUR STAFF, FACULTY AND BOARD MEMBERS AND SPONSOR WHO CAME OUT TO SPONSOR THESE GREAT EVENTS. CONGRATULATIONS. A LOT OF THINGS THAT ARE HAPPENING. WANT TO CONGRATULATE TO THE BLOOMINGDALE VARSITY CHEER TEAM FOR WINNING THE NATIONAL CHAMPIONSHIPS FOR THE MEDIUM VARSITY NONTUMBLING DIVISION ONE AT THE NATIONAL HIGH SCHOOL CHEER LEADING COMPETITION. SPECIAL CONGRATS TO ELLIE, ELLIE RENDON. SHE IS RIGHT THERE IN THE SEND CENTER. RIGHT THERE IN THE MIDDLE. CONGRATULATIONS TO BLOOMINGDALEDALE, THE EN THEIR TEAM. NATIONAL CHAMP NONS. ACTUALLY INCREDIBLE. WE HAVE OUR SPORTS AWARD HE YEAR. ALL OUR TEAMS COME UP HERE WITH ALL THEIR MEDALS. CONGRATS. NOT THE ONLY ONE. WE HAD PLANT CITY THAT WERE WORLD CHAMPIONS. CONGRATS TO PLANT CITY FOR WINNING NOT JUST THE NATIONALS BUT IN THE WORLD'S COMPETITION. AND, IN FACT, THEY HAD THE HIGHEST SCORE OF EVERY TEAM COMPETING IN THE WORLD DIVISION AND HIGHEST FROM USA. AMAZING. I AM SURE WE WILL SEE THEM IN MAY AND CONGRATS TO OUR TEAMS AND PARENTS FOR SUPPORTING THESE TEAMS AT THEIR COMPETITION. THOSE ARE MY COMMENTS. AND WE JUST HAVE ONE SUSPENDED ONLY UPDATE. PRETTY QUICK. TURN IT OVER TO MR. LEWIS. WE HAVE ONE AGENDA UPDATE AROUND ECONOMIC DEVELOPMENT. WE WILL TURN IT OVER TO MR. LEWIS FOR OUR BOND RATING UPDATE.

>> THANK YOU. WE WERE EXCITED TO MANUFACTURE YOU THAT OUR BOND RATINGS CAME OUT FOR MOODY'S, AND DISTRICT WAS UPGRADED ONE SPOT AND CHANGED OUR STATUS FROM STABLE TO POSITIVE. AS PART OUR STRATEGIC PLAN. WE ARE EXCITED TO SEE PROGRESS WITH THAT FOR OUR CONTINUED EFFORTS AND WE WILL CONTINUE TO MONITOR THAT AND EXCITED FOR IT. THE REASONS FOR THAT OUR CONTINUED GENERAL FUND BALANCE, OUR MANAGEMENT OF COST AND MANAGEMENT OF OUR DEBT LOAD.

>>Superintendent Ayres: THANK YOU, MR. LEWIS. AND MADAM CHAIR, THOSE WERE MY COMMENTS.

>>Jessica Vaughn: THANK YOU, THOSE WERE GOOD COMMENTS SUPERINTENDENT AYRES. BOARD COMMENTS. AS A REMINDER FIVE MINUTES TO SPEAK WITH 30 SECOND FOR FINAL THOUGHTS. DR. HAHN.

>>Stacy Hahn: THANK YOU, CHAIR VAUGHN. CONGRATULATIONS ON THE BOND RATING. THAT IS EXCELLENT. EXCELLENTE. THIS MORNING WAS A GREAT HOME IN THE J.A. EMPOWER HER EVENT. A EMBARK COLLECTIVE. STUD EDGES FROM ALL OVER THE TAMPA AYE BARE WHY, NOT JUST HILLSBOROUGH COUNTY SCHOOLS. INSPIRING SPEAKERS. I MEAN THESE STUDENTS ARE THE -- ARE JUST SO BRIGHT, AND SO FULL OF JUST DRIVE AND ENERGY AND IDEAS BD APROGRAM IS AMAZING. THEY PITCHED THEIR BUSINESS IDEAS. I MEAN, THEY ARE JUST SO SMART. YOU KNOW. THEY ARE JUST SO IMPRESSIVE. MISS COMBS HAS A SAMPLE OF ONE OF THEM I MEAN, IT WAS SO WONDERFUL AND -- AND WAS CELEBRATED AND IT WAS GREAT. ALSO ATTENDED LIKE THE SUPERINTENDENT SAID, SPECIAL OLYMPICS. JEFFERSON. I SAW SOME OF MY FORMER USF STUDENTS WITH THEIR STUDENTS AND NICE AND EXCITING TO CATCH UP WITH THEM AND WAS THERE. I CELEBRATED LITERACY WEEK BY READING TO KINDERGATENERS AT LANIER ELEMENTARY. THANK YOU FOR THAT INVITATION. IT WAS SO SPECIAL AND THEY WERE SO SWEET. WANTED TO SHARE SINCE WE ARE ON LITERACY SOME OF THE UPDATES ON MYON DAY THAT THAT I TYPICALLY SHARE. E COWS -- EXCUSE ME, FOR JANUARY, 100,000 BOOKS ACCESSED IN JANUARY BY STUDENTS. PRE-K A EIGHTH GRADE

2/25/25, 4:22 AM
Case 8:23-cv-00180-SDM-SC   Document 119-2   Filed 02/25/25   Page 29 of 34 PageID 1399
Closed captioning transcript of the Hillsborough County School Board Meeting from Feb. 11, 2025

STUDENTS AND SOME HIGH SCHOOL STUDENTS READ BEG LOW GRADE LEVEL. THIS CREATES A LOT OF ACCESS TO BOOKS FOR KIDS AND IT IS GREAT. OV 500,000. OVER 122,000 BOOKS COMPLETED IN JANUARY FROM BEGINNING TO END AND OVER 50,000 HOURS IN ONE MONTH OF READING OCCURRING. AND THAT IS FANTASTIC. WE HAVE A -- A WINTER BREAK READING CHALLENGE THAT IS OVER 600 STUDENTS RED THE MINIMUM TO ENTER THE DRAWING. AND RIGHT NOW, FROM PROGRESS, A FINAL FOUR READING CHALLENGE IN PARTNERSHIP WITH TAMPA BAY SPORTS COMMISSION AND THE NCAA, AND THERE IS A BLACK HISTORY MONTH DIGITAL READ IN THIS MONTH. GO TO MYON AND CHECK UP A ALL THE BOOKS AND RACK UP SOME POINTS AND WIN SOME PRIZES. GREAT PARTNERSHIP AND JUST, YOU KNOW, ANOTHER AVENUE TO PROVIDE ACCESS TO BOOKS TO OUR STUDENTS WHO DON'T HAVE A TON OF BOOK IN THEIR HOME. IF YOU LOOK AT ALL THE RESEARCH, THE CHILDREN WITH BOOKS IN THEIR HOMES LOOKING THROUGH THE BOOKS ARE MORE MOTIVATED TO LEARN HOW TO READ AND TYPICALLY MORE LIFE-LONG READERS. IT IS WONDERFUL AND LASTLY, I WILL JUST SAY GO NAVY, ROTC. GO NAVY.

>>Jessica Vaughn: THANK YOU, DR. HAHN. MEMBER RENDON.

>>Patti Rendon: THANK YOU MADAM CLEAR. THANK THE SCHOOL ADMINISTRATION THAT PARTICIPATED WITH THE ESC GAMES. SO MANY COMMUNITY PARTNERS. A. PANERA WAS THERE, TIJUANA FLATS, HIS OR HER SUPPORT OUR ESC PROGRAMS AND SO MANY OF OUR STUDENTS. ALTHOUGH WE HAD PARANORMAL OF 200 AN 300 STUDENTS. IT TOOK HUNDREDS AND HUNDREDS OF TRADITIONAL STUDENTS COMING OUT TO THE TRULY SUPPORT OUR ESE STUDENTS AND THANK YOU FOR ALL THAT YOU DO HERE IN DISTRICT AND OUR STUDENTS AND INDIVIDUAL SCHOOLS. WARREN WANT A FANTASTIC HOST. I AM SORRY WAS NOT AT GAIT IR. I WAS ACTUALLY AT NATIONALS, SO UNFORTUNATELY, THEIR TOOK PRECEDENCE WITH MY DAUGHTER. BUT I AM SUPER EXCITED OF BLOOMINGDALE AND COLLABORATION. AND RIGHT NOW WE ARE EXPECTING 700 ATHLETES. SO WE ARE SUPER EXCITED ABOUT THAT. THERE WILL BE OVER 2,000 TRADITIONAL STUDENTS PUTTING THAT ON. HUGE EVENT. I ENCOURAGE EVERYONE TO COME OUT AND SUPPORT WHAT BLOOMINGDALE IS DOING. WE ARE COLLABORATING AND DURANT IS PARTICIPATING IN THEIR CULL FAR IN CREPROGRAM AND A TRUE EFFORT AND ROTC IS PROVIDING SNACKS. SUCH AN EXCITING PLACE TO BE GIVE TO OUR STUDENTS. SUPER EXCITED ABOUT THAT. THANKS OUR COUNTY COMMISSIONERS, COMMISSIONER ZEPETA, COHEN AND MYERS WHO HAVE COME OUT FOR OUR NEW MORGAN HIGH SCHOOL, LOOKING A AT SOME OF THE THINGS WE ARE DOING AND EXACTLY WHAT THEY ARE DOING TO SUPPORT NEWS THE COMMUNITY AS THAT COMMUNITY GROW SO AS RAPIDLY AND SUCH A PARTNER IN THIS PROCESS. AND REALLY IDENTIFYING WHERE OUR NEEDS ARE AS NEW STUDENTS WILL BE GOING TO THE SCHOOL IN AUGUST. SO I WANTED TO THANK THEM FOR TAKING THEIR TIME TO COME OUT AND SEE THE SCHOOLS, SEE ITS ROADS AROUND IT. SEAT NEEDS OUR STUDENTS ARE GOING TO WANT TO HAVE WITH SIDEWALKS AND ADDITIONAL ROADS AND ADDITIONAL LIGHTS THAT WILL BE NECESSARY TO ACCOMMODATE THE AMOUNT AND VOLUME WE ARE GOING TO BE DOING. THANK YOU, SUPERINTENDENT, FOR HIGHLIGHTING SO MANY OF OUR GREAT ACHIEVEMENTS OF OUR STUDENT ATHLETES. SUPER EXCITE MANY OF OUR ALTAR ATHLETES IN REGIONAL PLAY WITH OUR BOYANCE GIRLS SOCCER, BOYS AND SDIRL BASKETBALL AND WRESTLING PROGRAM. SO EXCITED AS THEY MOVED FORWARD AND WORKING WITH STATE. STRAWBERRY CREST. THEIR GAME DAY ROUTINE WAS SECOND IN THE NATION AND TEAM WAS THIRD. ROBINSON ALSO MADE IT TO THE FINALS. SUPER EXCITING FOR HILLSBOROUGH COUNTY WHEN YOU TALK OF THE THOUSANDS AN THOUSANDS OF HIGH SCHOOLS AROUND THE COUNTRY THAT MACK IT INTO THE FINALS. FINALS ARE TOP TEN AND QUITE AN ACCOMPLISHMENT FOR MANY OF OUR SCHOOLS. SUPER EXCITED AS WE GET MOVING. THANK YOU SO MUCH. HAVE A GREAT WEEKEND.

>>Jessica Vaughn: THANK YOU, MEMBER RENDON. MEMBER GRAY.

>>Lynn Gray: THANK YOU VERY MADAM CHAIR. PABLO, PERHAPS YOU CAN START -- A FEW SLIDES. WILL KEEP ME ON TASK. FIRST SLIDE HERE. THIS IS THE FUTURE CAREER ACADEMY REPRESENTING HILLSBOROUGH, LEHTO AND BLAKE. 400 STUDENTS. THIS WAS THE OTHER DAY. AND THE WORK FORCE PARTNERS THAT THEY INVOLVED THEMSELVES WITH WERE THE CITY OF TAMPA, TECHNOLOGY DEPARTMENT, PARKING, FREIGHT, PLUS HCC POSITIONS AND MANY, MANY MORE OPTION FOR THEIR APPRENTICESHIP. VERY, VERY, A GREAT JOB FAIR, FULL. AND THANK YOU FUTURE CAREER ACADEMY. NEXT, I JUST WANT TO THANK THE BOARD FOR ALLOWING ME TO SERVE ON THE -- ON THE TAMPA PLANNING ORGANIZATION. WE ARE GOING TO GO AHEAD -- I THINK MY FIRST MEETING IS TOMORROW. I ALREADY HAVE ONE, TWO, THREE, FOUR PROJECTS MANY MORE COMING OUT AND I WILL DO A LOT OF DRIVING, WHICH IS FINE. THANK YOU, BOARD, FOR ALLOWING ME TO SERVE. NEXT -- SHANY HALL, OUR NUTRITION. WHAT A WONDERFUL TEAM SHE HAS. THE STUDENTS -- AND I KNEW MANY OF THE BOARD MEMBERS HAVE GONE TO THIS BEFORE. -- THEY CHOOSE AND THEY RATE THEIR FOOD CHOICES. SUPERINTENDENT AYRES, DID YOU GO TO THIS? THEY HAD HIGH SCHOOL, ELEMENTARY AND MIDDLE SCHOOL. AND MISS HALL DOES IT EVERY YEAR YOU TASTE TEST -- YEAH, LAST YEAR. AT ANY RATE. SO THEY RATED THEIR FOODS AS TO WHAT WILL BE BEST FOR THEM IN THEIR MINDS TO EAT DURING THEIR LUNCH AND BREAKFAST. SO I JUST WANT TO THANK OUR NUTRITION DIRECTOR SHANY HALL. OUR CHIEF CHEF -- SHE IS QUITE THE WOMAN TOO IN CHARGES OF A LOT OF STAFF MEMBERS IN THE KITCHEN, MISS FERGUSON AND ALL OF OUR DEDICATED EMPLOYEES FOR THESE WONDERFUL VENDORS AND THE MEALS THEY SERVED. IT IS ABSOLUTELY INSPIRING AND DELICIOUS. NEXT, I JUST WANT TO SHARE, TOO, THE -- AND SUPERINTENDENT AYRES, THANK YOU FOR MENTIONS THE BRAIN BOWL. THIS WILL BE THE NINTH ANNUAL BRAIN BOWL. AND THE MOST IMPORTANT PART TO THANK IS THE ONE WHO IS IN CHARGE, IS DR. ANDREA BEVERLY. WE BELIEVE WE MIGHT HAVE ALMOST 200 OR MORE SCHOOLS COMPETE. AND YOU HAVE BEEN THROUGH SOME OF THE SCHOOLS ALREADY. AND INCLUDING MEMBER VAUGHN'S SON. SO FEBRUARY 22 IS THE DATE. WE ARE VERY, VERY EXCITED. I WANT TO THANK, ALSO, ALISON EDGECOMB WHO SO MUCH SUPPORTED THIS BRAIN BOWL WITH HER -- AND SHE ORGANIZED ALL THIS. 47 THURGOOD MARSHALL CLUBS AND JUST KEEP IN MIND TWO YEARS AGO, WE DIDN'T HAVE ANY. SOME SHE IS QUITE -- SHE WAS QUITE INSTRUMENTAL IN GETTING ALL THOSE CLUBS TOGETHER AT ALL GRADE LEVELS. I WANT TO NAH ALSO THE SOCIAL STUDIES DEPARTMENT AND STILL SPEAKING OF THE BRAIN BOWL, WHO WORKED TIRELESSLY TO MAKE THIS SUCCESSFUL. AND CHRIS JARGO WHO IS NOT HERE A ALWAYS HAVE COME OUT AND PUT ALL THE INSTRUMENTS OF TECHNOLOGY TOGETHER FOR THIS TO BE HAD. AND, ALSO, I WANT TO THANK OUR HILLSBOROUGH COUNTY AFRICAN-AMERICAN TASK FORCE FOR -- FOR ALSO PUTTING FORTH A LOT OF EFFORT TOWARD -- TOWARD THIS WONDERFUL COMPETITION. SO I WANTED TO REMIND THE BOARD MEMBERS THAT THE STUDENT SAFETY MEETING WILL BE A PARENTAL AWARENESS MEETING WILL WILL BE HELD AT TURNER'S K-8. I DON'T KNOW, MEMBER VAUGHN, YOU MAY WANT TO COME. NOT TOO FAR FROM YOUR HOUSE. FEBRUARY 22. AND 5:30 P.M. -- NOT FEBRUARY 22, BECAUSE WE ARE GOING TO THE BRAIN BOWL. SO IT IS FEBRUARY 26. AT ANY RATE, WE HAVE SIGNAGE AND COMMUNICATIONS. SO GLAD IF IF YOU CAN, BOARD MEMBERS, YOU WILL BE ASTOUNDED AT WHAT -- WELL, YOU PROBABLY ALREADY KNOW WHAT YOUR CHILDREN ARE ALLOWED TO SEE OR THEY ARE SEEING FROM SOCIAL MEDIA THAT DEFINITELY IS WORRISOME. THOSE ARE ALL MY COMMENTS. WANT TO GO SAY HEAD AND EMPHASIZE CONGRATULATIONS CAMBRIDGE LARGE DISTRICT MUCH THE YEAR AWARD. MISS LENGART IS TRULY AN AMAZING LEADER AND SHE HAS DONE -- HER TEAM HAS DONE SO MUCH MOVEMENT IN THE AC, INTERNATIONAL BACCALAUREATE AND HIGHER EDUCATION PROGRAMS. THANK YOU.

>>Jessica Vaughn: THANK YOU, MEMBER GRAY. MEMBER PEREZ.

>>Karen Perez: THANK YOU, MADAM CLEAR. SO I WAS ABLE TO, YOU KNOW, KIND OF LEAD LEADERSHIP TAMPA CLASS WHO CAME TO VISIT. OUR OWN OWEN YOUNG WAS PART OF THAT CLASS. YOU KNOW, CONGRATULATIONS, MR. YOUNG. ALSO, I ATTENDED THE ESSAY CONTEST

AWARDS FOR OUR MUSIC, LATINO MUSIC AT THE COLUMBIA RESTAURANT. AND, ALSO, THE CHILDREN'S BOARD HAD A TRAINING, MENTAL HEALTH TRAINING FOR HISPANIC PARENTS. ALL THE LITERATURE WAS IN SPANISH. IT WAS NEAT FOR TWO DAYS. PARENTS WENT THROUGH MENTAL HEALTH TRAINING FOR THEIR CHILDREN AND IT WAS REALLY AMAZING. IT WAS LIKE FIVE HOURS PER DAY FOR TWO DAYS. DR. GRACE. AND MISS McCREA, I WOULD LIKE TO THANK YOU FOR THE DECISION TO BRING BACK THE A TOSS PROGRAM. AND FROM THE DATA I HAVE SEEN, THE PROGRAM IS BEING USED MORE THAN THE EPIC PROGRAM. HAVE BEEN USED. HOWEVER, I HAVE A CONCERN, SUPERINTENDENT. THAT THE IN-SCHOOL SUSPENSION PROGRAM. NOT AWARE THAT THE STUDENTS WOULD BE OUTSIDE OF THE CLASSROOM CLEANING THE GROUNDS OF THE SCHOOL. AND SERVING AS CUSTODIAN INSTEAD OF FOCUSING ON THEIR ASSIGNMENTS. THE PROBLEM IS THAT DEMANDING STUDENTS TO CLEAN SCHOOL LAND WITHOUT ADEQUATE PERSONNEL -- I MEAN PERSONNEL - - THE PPP EQUIPMENT CAN POSE IMPORTANT SECURITY CONCERNS AND THE RISK OF INJURIES AND EXPOSURE TO HAZARDOUS MATERIALS ESPECIALLY BECAUSE A PARENTS REPORTED TO ME THAT REPORTED THAT ONE THEIR STUDENTS PICKED UP A USED CONDOM WITH HIS HANDS. SO WE HAVE A PROBLEM. WHO IS RESPONSIBLE FOR MONITORING WHAT IS HAPPENING IN ISS CLASSROOM?

>>Superintendent Ayres: FOR THIS PARTICULAR CASE, I MAY NEED TO LOOK INTO THAT. IN-SCHOOL SUSPENSION. ALL OF THE HIGH SCHOOLS, MIDDLE SCHOOLS. ULTIMATELY EACH SCHOOL IS RESPONSIBLE FOR MONITORING IN-SCHOOL SUSPENSION AND WHAT HAPPENS FROM DAY TO DAY WITH ISS.

>>Karen Perez: OKAY. SO CAN WE LOOK INTO THAT. AND CAN YOU GET BACK TO ME.

>>Superintendent Ayres: YES.

>>Karen Perez: PLEASE. AND ALSO I HAVE HEARD AS WELL -- AND I DO GET BACK BE WITH DR. GRACE. AND THANK YOU SO MUCH. BECAUSE HE IS ALWAYS -- HE ALWAYS DOES ANSWER THE CALLS. I CONNECT HIM WITH THE PARENTS. AND LET HIM TAKE IT FROM THERE BUT THERE IS A LOT OF FIGHTING GOING ON. A LOT OF STUDENTS LEAVING THE CAMPUS. AND WE HAVE -- I FOUND OUT WE HAVE TRUANCY OFFICERS THAT I DIDN'T REALIZE THEY HAD IN SCHOOLS, CORRECT? SO HOW DO WE MONITOR AND KEEP UP WITH STAFF THAT WE DON'T EVEN REALIZE THAT WE HAVE.

>> WELL, EACH SCHOOL -- I CAN ASSURE YOU EACH SCHOOL AS THE PRINCIPAL OF THAT SCHOOL THAT HAS A TRUANCY OFFICER ON THEIR CAMPUS, PRINCIPAL ARE RESPONSIBLE FOR THE EVALUATION OF THOSE INDIVIDUALS AND I CAN ASSURE YOU THAT THE PRINCIPALS IN THE BUILDING KNOW IF THERE IS A TRUANCY OFFICER ON STAFF WITH THEM. AND ARE -- THEY ARE THE ONES ULTIMATELY RESPONSIBILITY ENSURING THAT THAT INDIVIDUAL IS COMPLETING, YOU KNOW, HIS JOB RESPONSIBILITIES.

>>Karen Perez: BECAUSE WORKING WHERE STAFF. ME AS A BOARD MEMBER, YOU KNOW WHEN I MAKE DECISIONS, FINANCIAL DECISIONS FOR THIS DISTRICT, ESPECIALLY WHEN IT COMES TO TO STAFF, AND WE HAVE PARENTS WHO ARE CONCERNED ABOUT THEIR CHILDREN OR THAT WHEN WE ARE LOOKING AT ABSENTEE RATES OR -- AND WE HAVE STAFF THAT WE CAN UTILIZE TO ASSIST, NOT JUST OURSELVES, BUT PARENTS WHO WANT TO KEEP THEIR CHILDREN IN SCHOOLS. AND NEED THAT EXTRA SUPPORT. YOU KNOW, THAT WE -- WE UNDERSTAND THAT PROMOTING THIS CRUCIAL COMPONENT TO SUPPORT THE ENVIRONMENT FOR SCHOOLS, OUR STUDENTS IN OUR SCHOOLS, THAT WE NEED TO WORK AS COLLECTIVE -- AS A COLLECTIVE. AND TOGETHER THIS IS ALL OUR RESPONSIBILITY. BUT WE HAVE TO SHARE THIS PRISON. YOU KNOW, HE TO WORK IN ORDER TO -- IN ORDER TO FORCE STUDENTS TO FLOURISH. AND WHEN WE HAVE STAFF WHO ARE NOT PLAYING THEIR ROLE OR, YOU KNOW, DOING WHAT THIS ROLE CALLS FOR IN SUPPORTING THEIR STUDENTS THIS MAKES IT AS HARD AS THIS BOARD MEMBER TO -- WHEN THE PARENTS REACH OUT TO US TO REALLY

2/25/25, 4:59 AM                Closed captioning transcript of the Hillsborough County School Board meeting from June 2, 2023 (page 32 of 34)

Case 8:23-cv-00181-SDM-SG    Document 119-2    Filed 02/25/25    Page 32 of 34 PageID 1402

SUPPORT THAT PARENT, BUT ALSO TO ULTIMATELY THE SUPPORT THAT STUDENT. SO IF -- YOU KNOW, WE CAN LOOK INTO THAT. AND WHAT WE ARE DOING WITH TH THOSE. WITH THOUGH EMPLOYEES, I WOULD APPRECIATE IT. THANK YOU.

>>Jessica Vaughn: THANK YOU, MEMBER PEREZ. MEMBER WASHINGTON.

>>Henry "Shake" Washington: THANK YOU, MADAM CHAIR. FIRST OF ALL, I WOULD LIKE TO THANK MR. GRAVES AND CHRISTIAN. BECAUSE YOU ALWAYS KEEP US INFORMED AND THAT IS SO IMPORTANT AS A BOARD -- AS A BOARD MEMBER NO KNOW WHAT IS GOING ON. THANK YOU. YOU ARE REALLY ON TOP OF THE GAME. ALSO, I WANT TO TALK A LITTLE BIT. I WANT TO TALK ABOUT WHAT MUHAMMED N ALI SAID. HE SAID YOU DON'T LOSE IF YOU GET KNOCKED DOWN. YOU LOSE IF YOU DON'T GET UP. THAT IS SOMETHING THAT IS IMPORTANT IN LIFE. IF YOU DON'T GET UP YOU LOSE. AT LEAST GET UP AND MAKE A FIGHT OF IT. DON'T JUST LAY THERE WHICH IS A PART OF LIFE. ALWAYS GET UP AND WORK HARD FOR WHAT YOU WANT. AND YOU WILL BE SUCCESSFUL. PABLO, YOU HAVE FOR ME -- I WAS -- I TELL YOU WHAT, I HAD A GREAT OPPORTUNITY ON MONDAY -- I THINK. TO GO TO GO TO -- TO GO TO -- JAMES, IS IT UP? IT IS UP? I HAVE MY SCREEN DOWN. THAT'S IT. OKAY. MY LITTLE DARLINGS OVER THERE. THEY ARE REALLY, REALLY -- LOVE THEM. THEY ARE ESE STUDENTS. WHAT HAPPENS -- NOBODY EVER COMES TO THEIR CLASS. SO I AM THE DESIGNATE FOR THEIR CLASS. THEY LOVE FOR ME TO COME. YOU KNOW WHY? BECAUSE I GIVE THEM $100 NOR AN ICE CREAM PARTY. AND REMEMBER WELL BEHAVED. AND I READ ABOUT MARTIN LUTHER KING, JR. TO THEM. AND THEY WERE VERY WELL BEHAVED. YOU KNOW ALL KIDS WANT TO KNOW IF YOU CARE ABOUT THEM. THAT IS IMPORTANT TO NOTE. IF THEY KNOW YOU CARE THEM, THEY ARE THERE. THEY ARE GOING TO BEHAVE AND DO A GREAT JOB. THANKS MISS JONES AND HER AND HER STAFF FOR INVITING ME TO COME OUT ANDER YEAR I WILL BE THERE TO SUPPORT THESE WONDERFUL KIDS. ALSO, BRAIN BOWL. WE ARE LOOKING FORWARD TO THE BRAIN BOWL. IN THE LAND OF THE TIGERS. AND THERE IS SOME MORE STUDENTS THAT I HAD A CHANCE TO TALK TO. THESE ARE THE SECOND GRADERS. WE PUT UP. WE LOVE. I WANTED THEM TO KNOW WHAT IS THE GREATEST THING ABOUT LIFE IS LOVING EACH OTHER. WE MADE A LITTLE HEART SIGNS SO WE COULD LOVE EACH OTHER. BUT BACK TO THE BRAIN BOWL. WE ARE LOOKING FORWARD TO IT ON THE 22nd OF FEBRUARY IN THE LAND OF THE TIGERS. SO IF YOU WERE AVAILABLE, PLEASE COME ON OUT. THAT'S ALL I HAVE. THANK YOU VERY MUCH.

>>Jessica Vaughn: THANK YOU, MEMBER WASHINGTON. MEMBER COMBS.

>>Nadia Combs: THANK YOU, CHAIR VAUGHN. JUST A COUPLE OF UPDATES. THANKS CHRISTINA FERNANDEZ FRIENDS, MARCUS MURILLO. OUR PARENT CENTER IS DOING SO WELL. IT HAS DOUBLED AND WE HAVE OVER 200 PEOPLE APPLY FOR HILLSBOROUGH COUNTY PUBLIC SCHOOLS FOR JOBS. JUST AMAZING THAT WE ARE ABLE TO FILL THAT NEED FOR THE JOININGS. AND CHRISTINA FERNANDEZ AND I, LAST WEEK WE WENT AND VISITED 12 COOLS IN THE COMMUNITY TO KNOW ABOUT IT. TALKING OF THE DATA PROCESSOR AND THE FRONT OFFICE STAFF AND WHAT IS HAPPENING IN THE SCHOOLS AND THE TUNNEL AND COUNTRY COMMUNITY WAS AMAZING. THAT SERVICE PROVIDES PHONE AND OFF-SITE SERVICES AND A GREAT THING FOR THE COMMUNITY. INSTEAD OF ROSAC, THEY ARE OUT THERE SERVICING THE COMMUNITY AND MAKING SURE NOT JUST HELPING PARENTS AND STUDENTS BUT GETTING EMPLOYEES IN SCHOOLS THAT ARE SO, SO CHALLENGING. ALSO, PABLO, YOU KNOW, I WENT TO ANOTHER GREAT EVENT FOR FUTURE CAREER ACADEMY. I LOVE BEING ON THE BUSES AND REALLY GETTING THE FEEL FOR HOW IT IMPACTS STUDENTS. WE WENT TO THE CRISIS CENTER FOR FIND JOBS. WE ALSO WENT -- SORRY, -- THAT I THE BEST THEY SHOWED WENT OUT TO THE AIRPORT. AND NUMBER OF JOBS AT THE AIRPORT. REALLY INCREDIBLE LEARNING ABOUT THE AIRPORT AND ALL THE JOBS. SO MUCH GREAT SYNERGY TO FIND OUT THERE ARE THOUSANDS OF JOBS AT THE AIRPORT THAT I DIDN'T EVEN THOUGH ABOUT. AND WE HAD A GREAT GUIDE THAT SHOWED US ALL OF THAT. THE OTHER THING THAT WAS VERY

SPECIAL THIS TIME IN NORTHWEST TAMPA. WHAT WE DID IN NORTHWEST TAMPA FOR FUTURE CAREER ACADEMY, WE WENT OUT THERE AND WE TALKED ABOUT JOBS FOR HILLSBOROUGH COUNTY PUBLIC SCHOOLS. SO WE HAD DRB PAT TONY AND DR. WALKER TALK ABOUT THE HR. WE HAD SHANY HALL TALK ABOUT NUTRITION. MR. McMANUS TALK OF HOSTS. AND THEN LIEUTENANT HAN HANNAH MARSANO TALK OF SECURITY AND EMERGENCY. WE HAD HUNDREDS OF HUNDREDS OF STUDENTS IN THAT ROOM. AND I HAVE TO SAY WHEN WE ASKED HOW MANY PEOPLE WANTED TO BE EDUCATORS, IT WAS ONLY FOUR OR FIVE. AND IT SHOWS ME HOW MUCH WORK WE HAVE TO GET DONE HERE AND REALLY CONTINUE TO RECRUIT FROM WITHIN. AND I CAN IT WAS GREAT HAVING THAT EXPOSURE IN NORTHWEST TAMPA AND LETTING KIDS KNOW BEFORE THEY WALK OUT THE DOOR THAT YOU DON'T NEED TOE GO TO STARBUCKS. YOU CAN WORK HERE IN HILLSBOROUGH COUNTY. WE OFFER FREE INSURANCE. WE OFFER BENEFITS. SO I THINK ONE OF THE AMAZING THINGSING THAT FUTURE CAREER ACADEMY IS NOT.FILLING GAP FOR STUDENTS BUT WORKING ON OUR NEEDS FOR HILLSBOROUGH COUNTY PUBLIC SCHOOLS AND ALSO ALL THE SURROUNDING AREA WHERE YOU HAVE LINEMEN AND PLUMBING AND THINGS DONE IN YOUR HOUSE. WE NEED TO WORK WITHIN OUR COMMUNITY TO MAKE SURE WE SUPPORT THAT. BECAUSE AT THE TEND OF THE DAY, I LOVE LIVING IN HILLSBOROUGH COUNTY PUBLIC SCHOOLS OR LIVING IN HILLSBOROUGH COUNTY. AND WE NEED TO MAKE SURE THAT WE HAVE THOSE STUDENTS READY FOR THE TECHNICAL AND VOCATIONAL NEEDS FOR THE COMMUNITY. I LOVE THAT. KID WERE SO EXCITED. BEING ON THE BUS IS THE BEST WAY. WE CAN TALK ABOUT SURVEYS AND TALK ABOUT DATA ALL DAY LONG, BUT WHEN YOU ARE IMPACTING EVERY STUDENT IN HURRICANY AND ASKING FOR $150,000. I CAN SHOW YOU 100 CONTRACTS THAT ASK FOR A LOT MORE AND DON'T IMPACT AS MANY STUDENTS. I AM SO PROUD THFD ORGANIZATION AND WHAT THEY DO. AND HOW THEY CONTINUE THAT FULFILL THAT NEED IN THE ONLY DOOR THE DISTRICTS AND OUR STUDENTS. SPECIAL OLYMPICS. JUST AMAZING TO GO TO THE DRAGON'S FURY AND THE GAITHER'S STAMPEDE. SEEING THOSE KIDS SO EXCITED. I HAVE TO DO A SPECIAL SHOUT OUT TO THE BEST BUDDIES. THOSE KIDS WHO COME. LOVE AND THE CARE THAT THEY TAKE CARE OF THEIR STUD ERNLTS WAS INCR-- STUD ERNLTS WERE INCREDIBLE. TWO YOUNG BEST BUDDIES ENTREPRENEURS WHO ASKED ME BECAUSE THEY ARE WORKING ON A BUSINESS. I TALKED TO BOTH OF THEM ON SUNDAY. IS THAT ONE STUDENT OR TWO. AMAZING INDIVIDUALS. NOT ONLY ARE THEY WORKING WITH SPECIAL NEEDS STUDENTS BUT ONE OF THEM IS TRYING TO BECOME AN AUTHOR AND ANOTHER ONE IS TRYING TO WORK. AND JUST CONNECTED WE ARE WITH YVONNE FRY WITH WORK FORCE DEVELOPMENT APP TO HELP KIDS WHO ARE SPECIAL NEEDS TO FIND THE RIGHT WORK FORCE CONNECTION. THAT WAS ONE OF THE STUDENTS RIGHT THERE IN THE FAR LEFT. AND SO I SPOKE TO HER TODAY EVEN. SO IT IS PRETTY AMAZINGWENT TO A MUSICAL. I LOVE THE ASTRAZENECA CENTER, BUT GO TO SOME OF OUR LOCAL HIGH SCHOOLS. MUSIC AND THE TALENT IN OUR SCHOOLS IS AMAZING. STEINBRENNER, A PARENT WHO ACTUAL LEGAL VO-- ACTUALLY VOLUNTEERED TO DIRECT THAT WITH MR. BRADY WHO IS SO TALENTED AT STEINBRENNER HIGH SCHOOL. GREAT SPRING PLAYS OUT THERE. AND DON'T FORGET TO GO TO THE FAIR. THANK YOU AND HAVE A GREAT NIGHT.

>>Jessica Vaughn: THANK YOU, MEMBER COMBS. SOME OF THE THINGS I WANTED TO HIGHLIGHT WAS, I HAD AN OPPORTUNITY TO GO TO THE DISTRICT'S POETRY JAM. THANK YOU, MISS FAUCET. THAT WAS SPECTACULAR. YOU KNOW, SEEING OUR KIDS GET UP THERE. SOME OF OUR KIDS WERE SO NERVOUS. AND SPEAK THEIR TRUTH AND HAVE THAT SPACE TO COME TOGETHER AND SUPPORT EACH OTHER. LIKE EVERYTHING ABOUT IT IS SO POSITIVE. THE EMCEES WERE GREAT. THE COORDINATION OF THE SHIRTS. EVERYTHING WAS SPECTACULAR. IF YOU HAVEN'T HAD A CHANCE TO GO OUT THERE AND SEE OUR POETRY JAM, YOU REALLY SHOULD. IT WAS UNFORGETTABLE. THANK YOU SO WERE. ALSO I AM SAD TO HAVE MISSED OUR SPECIAL OLYMPICS. I HAVEN'T HAD AN OPPORTUNITY TO DO THE FALCONS FURY YET. I KNOW THAT ONE IS NEWER AND I GO TO GAITHER EVERY YEAR, AND IT IS -- IT IS JUST UNBELIEVABLE TO SEE THOSE FAMILY COMES OUT AND BE SO EXCITEED WITH OUR STUDENTS AND HOW MUCH EX-IN EXCITEMENT ABOUT THAT. THANK YOU FOR CAPTURING

2/25/25, 8:23 AM    Closed captioning transcript of the Hillsborough County School Board meeting from June 4, 2023 - [page]

Case 8:23-cv-00180-SDM-SPF    Document 198-3    Filed 02/25/25    Page 34 of 34 PageID 1404

THAT AND HIGHLIGHTING THAT IN YOUR BOARD COMMENTS. ALSO THE STEM FAIR IS TOMORROW, RIGHT. ALL OF OUT STUDENTS, ELEMENTARY SCHOOL STUDENTS, MIDDLE SCHOOL STUDENTS, HIGH SCHOOL STUDENTS, ALL COME TO THE CONVENTION CENTER A AND SHOW SPECTACULAR, SPECTACULAR PROJECTS. I AM VERY EXCITED ABOUT THAT. SOME OF OUR HIGH SCHOOL STUDENTS KNOW THEY WILL BE RECRUITEDED FOR AND CHANGE THE WORLD AND SOME OF THE IDEAS OF THE ELEMENTARY SCHOOL STUDENTS AND THE WAY THEY ARE SHOWCASED. YOU ABSOLUTELY LOVE THAT. SUPER EXCITED ABOUT THAT. I WISH WE BRING OUR AWARD BACK TO IN PERSON. AS MUCH AS I LOVE THE TELEVISED AWARD THEIR WE DO. AND I KNOW IT IS ACCESSIBLE. I THINK A LOT OF THE OUR FAMILY WOULD WANT TO THERE IN. AND A REQUEST I AM GOING TO PUT OUT THERE FOR THAT. ALSO, SPEAKING OF BLACK HISTORY MONTH, WE HAD AN OPPORTUNITY -- AND MISS McCREA, MEMBER PEREZ, TO GO TO PRIDE'S 25-YEAR ANNIVERSARY. AND I GOT THE OPPORTUNITY TO LEARN FROM MISS McCREA FIRSTHAND ABOUT HER GRANDFATHER'S LEGACY WHOSE PRIDE IS NAMED OF A. 50 YEARS IN EDUCATION. 22 YEARS IN HILLSBOROUGH COUNTY. PRINCIPAL OF BLAKE HIGH SCHOOL. HELPED CREATE THE UPWARD BOUND AT USF. SO MANY GREAT THINGS YOUR GRANDFATHER'S LEGACY AND IMPACT HE HAD FIRST HAND IN THAT SCHOOL. LOVE OUR SCHOOL'S ANNIVERSARIES WHEN WE GET TO LEARN ABOUT WHO THEY ARE NAMED AFTER AND WHAT THAT LOOKS LIKE. ALSO THE SCHOOL DID AN AMAZING JOB. PRINCIPAL ENGLISH THREW THE BEST PARTY AND ALL THE PEOPLE THERE FROM ONE OF THE FIRST TEAMERS TO THE FIRST PRINCIPAL. EVERYTHING THEY SAY IS JUST -- REALLY INSPIRING. WANT TO HIGHLIGHT THAT AND SAY I LOVE LEARNING ABOUT YOUR GRANDFATHER. SPEAKING THE BLACK BRAIN BOWL OF OF THAT EVENT, I HAD A TEACHER FROM CLARK COME UP TO ME SAY THE FIRST YEAR SPONSORING ONE OF THE CLUBS AND WHAT A GREAT EXPERIENCE IT HAS BEEN FOR HIM AND HOW MUCH HE LOVED LEARNING OF THAT AND WHAT A POSITIVE IMPACT THAT HAS HAD, JUST BEING ABLE TO RESPONSE HE SHALL. UNFORTUNATELY DIDN'T MAKE IT IN. AND THANK YOU SO MUCH FOR HIGHLIGHTING MY SON WHO WILL BE THERE. I WILL SAY AS A PROUD PARENT, THE ONLY ALL SIX-GRADE TEAM IN MIDDLE SCHOOL. HIS TEAM IT THE ONLY ALL SIX-GRADE MIDDLE SCHOOL ONE. I AM NOT ROOTING FOR ANYONE SPECIFICALLY OR ANY TEAM SPECIFICALLY, AND ALSO, BAY NEWS 9 DID A STORY ON THEM. FORGET TO UPDATE YOU ON THAT. I APPRECIATE BAY NEWS 9. I THINK THAT'S IT. LOVE HEARING OF ALL THE POSITIVE THINGS IN OUR DISTRICT FROM WHAT WE ARE DOING WITH OUR ACE PROGRAM AND ALL OF THE IMPACT THAT WE ARE HAVING. I FEEL REALLY GOOD. AND APPRECIATE ALL THE TEAMWORK FROM OUR SCHOOL SITES, OUR DISTRICT STUFF, MY FELLOW SCHOOL BOARD MECHANICS AND THE SUPERINTENDENT. SO I AM EXCITED ABOUT THE FUTURE. AND WITH THAT, THIS MEETING IS ADJOURNED!