

**MACFARLANE FERGUSON & MCMULLEN**

ATTORNEYS & COUNSELORS AT LAW   EST. 1884

One Tampa City Center, Suite 2000
201 N. Franklin Street
P.O. Box 1531 (33601)
Tampa, FL 33602
813.273.4200  Fax: 813.273.4396

WWW.MFMLEGAL.COM
EMAIL: INFO@MFMLEGAL.COM

625 Court Street, Suite 200
P.O. Box 1669 (33757)
Clearwater, FL 33756
727.441.8966  Fax: 727.442.8470

From the Desk of Jeffrey W. Gibson
JG@macfar.com
(813) 273-4357

Ms. Yvette Lewis
NAACP Hillsborough County Unit 5139 President
308 Martin Luther King Blvd., Suite C
Tampa, FL 33603

Re:   Gary Adult School Campus Dispute

Dear Ms. Lewis,

As you may be aware, I have the pleasure of representing the Hillsborough County School District. It has come to the District's attention that there has been some dispute about the use of the portables located at Gary Adult School campus used for the purposes of providing training, education, mentor space, and community partnership/engagement space.

I am enclosing for your ready reference the original Memorandum of Agreement between the School Board of Hillsborough County and the NAACP approved by the School Board on April 2, 2019, as well as the Extension to that agreement approved on May 18, 2021.

Pursuant to those agreements, I wanted to remind the NAACP of its obligations not to "deny any person the opportunity to participate in activities conducted on the Site." (Section 7 of the Extension). Moreover, the NAACP agreed that it would not sublease the District space, nor would it "allow any other organization or person to use any portion of the Site during the term of this Agreement." (Section 8 of the Extension).

On October 20, 2022, other organizations or persons were granted use of the Gary Adult portables. This cannot happen again.

The District has had a long relationship with the NAACP and is committed to continuing that collaborative relationship for years to come.