Search documents in this case: [          ] [Search]

# No. 24-718

| | |
|---|---|
| Title: | **Blake Andrew Warner, Petitioner**<br>**v.**<br>**Hillsborough County School Board** |
| Docketed: | January 8, 2025 |
| Linked with 24A474 | |
| Lower Ct: | United States Court of Appeals for the Eleventh Circuit |
|   Case Numbers: | (23-12408, 23-12411) |
|   Decision Date: | May 8, 2024 |
|   Rehearing Denied: | September 4, 2024 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Nov 07 2024 | Application (24A474) to extend the time to file a petition for a writ of certiorari from December 3, 2024 to February 1, 2025, submitted to Justice Thomas.<br><br>**Main Document     Proof of Service** |
| Nov 12 2024 | Application (24A474) granted by Justice Thomas extending the time to file until January 2, 2025. |
| Dec 16 2024 | Application (24A474) to extend further the time from January 2, 2025 to January 31, 2025, submitted to Justice Thomas.<br><br>**Written Request     Proof of Service** |
| Dec 18 2024 | Application (24A474) denied by Justice Thomas. |
| Jan 02 2025 | Petition for a writ of certiorari filed. (Response due February 7, 2025)<br><br>**Petition     Certificate of Word Count     Proof of Service** |
| Jan 14 2025 | Brief amicus curiae of Liberty, Life and Law Foundation filed.<br><br>**Main Document     Proof of Service     Certificate of Word Count** |

| Jan 31 2025 | Waiver of right of respondent School Board of Hillsborough County, Florida to respond filed. **Main Document** |
|---|---|
| Feb 05 2025 | DISTRIBUTED for Conference of 2/21/2025. |
| Feb 07 2025 | Brief amicus curiae of Religious Freedom Institute filed. (Distributed) **Main Document**  **Proof of Service**  **Certificate of Word Count** |
| Feb 07 2025 | Brief amici curiae of Tammy Fournier, et al. filed. (Distributed) **Main Document**  **Proof of Service**  **Certificate of Word Count** |
| Feb 07 2025 | Brief amicus curiae of Florida Legal Foundation filed. (Distributed) **Main Document**  **Proof of Service**  **Certificate of Word Count** |
| Feb 07 2025 | Brief amicus curiae of American Hindu Coalition filed. (Distributed) **Main Document**  **Proof of Service**  **Certificate of Word Count** |
| Feb 07 2025 | Brief amicus curiae of Capability Consulting, LLC filed. (Distributed) **Main Document**  **Proof of Service**  **Certificate of Word Count** |
| Feb 07 2025 | Brief amicus curiae of Manhattan Institute filed. (Distributed) **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 07 2025 | Brief amici curiae of Advancing American Freedom, et al. filed. (Distributed) **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 14 2025 | Response Requested. (Due March 17, 2025) |
| Mar 04 2025 | Motion to extend the time to file a response from March 17, 2025 to April 16, 2025, submitted to The Clerk. **Main Document** |
| Mar 05 2025 | Motion to extend the time to file a response is granted and the time is extended to and including April 16, 2025. |

| NAME | ADDRESS | PHONE |
|---|---|---|

| Attorneys for Petitioner | | |
|---|---|---|
| Aaron Michael Streett<br>  Counsel of Record | Baker Botts, L.L.P.<br>910 Louisiana Street<br>Houston, TX 77002<br><br>AARON.STREETT@BAKERBOTTS.COM | 7132291855 |
| Party name: Blake Warner | | |
| Attorneys for Respondent | | |
| Kristen M. Fiore<br>  Counsel of Record | Akerman LLP<br>201 East Park Ave<br>Suite 300<br>Tallahassee, FL 32301<br><br>kristen.fiore@akerman.com | 8502249634 |
| Party name: School Board of Hillsborough County, Florida | | |
| Other | | |
| John J. Bursch<br>  Counsel of Record | Alliance Defending Freedom<br>440 First Street, NW<br>Suite 600<br>Washington, DC 20001<br><br>jbursch@adflegal.org | (616) 450-4235 |
| Party name: Tammy Fournier, Gretchen Melton & Carmilla Tatel | | |
| Deborah Dewart<br>  Counsel of Record | 111 Magnolia Lane<br>Hubert, NC 28539<br><br>LAWYERDEBORAH@OUTLOOK.COM | 9103264554 |
| Party name: Liberty, Life and Law Foundation | | |
| Robert Edward Dunn<br>  Counsel of Record | Eimer Stahl LLP<br>1999 South Bascom Avenue<br>Suite 1025<br>Campbell, CA 95008<br><br>RDUNN@EIMERSTAHL.COM | 4088891670 |
| Party name: American Hindu Coalition | | |

| | | |
|---|---|---|
| Brian Taylor Goldman<br>   Counsel of Record | Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br><br>BGOLDMAN@HSGLLP.COM | 646-837-5151 |

Party name: Religious Freedom Institute

| | | |
|---|---|---|
| Dallin Brockbank Holt<br>   Counsel of Record | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>2300 N Street, NW<br>Suite 643<br>Washington, DC 20037<br><br>dholt@holtzmanvogel.com | 2027378808 |

Party name: Manhattan Institute

| | | |
|---|---|---|
| Frank A. Shepherd<br>   Counsel of Record | Frank A. Shepherd, P.A.<br>1 S.E. 1st Avenue<br>Suite 1700<br>Miami, FL 33131<br><br>frank@franksheplaw.com | 3056106255 |

Party name: Florida Legal Foundation, Inc.

| | | |
|---|---|---|
| John Marc Wheat<br>   Counsel of Record | Advancing American Freedom, Inc.<br>801 Pennsylvania Ave., NW<br>Suite 930<br>Washington, DC 20004-2729<br><br>MWHEAT@ADVANCINGAMERICANFREEDOM.COM | (202) 780-4848 |

Party name: Advancing American Freedom, Inc.

| | | |
|---|---|---|
| Timothy Michael Zimmerman<br>   Counsel of Record | Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202<br><br>tzimmerman@gibsondunn.com | (303) 298-5700 |

Party name: Capability Consulting, LLC