# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**DATE:** April 23, 2025

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**Blake Andrew Warner,**

    **Plaintiff,**

v.                                                        **Case No: 8:23-cv-181-SDM-LSG**

**School Board of Hillsborough County, Florida**

    **Defendant.**

**U.S.C.A. Case No:**          USCA Case Number

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Steven D. Merryday, United States District Judge appealed from.

- Appeal filing fee was paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

- Reporter's name: Digital, David J. Collier

                                                       ELIZABETH M. WARREN, CLERK

                                                       By:                        s/JR, Deputy Clerk