APPEAL,CLOSED,SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:23-cv-00181-SDM-LSG

| | |
|---|---|
| Warner v. School Board of Hillsborough County, Florida<br>Assigned to: Judge Steven D. Merryday<br>Referred to: Magistrate Judge Lindsay S. Griffin<br>Case in other court: 11th Circuit, 23-12408-E<br>Cause: 42:1983 Civil Rights Act | Date Filed: 01/26/2023<br>Date Terminated: 03/25/2025<br>Jury Demand: None<br>Nature of Suit: 448 Civil Rights: Education<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Blake Andrew Warner** | represented by | **Blake Andrew Warner**<br>2211 S Village Ave<br>Tampa, FL 33612<br>212-542-0055<br>Email: blake@null3d.com<br>*PRO SE* |

V.

**Defendant**

| | | |
|---|---|---|
| **School Board of Hillsborough County, Florida** | represented by | **Jason L. Margolin**<br>Akerman LLP - Tampa<br>401 E Jackson St Ste 1700<br>Tampa, FL 33602-5250<br>813.209.5009<br>Fax: 813.223.2837<br>Email: jason.margolin@akerman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin Robinson**<br>Akerman LLP<br>401 E. Jackson St.<br>Suite 1700<br>Tampa, FL 33602<br>813-223-7333<br>Fax: 813-223-2837<br>Email: benjamin.robinson@akerman.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2025 | 126 | NOTICE OF APPEAL as to 120 Order on Motion to Strike Order on Motion for Judgment on the Pleadings Order on Motion to Compel Order on Motion to Stay |

| | | |
|---|---|---|
| | | Order on Report and Recommendations by Blake Andrew Warner. Filing fee $ 605, receipt number AFLMDC-23274165. (Warner, Blake) (Entered: 04/22/2025) |
| 04/10/2025 | 125 | RESPONSE in Opposition re 123 MOTION for Attorney Fees *and costs; ruling on entitlement* filed by Blake Andrew Warner. (Attachments: # 1 Exhibit 90th Cong., 2nd sess., Congressional Record 114, February 15, 1968, # 2 Exhibit Supreme Court Docket No. 24-718)(Warner, Blake) (Entered: 04/10/2025) |
| 04/08/2025 | 124 | PROPOSED BILL OF COSTS by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 04/08/2025) |
| 04/07/2025 | 123 | MOTION for Attorney Fees *and costs, ruling on entitlement* by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 04/07/2025) |
| 03/25/2025 | 122 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (ARL) (Entered: 03/25/2025) |
| 03/25/2025 | 121 | JUDGMENT is entered for the school board and against Warner ( Signed by Deputy Clerk) (ARL) (Entered: 03/25/2025) |
| 03/24/2025 | 120 | **ORDER adopting 112--report and recommendation; denying 106--motion to stay summary judgment; granting 86--motion for summary judgment; denying as moot 93--motion to compel; denying as moot 85--motion to strike; directing the clerk to enter judgment for the school board and against Blake Warner; directing the clerk to close the case. Signed by Judge Steven D. Merryday on 3/24/2025. (DJL)** (Entered: 03/24/2025) |
| 02/25/2025 | 119 | NOTICE to the Courts to take judicial notice regarding *community criticism of NAACP ineffectiveness due to conflict of interest with school board* by Blake Andrew Warner. (Attachments: # 1 Exhibit Website describing Feb 11, 2025 school board meeting, # 2 Exhibit Meeting minutes, # 3 Exhibit Email from school board attorney to NAACP Feb 10, 2025)(Warner, Blake) (Entered: 02/25/2025) |
| 02/18/2025 | 118 | RESPONSE to objections to 112 Report and Recommendations by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 02/18/2025) |
| 02/09/2025 | 117 | OBJECTION re 112 REPORT AND RECOMMENDATIONS re 106 Motion to Stay Summary Judgment under Rule 56(d) filed by Blake Andrew Warner, 86 MOTION for Judgment on the Pleadings *as to Plaintiff's Third Amended Complaint* filed by School Board of Hillsborou . (Warner, Blake) (Entered: 02/09/2025) |
| 01/24/2025 | 116 | **ENDORSED ORDER: Appearing pro se, Blake Warner moves (Doc. 115) to enlarge the page limit for his objection to the magistrate judge's report and recommendation (Doc. 112). Citing the need to "perfect the record" and his lack of legal training, Warner asks for leave to file a forty-page objection. The motion (Doc. 115) is GRANTED-IN-PART. In no more than twenty-five pages, Warner may object to the report and recommendation. Signed by Judge Steven D. Merryday on 1/24/2025. (DJL)** (Entered: 01/24/2025) |
| 01/23/2025 | 115 | Unopposed MOTION to File Excess Pages *Objection to Report and Recommendation* by Blake Andrew Warner. (Warner, Blake) (Entered: 01/23/2025) |
| 01/16/2025 | 114 | **ENDORSED ORDER: The plaintiff moves (Doc. 113) to extend the time within which to object to the magistrate judge's report and recommendation (Doc. 112). The motion is GRANTED. No later than FEBRUARY 11, 2025, the** |

| | | |
|---|---|---|
| | | plaintiff may object to the report and recommendation. Signed by Judge Steven D. Merryday on 1/16/2025. (DJL) (Entered: 01/16/2025) |
| 01/16/2025 | 113 | Unopposed MOTION for Extension of Time to File Response/Reply as to 112 REPORT AND RECOMMENDATIONS re 106 Motion to Stay Summary Judgment under Rule 56(d) filed by Blake Andrew Warner, 86 MOTION for Judgment on the Pleadings *as to Plaintiff's Third Amended Complaint* filed by School Board of Hillsborou by Blake Andrew Warner. (Warner, Blake) (Entered: 01/16/2025) |
| 01/14/2025 | 112 | **REPORT AND RECOMMENDATIONS re 106 Motion to Stay Summary Judgment under Rule 56(d) filed by Blake Andrew Warner, 86 MOTION for Judgment on the Pleadings *as to Plaintiff's Third Amended Complaint* filed by School Board of Hillsborough County, Florida, 85 MOTION to Strike 82 Answer to amended complaint *third affirmative defense* filed by Blake Andrew Warner, 93 MOTION to Compel Response to RFI and RFP filed by Blake Andrew Warner. Signed by Magistrate Judge Lindsay S. Griffin on 1/14/2025. (ABC)** (Entered: 01/14/2025) |
| 12/29/2024 | 110 | NOTICE of supplemental authority re 109 Response to motion *Myricks v. Federal Reserve (11th Cir. 2007)* by Blake Andrew Warner. (Warner, Blake) (Entered: 12/29/2024) |
| 12/16/2024 | 109 | RESPONSE to Motion re 106 Motion to Stay Summary Judgment under Rule 56(d) filed by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 12/16/2024) |
| 12/10/2024 | 108 | **ENDORSED ORDER directing the plaintiff to provide for in camera review an unredacted copy of the settlement agreement, Doc. 82-1, to facilitate my evaluation of the plaintiff's claim that the agreement lacks consideration and is otherwise unenforceable. The plaintiff may send the document by e-mail to chambers_flmd_griffin@flmd.uscourts.gov, with a copy to defense counsel. Signed by Magistrate Judge Lindsay S. Griffin on 12/10/2024. (Griffin, Lindsay)** (Entered: 12/10/2024) |
| 12/02/2024 | 107 | NOTICE by Blake Andrew Warner re 103 Order on Motion to Stay Discovery (Attachments: # 1 Affidavit Blake Warner, # 2 Exhibit Draft and Final Settlement Redline)(Warner, Blake) (Entered: 12/02/2024) |
| 12/02/2024 | 106 | MOTION to Stay Summary Judgment under Rule 56(d) by Blake Andrew Warner. (Attachments: # 1 Affidavit Blake Warner)(Warner, Blake) Modified event on 12/3/2024 (ABM). (Entered: 12/02/2024) |
| 12/02/2024 | 105 | STIPULATION re 103 Order on Motion to Stay Discovery *Joint Stipulation of Facts and Exhibits* by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Margolin, Jason) (Entered: 12/02/2024) |
| 11/19/2024 | 104 | DECLARATION of Blake Warner re 103 Order on Motion to Stay Discovery by Blake Andrew Warner. (Warner, Blake) (Entered: 11/19/2024) |
| 11/18/2024 | 103 | **ORDER granting 96 Motion to Stay Discovery. Signed by US Magistrate Judge Lindsay S. Griffin on 11/18/2024. (ABC)** (Entered: 11/18/2024) |
| 11/08/2024 | 102 | **ENDORSED ORDER REFERRING MOTION: 96 MOTION to Stay Discovery filed by School Board of Hillsborough County, Florida, 93 MOTION to Compel Response to RFI and RFP filed by Blake Andrew Warner. Signed by Judge Steven D. Merryday on 11/8/2024. (JTM) Motions referred to Magistrate Judge Lindsay S. Griffin.** (Entered: 11/08/2024) |

| Date | # | Description |
|---|---|---|
| 11/08/2024 | 101 | **ENDORSED ORDER referring motion for report and recommendation: 86 MOTION for Judgment on the Pleadings *as to Plaintiff's Third Amended Complaint* filed by School Board of Hillsborough County, Florida, 85 MOTION to Strike 82 Answer to amended complaint *third affirmative defense* filed by Blake Andrew Warner. Signed by Judge Steven D. Merryday on 11/8/2024. (JTM) Motions referred to Magistrate Judge Lindsay S. Griffin.** (Entered: 11/08/2024) |
| 10/04/2024 | 100 | Case Reassigned to Magistrate Judge Lindsay S. Griffin. New case number: 8:23-cv-00181-SDM-LSG. Magistrate Judge Unassigned Magistrate no longer assigned to the case. Motion(s) REFERRED: 96 MOTION to Stay Discovery , 93 MOTION to Compel Response to RFI and RFP . Motion(s) referred to Magistrate Judge Lindsay S. Griffin. (AJS) (Entered: 10/04/2024) |
| 09/25/2024 | 99 | RESPONSE in Opposition re 96 MOTION to Stay Discovery filed by Blake Andrew Warner. (Warner, Blake) (Entered: 09/25/2024) |
| 09/25/2024 | 98 | RESPONSE to Motion re 93 MOTION to Compel Response to RFI and RFP filed by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Margolin, Jason) (Entered: 09/25/2024) |
| 09/14/2024 | 97 | REPLY to Response to Motion re 85 MOTION to Strike 82 Answer to amended complaint third affirmative defense filed by Blake Andrew Warner. (Warner, Blake). (Entered: 09/14/2024) |
| 09/13/2024 | 96 | MOTION to Stay Discovery by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Margolin, Jason) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 09/13/2024) |
| 09/12/2024 | 95 | MANDATE of USCA: It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court as to 42 Notice of Interlocutory Appeal filed by Blake Andrew Warner. Issued as Mandate: 9/12/2024. USCA number: 23-12408-JJ. (SET) (Entered: 09/13/2024) |
| 09/12/2024 | 94 | **ENDORSED ORDER: Appearing pro se, Blake Warner moves (Doc. 92) to reply to the defendant's response (Doc. 91) to the motion (Doc. 85) to strike an affirmative defense. The motion is GRANTED. Warner may file a reply, not to exceed five pages, no later than SEPTEMBER 17, 2024. Signed by Judge Steven D. Merryday on 9/12/2024. (DJL)** (Entered: 09/12/2024) |
| 09/11/2024 | 93 | MOTION to Compel Response to RFI and RFP by Blake Andrew Warner. (Attachments: # 1 Exhibit A - Email Chain, # 2 Exhibit B - Confer Email Chain, # 3 Exhibit C - Response RFP, # 4 Exhibit D - Response RFI, # 5 Exhibit E - Boundary Recommendation, # 6 Exhibit F - Casetext Receipts)(Warner, Blake) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 09/11/2024) |
| 08/23/2024 | 92 | Unopposed MOTION for Leave to File Other Document :Reply to Defendant's Response to Plaintiff's Motion to Strike by Blake Andrew Warner. (Warner, Blake) (Entered: 08/23/2024) |
| 08/23/2024 | 91 | RESPONSE to Motion re 85 MOTION to Strike 82 Answer to amended complaint *third affirmative defense* filed by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1)(Margolin, Jason) (Entered: 08/23/2024) |
| 08/13/2024 | 90 | NOTICE of Filing Exhibit settlement redline redacted by Blake Andrew Warner re 87 Response in Opposition to Motion. (GL) (Entered: 08/14/2024) |

| | | |
|---|---|---|
| 08/13/2024 | 89 | **ORDER granting 88--motion to strike. Signed by Judge Steven D. Merryday on 8/13/2024. (WBW)** (Entered: 08/13/2024) |
| 08/12/2024 | 88 | MOTION to Strike *Improperly Redacted Document* by Blake Andrew Warner. (Attachments: # 1 Exhibit settlement redline redacted)(Warner, Blake) (Entered: 08/12/2024) |
| 08/10/2024 | 87 | RESPONSE in Opposition re 86 MOTION for Judgment on the Pleadings *as to Plaintiff's Third Amended Complaint* filed by Blake Andrew Warner. (Attachments: # **STRICKEN PER ORDER 89, REFILED AT 90** (1) Exhibit settlement redline redacted, # 2 Exhibit settlement email wrt release scope)(Warner, Blake) Modified text and removed exhibit 1 on 8/14/2024 (GL). (Entered: 08/10/2024) |
| 08/09/2024 | 86 | MOTION for Judgment on the Pleadings *as to Plaintiff's Third Amended Complaint* by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 08/09/2024) |
| 08/09/2024 | 85 | MOTION to Strike 82 Answer to amended complaint *third affirmative defense* by Blake Andrew Warner. (Warner, Blake) (Entered: 08/09/2024) |
| 07/30/2024 | 84 | **ENDORSED ORDER granting 83 Motion to Issue Subpoena, to the extent the Clerk is DIRECTED to issue the subpoena. See Rule 45(a)(3). Nonetheless, Plaintiff is advised that pro se litigants are not exempt from complying with the requirements imposed by the law and rules of procedure. See Brown v. Crawford, 906 F.2d 667, 670 (11th Cir. 1990). Plaintiff is not permitted to discover privileged information, including materials protected by the work-product privilege or by the attorney-client privilege. Fed. R. Civ. P. 26(b)(1). Signed by Magistrate Judge Natalie Hirt Adams on 7/30/2024. (CJF)** (Entered: 07/30/2024) |
| 07/29/2024 | 83 | MOTION for Issuance of Subpoena *LaKisha Kinsey-Sallis* by Blake Andrew Warner. (Warner, Blake) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 07/29/2024) |
| 07/24/2024 | 82 | ANSWER and affirmative defenses to 79 Amended Complaint by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1)(Margolin, Jason) (Entered: 07/24/2024) |
| 06/24/2024 | 81 | **ENDORSED ORDER: The defendant's unopposed motion (Doc. 80) to extend the time within which to respond to the third amended complaint is GRANTED. No later than JULY 24, 2024, the defendant must respond. Signed by Judge Steven D. Merryday on 6/24/2024. (WBW)** (Entered: 06/24/2024) |
| 06/21/2024 | 80 | Unopposed MOTION for Extension of Time to File Answer *to Third Amended Complaint* by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 06/21/2024) |
| 06/10/2024 | 79 | Third AMENDED COMPLAINT against School Board of Hillsborough County, Florida filed by Blake Andrew Warner. (Attachments: # 1 Exhibit A south tampa race map, # 2 Exhibit B white map, # 3 Exhibit C hispanic map, # 4 Exhibit D black map, # 5 Exhibit E south tampa elementary map, # 6 Exhibit F wfla addison davis property values, # 7 Exhibit G HOLC ads, # 8 Exhibit H HOLC map, # 9 Exhibit J carrollwood proposal, # 10 Exhibit K wtsp property value concerns, # 11 Exhibit R district map, # 12 Exhibit X gerrymander graphs elementary, # 13 Exhibit Y gerrymander graphs middle, # 14 Exhibit Z gerrymander graphs high)(Warner, Blake) Modified text on 6/11/2024 (HAI). (Entered: 06/10/2024) |

| | | |
|---|---|---|
| 06/07/2024 | 78 | **ORDER adopting 72--report and recommendations; granting-in-part 45--motion to dismiss; denying without prejudice 40--motion for preliminary injunction. Signed by Judge Steven D. Merryday on 6/7/2024. (WBW)** (Entered: 06/07/2024) |
| 05/16/2024 | 77 | OPINION of USCA as to 42 Notice of Interlocutory Appeal filed by Blake Andrew Warner. EOD: 5/8/2024; Mandate to issue at a later date. USCA number: 23-12408-JJ. (SET) (Entered: 05/16/2024) |
| 04/08/2024 | 76 | OBJECTION to 72 Report and Recommendations by Blake Andrew Warner. (Warner, Blake) (Entered: 04/08/2024) |
| 03/05/2024 | 75 | Case Reassigned to Magistrate Judge Unassigned Magistrate. New case number: 8:23-cv-181-SDM-UAM. Magistrate Judge Julie S. Sneed no longer assigned to the case. (SET) (Entered: 03/05/2024) |
| 03/01/2024 | 74 | **ENDORSED ORDER: The plaintiff's unopposed motion (Doc. 73) to extend the time within which to object to the report and recommendation is GRANTED. No later than APRIL 15, 2024, the plaintiff must object. Signed by Judge Steven D. Merryday on 3/1/2024. (WBW)** (Entered: 03/01/2024) |
| 03/01/2024 | 73 | Unopposed MOTION for Extension of Time to File Response/Reply as to 72 REPORT AND RECOMMENDATIONS re 40 MOTION for Preliminary Injunction filed by Blake Andrew Warner, 45 MOTION to Dismiss Plaintiff's Second Amended Complaint filed by School Board of Hillsborough County, Florida, 38 Ame by Blake Andrew Warner. (Warner, Blake) (Entered: 03/01/2024) |
| 02/29/2024 | 72 | **REPORT AND RECOMMENDATIONS re 45 MOTION to Dismiss Plaintiff's Second Amended Complaint filed by School Board of Hillsborough County, Florida; 38 Amended Complaint filed by Blake Andrew Warner; 40 MOTION for Preliminary Injunction filed by Blake Andrew Warner. Signed by Magistrate Judge Julie S. Sneed on February 29, 2024. (PNT)** (Entered: 02/29/2024) |
| 02/21/2024 | 71 | **ENDORSED ORDER granting Defendant's Unopposed Motion to Stay Discovery 68 and Defendant's Motion for Enlargement of Time to Respond to Discovery 69. Signed by Magistrate Judge Julie S. Sneed on February 21, 2024. (PNT)** (Entered: 02/21/2024) |
| 01/03/2024 | 70 | RESPONSE in Opposition re 69 MOTION for Extension of Time to Complete Discovery *pending ruling on motion to stay discovery and motion to dismiss second amended complaint and Cross MOTION to Compel* filed by Blake Andrew Warner. (Attachments: # 1 Exhibit A - Email Chain)(Warner, Blake) Modified on 1/4/2024 to edit docket text (AJS). (Entered: 01/03/2024) |
| 01/02/2024 | 69 | MOTION for Extension of Time to Complete Discovery *pending ruling on motion to stay discovery and motion to dismiss second amended complaint* by School Board of Hillsborough County, Florida. (Margolin, Jason) Motions referred to Magistrate Judge Julie S. Sneed. (Entered: 01/02/2024) |
| 12/11/2023 | 68 | Unopposed MOTION to Stay Discovery by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Margolin, Jason) Motions referred to Magistrate Judge Julie S. Sneed. (Entered: 12/11/2023) |
| 11/30/2023 | | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Middle District of Florida certifies that the record is complete for the purposes of this appeal re: 42 Notice of Interlocutory Appeal. All documents are imaged and available for the |

| | | |
|---|---|---|
| | | USCA to retrieve electronically. USCA number: 23-12408-E (MCB) (Entered: 11/30/2023) |
| 10/26/2023 | 66 | Minute Entry. In Person Proceedings held before Magistrate Judge Julie S. Sneed: MOTION HEARING held on 10/26/2023 re 45 MOTION to Dismiss Plaintiff's Second Amended Complaint filed by School Board of Hillsborough County, Florida. (Digital) (SET) (Entered: 10/26/2023) |
| 10/16/2023 | 65 | NOTICE of supplemental authority re 49 Response in Opposition to Motion *Ga. State Conference of NAACP v. City of Lagrange (11th Cir. 2019)* by Blake Andrew Warner. (Warner, Blake) (Entered: 10/16/2023) |
| 09/28/2023 | 64 | NOTICE canceling Evidentiary Hearing scheduled for 10/26/2023 at 10:00 AM. The Motion Hearing on Defendant's 45 Motion to Dismiss will proceed as previously scheduled on 10/26/2023 at 10:00 AM in Tampa Courtroom 11 A before Magistrate Judge Julie S. Sneed. (SET) (Entered: 09/28/2023) |
| 09/27/2023 | 63 | **ENDORSED ORDER granting the parties' 62 Joint Motion to Bifurcate Hearing. The evidentiary hearing scheduled for October 26, 2023 is continued and the Clerk is directed to re-notice the hearing as a motion hearing on Defendant's 45 Motion to Dismiss only. The evidentiary hearing on Plaintiff's 40 Motion for a Preliminary Injunction will be reset by separate notice. Signed by Magistrate Judge Julie S. Sneed on September 27, 2023. (DD)** (Entered: 09/27/2023) |
| 09/26/2023 | 62 | Joint MOTION to Bifurcate *Hearing* by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 09/26/2023) |
| 09/15/2023 | 61 | MOTION for Issuance of Subpoena *Addison Davis* by Blake Andrew Warner. (Warner, Blake) Motions referred to Magistrate Judge Julie S. Sneed. Modified on 9/25/2023 to terminate as pending motion. Incorrect event used. Counsel notified. (AG) (Entered: 09/15/2023) |
| 09/06/2023 | 60 | NOTIFICATION that transcript has been filed by David J. Collier re: 42 Notice of Interlocutory Appeal. USCA number: 23-12408-E. (DJC) (Entered: 09/06/2023) |
| 09/06/2023 | 59 | TRANSCRIPT of motion hearing held on April 28, 2023 before District Judge Steven D. Merryday re 42 Notice of Interlocutory Appeal. Court Reporter: David J. Collier. Email address: david_collier@flmd.uscourts.gov. Telephone number: (813) 301-5575.<br><br>NOTICE TO THE PARTIES - The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter Redaction Request due 9/27/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/5/2023. (DJC) (Entered: 09/06/2023) |
| 09/06/2023 | 58 | COURT REPORTER ACKNOWLEDGMENT by David J. Collier re 42 Notice of Interlocutory Appeal. Estimated transcript filing date: 9-1-2023. USCA number: 23-12408-E. (DJC) (Entered: 09/06/2023) |
| 09/01/2023 | 57 | NOTICE OF RESCHEDULING HEARING: The EVIDENTIARY Hearing and Motion Hearing previously scheduled for 9/19/2023 is rescheduled. New scheduling date and time: Evidentiary Hearing set for 10/26/2023 at 10:00 AM before |

| | | |
|---|---|---|
| | | Magistrate Judge Julie S. Sneed. Motion Hearing set for 10/26/2023 at 10:00 AM before Magistrate Judge Julie S. Sneed. (SET) (Entered: 09/01/2023) |
| 08/31/2023 | 56 | NOTICE of hearing: re: 40 MOTION for Preliminary Injunction , 45 MOTION to Dismiss Plaintiff's Second Amended Complaint EVIDENTIARY Hearing set for 9/19/2023 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Julie S. Sneed. MOTION Hearing set for 9/19/2023 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Julie S. Sneed. (SET) (Entered: 08/31/2023) |
| 08/31/2023 | 55 | **ENDORSED ORDER: The motion (Doc. 40) for a preliminary injunction and the motion (Doc. 45) to dismiss are REFERRED to the magistrate judge to conduct any necessary hearing and to submit a report and recommendation. Signed by Judge Steven D. Merryday on 8/31/2023. (WBW) Motions referred to Magistrate Judge Julie S. Sneed.** (Entered: 08/31/2023) |
| 08/25/2023 | 54 | **ORDER granting 48--motion for leave to file under seal. Signed by Judge Steven D. Merryday on 8/25/2023. (WBW)** (Entered: 08/25/2023) |
| 08/17/2023 | 53 | USCA ORDER: Motion to reinstate appeal filed by Appellant Blake Warner is GRANTED by clerk as to 42 Notice of Interlocutory Appeal. EOD: 08/17/2023; USCA number: 23-12408-E. (AG) (Entered: 08/17/2023) |
| 08/16/2023 | 52 | TRANSCRIPT information form filed by Blake Andrew Warner for proceedings held on April 28, 2023 before Judge Merryday re 42 Notice of Interlocutory Appeal. USCA number: 23-12408. Electronic notification sent to Court Reporter David Collier (Warner, Blake) (Entered: 08/16/2023) |
| 08/16/2023 | | USCA appeal fees received $505.00, receipt number TPA69027 re 42 Notice of Interlocutory Appeal filed by Blake Andrew Warner. (AA) (Entered: 08/16/2023) |
| 08/15/2023 | 51 | USCA ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Blake Warner failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court and file a Transcript Order Form within the time fixed by the rules as to 42 Notice of Interlocutory Appeal. EOD: 08/15/2023; USCA number: 23-12408-E. (AG) (Entered: 08/16/2023) |
| 07/31/2023 | 50 | REPLY to Response to Motion re 40 MOTION for Preliminary Injunction filed by Blake Andrew Warner. (Warner, Blake) (Entered: 07/31/2023) |
| 07/31/2023 | 49 | RESPONSE in Opposition re 45 MOTION to Dismiss Plaintiff's Second Amended Complaint filed by Blake Andrew Warner. (Warner, Blake) (Entered: 07/31/2023) |
| 07/28/2023 | 48 | Joint MOTION for leave to file DOCUMENT under seal by School Board of Hillsborough County, Florida (Margolin, Jason).Motions referred to Magistrate Judge Julie S. Sneed. (Entered: 07/28/2023) |
| 07/27/2023 | 47 | **ORDER granting 44--motion to reply in support of the motion for a preliminary injunction; permitting Warner to reply in a paper not exceeding SEVEN pages; granting-in-part 46--motion to file excess pages in the response to the motion to dismiss; permitting Warner to respond in a paper not exceeding THIRTY pages. Signed by Judge Steven D. Merryday on 7/27/2023. (WBW)** (Entered: 07/27/2023) |
| 07/26/2023 | 46 | Unopposed MOTION to File Excess Pages by Blake Andrew Warner. (Warner, Blake) (Entered: 07/26/2023) |
| 07/24/2023 | 45 | MOTION to Dismiss Plaintiff's Second Amended Complaint by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 07/24/2023) |

| | | |
|---|---|---|
| 07/23/2023 | 44 | Unopposed MOTION for Leave to File Other Document :Reply to Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction by Blake Andrew Warner. (Warner, Blake) (Entered: 07/23/2023) |
| 07/21/2023 | 43 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 42 Notice of Interlocutory Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (LD) (Entered: 07/21/2023) |
| 07/21/2023 | 42 | NOTICE OF INTERLOCUTORY APPEAL as to 37 Order by Blake Andrew Warner. (Warner, Blake) (Entered: 07/21/2023) |
| 07/20/2023 | 41 | RESPONSE in Opposition re 40 MOTION for Preliminary Injunction filed by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 07/20/2023) |
| 07/13/2023 | 40 | MOTION for Preliminary Injunction by Blake Andrew Warner. (Attachments: # 1 Text of Proposed Order proposed order, # 2 Exhibit A - Distance Carrollwood K-8, # 3 Exhibit B - Distance Adams MS, # 4 Exhibit E - Carrollwood proposal, # 5 Exhibit F - School Race demographics, # 6 Exhibit G - State school grades, # 7 Exhibit M - WFLA addison davis property values, # 8 Exhibit N - Distant assigned students, # 9 Exhibit K - Assignment, # 10 Exhibit Q - Race Map)(Warner, Blake) (Entered: 07/13/2023) |
| 07/11/2023 | 39 | **ORDER denying as moot 32--motion to strike; denying as moot 34--motion for judgment on the pleadings; denying as moot 27--motion to consolidate actions; directing the clerk to remove from the case caption "On behalf of himself and his minor child J.W." Signed by Judge Steven D. Merryday on 7/11/2023. (WBW)** (Entered: 07/11/2023) |
| 07/10/2023 | 38 | SECOND AMENDED COMPLAINT against School Board of Hillsborough County, Florida filed by Blake Andrew Warner. (Attachments: # 1 Exhibit A south tampa race map, # 2 Exhibit B white map, # 3 Exhibit C hispanic map, # 4 Exhibit D black map, # 5 Exhibit E south tampa elementary map, # 6 Exhibit F wfla addison davis property values, # 7 Exhibit G HOLC ads, # 8 Exhibit H HOLC map, # 9 Exhibit J carrollwood proposal, # 10 Exhibit K wtsp property value concerns, # 11 Exhibit R district map, # 12 Exhibit X gerrymander graphs elementary, # 13 Exhibit Y gerrymander graphs middle, # 14 Exhibit Z gerrymander graphs high)(Warner, Blake) Modified text on 7/11/2023 (LNR). (Entered: 07/10/2023) |
| 07/06/2023 | 37 | **COPY OF ORDER dismissing complaint in case 8:23-cv-01029-SDM-SPF, allowing plaintiff to amend. Signed by Judge Steven D. Merryday on 7/6/2023. (LAB)** (Entered: 07/06/2023) |
| 06/29/2023 | 36 | CASE MANAGEMENT REPORT. (Margolin, Jason) (Entered: 06/29/2023) |
| 06/27/2023 | 35 | RESPONSE in Opposition re 34 MOTION for Judgment on the Pleadings filed by Blake Andrew Warner. (Warner, Blake) (Entered: 06/27/2023) |
| 06/23/2023 | 34 | MOTION for Judgment on the Pleadings by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 06/23/2023) |
| 06/23/2023 | 33 | RESPONSE to Motion re 32 MOTION to Strike 30 Answer to amended complaint filed by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/13/2023 | 32 | MOTION to Strike 30 Answer to amended complaint by Blake Andrew Warner. (Attachments: # 1 Exhibit United States Statement of Interest)(Warner, Blake) (Entered: 06/13/2023) |
| 05/31/2023 | 31 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (DAY) (Entered: 05/31/2023) |
| 05/30/2023 | 30 | ANSWER and affirmative defenses to 29 Amended Complaint, by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Margolin, Jason) (Entered: 05/30/2023) |
| 05/18/2023 | 29 | AMENDED COMPLAINT against School Board of Hillsborough County, Florida filed by Blake Andrew Warner. (Attachments: # 1 Exhibit south tampa race map, # 2 Exhibit white map, # 3 Exhibit hispanic map, # 4 Exhibit black map, # 5 Exhibit south tampa elementary map, # 6 Exhibit email consent amend)(Warner, Blake) (Entered: 05/18/2023) |
| 05/18/2023 | 28 | NOTICE by Blake Andrew Warner re 1 Complaint, *of Abandonment of Claims I and II* (Warner, Blake) (Entered: 05/18/2023) |
| 05/17/2023 | 27 | MOTION to Consolidate Cases by Blake Andrew Warner. (Attachments: # 1 Exhibit email requesting conference)(Warner, Blake) (Entered: 05/17/2023) |
| 05/10/2023 | 26 | NOTICE of a related action per Local Rule 1.07(c) by Blake Andrew Warner. Related case(s): Yes (Attachments: # 1 Exhibit Related Complaint)(Warner, Blake) (Entered: 05/10/2023) |
| 04/28/2023 | 25 | **ORDER denying 14--motion to dismiss; denying 14--motion for more definite statement; directing the School Board to answer the complaint no later than MAY 19, 2023. Signed by Judge Steven D. Merryday on 4/28/2023. (WBW)** (Entered: 04/28/2023) |
| 04/28/2023 | 24 | Minute Entry. In Person Proceedings held before Judge Steven D. Merryday: MOTION HEARING held on 4/28/2023 re 14 MOTION to Dismiss Complaint *or, in the Alternative, for a More Definite Statement* MOTION for More Definite Statement filed by School Board of Hillsborough County, Florida. Court Reporter: David Collier (DAY) (Entered: 04/28/2023) |
| 04/07/2023 | 23 | **ENDORSED ORDER: A hearing on the motion (Doc. 14) to dismiss is SCHEDULED for APRIL 28, 2023, at 10:00 A.M. in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Blake Warner, who proceeds pro se, and lead counsel for the defendant must appear in person. Signed by Judge Steven D. Merryday on 4/7/2023. (WBW)** (Entered: 04/07/2023) |
| 02/13/2023 | 22 | **ORDER granting 20--motion to withdraw motion for preliminary injunction; striking and directing the clerk to terminate 2--motion for a preliminary injunction; denying as moot 18--motion to amend. Signed by Judge Steven D. Merryday on 2/13/2023. (WBW)** (Entered: 02/13/2023) |
| 02/11/2023 | 21 | NOTICE by Blake Andrew Warner re 20 MOTION to Withdraw 2 MOTION for Preliminary Injunction *Defendant is UNOPPOSED* (Attachments: # 1 Exhibit Boundary Plan, Davis recommends (phases))(Warner, Blake) (Entered: 02/11/2023) |
| 02/09/2023 | 20 | MOTION to Withdraw 2 MOTION for Preliminary Injunction by Blake A. Warner. (Attachments: # 1 Exhibit)(AG) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/09/2023 | 19 | **ORDER granting 17--motion to file documents using electronic filing system; permitting Warner to register for CM/ECF not later than 2/17/2023; directing Warner to read and comply with all applicable rules. Signed by Judge Steven D. Merryday on 2/9/2023. (WBW)** (Entered: 02/09/2023) |
| 02/07/2023 | 18 | MOTION to Amend 2 MOTION for Preliminary Injunction, or in the alternative, MOTION for Leave to File Reply to Defendant's Response in Opposition to Plaintiff's Motion for Prelimianry Injunction by Blake A. Warner. (AG) Modified text on 2/8/2023 (AG). (Entered: 02/08/2023) |
| 02/06/2023 | 17 | MOTION for Miscellaneous Relief, specifically for leave to file documents in the Middle District of Florida using the docketing system by Blake A. Warner. (AG) (Entered: 02/07/2023) |
| 02/06/2023 | 16 | RESPONSE to Motion re 14 MOTION to Dismiss Complaint *or, in the Alternative, for a More Definite Statement* MOTION for More Definite Statement filed by Blake A. Warner. (Attachments: # 1 Exhibit)(AG) (Entered: 02/07/2023) |
| 02/06/2023 | 15 | RESPONSE in Opposition re 2 MOTION for Preliminary Injunction filed by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit A-Email Regarding Lawsuit Scope)(Margolin, Jason) (Entered: 02/06/2023) |
| 02/06/2023 | 14 | MOTION to Dismiss Complaint or, in the Alternative, MOTION for a More Definite Statement by School Board of Hillsborough County, Florida. (Attachments: # 1 Exhibit A-Email Regarding Lawsuit Scope)(Margolin, Jason) . Added MOTION for More Definite Statement on 2/6/2023 (MCB). (Entered: 02/06/2023) |
| 02/02/2023 | 13 | **ENDORSED ORDER: The defendant's unopposed motion (Doc. 12) to extend the time within which to respond to the motion for a preliminary injunction is GRANTED. No later than FEBRUARY 6, 2023, the defendant must respond. Signed by Judge Steven D. Merryday on 2/2/2023. (WBW)** (Entered: 02/02/2023) |
| 02/02/2023 | 12 | MOTION for Extension of Time to File Response/Reply as to 2 MOTION for Preliminary Injunction by School Board of Hillsborough County, Florida. (Margolin, Jason) (Entered: 02/02/2023) |
| 02/02/2023 | 11 | NOTICE of Appearance by Jason L. Margolin on behalf of School Board of Hillsborough County, Florida (Margolin, Jason) (Entered: 02/02/2023) |
| 01/30/2023 | 10 | NOTICE of a related action per Local Rule 1.07(c) by Blake A. Warner. Related case(s): No. (AG) (Entered: 01/30/2023) |
| 01/30/2023 | 9 | NOTICE of Corrected Filing and RESPONSE to Court's 6 Order, by Blake A. Warner. (Attachments: # 1 Revised Timeline Email)(AG) (Entered: 01/30/2023) |
| 01/27/2023 | 8 | RETURN of service executed on 01/26/23 by Blake A. Warner as to School Board of Hillsborough County, Florida. (AG) (Entered: 01/30/2023) |
| 01/27/2023 | 7 | RETURN of service executed on 01/26/23 by Blake A. Warner as to School Board of Hillsborough County, Florida. (AG) Modified text on 1/30/2023 (AG). (Entered: 01/30/2023) |
| 01/27/2023 | 6 | **ORDER re 2--motion for a preliminary injunction; directing Warner to file a proof of service no later than 2/10/2023; directing the school board to respond within seven days after receiving service of process and notice of the motion. Signed by Judge Steven D. Merryday on 1/27/2023. (WBW)** (Entered: 01/27/2023) |

| | | |
|---|---|---|
| 01/27/2023 | 5 | NOTICE of Local Rule 1.07(c) and Local Rule 3.02(a)(2)<br><br>**-Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere.<br><br>**-Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.<br><br>**(DAY) (Entered: 01/27/2023)** |
| 01/26/2023 | 4 | SUMMONS issued as to School Board of Hillsborough County, Florida. (AM) (Entered: 01/26/2023) |
| 01/26/2023 | 3 | MEMORANDUM of Law in support re 2 Motion for Preliminary Injunction filed by Blake A. Warner. (AM) (Entered: 01/26/2023) |
| 01/26/2023 | 2 | ***STRICKEN PURSUANT TO ORDER 22*** MOTION for Preliminary Injunction by Blake A. Warner. (AM) Modified on 2/14/2023 (CTR). (Entered: 01/26/2023) |
| 01/26/2023 | 1 | COMPLAINT against School Board of Hillsborough County, Florida Filing fee $402.00, receipt number TPA 67976 filed by Blake A. Warner. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(AM) (Entered: 01/26/2023) |